IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 21 A 11: 15

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| WILLIAM C. BOND | : | |
| v. | : | CIVIL NO. MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL | : | |

### ORDER

On November 14, 2001, a telephone conference was held to resolve Robert Grossbart's Motion for a Protective Order. For the reasons stated during the conference, Grossbart's Motion is DENIED.

It is so ORDERED this 20TH day of November, 2001.

_____
Benson Everett Legg
United States District Judge

