IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                    *

      Plaintiff          *

    vs.                           *   CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.          *

      Defendants         *

\*   \*   \*   \*   \*   \*   \*   \*   \*

JUDGMENT ORDER

By oral Order issued November 20, 2001, confirmed by written Order issued this date, the Court has granted summary judgment to all Defendants.

    Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Kenneth Blum, Sr.; Kenneth Blum, Jr.; Dudley F.B. Hodgson; William Slavin; McDaniel, Bennett & Griffin; Adelberg, Rudow, Dorf & Hendler, LLC; and Christopher W. Nicholson against Plaintiff William C. Bond dismissing all claims with prejudice with all assessable costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 26th day of November, 2001.

                                  Marvin J. Garbis
                                United States District Judge