IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-01-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### SUPPLEMENTAL JUDGMENT ORDER

By Memorandum and Order issued this date the Court has granted an award under 17 U.S.C. § 505 to the individual Defendants.

Accordingly:

1. The Judgment Order of November 26, 2001 is supplemented as set forth herein.

2. Defendant William Slavin shall recover from Plaintiff William C. Bond the sum of $8,699.70 with judgment interest.

3. Defendant Kenneth Blum, Sr. shall recover from Plaintiff William C. Bond the sum of $6,675.45 with judgment interest.

4. Defendant Kenneth Blum, Jr. shall recover from Plaintiff William C. Bond the sum of $6,675.45 with judgment interest.

5. Defendant Dudley F.B. Hodgson shall recover from Plaintiff William C. Bond the sum of $6,675.45 with judgment interest.

6.  This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this  6th  day of February, 2002.

_____
Marvin J. Garbis
United States District Judge