JUDGMENT

FILED: January 24, 2003

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

MAR 1 0 2003

02-1139
CA-01-2600-MJG

WILLIAM C BOND

    Plaintiff - Appellant

       v.

KENNETH BLUM, SR.; KENNETH BLUM, JR.; DUDLEY F. B. HODGSON;
MCDANIEL, BENNETT & GRIFFIN; ADELBERT, RUDOW, DORF &
HENDLER, LLC; CHRISTOPHER W. NICHOLSON; WILLIAM SLAVIN

    Defendants - Appellees

NO. 02-1219
CA-01-2600-MJG

WILLIAM C BOND

    Plaintiff - Appellee

       v.

ADELBERT, RUDOW, DORF & HENDLER, LLC

    Defendant - Appellant

    and

KENNETH BLUM, SR.; KENNETH BLUM, JR.; DUDLEY F B. HODGSON;
MCDANIEL, BENNETT & GRIFFIN

    Defendants

02-1231
CA-01-2600-MJG

WILLIAM C. BOND

    Plaintiff - Appellant

       v.

ADELBERT, RUDOW, DORF & HENDLER, LLC

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ _____
Deputy Clerk

Defendant - Appellee

and

KENNETH BLUM, SR.; KENNETH BLUM, JR.; DUDLEY F B. HODGSON;
MCDANIEL, BENNETT & GRIFFIN

Defendants

NO. 02-1288
CA-01-2600-MJG

MAR 1 0 2003

WILLIAM C. BOND

Plaintiff - Appellee

v.

MCDANIEL, BENNETT & GRIFFIN

Defendant - Appellant

and

ADELBERT, RUDOW, DORF & HENDLER, LLC; KENNETH BLUM, SR.
KENNETH BLUM, JR.; DUDLEY F. B. HODGSON

Defendants

------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
------------------

In accordance with the written opinion of this Court filed this day, the Court affirmed in part and vacated and remanded in part the judgment of the District Court.

/s/ Patricia S. Connor
CLERK