IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO RECUSE

Now comes Plaintiff, William C. Bond, by his attorneys, Howard J. Schulman and Schulman & Kaufman, LLC, and, pursuant to 28 U.S.C., § 455, states:

1.  William C. Bond instituted a legal malpractice suit against Gerald Messerman, an Ohio attorney, on approximately January 31, 2003. A copy of the lawsuit is attached to William C. Bond's Affidavit.

2.  The Affidavits of William C. Bond and Richard M. Karceski attached hereto reflect that the Honorable Marvin J. Garbis is a close friend of Mr. Messerman. Mr. Bond's Affidavit further reflects that the lawsuit filed by Mr. Bond against Mr. Messerman and others was reported in *The Daily Record*, Baltimore's legal and business daily, and given a relatively prominent position in the February 5, 2003 issue. A copy is attached.

For the reasons stated above, this Court's impartiality might reasonably be questioned, given the Court's friendship with Mr. Messerman.

WHEREFORE, for the aforementioned reasons and those stated in the attached

2

Affidavits and materials, Plaintiff respectfully requests that the Court recuse itself from further proceedings in this matter.

                                                                      HOWARD J. SCHULMAN
                                                                      Schulman & Kaufman, LLC
                                                                      One Charles Center, Suite 600
                                                                      100 N. Charles Street
                                                                      Baltimore, Maryland 21201
                                                                      (410) 576-0400
                                                                      Attorneys for Plaintiff

2