# Maryland Law

WEDNESDAY

> "It puts them away, and it puts them away for a good long time."
>
> *Sanford Abrams*
> PAGE 3B

## 'This is our city and we are taking it back'

### UM Law forum examines post-Dawson war on drugs

**BY LAWRENCE HURLEY**
*Daily Record Legal Affairs Writer*

The war on drugs in Baltimore should not end as a result of the arson attack that left a family of seven dead, community activists said at a forum held yesterday.

The event, entitled "Strategies for Citizens on the Front Lines," saw representatives of the **Cherry Hill 2000** group, which was formed in the mid-1990s to revitalize that neighborhood, take center stage before an audience of students at the University of Maryland School of Law.

It was the first of three such forums organized by the school's law clinic in the aftermath of the arson attack in East Baltimore last October, which left Angela and Carnell Dawson and their five children dead.

"We should send a message that no more houses will be burned or children killed," said Cleo Walker, former chair of Cherry Hill 2000. "This is our city and we are taking it back."

Cathy Brown, executive director of the organization, recalled that she and other staff members had been threatened by drug dealers when the first efforts were made to resolve the problem in Cherry Hill.

"There wasn't a day that went by when someone didn't call saying if we didn't back off we would die," she said.

But, although drug dealers still plague the neighborhood, Brown maintains that the community's effective partnership with the police department and other city agencies has paid dividends.

She said crime has been reduced and

SEE FORUM PAGE 4B



From left, Ann McLean of the DLLR joins moderator Denise Duval, Cherry Hill 2000's Cathy Brown, police officer L.M. Williams and Tony Savage, community coordinator at the state's attorney's office, at the law school for yesterday's forum.

## 'Patricide' author sues Sheppard Pratt

**BY PETER GEIER**
*Daily Record Legal Affairs Writer*

A Baltimore man whose unpublished manuscript describes how he got away with murdering his father has filed a $1.5 million lawsuit against his former lawyers and **Sheppard Pratt Health Systems** Inc. over their alleged improper disclosure of his sealed juvenile records.

William C. Bond accuses Sheppard Pratt, where he was committed as part of his juvenile plea of delinquent to the patricide charge, of the unauthorized release of his mental health records as well as of police and court records in its possession relating to the charge.

His complaint, filed yesterday in **Baltimore City Circuit Court**, also claims that Gerald A. Messerman of Cleveland, who handled his juvenile case, was professionally negligent by assuring Bond that his Geauga County, Ohio record had been expunged when it had not been.

In addition, Bond claims that Baltimore lawyer Robert N. Grossbart, who represented him in an "estates and trust matter," violated attorney-client privilege when he passed on "confidential and privileged information" about Bond to a private investigator.

Representatives from Sheppard Pratt did not return calls for comment. Grossbart declined to comment on the matter and Messerman was not available for comment yesterday.

Bond seeks $750,000 in compensatory damages and $1 million in punitive damages in a 12-count action for, among other things, breach of fiduciary duty, constructive fraud and legal malpractice. He also accuses Sheppard Pratt and Grossbart of giving unreasonable publicity to his private life.

SEE BOND PAGE 2B

## Abortion foes line up behind judge's approval for minors

# THE DAILY RECORD

# Maryland Law
### WEDNESDAY



" It puts them away, and it puts them away for a good long time. "

*Sanford Abrams*
PAGE 3B

## 'This is our city and we are taking it back'

### UM Law forum examines post-Dawson war on drugs

**By LAWRENCE HURLEY**
*Daily Record Legal Affairs Writer*

The war on drugs in Baltimore should not end as a result of the arson attack that left a family of seven dead, community activists said at a forum held yesterday.

The event, entitled "Strategies for Citizens on the Front Lines," saw representatives of the Cherry Hill 2000 group, which was formed in the mid-1990s to revitalize that neighborhood, take center stage before an audience of students at the University of Maryland School of Law.

It was the first of three such forums organized by the school's law clinic in the aftermath of the arson attack in East Baltimore last October, which left Angela and Carnell Dawson and their five children dead.

"We should send a message that no more houses will be burned or children killed," said Cleo Walker, former chair of Cherry Hill 2000. "This is our city and we are taking it back."



MAXIMILIAN FRANZ

From left, Ann McLean of the DLLR joins moderator Denise Duval, Cherry Hill 2000's Cathy Brown, police officer LM. Williams and Tony Savage, community coordinator at the state's attorney's office, at the law school for yesterday's forum.

## 'Patricide' author sues Sheppard Pratt

**By PETER GEIER**
*Daily Record Legal Affairs Writer*

A Baltimore man whose unpublished ... ty, Ohio record had been expunged when it had not been.

In addition, Bond claims that Baltimore lawyer Robert N. Grossbart, who represented ...

## Law notes

### Minding the store
Strike has USEC managers running nation's only uranium enrichment plant. **Page 3B**

### Malvo watch
Press back in Baltimore to seek access to Malvo's juvenile records; meanwhile, security tape could bolster prosecution's view of motive in Va. **Page 3B**

### Risky business
Planner of Gulf War air campaign testifies that accused spy would have put pilots at risk by giving Internet-gathered intelligence to Iraqis. **Page 3B**

### Jail for Banks
A 60-year-old Baltimore man is to serve jail time after pleading guilty yesterday to shooting three youths who would not move off his front steps. **Page 3B**

### Governor on guns
Ehrlich outlines details for Project Exile to state lawmakers. **Page 4B**

### Bail law trimmed
Delaware judge overturns part of that state's bail-revocation law. **Page 4B**

Bush administration ...