IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,              *

      Plaintiff               *

v.                            *   Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.     *

      Defendants              *

\*　\*　\*　\*　\*　\*　\*　\*　\*

### AFFIDAVIT OF WILLIAM C. BOND

My name is William C. Bond. I am the Plaintiff in this case. I am over 21 years of age. I am competent to testify.

1. Attorney Gerald A. Messerman of Cleveland, Ohio, defended me in a juvenile delinquency proceeding in 1981-82.

2. On approximately November 27, 2001, I met with Attorney Messerman in his office in Ohio concerning that proceeding. When I mentioned this copyright case to him, he told me that Judge Garbis and he were long-time friends and that they roomed together at Georgetown Law School while they both did post-graduate work. Mr. Messerman also said he was Garbis' "mentor" and that after law school, they practiced law together. Even later, while in seperate private practices, Messerman told me, he and Judge Garbis tried cases together. Mr. Messerman also said that the two of them and their wives vacation together and Judge and Mrs. Garbis had visited and been entertained by Mr. and Mrs. Messerman in Ohio.

3. On approximately January 31, 2003, I instituted a lawsuit in which I named Gerald

A. Messerman as a defendant. A copy is attached.

Pursuant to 28 U.S.C., § 1746, I declare under the penalty of perjury that the above is true and correct.

_3/11/03_  
Date

_[signature]_  
William C. Bond