```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MARYLAND
          NORTHERN DIVISION
```

| | |
|---|---|
| WILLIAM C. BOND, | * |
|     Plaintiff | * |
| v. | *  CIVIL ACTION No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al., | * |
|     Defendants | * |

\* \* \*

## AFFIDAVIT OF RICHARD M. KARCESKI

My name is Richard M. Karceski. My office address is Suite 301, 305 Washington Avenue, Towson, Maryland 21204-4729. I have personal knowledge of the matters set forth herein. I am over 21 years of age. I am competent to testify.

During the course of my representation of William Bond with regard to criminal charges that had been placed against him in state court relating to the possession of firearms, I had a conversation with Gerald A. Messerman by telephone on September 13, 2001. Mr. Messerman represented Mr. Bond when Mr. Bond was a juvenile in Ohio. During the course of the September 13, 2001 conversation with Mr. Messerman, he remarked that he and United States District Judge Marvin Garbis were very good friends and had attended the same law school.

Pursuant to 28 U.S.C., §1746, I declare under the penalty of perjury that the above is true and correct.

_____
RICHARD M. KARCESKI