IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2003, a copy of the Plaintiff's Supplement to Consolidated Memorandum in Opposition to Defendants' Motions for Attorneys' Fees and Sanctions and Motion to Recuse which was electronically filed in this case on March 12, 2003, was mailed via first class mail, postage prepaid to William McDaniel, Esquire, McDaniel, Bennett & Griffin, 118 West Mulberry Street, Baltimore, Maryland 21201-3600, Attorney for McDaniel, Bennett & Griffin; and Kathryn Miller Goldman, Esquire, Jiranek Goldman and Minton, PC, 19 E. Fayette Street, Suite 401, Baltimore, Maryland 21202, Attorney for William Slavin.

HOWARD J. SCHULMAN, Bar No. 129
Schulman & Kaufman, LLC
Suite 1300, 100 Light Street
Baltimore, Maryland 21202
(410) 576-0400
Attorneys for Plaintiff