IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | * Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

To the Clerk:

Please enter the appearance of William F. Ryan, Jr. (Bar # 00360), Amy E. Askew (Bar # 26709) and Whiteford, Taylor & Preston as counsel for Defendant, McDaniel, Bennett & Griffin.

Respectfully submitted,

_____
William F. Ryan, Jr. (Bar # 00360)
Amy E. Askew (Bar # 26709)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant,
MCDANIEL, BENNETT & GRIFFIN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of March, 2003, a copy of the foregoing Entry of Appearance was mailed first class, postage prepaid to:

>Howard J. Schulman, Esquire
>Schulman & Kaufman LLC
>One Charles Center
>100 N. Charles St., Ste. 600
>Baltimore, MD 21201
>*Attorneys for Plaintiff,*
>    *William C. Bond*
>
>Gerard P. Martin, Esquire
>T. Christine Pham, Esquire
>Martin, Snyder & Bernstein, PA
>217 E. Redwood St., Ste. 2000
>Baltimore, MD 21202
>*Attorneys for Defendants,*
>    *Kenneth Blum, Sr., Kenneth Blum, Jr., and Dudley F. B.*
>    *Hodgson*
>
>Andrew Radding, Esquire
>Adelberg, Rudow, Dorf & Hendler, L.L.C.
>600 Mercantile Bank & Trust Building
>2 Hopkins Plaza
>Baltimore, MD 21201-2927
>*Attorneys for Defendant,*
>    *Adelberg, Rudow, Dorf & Hendler, L.L.C.*
>
>Kathryn Miller Goldman, Esquire
>Jiranek, Goldman & Minton
>19 E. Fayette St., Ste. 401
>Baltimore, MD 21201
>*Attorneys for Defendant,*
>    *William Slavin*

_____
Amy E. Askew

1479764

- 2 -