UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG 01 CV 2600 |
| | * | |
| KENNETH BLUM, SR., et al | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**Affidavit**

Your affiant has been a member of the Bar since 1968 and has been engaged in litigation in the federal courts in Maryland since 1972. Your affiant's billing rate in this matter, $275.00-$285.00 per hour, is fair and reasonable in this community for the nature and quality of services performed. Additionally, the billing rates of the other attorneys and personnel contained in the detailed billing report are also fair and reasonable for the nature and quality of the work performed by those individuals. The detailed billing report attached to the instant Memorandum is a true and correct reflection of time and billing information in the above captioned matter.

I hereby affirm that the aforegoing is true to the best of my knowledge, information and belief.

_____
Andrew Radding
Adelberg, Rudow, Dorf & Hendler, LLC
2 Hopkins Plaza, Suite 600
Baltimore, Maryland 21201
(410) 539-5195

F:\WP\105\slavradd.aff2.wpd


EXHIBIT C