IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.:  MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING LENGTHY EXHIBIT

Exhibit B, which is an attachment to Adelberg Rudow's Supplemental Memorandum in Support of Defendant Adelberg, Rudow, Dorf & Hendler, LLC's Motions Requesting Attorneys' Fees and Costs Under 17 U.S.C. § 505 and Local Rule 109 exists only in paper format and if scanned will be larger than 1.5 MB.  This exhibit will be filed with the Clerk's office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

| | |
|---|---|
| <u>March 20, 2003</u> | <u>          /S/          </u> |
| Date | Andrew Radding (Bar No. 00195) |
| | |
| | Adelberg, Rudow, Dorf & Hendler, LLC |
| | 600 Mercantile Bank & Trust Bldg. |
| | 2 Hopkins Plaza |
| | Baltimore, Maryland  21201-2927 |
| | 410-539-5195  410-539-5834 FAX |

F:\WP\121\slavin\pleadings\not_lengthy_ex.wpd - 3/20/03