IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2003, a copy of the (1) Notice of Electronic Filing and (2) Supplemental Memorandum in Support of Defendant Adelberg, Rudow, Dorf & Hendler, LLC's Motion Requesting Attorneys' Fees and Costs Under 17 U.S.C. §505 and Local Rule 109, which were electronically filed in this case on March 20, 2003, were mailed first class mail, postage prepaid, to:

William A. McDaniel, Jr., Esquire, McDaniel, Bennet & Griffin, 118 West Mulberry Street Baltimore, Maryland 21201, Attorney for Defendant, McDaniel, Bennet & Griffin, via first-class mail.

                                                    /s/
                                          Andrew Radding
                                          Bar Number No. 00195
                                          Adelberg, Rudow, Dorf & Hendler, LLC
                                          2 Hopkins Plaza
                                          600 Mercantile Bank & Trust Building
                                          Baltimore, Maryland 21201
                                          Telephone: 410-539-5295
                                          Facsimile:  410-539-5834