IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2003, a copy of the (1) Notice of Electronic Filing, (2) Notice of Filing Lengthy Exhibit and (3) Exhibit B to the Supplemental Memorandum in Support of Defendant Adelberg, Rudow, Dorf & Hendler, LLC's Motion Requesting Attorneys' Fees and Costs Under 17 U.S.C. §505 and Local Rule 109, which were electronically filed in this case on March 20, 2003, were mailed first class mail, postage prepaid, to

Howard J. Schulman, Esquire, Schulman & Kaufman, LLC, Suite 700, 100 Light Street, Baltimore, Maryland 21202, Attorney for Plaintiff;

William A. McDaniel, Jr., Esquire, McDaniel, Bennet & Griffin, 118 West Mulberry Street Baltimore, Maryland 21201, Attorney for Defendant, McDaniel, Bennet & Griffin;

William F. Ryan, Esquire, and Amy Askew, Esquire, Whiteford Taylor & Preston, LLP, 7 St. Paul Street Baltimore, Suite 1400, Baltimore, Maryland 21202, Attorney for Defendant, McDaniel, Bennet & Griffin;

Kathryn Goldman, Esquire, Astrachan, Gunst, Goldman & Thomas, P.C. 20 South Charles Street, 6th Floor, Baltimore Maryland 21202, Attorney for Defendant, William H. Slavin;

Gerard Martin, Esq., Martin, Snyder & Bernstein, PA, 217 E. Redwood Street, Suite 2000, Baltimore, Maryland, 21202, Attorney for Defendants Kenneth Blum Jr., Kenneth Blum Sr. and Dudley Hodgson; and

James P. O'Meara, Esq., Rollins, Smallkin, Richards & Mackie, LLC, 401 North Charles Street, Baltimore Maryland 21201, Attorney for Defendant, Christopher Nicholson, Esq.

                                                          /s/
                                      Andrew Radding
                                      Bar Number No. 00195
                                      Adelberg, Rudow, Dorf & Hendler, LLC
                                      2 Hopkins Plaza
                                      600 Mercantile Bank & Trust Building
                                      Baltimore, Maryland 21201
                                      Telephone: 410-539-5295
                                      Facsimile:  410-539-5834