WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 2/25/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.5 | 43.50 | CONFERENCE WITH W.RYAN RE: APPEAL FOR BOND V. MCDANIEL, BENNETT & GRIFFIN; REVIEWED INFORMATION RECEIVED |
| 2/25/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.5 | 43.50 | REVIEWED APPELLATE RULES FOR FILING CROSS APPEAL; REVIEWED MATERIALS PROVIDED BY CLIENT |
| 2/25/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.3 | 52.50 | REVIEW LETTER FROM RICHARD HOFFMAN OF NIXON PEABODY; INITIAL TELEPHONE CALL W/INSURED, WILLIAM MCDANIEL; LETTER TO HOFFMAN. |
| 2/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.5 | 43.50 | TELEPHONE CALL TO US COURT OF APPEALS, FOURTH CIRCUIT CLERK'S OFFICE RE: FILING APPEARANCE, CROSS-APPEAL AND DISCLOSURE FORMS |
| 2/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.8 | 87.00 | REVIEWED CORRESPONDENCE FILE AND READ NOTICE OF APPEAL FOR PURPOSES OF DRAFTING APPEARANCE LETTER; CONSULTED APPELLATE RULES FOR CROSS-APPEAL FILING DEADLINE |
| 2/27/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 2.3 | 261.00 | REVIEWED PLEADINGS FOLDERS FOR PURPOSES OF FILING APPEAL; DRAFTED APPEAL; REVIEWED FOURTH CIRCUIT LOCAL RULES |
| 2/27/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.3 | 29.00 | DRAFTED APPEARANCE LETTER TO CLERK OF FOURTH CIRCUIT |
| 2/27/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.3 | 29.00 | READ PLEADINGS, BRIEFS AND ORDERS REGARDING MCDANIEL, BENNETT & GRIFFIN'S MOTIONS FOR ATTORNEYS' FEES AND SANCTIONS |
| 2/28/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 2.2 | 261.00 | REVIEWED PLEADINGS, BRIEFS, ORDERS AND MEMORANDA PERTAINING TO FEES AND SANCTIONS FOR PURPOSES OF |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | FILING A NOTICE OF APPEAL |
| 2/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.8 . | 101.50 | DRAFTED LETTER TO CLERK FOR FILING APPEARANCE; TELEPHONE CONVERSATION WITH W. MCDANIEL RE: CORPORATE DISCLOSURE FORM; TELEPHONE CONVERSATION WITH CLERK OF COURT OF APPEALS, 4TH CIR. REGARDING NECESSARY APPEARANCE DOCUMENTS |
| 2/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 1.6 | 188.50 | PRELIMINARY RESEARCH FOR MERITS OF FILING AN APPEAL FOR ATTORNEYS' FEES AND SANCTIONS WHERE LAW FIRM IS CONSIDERED PRO SE LITIGANT; |
| 2/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 1.8 | 217.50 | READ CASE LAW RE: ABILITY FOR A LAW FIRM PRO SE DEFENDANT TO RECOVER ATTORNEYS' FEES PURSUANT TO A STATUTE |
| 2/28/2002 4/25/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=211058 | 0.1 | 17.50 | REVIEW APPEAL FILINGS RE: ENRY OF APPEARANCE AND DISCLOSURE STATEMENT. |
| 3/1/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.8 | 101.50 | READ CASE LAW REGARDING MERIT OF APPEAL FOR ATTORNEYS' FEES WHERE LAW FIRM WENT PRO SE IN DEFENDING COPYRIGHT ACTION |
| 3/4/2002 4/25/2002 | 1143 | ELLEN M HAGIGH Invoice=211058 | 0.1 | 13.00 | OBTAIN COPY OF USDC COURT DOCKET IN THIS MATTER |
| 3/5/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.6 | 72.50 | CONFERENCE WITH W. RYAN REGARDING WHETHER OR NOT AN APPEAL SHOULD BE FILED FOR ATTORNEYS' FEES, COSTS AND SANCTIONS |
| 3/5/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 2.4 | 290.00 | DRAFTED LETTER TO T. OBERSCHEVEN REGARDING OPTIONS AND RECOMMENDATIONS FOR CLIENT TO FILE AN APPEAL |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/5/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 3.7 | 449.50 | REVIEWED CASE FILE IN ORDER TO SEND DESIGNATIONS FOR JOINT APPENDIX; |
| 3/5/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.5 | 87.50 | REVIEW POTENTIAL ATTORNEY FEE APPEAL ISSUE. |
| 3/5/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.2 | 35.00 | REVIEW LETTER FROM CO-DEFENDANT'S COUNSEL RE: JOINT APPEAL APPENDIX. |
| 3/6/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 7.7 | 928.00 | READ PLEADINGS BINDERS AND DICTATED CHRONOLOGY FOR PURPOSES OF APPEAL |
| 3/6/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 1.3 | 159.50 | PREPARED DOCKETING STATEMENT FOR NOTICE OF APPEAL |
| 3/6/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | TELEPHONE CONVERSATION WITH TONI OBERSCHEVEN RE: 1) DATE OF MEDIATION 2) EVALUATION OF MERIT OF APPEAL PRIOR TO MEDIATION FOR PURPOSES OF AUTHORITY 3) NEED FOR CARRIER'S AUTHORITY BEFORE FILING APPEAL 4) BUDGET PLAN 5) RETAINER AGREEMENT |
| 3/6/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | MEMO TO FILE: TELEPHONE CONVERSATION WITH T. OBERSCHEVEN |
| 3/6/2002<br>4/25/2002 | 1038 | MARY ELLEN KEYS<br>Invoice=211058 | 4.0 | 200.00 | PREPARED CHRONOLOGY OF CORRESPONDENCE FILES |
| 3/7/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | CONFERENCE WITH W. RYAN REGARDING STATUS OF NOTICE OF APPEAL; DISCUSSED WHETHER TO FILE APPEAL OF SANCTIONS RULING |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 3/7/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CONVERSATION WITH W. MCDANIEL REGARDING FILING NOTICE OF APPEAL (WHETHER TO FILE FOR JUST FEES OR TO INCLUDE SANCTIONS) |
| 3/7/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.8 | 101.50 | DRAFTED LETTER TO CLERK OF US COURT OF APPEALS RE: CONSOLIDATION |
| 3/7/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 2.2 | 261.00 | PREPARED PACKETS FOR NOTICE OF APPEAL PURSUANT TO FRAP 3,4 AND LOCAL RULES; DRAFTED COVER LETTER TO CLERK OF DISTRICT COURT AND CLERK OF COURT OF APPEALS |
| 3/7/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.3 | 52.50 | APPEAL NOTICES/FILINGS. |
| 3/8/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 1.4 | 174.00 | READ CASE INDICATING THAT PRO SE LITIGANTS IN A COPYRIGHT ACTION WERE ENTITLED TO FEES; SHEPARDIZED CASE; READ CASES |
| 3/8/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.4 | 43.50 | DICTATED CORRESPONDENCE CHRONOLOGY FOR PURPOSES OF PREPARING FOR MEDIATION AND APPEAL (BACKGROUND INFORMATION) |
| 3/8/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.6 | 72.50 | CONFERENCE WITH W. RYAN RE: NOTICE OF APPEAL; CONSOLIDATION LETTER AND DOCKETING STATEMENT |
| 3/8/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | EDITED DOCKETING STATEMENT RE: QUESTION ON APPEAL |
| 3/8/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 1.9 | 232.00 | COMPILED MATERIALS TO BE SENT TO THE FOURTH CIRCUIT TO DOCKET THE APPEAL (I.E. DOCKET SHEET, DOCKETING STATEMENT, ORDERS AND CERTIFICATE OF SERVICE); DRAFTED LETTERS TO T. OBERSCHEVEN AND |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| | | | | | W. MCDANIEL |
| 3/11/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CALL TO T. OBERSCHEVEN |
| 3/11/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | REVIEWED MOTION TO STAY FILED BY BOND/SCHULMAN; REVIEWED CORRESPONDENCE FROM GOLDMAN, RADDING AND SCHULMAN TO CLERK OF COURT OF APPEALS RE: CONSOLIDATION, ENTRY OF APPEARANCE, CORPORATE DISCLOSURES AND DOCKETING STATEMENT (BOND/SCHULMAN) |
| 3/13/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.4 | 43.50 | REVIEWED BOND'S MOTION TO STAY; CHECKED FRAP FOR ANY REQUIRED RESPONSE |
| 3/13/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | OFFICE CONFERENCE WITH W. RYAN DISCUSSING RESPONSE TO BOND'S MOTION TO STAY |
| 3/13/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.1 | 17.50 | REVIEW LETTER FROM PLAINTIFF'S ATTORNEY RE: RECORD DESIGNATION. |
| 3/14/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | CONFERENCE WITH W. RYAN REGARDING RESPONSE TO MOTION TO STAY AND LITIGATION PLAN FOR OBERSCHEVEN |
| 3/14/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO AT ADELBERG, RUDOW RE: RESPONSE TO MOTION TO STAY |
| 3/14/2002<br>4/25/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=211058 | 0.1 | 17.50 | TELEPHONE CALL MARLEN TAYLOR OF FOURTH CIRCUIT COURT OF APPEALS. |
| 3/18/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | READ CONSOLIDATION ORDER AND DOCKETING LETTER FROM CLERK OF APPELLATE COURT |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 3/18/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CALL WITH MIKE SEVERINO RE: LEAD COUNSEL FOR CONSOLIDATED APPEAL FOR ATTORNEYS' FEES AND OPPOSITION TO MOTION TO STAY |
| 3/18/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | REVIEWED PLEADINGS FILE AND CORRESPONDENCE FILE TO ASCERTAIN DATE BOND'S BRIEF IS DUE; REVIEWED DRAFTS OF LETTER SENT TO OBERSCHEVEN AND MCDANIEL |
| 3/19/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.6 | 72.50 | PREPARED FOR MEETING WITH W. RYAN RE: LITIGATION PLAN AND ASSESSMENT OF APPEAL; ORGANIZED MATERIALS FOR MEETING |
| 3/19/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 1.3 | 159.50 | CONFERENCE WITH BILL RYAN REGARDING UNDERLYING APPEAL OF SUMMARY JUDGMENT ORDER, LEAD COUNSEL FOR ATTORNEYS' FEES; ISSUES FOR ATTORNEYS' FEES APPEAL |
| 3/19/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.4 | 43.50 | TELEPHONE CALL WITH M. SEVERINO WITH ADELBERG RE: LEAD COUNSEL DESIGNATION AND ISSUES RELATING TO FEES AND SANCTIONS |
| 3/19/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CONVERSATION WITH CLERK OF COURT (4TH CIRCUIT) RE: CONSOLIDATION OF 02-1139 AND 02-1219; DISCUSSED REQUIRED FILINGS |
| 3/19/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | WROTE E-MAIL TO M. SEVERINO AT ADELBERG REGARDING STATUS OF CONSOLIDATION AFTER SPEAKING WITH MERLENE SMITH TAYLOR FROM THE CLERK'S OFFICE |
| 3/19/2002 | 1579 | AMY ASKEW | 0.6 | 72.50 | DRAFTED LETTER TO CLERK REGARDING DESIGNATION OF |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 4/25/2002 | | Invoice=211058 | | | LEAD COUNSEL |
| 3/19/2002 | 1579 | AMY ASKEW | 1.3 | 159.50 | REVIEWED ADELBERG'S OPPOSITION TO APPELLEE'S |
| 4/25/2002 | | Invoice=211058 | | | MOTION TO STAY; MADE EDITS AND CORRECTIONS |
| 3/19/2002 | 1196 | SUSAN P BASSETT | 1.8 | 104.00 | COMPILATION OF CRITICAL DOCUMENTS |
| 4/25/2002 | | Invoice=211058 | | | |
| 3/19/2002 | 38 | WILLIAM F. RYAN, JR. | 1.3 | 227.50 | REVIEW PLEADINGS PRELIMINARY REVIEW OF |
| 4/25/2002 | | Invoice=211058 | | | UNDERLYING PLEADINGS AND TRIAL COURT RULINGS. |
| 3/19/2002 | 38 | WILLIAM F. RYAN, JR. | 0.1 | 17.50 | TELEPHONE CALL INSURED BILL MCDANIEL'S OFFICE. |
| 4/25/2002 | | Invoice=211058 | | | |
| 3/20/2002 | 1579 | AMY ASKEW | 0.1 | 14.50 | CONFERENCE WITH W. RYAN REGARDING CHANGES TO |
| 4/25/2002 | | Invoice=211058 | | | ADELBERG'S OPPOSITION; ADDRESSED DRAFTING OWN |
| | | | | | PLEADING |
| 3/20/2002 | 1579 | AMY ASKEW | 0.4 | 43.50 | DRAFTED MBG'S OPPOSITION TO STAY |
| 4/25/2002 | | Invoice=211058 | | | |
| 3/20/2002 | 1579 | AMY ASKEW | 0.1 | 14.50 | OFFICE CONFERENCE WITH W. RYAN RE: MBG'S |
| 4/25/2002 | | Invoice=211058 | | | OPPOSITION TO STAY |
| 3/20/2002 | 1579 | AMY ASKEW | 0.2 | 29.00 | EDITED MBG'S OPPOSITION TO STAY |
| 4/25/2002 | | Invoice=211058 | | | |
| 3/20/2002 | 1579 | AMY ASKEW | 0.1 | 14.50 | CONFERENCE WITH W. RYAN REGARDING LITIGATION |
| 4/25/2002 | | Invoice=211058 | | | PLAN AND THE PERTINENT UNDERLYING ISSUES (USE OF |
| | | | | | COPYRIGHTED WORK IN LITIGATION PROCEEDINGS) |
| 3/20/2002 | 38 | WILLIAM F. RYAN, JR. | 0.2 | 35.00 | PLEADINGS RE: OPPOSITION TO PLAINTIFFS' MOTION |
| 4/25/2002 | | Invoice=211058 | | | TO STAY ATTORNEY FEE APPEAL |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 3/21/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 6.1 | 739.50 | DRAFTED LITIGATION PLAN FOR T. OBERSCHEVEN; REVIEWED AND ANALYZED PLEADINGS, ORDERS AND PERTINENT AUTHORITY FOR PURPOSES OF A PRELIMINARY ASSESSMENT OF LIABILITY; CONFERENCE WITH W. RYAN RE: LITIGATION PLAN |
| 3/21/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.8 | 101.50 | PRELIMINARY RESEARCH ON FEDERAL REQUIREMENT OF NOTICE (FOURTH CIRCUIT) FOR SANCTIONS |
| 3/22/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.7 | 87.00 | READ FOURTH CIRCUIT CASE LAW RE: NOTICE REQUIREMENT FOR SANCTIONS FOR PURPOSES OF DRAFTING LITIGATION PLAN FOR T. OBERSCHEVEN SANCTIONS FOR PURPOSES OF DRAFTING |
| 3/22/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | DRAFTED LETTER TO OBERSCHEVEN AND MCDANIEL RE: ORDER DENYING MOTION TO STAY |
| 3/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | READ ADELBERG, BLUM AND MCDANIEL'S MOTIONS AND MEMOS FOR SANCTIONS |
| 3/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.2 | 29.00 | REVIEWED SUMMARY JUDGMENT/INJUNCTION PLEADINGS AND ATTORNEYS' FEES AND SANCTIONS PLEADINGS FOR PURPOSES OF DRAFTING THE LITIGATION PLAN |
| 3/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 0.1 | 14.50 | TELEPHONE CALL TO CLERK'S OFFICE OF THE US COURT OF APPEALS FOR THE FOURTH CIRCUIT RE: CONSOLIDATION OF ALL RELATED CASES AND NEW BRIEFING SCHEDULE |
| 3/26/2002<br>4/25/2002 | 1579 | AMY ASKEW<br>Invoice=211058 | 4.0 | 478.50 | REVIEWED DEPOSITION TRANSCRIPTS OF SCHULMAN, GROSSBART, GRIFFIN, BLUM SR., ATCHITY AND BOND |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 3/27/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 2.3 | 275.50 | READ EXHIBITS ATTACHED TO PLEADINGS |
| 3/27/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.1 | 14.50 | RECEIVED TELEPHONE CALL FROM KATHYRN GOLDMAN; DISCUSSED CONSOLIDATION ORDER |
| 3/27/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.1 | 14.50 | RECEIVED TELEPHONE CALL FROM MERLENE SMITH-TAYLOR AT CLERK'S OFFICE - US COURT OF APPEALS FOURTH CIRCUIT (CLARIFICATION ON ORDER) |
| 3/27/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.2 | 29.00 | TELEPHONE CALL WITH KATHRYN GOLDMAN RE: CONSOLIDATION OF APPEAL; |
| 3/27/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.7 | 87.00 | REVIEWED CORRESPONDENCE PLEADINGS (INFORMATION ON NICHOLSON) |
| 3/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.1 | 14.50 | READ COURT ORDER CONSOLIDATING ALL CASES ON APPEAL; READ SCHEDULING ORDER |
| 3/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.5 | 58.00 | DRAFTED LETTER TO MCDANIEL RE: MEDIATION ISSUES |
| 3/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 1.4 | 174.00 | PREPARED CRITICAL DOCUMENTS FOR PURPOSES OF MEETINGS, MEDIATION AND APPEAL PREP. |
| 3/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.2 | 29.00 | READ ASSIGNMENT LETTER, ATTORNEY GUIDELINES AND LITIGATION PLAN GUIDELINES FROM T. OBERSCHEVEN |
| 3/28/2002 4/25/2002 | 1579 | AMY ASKEW Invoice=211058 | 0.2 | 29.00 | TELEPHONE CALL FROM T. OBERSCHEVEN; DISCUSSED CONSOLIDATION, MEDIATION SCHEDULE; DISCUSSED LITIGATION PLAN CONTENTS |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 4/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.2 | 14.50 | TELEPHONE CALL WITH CHRISTINE PHAM AT MARTIN,SNYDER & BERNSTEIN RE: LEAD COUNSEL AND SCHEDULING ORDER |
| 4/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.4 | 29.00 | OFFICE CONFERENCE WITH W. RYAN RE: LEAD COUNSEL AND SCHEDULING ORDER; DISCUSSED POSSIBLE BREAKDOWN BETWEEN DEFENSE COUNSEL OF BRIEF |
| 4/3/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.1 | 116.00 | COMPLETED LITIGATION PLAN FORM SENT BY T. OBERSCHEVEN |
| 4/4/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.7 | 188.50 | EDITED LITIGATION PLAN TO CONFORM TO FORM SENT BY T. OBERSCHEVEN |
| 4/4/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.3 | 145.00 | OFFICE MEETING WITH COUNSEL FOR CO-DEFENDANTS RE: LEAD COUNSEL, BRIEF AND ISSUES ON APPEAL |
| 4/4/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.4 | 43.50 | DRAFTED LETTER TO CLERK RE: LEAD COUNSEL FOR 02-1139 |
| 4/4/2002<br>6/19/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=214613 | 1.0 | 175.00 | CONFERENCE - DEFENSE COUNSEL RE: APPEAL ISSUES |
| 4/5/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.4 | 43.50 | DRAFTED LETTERS TO OBERSCHEVEN AND MCDANIEL RE: LEAD COUNSEL DESIGNATION |
| 4/5/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.3 | 29.00 | TELEPHONE CALL WITH CIRCUIT MEDIATOR RE: MEDIATION OF ALL APPEALS AND POSSIBLE SETTLEMENT |
| 4/5/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.3 | 29.00 | DRAFTED LETTER TO MEDIATOR RE: ON MEDIATION OF ALL APPEALS |
| 4/5/2002 | 1579 | AMY ASKEW | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO RE: DISCUSSION |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 6/19/2002 | | Invoice=214613 | | | WITH MEDIATOR |
| 4/8/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.3 | 29.00 | CONFERENCE WITH W. RYAN REGARDING MEDIATION |
| 4/8/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.3 | 29.00 | REVIEWED DOCKET SHEET RE: STATUS OF NICHOLSON; REVIEWED PLEADINGS RE: STATUS OF CUSTODY CASE |
| 4/9/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 3.1 | 348.00 | READ TRANSCRIPT OF HEARING IN NOV. 2001 RE: MOTION FOR SUMMARY JUDGMENT |
| 4/10/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.1 | 14.50 | CREATED FILE MEMO FOR NOTES FROM MEETING WITH DEFENSE COUNSEL ON 04-04-02 |
| 4/10/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 1.2 | 130.50 | REVISED LITIGATION PLAN TO INCLUDE RECENTLY ACQUIRED INFORMATION (LEAD COUNSEL, RESPONSIBILITY IN BRIEF, POSSIBILITIES OF SETTLEMENT, ETC.) |
| 4/15/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.5 | 58.00 | CONFERENCE WITH W. RYAN RE: REVIEW OF LITIGATION PLAN |
| 4/15/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 1.6 | 174.00 | EDITED LITIGATION PLAN; MODIFIED FACTS SECTION |
| 4/16/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.4 | 43.50 | OFFICE CONFERENCE WITH W. RYAN RE: LITIGATION PLAN |
| 4/16/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.9 | 101.50 | MODIFIED LITIGATION PLAN TO SEND TO T. OBERSCHEVEN |
| 4/16/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 0.5 | 87.50 | PREPARE FOR FOURTH CIRCUIT MEDIATION |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 4/17/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 2.1 | 232.00 | ATTENDED FOURTH CIRCUIT MEDIATION AT ADELBERG RUDOW |
| 4/17/2002<br>6/19/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=214613 | 1.6 | 280.00 | COURT - FOURTH CIRCUIT MEDIATION, AND CONFERENCE WITH DEFENSE ATTORNEYS RE: APPEAL BRIEFING |
| 4/17/2002<br>6/19/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=214613 | 0.2 | 35.00 | TELEPHONE CALL WITH INSURANCE COMPANY RE: MEDIATION |
| 4/22/2002<br>6/19/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=214613 | 0.3 | 52.50 | REVIEW LETTER FROM ATTY FOR PLAINTIFF RE: APPEAL RECORD AND APPENDIX AND FOLLOW UP RE: SAME |
| 4/23/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO (ADELBERG) RE: SCHULMAN'S REQUEST FOR COSTS OF REPRODUCING MATERIALS FOR APPENDIX |
| 4/24/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL FROM C. PHAM (MARTIN, SYNDER) RE: PAYMENT OF COSTS FOR APPENDIX |
| 4/25/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.3 | 29.00 | REVIEWED MBG'S MOTION TO DISMISS/MSJ AND ADELBERG'S OPPOSITION TO PI MOTION FOR LANGUAGE FROM THE MANUSCRIPT OR PROMOTED MATERIALS FOR PURPOSES OF DETERMINING THE NECESSITY OF HAVING IT AS PART OF THE APPENDIX |
| 4/26/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CONVERSATION WITH M. SEVERINO (ADELBERG) RE: REPRODUCTION OF MATERIALS FOR APPENDIX AND RESPONSE TO SCHULMAN'S REQUEST FOR PAYMENT |
| 4/29/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.3 | 145.00 | DRAFTED RESPONSE TO SCHULMAN'S LETTER REQUESTING APPELLEES PAY COSTS FOR APPENDIX MATERIALS |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 4/29/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO C. PHAM (MARTIN, SNYDER & BERNSTEIN) RE: APPENDIX |
| 4/29/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.5 | 58.00 | REVIEWED MATERIALS DESIGNATED FOR APPENDIX |
| 4/30/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.4 | 43.50 | TELEPHONE CALL FROM PAT PIERCE (SCHULMAN'S OFFICE) RE: APPENDIX DESIGNATIONS |
| 4/30/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.2 | 130.50 | LOCATED DEFENDANTS HEARING EXHIBIT 3- BOND AFFIDAVIT- FOR SCHULMAN'S OFFICE FOR PURPOSES OF CREATING APPENDIX |
| 4/30/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO C. PHAM (MARTIN, SNYDER) RE: DESIGNATION FOR JOINT APPENDIX |
| 5/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.5 | 58.00 | TELEPHONE CALL FROM PAT (SCHULMAN'S OFFICE) RE: APPENDIX DESIGNATIONS |
| 5/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.8 | 87.00 | DRAFTED LETTER TO SCHULMAN RE: APPENDIX |
| 5/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | MET WITH PAT FROM SCHULMAN'S OFFICE TO REVIEW MANUSCRIPT DESIGNATIONS FOR JOINT APPENDIX |
| 5/1/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.4 | 43.50 | DRAFTED COVER LETTER TO CHRISTINE PHAM REGARDING WITHDRAWAL OF JOINT APPENDIX DESIGNATION |
| 5/6/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.8 | 87.00 | REVIEWED UNDERLYING MEMOS IN SUPPORT OF MOTIONS TO DISMISS OR MSJ FOR ARGUMENTS RE: FAIR USE DEFENSE IN PREPARATION FOR DRAFTING APPELLEE'S BRIEF |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/8/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 6.0 | 667.00 | READ APPELLANT'S BRIEF AND REVIEWED IT IN COMPARISON TO APPELLANT'S TRIAL BRIEFS; DRAFTED ACCOMPANYING MEMO TO FILE REGARDING CONTENT |
| 5/9/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 1.4 | 245.00 | REVIEW APPEAL BREIF SUMBITTED BY PLAINTIFF-APPELLANT. |
| 5/13/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.5 | 58.00 | DRAFTED OUTLINE FOR APPELLEE'S BRIEF |
| 5/13/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 1.8 | 315.00 | APPEAL PLANNING. |
| 5/14/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.9 | 101.50 | DRAFTED OUTLINE FOR APPELLEE'S BRIEF; PREPARED FOR MEETING WITH W. RYAN RE: STRATEGY FOR BRIEF AND SCHEDULE/DEADLINES; |
| 5/14/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 1.0 | 116.00 | MEETING WITH B. RYAN REGARDING STRATEGY FOR APPELLEE'S BRIEF |
| 5/15/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.8 | 87.00 | RESEARCHED LEGISLATIVE HISTORY AND PURPOSE BEHIND FAIR USE DEFENSE FOR APPELLEE'S BRIEF |
| 5/18/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 5.2 | 580.00 | RESEARCHED LEGISLATIVE HISTORY OF FAIR USE DEFENSE FOR APPELLEE'S BRIEF; READ HISTORY; RESEARCHED FACTOR ONE OF FAIR USE ANALYSIS; READ CASE LAW; |
| 5/19/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 4.6 | 507.50 | DRAFTED FAIR USE SECTION OF APPELLEE'S BRIEF |
| 5/20/2002 | 1579 | AMY ASKEW | 10.2 | 1,131.00 | DRAFTED STANDARD OF REVIEW AND FAIR USE SECTION |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 6/19/2002 | | Invoice=214613 | | | OF APPELLEE'S BRIEF |
| 5/20/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO AT ADELERG RE: DEADLINES, IMPRESSION OF APPELLANT'S BRIEF AND LEX GROUP |
| 5/20/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO C. PHAM AT MARTIN, SNYDER & BERNSTEIN RE: DEADLINES, IMPRESSION OF APPELLANT'S BRIEF AND USE OF LEX GROUP |
| 5/20/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL TO K. GOLDMAN RE: DEADLINES, APPELLANT'S BRIEF AND LEX GROUP |
| 5/20/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 0.1 | 14.50 | TELEPHONE CALL FROM A. MCKINNEY (ADELBERG) RE: APPELLANT'S BRIEF AND STRATGEY FOR FAIR USE SECTION |
| 5/21/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 8.1 | 899.00 | DRAFTED FAIR USE SECTION OF APPELLEES' BRIEF |
| 5/21/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 1.2 | 130.50 | RESEARCHED SUMMARY JUDGMENT AND FAIR USE; RESEARCHED FAIR USE WHERE MATERIALS WERE POSSIBLY STOLEN |
| 5/22/2002<br>6/19/2002 | 1579 | AMY ASKEW<br>Invoice=214613 | 11.8 | 1,305.00 | DRAFTED FAIR USE SECTION OF BRIEF; DRAFTED STATEMENT OF THE CASE; DRAFTED JURISDICTIONAL STATEMENT; DRAFTED SANCTIONS ISSUE; DRAFTED STANDARD OF REVIEW SECTION; EDITED BRIEF |
| 5/24/2002 | 1579 | AMY ASKEW | 0.7 | 72.50 | READ SECTION OF BRIEF RE: ATTORNEYS' FEES FOR |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 6/19/2002 | | Invoice=214613 | | | BLUM SR., JR., AND HODGSON (IN CONJUNCTION WITH RELEVANT PORTION FROM APPELLANT'S BRIEF) |
| 5/24/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.1 | 14.50 | SPOKE WITH C. PHAM AT MARTIN, SNYDER & BERNSTEIN RE: COMPONENTS OF THE BRIEF |
| 5/24/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 2.0 | 217.50 | EDITED APPELLEE'S BRIEF (FAIR USE, JURISDICTIONAL STATEMENT; STATEMENT OF CASE; SANCTIONS) |
| 5/28/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 6.8 | 754.00 | EDITED AND DRAFTED APPELLEES' BRIEF |
| 5/28/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 8.5 | 1,487.50 | PREPARE APPEAL BRIEF, INCLUDING REVIEW OF CASE LAW RELIED UPON BY APPELLANT BOND |
| 5/29/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 8.8 | 1,540.00 | RESEARCH AND DRAFT, EDIT APPEAL BRIEF |
| 5/30/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 3.3 | 362.50 | EDITED DRAFT OF APPELLEES' BRIEF (VERSION WITH ALL SECTIONS INCORPORATED) |
| 5/30/2002 6/19/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=214613 | 2.3 | 402.50 | PREPARE APPEAL BRIEF. |
| 5/31/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 0.4 | 43.50 | CONFERENCE WITH W. RYAN RE: BRIEF |
| 5/31/2002 6/19/2002 | 1579 | AMY ASKEW Invoice=214613 | 8.2 | 913.50 | REVIEWED PORTIONS OF BRIEF FROM OTHER COUNSEL; REVIEWED RECORD FOR FACTUAL ASSERTIONS |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 5/31/2002<br>6/19/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=214613 | 0.5 | 87.50 | APPEAL BRIEF |
| 6/2/2002<br>7/9/2002 | 1579 | AMY ASKEW<br>Invoice=215318 | 8.3 | 319.00 | EDITED APPELLEES' BRIEF (FACTS AND FEES SECTION) |
| 6/2/2002<br>7/9/2002 | 1579 | AMY ASKEW<br>Invoice=215318 | 5.6 | 217.50 | EDITED APPELLEES' BRIEF |
| 6/3/2002<br>7/9/2002 | 1048 | JENNIFER L WARFIELD<br>Invoice=215318 | 0.3 | 37.50 | PERFORMED CITE CHECKS FOR APPELLEES' BRIEF |
| 6/3/2002<br>7/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=215318 | 1.2 | 210.00 | APPEAL BRIEF. |
| 6/4/2002<br>7/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=215318 | 5.8<br>. | 1,015.00 | APPEAL BRIEF PREPARATION AND REVISION OF VARIOUS SECTIONS, INCLUDING COORDINATION OF PARTS SUBMITTED BY CO-DEFENDANTS. |
| 6/5/2002<br>7/9/2002 | 1045 | RANAK K JASANI<br>Invoice=215318 | 1.4 | 162.50 | CHECKED CITATIONS AND BLUE-BOOKING ON BOND V. BLUM BRIEF FOR APPELLEES |
| 6/5/2002<br>7/9/2002 | 1579 | AMY ASKEW<br>Invoice=215318 | 0.7 | 29.00 | TELEPHONE CALL TO W. MCDANIEL REGARDING APPELLEE BRIEF |
| 6/5/2002<br>7/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=215318 | 2.3 | 402.50 | REVISE PREPARE APPEAL BRIEF. |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/5/2002<br>7/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=215318 | 0.6 | 105.00 | APPEAL BRIEF. |
| 6/6/2002<br>7/9/2002 | 1579 | AMY ASKEW<br>Invoice=215318 | 26.1 | 1,015.00 | FINAL REVIEW AND EDIT OF APPELLEES' BRIEF; SENT BRIEF TO LEX GROUP TO BE FORMATED, FILED AND SERVED; TELEPHONE CONVERSATION WITH C. GRIFFIN RE: EDITS/CORRECTIONS TO BRIEF; TELEPHONE CONVERSATION WITH M. SERVERINO RE: EDITS/CORRECTIONS TO BRIEF |
| 6/6/2002<br>7/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=215318 | 1.8 | 315.00 | APPEAL DRAFT FINAL REVIEW AND PREPARATION. |
| 7/12/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 1.4 | 203.00 | REVIEWED APPELLANT'S REPLY AND ANSWERING BRIEF; DRAFTED MEMO TO FILE REGARDING SUMMARY OF ARGUMENT |
| 7/12/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.5 | 72.50 | READ FOURTH CIRCUIT CASE LAW REGARDING SANCTIONS IN PREPARATION FOR FILING APPELLEES' REPLY BRIEF |
| 7/12/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.5 | 72.50 | OFFICE CONFERENCE WITH W. RYAN RE: REPLY BRIEF |
| 7/12/2002<br>8/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=217689 | 0.6 | 105.00 | REVIEW BRIEF PRELIMINARY REVIEW OF BOND'S REPLY/ANSWERING APPEAL BRIEF. |
| 7/13/2002<br>8/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=217689 | 1.6 | 280.00 | REVIEW EVALUATE BOND'S REPLY AND ANSWERING BRIEF REGARDING APPEAL TO THE FOURTH CIRCUIT. |
| 7/15/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 2.0 | 290.00 | DRAFTED REPLY BRIEF |

WHITEFORD TAYLOR AND PRESTON - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 7/15/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO RE: APPELLEES'<br>REPLY BRIEF DEADLINES |
| 7/19/2002<br>8/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=217689 | 0.2 | 35.00 | UPDATE PLANNING REGARDING APPEAL BRIEF. |
| 7/22/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.3 | 43.50 | REVIEWED RULES FOR STRUCTURE OF REPLY BRIEF;<br>DRAFTED OUTLINE FOR REPLY BRIEF |
| 7/22/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | TELEPHONE CALL TO M. SEVERINO AT ADELBERG RE:<br>REPLY BRIEF (ATTORNEYS' FEES SECTION) |
| 7/23/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 3.5 | 507.50 | REVIEWED/EDITED ATTORNEYS' FEES SECTION FOR<br>REPLY BRIEF (DRAFTED BY ADELBERG) |
| 7/24/2002<br>10/21/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5903387 | 1.6 | 280.00 | PREPARE AND REVISE REPLY BRIEF REGARDING FOURTH<br>CIRCUIT APPEAL, INCLUDING REVIEW OF PERTINENT<br>CASE LAW CITED BY APPELLANT BOND AND PERTINENT<br>SECTIONS OF BOND'S BRIEF. |
| 7/25/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.9 | 130.50 | CONFERENCE CALL WITH W. RYAN RE: EDITS OF<br>APPELLEES' REPLY BRIEF |
| 7/25/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 1.2 | 174.00 | EDITED APPELLEES' REPLY BRIEF |
| 7/25/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | SPOKE WITH M. SEVERINO RE: EDITS TO APPELLEES'<br>REPLY BRIEF |
| 7/25/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | SPOKE WITH K. GOLDMAN RE: APPELLEES' REPLY BRIEF<br>(COMMENTS, SUGGESTIONS, ETC.) |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 7/25/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | SPOKE WITH C. PHAM RE: APPELLEES' REPLY BRIEF (COMMENTS, SUGGESTIONS, ETC.) |
| 7/25/2002<br>8/9/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=217689 | 0.9 | 157.50 | CONFERENCE PLANNING REGARDING APPEAL BRIEF (A. ASKEW). |
| 7/25/2002<br>9/23/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5900558 | 1.3 | 227.50 | REVIEW REVISE EDIT REPLY BRIEF FOR FOURTH CIRCUIT APPEAL. |
| 7/26/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.5 | 72.50 | EDITED APPELLEES' REPLY BRIEF |
| 7/29/2002<br>8/9/2002 | 1579 | AMY ASKEW<br>Invoice=217689 | 0.1 | 14.50 | TELEPHONE CALL TO CLERK'S OFFICE TO CHECK RECEIPT OF REPLY BRIEF |
| 8/21/2002<br>9/23/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5900558 | 0.1 | 17.50 | REVIEW ORDER REGARDING ORAL ARGUMENT AND LETTERS TO WILLIAM MCDANIEL, INSURER AND CO-DEFENSE COUNSEL REGARDING SAME. |
| 8/22/2002<br>9/23/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5900558 | 0.2 | 35.00 | REVIEW LETTER E-MAIL FROM MICHAEL SEVERINO, ATTORNEY FOR CO-DEFENDANT AND SUBSEQUENT TELEPHONE CALL WITH SERVERINO. |
| 8/23/2002<br>9/23/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5900558 | 0.1 | 17.50 | TELEPHONE CALL M. SEVERINO. |
| 8/27/2002<br>9/23/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5900558 | 0.1 | 17.50 | REVIEW MOTION BY CO-DEFENDANT ADELBERG, DORF AND HENDLER REGARDING APPEAL ORAL ARGUMENT. |
| 9/12/2002<br>10/21/2002 | 1579 | AMY ASKEW<br>Invoice=5903387 | 0.5 | 72.50 | STATUS CONFERENCE RE: ORAL ARGUMENT |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/18/2002<br>10/21/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5903387 | 0.2 | 35.00 | REVIEW APPEAL PAPERS FROM 4TH CIRCUIT. |
| 10/1/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 3.4 | 442.00 | ORGANIZE CASES FOR ORAL ARGUMENT |
| 10/2/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 3.3 | 429.00 | ORGANIZE CASES FOR ORAL ARGUMENT |
| 10/3/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 4.2 | 546.00 | ORGANIZE CASES FOR ORAL ARGUMENT |
| 10/7/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 3.4 | 442.00 | ORGANIZE CASES FOR ORAL ARGUMENT |
| 10/8/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 3.7 | 481.00 | ORGANIZE FAIR USE CASE LAW FOR ORAL ARGUMENT |
| 10/10/2002<br>12/4/2002 | 915 | MICHELE K POWERS<br>Invoice=5906730 | 0.2 | 26.00 | ORGANIZE CASES FOR ORAL ARGUMENT |
| 10/14/2002<br>12/4/2002 | 1579 | AMY ASKEW<br>Invoice=5906730 | 0.6 | 87.00 | STRATEGY RE: APPEAL ARGUMENTS WITH WFR |
| 10/14/2002<br>12/4/2002 | 1579 | AMY ASKEW<br>Invoice=5906730 | 2.6 | 377.00 | PREPARED FOR ORAL ARGUMENT; REVIEWED BRIEFS |
| 10/15/2002<br>12/4/2002 | 1579 | AMY ASKEW<br>Invoice=5906730 | 0.9 | 130.50 | PREPARED FOR ORAL ARGUMENT: SUMMARIZED PUBLIC POLICY ISSUES |
| 10/16/2002<br>12/4/2002 | 1579 | AMY ASKEW<br>Invoice=5906730 | 0.9 | 130.50 | PREPARED FOR ORAL ARGUMENT |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 10/23/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 0.5 | 72.50 | ORAL ARGUMENT PREPARATION |
| 10/23/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 2.7 | 472.50 | REVIEW BRIEF PRELIMINARY PREPARATION FOR APPEAL PREPARATION. |
| 10/24/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 3.5 | 507.50 | ORAL ARGUMENT PREPARATION WITH W. RYAN; MEETING RE: ORAL ARGUMENT WITH W. RYAN AND CO-COUNSEL (RADDING, MCKINNEY, AND SEVERINO-- ADELBERG FIRM) |
| 10/24/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 2.6 | 377.00 | ORAL ARGUMENT PREP (REVIEWED CASE LAW RE: STANDARD OF REVIEW); DRAFTED ARGUMENTS; REVIEWED BRIEFS |
| 10/24/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 3.5 | 612.50 | PREPARE APPEAL INCLUDING CONFERENCE WITH ATTORNEYS FOR CO-DEFENDANTS (A. RADDING, A. MCKINNEY, M. SEVERINO). |
| 10/25/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 0.6 | 87.00 | ORAL ARGUMENT PREP: DRAFTED FILE MEMO RE: STANDARD OF REVIEW ISSUES (THRESHOLDS TO MEET) |
| 10/25/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 2.3 | 402.50 | PREPARE APPEAL HEARING BEFORE 4TH CIRCUIT. |
| 10/28/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 4.7 | 822.50 | PREPARE APPEAL AGREEMENT REGARDING REVIEW OF CITED CASE LAW. |
| 10/29/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 0.2 | 29.00 | STRATEGY WITH W. RYAN RE: ORAL ARGUMENT |
| 10/29/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 6.5 | 942.50 | ORAL ARGUMENT PREPARATION; STRATEGY WITH W. RYAN |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
| 10/29/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 5.3 | 927.50 | PREPARE APPEAL ARGUMENT REGARDING REVIEW/ANALYSIS OF CASE LAW CITED BY BOND IN REPLY BRIEFS. |
| 10/30/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 4.2 | 609.00 | ORAL ARGUMENT PREPARATION |
| 10/30/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 8.8 | 1,540.00 | PREPARE APPEAL INCLUDING REVIEW OF CASE LAW SUPPORTING PARTIES' POSITIONS; OUTLINE OF ARGUMENT AND POTENTIAL ISSUES AND QUESTIONING BY COURT; REVIEW OF UNDERLYING RECORD AND JOINT APPENDIX; PREPARATION CONFERENCES WITH AMY ASKEW AND ANY RADDING, ATTORNEY FOR CO-DEFENDANT. |
| 10/30/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 5.0 | 725.00 | prepared for oral argument in front of US Court of Appeals for Fourth Circuit; strategy with W. Ryan re: review and analysis of case law and record; travel time from Baltimore, MD to Richmond, VA |
| 10/31/2002 12/4/2002 | 38 | WILLIAM F. RYAN, JR. Invoice=5906730 | 9.5 | 1,662.50 | PREPARE ATTEND APPEAL HEARING BEFORE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. |
| 10/31/2002 12/4/2002 | 1579 | AMY ASKEW Invoice=5906730 | 9.0 | 1,305.00 | prepared for oral argument in front of US COurt of Appeals for the Fourth Circuit; strategy with W. Ryan re: review and analysis of case law and record; attended oral argument in front of US Court of Appeals for the Fourth Circuit; travel time from Richmond, VA to Baltimore, MD |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/13/2002<br>12/4/2002 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5906713 | 0.2 | 35.00 | STATUS REPORT TELEPHONE CALL TO INSURER |
| 12/11/2002<br>1/24/2003 | 1579 | AMY ASKEW<br>Invoice=5910575 | 0.1 | 14.50 | TELEPHONE CALL TO T. OBERSCHEVEN RE: BILL |
| 1/27/2003<br>2/14/2003 | 1579 | AMY ASKEW<br>Invoice=5911939 | 0.4 | 58.00 | READ OPINION OF COURT OF APPEALS FOR FOURTH CIRCUIT FOR BOND V. BLUM APPEAL |
| 1/27/2003<br>2/14/2003 | 1579 | AMY ASKEW<br>Invoice=5911939 | 0.2 | 29.00 | MET WITH W. RYAN TO REVIEW APPEAL OPINION AND PROCESS FOR GETTING FEES |
| 1/27/2003<br>2/14/2003 | 1579 | AMY ASKEW<br>Invoice=5911939 | 0.9 | 130.50 | REVIEWED COURT'S INSTRUCTIONS ON OBTAINING COSTS OF APPEAL; REVIEWED RULES AND STATUTORY AUTHORITY RE: OBTAINING ATTORNEYS FEES FOR WORK ON APPEAL; TELEPHONE CALL TO M. SEVERINO OF  ADELBERG RUDOW RE: ADELBERG'S POSITION ON OBTAINING COSTS AND FEES |
| 1/27/2003<br>2/14/2003 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5911939 | 1.2 | 210.00 | REVIEW FOURTH CIRCUIT OPINION; PLANNING REGARDING ATTORNEYS' FEES COMPONENT; LETTERS TO CLIENT AND ANSWER. |
| 2/4/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.3 | 43.50 | REVIEWED FRCP 39 AND COURT DOCUMENTS FOR BILL OF COSTS INSTRUCTION; REVIEWED EXPENSES |
| 2/5/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.4 | 58.00 | MEETING WITH W. RYAN RE: MOTION FOR WTP FEES |
| 2/5/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 2.4 | 348.00 | RESEARCH: WHICH COURT TO PETITION FOR FEES (WTP ON APPEAL) UNDER THE COPYRIGHT ACT |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 2/5/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.2 | 29.00 | TELEPHONE CALL WITH M. SEVERINO RE: PETITION FOR  ATTORNEYS FEES |
| 2/6/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 2.3 | 333.50 | DRAFTED MOTION FOR ATTORNEYS' FEES AND EXPENSES ON APPEAL; BEGAN DRAFTING MEMO IN SUPPORT THEREOF; REVIEWED UNDERLYING MEMOS AND SUPPORTING CASE LAW FOR PURPOSES OF DRAFTING APPEAL MEMO |
| 2/6/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.2 | 29.00 | TELEPHONE CALL WITH M. SEVERINO RE: FILING MOTION AND  MEMO FOR FEES (DISCUSSED REQUIREMENTS UNDER  RULES) |
| 2/10/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.3 | 43.50 | READ AND ANALYZED APPELLANT'S PETITION FOR REHEARING |
| 2/10/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.3 | 43.50 | MEETING WITH W. RYAN TO DISCUSS APPELLANT'S PETITION FOR REHEARING; REVIEWED 4TH CIR. OPINION |
| 2/10/2003<br>3/10/2003 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5913699 | 0.5 | 87.50 | REVIEW EVALUATE PLAINTIFFS' REQUEST FOR REHEARING OF APPEAL; RELATED LETTER TO INSURER AND INSURED. |
| 2/12/2003<br>3/10/2003 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5913699 | 0.3 | 52.50 | TELEPHONE CALL CLIENT TONI OBERSCHAVEN. |
| 2/28/2003<br>3/10/2003 | 1579 | AMY ASKEW<br>Invoice=5913699 | 0.1 | 14.50 | DRAFTED LETTER TO MCDANIEL RE: PLAINTIFF'S RESPONSE TO FEE PETITION MOTIONS |
| 2/28/2003<br>3/10/2003 | 38 | WILLIAM F. RYAN, JR.<br>Invoice=5913699 | 0.3 | 52.50 | REVIEW PLAINTIFFS' RESPONSE TO LAW FIRMS' REQUESTS FOR ATTORNEY FEE AWARD. |

WHITEFORD TAYLOR AND PRESTON  - CLIENT MATTER NUMBER 10600.1 TIME BILLED

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|------|----------|----------------------|-------|--------|-------------|
|      |          | BILLED TOTALS:    BILL: | 368.6 | 46,166.50 |        |