WHITEFORD, TAYLOR AND PRESTON   CLIENT MATER NUMBER 10600/1  COST BILLED

| Date | Initials | Name / Invoice Num | Code | Quantity | Rate | Amount | Description |
|------|----------|--------------------|------|----------|------|--------|-------------|
| 2/26/2002 | 38 | WILLIAM F. RYAN, | 30 | 1 | 34.15 | 34.15 | COURIER SERVICE |
| 4/25/2002 | | Invoice=211058 | | 1 | 34.15 | 34.15 | |
| 2/28/2002 | 38 | WILLIAM F. RYAN, | 6 | 1 | 7.75 | 7.75 | OVERNIGHT DELIVERY |
| 4/25/2002 | | Invoice=211058 | | 1 | 7.75 | 7.75 | |
| 3/1/2002 | 38 | WILLIAM F. RYAN, | 10 | 57 | 0.18 | 10.26 | PHOTOCOPIES |
| 4/25/2002 | | Invoice=211058 | | 57 | 0.18 | 10.26 | |
| 3/7/2002 | 38 | WILLIAM F. RYAN, | 41 | 1 | 105 | 105 | Check#: 268815 Vendor Name: 7437 UNITED STATES |
| 4/25/2002 | | Invoice=211058 | | 1 | 105 | 105 | DISTRICT COURT FOR THE DISTRICT OF MARYLAND - FILING FEE FILING FEE - NOTICE OF APPEAL |
| 3/7/2002 | 38 | WILLIAM F. RYAN, | 94 | 1 | 1.41 | 1.41 | PACER SERVICE |
| 6/19/2002 | | Invoice=214613 | | 1 | 1.41 | 1.41 | |
| 3/8/2002 | 38 | WILLIAM F. RYAN, | 10 | 11 | 0.18 | 1.98 | PHOTOCOPIES |
| 4/25/2002 | | Invoice=211058 | | 11 | 0.18 | 1.98 | |
| 3/8/2002 | 38 | WILLIAM F. RYAN, | 10 | 4 | 0.18 | 0.72 | PHOTOCOPIES |
| 4/25/2002 | | Invoice=211058 | | 4 | 0.18 | 0.72 | |
| 3/8/2002 | 38 | WILLIAM F. RYAN, | 30 | 1 | 6.21 | 6.21 | COURIER SERVICE |
| 4/25/2002 | | Invoice=211058 | | 1 | 6.21 | 6.21 | |
| 3/8/2002 | 38 | WILLIAM F. RYAN, | 30 | 1 | 6.21 | 6.21 | COURIER SERVICE |
| 6/19/2002 | | Invoice=214613 | | 1 | 6.21 | 6.21 | |
| 3/13/2002 | 38 | WILLIAM F. RYAN, | 10 | 26 | 0.18 | 4.68 | PHOTOCOPIES |
| 4/25/2002 | | Invoice=211058 | | 26 | 0.18 | 4.68 | |
| 3/18/2002 | 38 | WILLIAM F. RYAN, | 10 | 5 | 0.18 | 0.9 | PHOTOCOPIES |
| 4/25/2002 | | Invoice=211058 | | 5 | 0.18 | 0.9 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/19/2002 | 38 WILLIAM F. RYAN, | 10 | 83 | 0.18 | 14.94 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 83 | 0.18 | 14.94 | |
| 3/19/2002 | 38 WILLIAM F. RYAN, | 10 | 2 | 0.18 | 0.36 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 2 | 0.18 | 0.36 | |
| 3/19/2002 | 38 WILLIAM F. RYAN, | 10 | 66 | 0.18 | 11.88 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 66 | 0.18 | 11.88 | |
| 3/19/2002 | 38 WILLIAM F. RYAN, | 10 | 1 | 0.18 | 0.18 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 1 | 0.18 | 0.18 | |
| 3/21/2002 | 38 WILLIAM F. RYAN, | 6 | 1 | 7.75 | 7.75 | OVERNIGHT DELIVERY |
| 4/25/2002 | Invoice=211058 | | 1 | 7.75 | 7.75 | |
| 3/22/2002 | 38 WILLIAM F. RYAN, | 10 | 37 | 0.18 | 6.66 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 37 | 0.18 | 6.66 | |
| 3/28/2002 | 38 WILLIAM F. RYAN, | 10 | 44 | 0.18 | 7.92 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 44 | 0.18 | 7.92 | |
| 3/29/2002 | 38 WILLIAM F. RYAN, | 10 | 4 | 0.18 | 0.72 | PHOTOCOPIES |
| 4/25/2002 | Invoice=211058 | | 4 | 0.18 | 0.72 | |
| 3/31/2002 | 38 WILLIAM F. RYAN, | 17 | 1 | 1.47 | 1.47 | LEXIS |
| 6/19/2002 | Invoice=214613 | | 1 | 1.47 | 1.47 | |
| 4/4/2002 | 38 WILLIAM F. RYAN, | 6 | 1 | 7.75 | 7.75 | OVERNIGHT DELIVERY |
| 6/19/2002 | Invoice=214613 | | 1 | 7.75 | 7.75 | |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 3 | 0.18 | 0.54 | |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 10 | 6 | 0.18 | 1.08 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 6 | 0.18 | 1.08 | |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 10 | 2 | 0.18 | 0.36 | PHOTOCOPIES |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/9/2002 | Invoice=215318 | | | 2 | 0.18 | 0.36 |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 12 | 3 | 0.5 | 1.5 TELECOPIER 4107835700 |
| 7/9/2002 | Invoice=215318 | | 3 | 0.5 | 1.5 |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 12 | 4 | 0.5 | 2 TELECOPIER 4105471605 |
| 7/9/2002 | Invoice=215318 | | 4 | 0.5 | 2 |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 12 | 3 | 0.5 | 1.5 TELECOPIER 4105471605 |
| 7/9/2002 | Invoice=215318 | | 3 | 0.5 | 1.5 |
| 5/1/2002 | 38 WILLIAM F. RYAN, | 19 | 1 | 68.56 | 68.56 WESTLAW |
| 7/9/2002 | Invoice=215318 | | 1 | 68.56 | 68.56 |
| 5/9/2002 | 38 WILLIAM F. RYAN, | 10 | 264 | 0.18 | 47.52 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 264 | 0.18 | 47.52 |
| 5/9/2002 | 38 WILLIAM F. RYAN, | 10 | 74 | 0.18 | 13.32 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 74 | 0.18 | 13.32 |
| 5/9/2002 | 38 WILLIAM F. RYAN, | 10 | 133 | 0.18 | 23.94 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 133 | 0.18 | 23.94 |
| 5/11/2002 | 38 WILLIAM F. RYAN, | 14 | 1 | 5.74 | 5.74 POSTAGE |
| 6/19/2002 | Invoice=214613 | | 1 | 5.74 | 5.74 |
| 5/14/2002 | 38 WILLIAM F. RYAN, | 10 | 7 | 0.18 | 1.26 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 7 | 0.18 | 1.26 |
| 5/18/2002 | 38 WILLIAM F. RYAN, | 10 | 25 | 0.18 | 4.5 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 25 | 0.18 | 4.5 |
| 5/20/2002 | 38 WILLIAM F. RYAN, | 10 | 5 | 0.18 | 0.9 PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 5 | 0.18 | 0.9 |
| 5/20/2002 | 38 WILLIAM F. RYAN, | 10 | 8 | 0.18 | 1.44 PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 8 | 0.18 | 1.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/20/2002 | 38 WILLIAM F. RYAN, | 12 | 2 | 0.5 | 1 | TELECOPIER 4105471605 |
| 7/9/2002 | Invoice=215318 | | 2 | 0.5 | 1 | |
| 5/20/2002 | 38 WILLIAM F. RYAN, | 12 | 2 | 0.5 | 1 | TELECOPIER 4107835700 |
| 7/9/2002 | Invoice=215318 | | 2 | 0.5 | 1 | |
| 5/28/2002 | 38 WILLIAM F. RYAN, | 10 | 7 | 0.18 | 1.26 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 7 | 0.18 | 1.26 | |
| 5/29/2002 | 38 WILLIAM F. RYAN, | 10 | 24 | 0.18 | 4.32 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 24 | 0.18 | 4.32 | |
| 5/29/2002 | 38 WILLIAM F. RYAN, | 10 | 25 | 0.18 | 4.5 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 25 | 0.18 | 4.5 | |
| 5/30/2002 | 38 WILLIAM F. RYAN, | 10 | 10 | 0.18 | 1.8 | PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 10 | 0.18 | 1.8 | |
| 5/30/2002 | 38 WILLIAM F. RYAN, | 10 | 291 | 0.18 | 52.38 | PHOTOCOPIES |
| 6/19/2002 | Invoice=214613 | | 291 | 0.18 | 52.38 | |
| 5/30/2002 | 38 WILLIAM F. RYAN, | 10 | 289 | 0.18 | 52.02 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 289 | 0.18 | 52.02 | |
| 5/31/2002 | 38 WILLIAM F. RYAN, | 10 | 252 | 0.18 | 45.36 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 252 | 0.18 | 45.36 | |
| 5/31/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6.27 | 6.27 | COURIER SERVICE |
| 7/9/2002 | Invoice=215318 | | 1 | 6.27 | 6.27 | |
| 6/3/2002 | 38 WILLIAM F. RYAN, | 10 | 17 | 0.18 | 3.06 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 17 | 0.18 | 3.06 | |
| 6/3/2002 | 38 WILLIAM F. RYAN, | 10 | 52 | 0.18 | 9.36 | PHOTOCOPIES |
| 7/9/2002 | Invoice=215318 | | 52 | 0.18 | 9.36 | |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/5/2002 | 38 WILLIAM F. RYAN, | 10 | 6 | 0.18 | 1.08 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 6 | 0.18 | 1.08 | | |
| 6/6/2002 | 38 WILLIAM F. RYAN, | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 3 | 0.18 | 0.54 | | |
| 6/6/2002 | 38 WILLIAM F. RYAN, | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 3 | 0.18 | 0.54 | | |
| 6/12/2002 | 38 WILLIAM F. RYAN, | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 3 | 0.18 | 0.54 | | |
| 6/12/2002 | 38 WILLIAM F. RYAN, | 10 | 1 | 0.18 | 0.18 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 1 | 0.18 | 0.18 | | |
| 6/24/2002 | 38 WILLIAM F. RYAN, | 10 | 19 | 0.18 | 3.42 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 19 | 0.18 | 3.42 | | |
| 6/25/2002 | 38 WILLIAM F. RYAN, | 58 | 1 | 726 | 726 | Check#: 273644 Vendor Name: 11723 THE LEX GROUP | |
| 7/9/2002 | Invoice=215318 | | 1 | 726 | 726 | #NAME? | |
| 6/25/2002 | 38 WILLIAM F. RYAN, | 10 | 1 | 0.18 | 0.18 | PHOTOCOPIES | |
| 7/9/2002 | Invoice=215318 | | 1 | 0.18 | 0.18 | | |
| 6/28/2002 | 38 WILLIAM F. RYAN, | 17 | 1 | 5.93 | 5.93 | LEXIS | |
| 7/9/2002 | Invoice=215318 | | 1 | 5.93 | 5.93 | | |
| 6/30/2002 | 38 WILLIAM F. RYAN, | 17 | 1 | 0.47 | 0.47 | LEXIS | |
| 8/9/2002 | Invoice=217689 | | 1 | 0.47 | 0.47 | | |
| 6/30/2002 | 38 WILLIAM F. RYAN, | 17 | 1 | 116.72 | 116.72 | LEXIS | |
| 8/9/2002 | Invoice=217689 | | 1 | 116.72 | 116.72 | | |
| 7/11/2002 | 38 WILLIAM F. RYAN, | 10 | 132 | 0.18 | 23.76 | PHOTOCOPIES | |
| 8/9/2002 | Invoice=217689 | | 132 | 0.18 | 23.76 | | |
| 7/12/2002 | 38 WILLIAM F. RYAN, | 10 | 80 | 0.18 | 14.4 | PHOTOCOPIES | |

| 8/9/2002 | | | Invoice=217689 | 80 | 0.18 | 14.4 | |
| 7/12/2002 | 38 WILLIAM F. RYAN, | 10 | 4 | 0.18 | 0.72 | PHOTOCOPIES |
| 8/9/2002 | | | Invoice=217689 | 4 | 0.18 | 0.72 | |
| 7/22/2002 | 38 WILLIAM F. RYAN, | 39 | 1 | -169.6 | -169.6 Check#: 13157 Vendor Name: ADELBERG, RUDOW, DOR |
| 8/9/2002 | | | Invoice=217689 | 1 | -169.6 | -169.6 & HENDLER - 3RD PARTY PAYMENTS FOR |
| | | | | | | COPIES/MISCELLANEOUS ADELBERG, RUDOW, DORF |
| | | | | | | HENDLER; PAID |
| 7/22/2002 | 38 WILLIAM F. RYAN, | 10 | 2 | 0.18 | 0.36 | PHOTOCOPIES |
| 8/9/2002 | | | Invoice=217689 | 2 | 0.18 | 0.36 | |
| 7/23/2002 | 38 WILLIAM F. RYAN, | 6 | 1 | 13.95 | 13.95 OVERNIGHT DELIVERY |
| 8/9/2002 | | | Invoice=217689 | 1 | 13.95 | 13.95 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 10 | 12 | 0.18 | 2.16 | PHOTOCOPIES |
| 8/9/2002 | | | Invoice=217689 | 12 | 0.18 | 2.16 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 10 | 340 | 0.18 | 61.2 | PHOTOCOPIES |
| 8/9/2002 | | | Invoice=217689 | 340 | 0.18 | 61.2 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 10 | 8 | 0.18 | 1.44 | PHOTOCOPIES |
| 8/9/2002 | | | Invoice=217689 | 8 | 0.18 | 1.44 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 6 | 1 | 10.56 | 10.56 OVERNIGHT DELIVERY |
| 8/9/2002 | | | Invoice=217689 | 1 | 10.56 | 10.56 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 2 | 1 | 30 | 30 MISCELLANEOUS VELO BINDING PER A. ASKEW |
| 9/23/2002 | | | Invoice=5900558 | 1 | 30 | 30 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6 | 6 COURIER SERVICE |
| 9/23/2002 | | | Invoice=5900558 | 1 | 6 | 6 | |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6 | 6 COURIER SERVICE |
| 9/23/2002 | | | Invoice=5900558 | 1 | 6 | 6 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/26/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6 | 6 COURIER SERVICE |
| 9/23/2002 | Invoice=5900558 | | 1 | 6 | 6 |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6 | 6 COURIER SERVICE |
| 9/23/2002 | Invoice=5900558 | | 1 | 6 | 6 |
| 7/26/2002 | 38 WILLIAM F. RYAN, | 30 | 1 | 6 | 6 COURIER SERVICE |
| 9/23/2002 | Invoice=5900558 | | 1 | 6 | 6 |
| 8/27/2002 | 962 Camille M. Cardoso | 10 | 16 | 0.18 | 2.88 PHOTOCOPIES |
| 9/23/2002 | Invoice=5900558 | | 16 | 0.18 | 2.88 |
| 9/3/2002 | 962 Camille M. Cardoso | 10 | 3 | 0.18 | 0.54 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 3 | 0.18 | 0.54 |
| 9/3/2002 | 962 Camille M. Cardoso | 10 | 2 | 0.18 | 0.36 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 2 | 0.18 | 0.36 |
| 9/12/2002 | 20313 Laura Beklik | 10 | 15 | 0.18 | 2.7 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 15 | 0.18 | 2.7 |
| 9/12/2002 | 20313 Laura Beklik | 10 | 7 | 0.18 | 1.26 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 7 | 0.18 | 1.26 |
| 9/13/2002 | 962 Camille M. Cardoso | 10 | 2 | 0.18 | 0.36 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 2 | 0.18 | 0.36 |
| 9/13/2002 | 38 WILLIAM F. RYAN, | 6 | 1 | 7.79 | 7.79 OVERNIGHT DELIVERY |
| ######## | Invoice=5903387 | | 1 | 7.79 | 7.79 |
| 9/18/2002 | 962 Camille M. Cardoso | 10 | 1 | 0.18 | 0.18 PHOTOCOPIES |
| ######## | Invoice=5903387 | | 1 | 0.18 | 0.18 |
| 10/1/2002 | 915 MICHELE K POWEI | 10 | 32 | 0.18 | 5.76 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 32 | 0.18 | 5.76 |
| 10/1/2002 | 915 MICHELE K POWEI | 10 | 5 | 0.18 | 0.9 PHOTOCOPIES |

| 12/4/2002 | Invoice=5906730 | | | 5 | 0.18 | 0.9 | |
| 10/1/2002 | 915 MICHELE K POWEI | 10 | 1 | 0.18 | 0.18 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 1 | 0.18 | 0.18 |
| 10/2/2002 | 915 MICHELE K POWEI | 10 | 27 | 0.18 | 4.86 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 27 | 0.18 | 4.86 |
| 10/2/2002 | 915 MICHELE K POWEI | 10 | 13 | 0.18 | 2.34 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 13 | 0.18 | 2.34 |
| 10/3/2002 | 915 MICHELE K POWEI | 10 | 176 | 0.18 | 31.68 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 176 | 0.18 | 31.68 |
| 10/3/2002 | 915 MICHELE K POWEI | 10 | 3 | 0.18 | 0.54 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 3 | 0.18 | 0.54 |
| 10/3/2002 | 915 MICHELE K POWEI | 10 | 74 | 0.18 | 13.32 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 74 | 0.18 | 13.32 |
| 10/3/2002 | 915 MICHELE K POWEI | 10 | 87 | 0.18 | 15.66 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 87 | 0.18 | 15.66 |
| 10/3/2002 | 915 MICHELE K POWEI | 10 | 16 | 0.18 | 2.88 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 16 | 0.18 | 2.88 |
| 10/7/2002 | 915 MICHELE K POWEI | 10 | 3 | 0.18 | 0.54 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 3 | 0.18 | 0.54 |
| 10/7/2002 | 915 MICHELE K POWEI | 10 | 17 | 0.18 | 3.06 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 17 | 0.18 | 3.06 |
| 10/7/2002 | 915 MICHELE K POWEI | 10 | 69 | 0.18 | 12.42 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 69 | 0.18 | 12.42 |
| 10/8/2002 | 915 MICHELE K POWEI | 10 | 145 | 0.18 | 26.1 PHOTOCOPIES |
| 12/4/2002 | Invoice=5906730 | | 145 | 0.18 | 26.1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/8/2002 | 915 | MICHELE K POWEI | 10 | 55 | 0.18 | 9.9 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 55 | 0.18 | 9.9 | |
| 10/8/2002 | 915 | MICHELE K POWEI | 10 | 60 | 0.18 | 10.8 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 60 | 0.18 | 10.8 | |
| 10/8/2002 | 915 | MICHELE K POWEI | 10 | 208 | 0.18 | 37.44 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 208 | 0.18 | 37.44 | |
| ######## | 5030 | Valerie Godsey | 10 | 213 | 0.18 | 38.34 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 213 | 0.18 | 38.34 | |
| ######## | 5030 | Valerie Godsey | 10 | 213 | 0.18 | 38.34 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 213 | 0.18 | 38.34 | |
| ######## | 962 | Camille M. Cardoso | 10 | 1 | 0.18 | 0.18 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 1 | 0.18 | 0.18 | |
| ######## | 1579 | AMY ASKEW | 10 | 4 | 0.18 | 0.72 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 4 | 0.18 | 0.72 | |
| ######## | 962 | Camille M. Cardoso | 10 | 2 | 0.18 | 0.36 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906730 | | 2 | 0.18 | 0.36 | |
| ######## | 38 | WILLIAM F. RYAN, | 17 | 1 | 5.07 | 5.07 | LEXIS |
| 12/4/2002 | | Invoice=5906713 | | 1 | 5.07 | 5.07 | |
| ######## | 38 | WILLIAM F. RYAN, | 19 | 1 | 223.49 | 223.49 | WESTLAW |
| 12/4/2002 | | Invoice=5906713 | | 1 | 223.49 | 223.49 | |
| ######## | 962 | Camille M. Cardoso | 10 | 6 | 0.18 | 1.08 | PHOTOCOPIES |
| 12/4/2002 | | Invoice=5906713 | | 6 | 0.18 | 1.08 | |
| ######## | 38 | WILLIAM F. RYAN, | 61 | 1 | 16 | 16 | CLIENT TRAVEL REIMBURSEMENT - AMY E. ASKEW |
| 12/4/2002 | | Invoice=5906713 | | 1 | 16 | 16 | TRAIN FARE/ROUNDTRIP TO RICHMOND, VA - 10/30/02 AND 10/31/02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Voucher=520517 Paid | Vendor=AMY E. ASKEW  Balance=.00  Amount=98.85<br>Paid:  673899  11/15/2002 |
| ########<br>12/4/2002 | 38 WILLIAM F. RYAN,<br>Invoice=5906713 | 61 | 1<br>1 | 26<br>26 | 26 CLIENT TRAVEL REIMBURSEMENT - AMY E. ASKEW CA<br>26 FARE FROM TRAIN STATION TO HOTEL IN RICHMOND<br>######## | |
| | | | | | Voucher=520517 Paid | Vendor=AMY E. ASKEW  Balance=.00  Amount=98.85<br>Paid:  673899  11/15/2002 |
| ########<br>12/4/2002 | 38 WILLIAM F. RYAN,<br>Invoice=5906713<br>Voucher=520517 Paid | 61 | 1<br>1 | 6<br>6 | 6 CLIENT TRAVEL REIMBURSEMENT - AMY E. ASKEW CA<br>6 FARE TO OFFICE - 10/30/02<br>Vendor=AMY E. ASKEW  Balance=.00  Amount=98.85<br>Paid:  673899  11/15/2002 | |
| ########<br>12/4/2002 | 38 WILLIAM F. RYAN,<br>Invoice=5906713<br>Voucher=520517 Paid | 61 | 1<br>1 | 12<br>12 | 12 CLIENT TRAVEL REIMBURSEMENT - AMY E. ASKEW CA<br>12 FARE FROM TRAIN STATION - HOME - 10/31/02<br>Vendor=AMY E. ASKEW  Balance=.00  Amount=98.85<br>Paid:  673899  11/15/2002 | |
| ########<br>12/4/2002 | 38 WILLIAM F. RYAN,<br>Invoice=5906713<br>Voucher=520873 Paid | 61 | 1<br>1 | 30<br>30 | 30 CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB TVL<br>30 DSTNTNS MGMT GRP INC - W. RYAN - 10/22/02<br>Vendor=DINERS CLUB  Balance=.00  Amount=30.00<br>Paid:  674104  11/20/2002 | |
| ########<br>12/4/2002 | 38 WILLIAM F. RYAN,<br>Invoice=5906713<br>Voucher=520874 Paid | 61 | 1<br>1 | 30<br>30 | 30 CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB TVL<br>30 DSTNTNS MGMT GRP INC - A. ASKEW - 10/22/02<br>Vendor=DINERS CLUB  Balance=.00  Amount=30.00<br>Paid:  674104  11/20/2002 | |
| ########<br>1/24/2003 | 38 WILLIAM F. RYAN,<br>Invoice=5910575<br><br>Voucher=522230 Paid | 61 | 1<br>1 | 20<br>20 | 20 CLIENT TRAVEL REIMBURSEMENT - WILLIAM F. RYAN,<br>20 JR. TAXI SERVICE REGARDING BOND V BLUM ORAL<br>ARGUMENT - 10/31/02<br>Vendor=WILLIAM F. RYAN, JR.  Balance=.00  Amount=52.0<br>Paid:  674901  12/16/2002 | |
| ########<br>1/24/2003 | 38 WILLIAM F. RYAN,<br>Invoice=5910575 | 61 | 1<br>1 | 93<br>93 | 93 CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB NAT<br>93 RR PASS CORP - W. RYAN - 10/22/02 | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Voucher=522916 Paid |
|  |  |  |  |  |  | Vendor=DINERS CLUB  Balance=.00  Amount=93.00 |
|  |  |  |  |  |  | Paid: 2071.  12/24/2002 |
| ######## | 38 | WILLIAM F. RYAN, | 61 | 1 | 93 | 93 CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB NAT |
| 1/24/2003 |  | Invoice=5910575 |  | 1 | 93 | 93 RR PASS CORP - A. ASKEW - 10/22/02 |
|  |  | Voucher=522917 Paid |  |  |  | Vendor=DINERS CLUB  Balance=.00  Amount=93.00 |
|  |  |  |  |  |  | Paid: 2071.  12/24/2002 |
| ######## | 38 | WILLIAM F. RYAN, | 61 | 1 | 283.78 | 283.78 CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB |
| 1/24/2003 |  | Invoice=5910575 |  | 1 | 283.78 | 283.78 COMMONWEALTH PARK STES HT - RICHMOND, VA - 11/1/2002 |
|  |  | Voucher=522954 Paid |  |  |  | Vendor=DINERS CLUB  Balance=.00  Amount=283.78 |
|  |  |  |  |  |  | Paid: 2071.  12/24/2002 |
| 1/27/2003 | 20313 | Laura Beklik | 10 | 21 | 0.18 | 3.78 PHOTOCOPIES |
| 2/14/2003 |  | Invoice=5911939 |  | 21 | 0.18 | 3.78 |
| 1/27/2003 | 20313 | Laura Beklik | 10 | 60 | 0.18 | 10.8 PHOTOCOPIES |
| 2/14/2003 |  | Invoice=5911939 |  | 60 | 0.18 | 10.8 |
| 1/27/2003 | 20313 | Laura Beklik | 10 | 42 | 0.18 | 7.56 PHOTOCOPIES |
| 2/14/2003 |  | Invoice=5911939 |  | 42 | 0.18 | 7.56 |
| 1/27/2003 | 20313 | Laura Beklik | 10 | 21 | 0.18 | 3.78 PHOTOCOPIES |
| 2/14/2003 |  | Invoice=5911939 |  | 21 | 0.18 | 3.78 |
| 1/27/2003 | 20313 | Laura Beklik | 10 | 4 | 0.18 | 0.72 PHOTOCOPIES |
| 2/14/2003 |  | Invoice=5911939 |  | 4 | 0.18 | 0.72 |
| 1/27/2003 | 20313 | Laura Beklik | 12 | 24 | 0.5 | 12 TELECOPIER |
| 2/14/2003 |  | Invoice=5911939 |  | 24 | 0.5 | 12 |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 4 | 0.18 | 0.72 PHOTOCOPIES |
| 3/10/2003 |  | Invoice=5913699 |  | 4 | 0.18 | 0.72 |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 1 | 0.18 | 0.18 PHOTOCOPIES |
| 3/10/2003 |  | Invoice=5913699 |  | 1 | 0.18 | 0.18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 3 | 0.18 | 0.54 | |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 1 | 0.18 | 0.18 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 1 | 0.18 | 0.18 | |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 2 | 0.18 | 0.36 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 2 | 0.18 | 0.36 | |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 51 | 0.18 | 9.18 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 51 | 0.18 | 9.18 | |
| 2/6/2003 | 962 | Camille M. Cardoso | 10 | 16 | 0.18 | 2.88 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 16 | 0.18 | 2.88 | |
| 2/6/2003 | 38 | WILLIAM F. RYAN, | 6 | 1 | 8.32 | 8.32 | FEDERAL EXPRESS |
| 3/10/2003 | | Invoice=5913699 | | 1 | 8.32 | 8.32 | |
| 2/10/2003 | 962 | Camille M. Cardoso | 10 | 66 | 0.18 | 11.88 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 66 | 0.18 | 11.88 | |
| 2/10/2003 | 962 | Camille M. Cardoso | 10 | 6 | 0.18 | 1.08 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 6 | 0.18 | 1.08 | |
| 2/19/2003 | 20313 | Laura Beklik | 10 | 3 | 0.18 | 0.54 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 3 | 0.18 | 0.54 | |
| 2/25/2003 | 20313 | Laura Beklik | 10 | 122 | 0.18 | 21.96 | PHOTOCOPIES |
| 3/10/2003 | | Invoice=5913699 | | 122 | 0.18 | 21.96 | |
| 2/28/2003 | 38 | WILLIAM F. RYAN, | 14 | 1 | 5.34 | 5.34 | POSTAGE |
| 3/10/2003 | | Invoice=5913699 | | 1 | 5.34 | 5.34 | |

BILLED TOTALS:    WORK:                2,683.55  137 records
BILLED TOTALS:    BILL:                2,683.55

```
GRAND TOTAL:    WORK:                    2,683.55 137 records
GRAND TOTAL:    BILL:                    2,683.55
```

F

&

\B
-

\B

\B

.

.

00

ГL

ΓL