IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND | * |
|    Plaintiff | * |
| v. | *   Civil Court Action No.: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*

**DECLARATION UNDER PENALTY OF PERJURY OF
AMY ESTELLE ASKEW, ESQUIRE**

AMY ESTELLE ASKEW, under penalty of perjury and upon personal knowledge, declares as follows:

1. My name is Amy Estelle Askew.

2. I am over eighteen (18) years of age.

3. I am competent to testify to the matters set forth herein.

4. I testify to the matters set forth herein from my own personal knowledge.

5. I am an associate at the law firm of Whiteford, Taylor & Preston, LLP, 7 Saint Paul Street, Baltimore, Maryland 21202 (hereinafter referred to as "Whiteford").

6. I received a *B.A.* degree from Franklin & Marshall College in 1996.

7. I received a *J.D.* degree *magna cum laude* from the University of Baltimore School of Law in 2001.

8. I was admitted to the bar in 2001. I am a member in good standing of the following bars: the Court of Appeals of Maryland, the United States Court of Appeals

for the Fourth Circuit and the United States District Court for the District of Maryland.

9. The photocopy of my listing in the MARTINDALE HUBBELL LAW DIRECTORY for the year 2002, attached as **Exhibit C-1**, is accurate as of the publication date of that volume.

10. In August 2001, I joined the law firm of Whiteford, where I now practice.

11. In February 2002, Whiteford was engaged to represent McDaniel, Bennett & Griffin's interest in the appeal of this matter.

12. I have reviewed the photocopy of the invoice attached as **Exhibits B-1** and **B-2** to the Memorandum. That invoice is accurate in regards to the time expended by me and the expenses incurred by Whiteford in connection with the appeal of this case.

13. My standard hourly rate for 2002 was $175.00 per hour. This was my usual hourly rate charged to other clients of our firm during that time. My current hourly rate for 2003 is $185.00 per hour.

14. However, my hourly rate for this engagement was and continues to be $145.00.

**THIS ENDS MY DECLARATION**.

-3-

      I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .

_____/s/_____
Amy Estelle Askew

28 U.S.C. §1746

*1480448*

-3-