versity of Maryland (LL.B., 1949). *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations; American Law Institute. Fellow: American College of Trial Lawyers; Maryland Bar Foundation; American Bar Foundation. *PRACTICE AREAS:* Civil Litigation; Government Affairs; Municipal Law; Housing Law. *Email:* wpreston@wtplaw.com

**ARTHUR P. ROGERS** (Resident, Washington, DC)

**HERMAN B. ROSENTHAL,** born Washington, D.C., 1950; admitted to bar, 1976, Maryland; 1977, District of Columbia. *Education:* University of Pennsylvania (B.A., 1972; M.A., Public Policy, 1976; J.D., 1975). *Member:* Maryland State Bar Association; National Association of Bond Lawyers; American Association of Homes and Services for the Aging. *PRACTICE AREAS:* Taxation; Health Care; Tax Exempt Finance; Tax Controversies; State Taxation. *Email:* hrosenthal@wtplaw.com

**JAMES F. ROSNER** (Resident, Towson, MD)

**WILLIAM F. RYAN, JR.,** born New York, N.Y., 1951; admitted to bar, 1979, Maryland; U.S. Supreme Court; U.S. Court of Appeals, 2nd and 4th Circuits; U.S. District Court, District of Maryland; U.S. District Court, Eastern District of Michigan. *Education:* Princeton University (A.B., 1976); University of Baltimore (J.D., 1979). *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations. Fellow, American College of Trial Lawyers. *PRACTICE AREAS:* Commercial Litigation; Professional Liability; Environmental Litigation; Intellectual Property. *Email:* wryan@wtplaw.com

**JOSEPH N. SCHALLER,** born Anaheim, California, 1960; admitted to bar, 1987, Maryland. *Education:* Franklin & Marshall College (B.A., 1982); University of Baltimore (J.D., cum laude, 1987). *Member:* Maryland State and Federal Bar Associations. *PRACTICE AREAS:* Real Estate; Banking Law. *Email:* jschaller@wtplaw.com

**ROBERT SLOAN, III,** born New Rochelle, New York, 1945; admitted to bar, 1972, Maryland. *Education:* Dartmouth College (A.B., 1968); Vanderbilt University (J.D., 1971). *Member:* Maryland State and American Bar Associations. *PRACTICE AREAS:* Trusts and Estates; Wills. *Email:* rsloan@wtplaw.com

**CATHERINE WHITEHURST STEINER,** born Silver Spring, Maryland, 1964; admitted to bar, 1991, Maryland. *Education:* Tufts University (B.A., 1986); College of William and Mary (J.D., 1991). *Member:* Maryland State Bar Association. *PRACTICE AREAS:* Medical Malpractice Defense; Insurance Defense; Civil Litigation. *Email:* csteiner@wtplaw.com

**DWIGHT W. STONE, II,** born Baltimore, Maryland, 1968; admitted to bar, 1993, Maryland; 1994, U.S. District Court, District of Maryland; 1995, U.S. Court of Appeals, 4th Circuit; 1997, U.S. District Court, District of Columbia. *Education:* Princeton University (B.A., cum laude, 1990); University of Maryland (J.D., with honors, 1993). Law Clerk, The Honorable Lawrence F. Rodowsky, Court of Appeals of Maryland, 1993-1994. *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations; Maryland Defense Counsel; Defense Research Institute. *PRACTICE AREAS:* Products Liability; Complex Litigation; Insurance Coverage; Business Litigation. *Email:* dstone@wtplaw.com

**GERARD P. SUNDERLAND,** born Baltimore, Maryland, 1946; admitted to bar, 1973, Maryland; 1985, District of Columbia. *Education:* Tulane University (B.A., 1968); University of Maryland (J.D., 1973). *Member:* District of Columbia Bar; Maryland State (Member, Fidelity and Surety Law Committee) and American Bar Associations. *PRACTICE AREAS:* Fidelity and Surety; Construction Law; Bankruptcy; Government Contracts. *Email:* gsunderland@wtplaw.com

**ANDREW J. TERRELL** (Resident, Washington, DC)

**STEVEN E. TILLER,** born Indianapolis, Indiana, 1966; admitted to bar, 1992, Maryland; 1994, U.S. District Court, District of Maryland; 1995, District of Columbia and U.S. Court of Appeals, 4th Circuit; 2001, U.S. Court of Appeals for the Federal Circuit; registered to practice before U.S. Patent and Trademark Office. *Education:* James Madison University (B.S., 1988); University of Kentucky (J.D., 1992). *Member:* Baltimore County and Maryland State Bar Associations; District of Columbia Bar. *PRACTICE AREAS:* Intellectual Property; Commercial Law; Computers and Software; Litigation. *Email:* stiller@wtplaw.com

**WARREN N. WEAVER,** born Baltimore, Maryland, 1957; admitted to bar, 1982, Maryland. *Education:* Georgetown University (B.A., 1979; J.D., 1982). *Member:* Maryland State and American Bar Associations; National Bar Association; Maryland Association of Defense Trial Counsel. *PRACTICE AREAS:* Litigation; Products Liability; Insurance. *Email:* wweaver@wtplaw.com

**WILLIAM B. WHITEFORD,** born Baltimore, Maryland, 1939; admitted to bar, 1965, Maryland. *Education:* Williams College (B.A., 1961); University of Maryland (LL.B., 1965). *Member:* Maryland State and American Bar Associations. Fellow, American College of Trial Lawyers. *PRACTICE AREAS:* Civil Litigation; Legal Malpractice; Medical Malpractice. *Email:* wwhiteford@wtplaw.com

**LARRY M. WOLF,** born Baltimore, Maryland, 1937; admitted to bar, 1961, Maryland. *Education:* Johns Hopkins University (A.B., 1958); Yale University (LL.B., 1961). Named in *Best Lawyers in America,* 1987-2001. *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations. *PRACTICE AREAS:* Labor Law; Employment Law. *Email:* lwolf@wtplaw.com

**ROBERT M. WRIGHT,** born Boston, Massachusetts, 1939; admitted to bar, 1968, Maryland; 1973, U.S. Court of Appeals, 4th Circuit; 1977, U.S. Claims Court; 1979, U.S. Supreme Court; 1985, District of Columbia. *Education:* Colby College (A.B., 1961); Boston University; University of Maryland (LL.B., 1968). *Member:* District of Columbia Bar; Maryland State and American Bar Associations. *PRACTICE AREAS:* Fidelity and Surety; Environmental Law; Construction Law; Commercial Litigation. *Email:* rwright@wtplaw.com

### OF COUNSEL

**ASCANIO S. BOCCUTI** (Resident, Towson, MD)

**EDWARD S. COGEN** (Resident, Washington, DC)

**ANN M. GARFINKLE** (Not admitted in Maryland; Resident, Washington, DC)

**DANIEL H. HONEMANN,** born Baltimore, Maryland, 1929; admitted to bar, 1956, Maryland. *Education:* Western Maryland College (A.B., 1951); University of Maryland (LL.B., 1956). *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations. Fellow: American College of Trust and Estate Counsel; Maryland Bar Foundation. *PRACTICE AREAS:* Trusts and Estates; Wills; Federal Estate and Gift Taxation; Generation Skipping Tax. *Email:* dhonemann@wtplaw.com

**EDWARD A. JOHNSTON** (Resident, Towson, MD)

**KAREN H. MOORE,** born Glen Cove, New York, 1956; admitted to bar, 1983, Illinois and U.S. District Court, Northern District of Illinois; 1992, U.S. District Court, District of Maryland; 1998, Maryland. *Education:* Trinity College (B.A., Philosophy, 1978); De Paul University College of Law (J.D., 1983). *Member:* Women's Bar Association; Baltimore Women's Bar Association; Maryland Bankruptcy Bar Association. *PRACTICE AREAS:* Bankruptcy; Bankruptcy Reorganization; Creditors Rights. *Email:* kmoore@wtplaw.com

**LEE A. SATTERFIELD** (Resident, Washington, DC)

**GEORGE D. SOLTER** (Resident, Towson, MD)

**JOHN H. SOMERVILLE,** born Cumberland, Maryland, 1924; admitted to bar, 1950, Maryland. *Education:* Duke University (A.B., 1947); University of Maryland (LL.B., 1950). *Member:* Bar Association of Baltimore City; Maryland State and American Bar Associations. Fellow, American College of Trust and Estate Counsel. *PRACTICE AREAS:* Estates and Trusts; Estate Administration; Trust Administration. *Email:* wt&pllp@wtplaw.com

**C. WILLIAM TAYLER** (Resident, Washington, DC)

**ERNEST C. TRIMBLE** (Resident, Towson, MD)

**RICHARD C. WHITEFORD,** born Baltimore, Maryland, 1935; admitted to bar, 1960, Maryland; 1993, District of Columbia. *Education:* Washington & Lee University (B.A., 1957); University of Maryland (J.D., 1960). *Member:* Maryland State and American Bar Associations; District of Columbia Bar. *PRACTICE AREAS:* Construction Law; Government Contracts; Litigation; Fidelity and Surety. *Email:* rwhiteford@wtplaw.com

**THOMAS J. WHITEFORD** (Resident, Towson, MD)

### ASSOCIATES

**DEBORAH A. AILIFF,** born 1970; admitted to bar, 1996, Maryland; 1998, District of Columbia. *Education:* Loyola College (B.S., 1991); University of Baltimore (J.D., 1996; M.B.A., 1996). *Member:* Bar Association of Baltimore City (Chair, Public Service Committee, Young Lawyers Division); District of Columbia Bar; Maryland State and American Bar Associations. *PRACTICE AREAS:* Real Estate; Commercial Real Estate; Business Law; Corporate Law; Construction Law. *Email:* dailiff@wtplaw.com

**AMY E. ASKEW,** born Easton, Maryland, 1973; admitted to bar, 2001, Maryland; U.S. Court of Appeals, Fourth Circuit; U.S. District Court, District of Maryland. *Education:* Franklin & Marshall College (B.A., 1996); University of Baltimore School of Law (J.D., magna cum laude, 2001). *Member:* Baltimore City, Maryland State, American and Federal Bar Associations; Defense Research Institute. *PRACTICE AREAS:* Commercial Litigation. *Email:* aaskew@wtplaw.com

**JENNIFER R. BUSSE** (Resident, Towson, MD)

**TRACY A. CANNON,** born Atlantic City, New Jersey, 1964; admitted to bar, 1989, Maryland; 1991, District of Columbia. *Education:* Calvin College (B.A., 1986); Widener University School of Law (J.D., 1989). *Member:* Maryland State Bar Association; District of Columbia Bar. *PRACTICE AREAS:* Medical Malpractice; Legal Malpractice. *Email:* tcannon@wtplaw.com

**MARY CLAIRE CHESSHIRE,** born Baltimore, Maryland, 1962; admitted to bar, 1993, Maryland. *Education:* Johns Hopkins University (B.S., 1989); University of Baltimore (J.D., cum laude, 1993). *Member:* Maryland State and American Bar Associations; National Association of Public Pension Attorneys. *PRACTICE AREAS:* Employee Benefits; Executive Compensation; Public Pension Plans. *Email:* mchesshire@wtplaw.com

**ALLISON B. COLGAN,** born Lowell, Massachusetts, 1972; admitted to bar, 1997, Maryland. *Education:* Syracuse University (B.F.A., 1994); University of Baltimore (J.D., magna cum laude, 1997). *Member:* Maryland State Bar Association. *PRACTICE AREAS:* Corporate; Securities. *Email:* acolgan@wtplaw.com

**JESSE E. COX,** born Baltimore, Maryland, 1953; admitted to bar, 1993, Maryland and U.S. District Court, District of Maryland. *Education:* Loyola Col-

*(This Listing Continued)*