IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | *  Civil Court Action No.: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**
**(MOTION OF DEFENDANT MCDANIEL, BENNETT & GRIFFIN FOR AWARD OF SANCTIONS)**

**UPON CONSIDERATION OF THE** Motion of Defendant McDaniel, Bennett & Griffin for Award of Sanctions, the opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2003:

**ORDERED** that the Motion of Defendant McDaniel, Bennett & Griffin for Award of Sanctions be and hereby is **GRANTED**; and it is further

**ORDERED** that plaintiff, William Bond, within ten (10) days of the date of this order, pay to defendant McDaniel, Bennett & Griffin the sum of _____.

_____
**JUDGE, UNITED STATES**
**DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

Copies to:

| | |
|---|---|
| William Fitts Ryan, Jr., Esquire<br>Amy E. Askew, Esq.<br>Whiteford, Taylor & Preston<br>7 Saint Paul Street<br>Baltimore, Maryland 21202<br>*Counsel for Defendant,*<br>*McDaniel, Bennett & Griffin* | Andrew Radding, Esquire<br>Adelberg, Rudow, Dorf & Hendler, LLC<br>Mercantile Bank Building<br>2 Hopkins Plaza, Suite 600<br>Baltimore, Maryland 21201<br>*Counsel for Defendant,*<br>*Adelberg, Rudow, Dorf & Hendler, LLC* |
| Howard Schulman, Esquire<br>Schulman & Kaufman, LLC<br>100 Light Street, Suite 700<br>Baltimore, Maryland 21202<br>*Counsel for Plaintiff,*<br>*William C. Bond* | Gerard Martin, Esquire<br>Martin, Snyder & Bernstein, P.A.<br>217 East Redwood Street, Suite 2000<br>Baltimore, Maryland 21202<br>*Counsel for Defendants,*<br>*Kenneth Blum, Sr., Kenneth Blum, Jr., and*<br>*Dudley Hodgson* |
| Kathryn Miller Goldman<br>Jiranek, Goldman & Minton, LLC<br>19 East Fayette Street, Suite 401<br>Baltimore, Maryland 21201<br>*Counsel for Defendant,*<br>*William Slavin* | |

1480452