IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
|     Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al | * | |
|     Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2003, copies of Defendant Adelberg, Rudow, Dorf and Hendler, LLC's (1) Notice of Electronic Filing; (2) Notice of Filing Lengthy Exhibit; and (3) Exhibit B to Supplemental Memorandum in Support of Defendant Adelberg, Rudow, Dorf & Hendler, LLC's Motion Requesting Attorneys' Fees and Costs under 17 U.S.C. §505 and Local Rule 109, were mailed to Howard J. Schulman, Esquire, Schulman & Kaufman, LLC, One Charles Center, 100 N. Charles Street, Suite 600, Baltimore, Maryland 21201, Attorney for Plaintiff, via first-class mail.

                                                  /s/
                                        Michael R. Severino