IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | *   Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT MCDANIEL, BENNETT & GRIFFIN'S OPPOSITION TO PLAINTIFF'S MOTION TO RECUSE

Defendant, McDaniel, Bennett & Griffin, by and through its attorneys, William F. Ryan Jr., Amy E. Askew and Whiteford, Taylor & Preston, L.L.P., adopts and incorporates the Opposition to Plaintiff's Motion to Recuse and Proposed Order of Defendant Adelberg, Rudow, Dorf & Hendler, LLC.

_____/s/_____
William F. Ryan, Jr. #00360
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant,
McDaniel, Bennett & Griffin

1482530