IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND | * |
|    Plaintiff | * |
| v. | *   Civil Court Action No: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * |
|    Defendant | * |

\* \* \* \* \* \*     \* \* \* \* \*

## **LINE**

Dear Sir/Madam Clerk:

On April 17, 2003, Defendant McDaniel, Bennett & Griffin responded to this Court's informal Order issued on April 16, 2003 (Paper No. 105) by hand delivering the Affidavit of William F. Ryan, Jr. and supporting documentation to the chambers of The Honorable Marvin J. Garbis. All counsel of record were also sent the Affidavit of William F. Ryan, Jr. and supporting documentation via first class mail on April 17, 2003.

                                                 /s/
                                       William F. Ryan, Jr. #00360
                                       Amy E. Askew, #26709
                                       Whiteford, Taylor & Preston L.L.P.
                                       Seven Saint Paul Street
                                       Baltimore, Maryland 21202-1626
                                       (410) 347-8700

                                       Attorneys for Defendant
                                       McDaniel, Bennett & Griffin

1486234