IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                    *

    Plaintiff            *

    vs.                  *CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.          *

    Defendants           *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## SUPPLEMENTAL JUDGMENT ORDER

By separate Order issued this date, the Court has granted motions awarding expenses, including legal fees, to the law firm Defendants.

Accordingly:

1. This Supplemental Judgment shall be, and hereby is, entered.

2. Defendant Adelberg, Rudow, Dorf & Hendler, LLC shall recover from Plaintiff William C. Bond the amount of $71,574.17 plus judgment interest thereon.

3. Defendant McDaniel, Bennett & Griffin shall recover from Plaintiff William C. Bond the amount of $83,667.65 plus judgment interest thereon.

SO ORDERED, on Thursday, 24 April, 2003.

/ s /
Marvin J. Garbis
United States District Judge