# ADELBERG, RUDOW, DORF & HENDLER, LLC

### ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

April 29, 2003

**VIA HAND DELIVERY**
The Honorable Marvin J. Garbis
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> RE:    *Bond v. Blum*
>         MJG 01-2600

Dear Judge Garbis:

Upon reviewing the Court's Order dated April 25, 2003, regarding the award of attorneys' fees and costs, it came to my attention that the Court has awarded $2,223.73 too much in expenses to Adelberg, Rudow, Dorf & Hendler, LLC. The expenses shown on our accounting schedules were cumulative for all reported periods and the expenses shown on Schedule B-3 include the expenses reported on Schedules B-1 and B-2. The Court has allowed $9,192.54 for expenses from Schedule B-3 and that amount includes the amounts separately awarded for Schedules B-1 ($85.50) and B-2 ($2,138.23). Our total expense award should be reduced by $2,223.73 ($85.50+ $2,138.23) from $11,416.27 to $9,192.54.

I believe it is Mr. Schulman's responsibility to prepare any motion to modify the Order accordingly. Nevertheless, this Court may wish to consider this correspondence as a motion for modification and simply amend its Order and Judgment by $2,223.73 without any further filing.

Very truly yours,

Andrew Radding

AR/rk
cc:    Howard J. Schulman, Esq.  (Via Hand Delivery)
       Gerard Martin, Esq.