FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
AT BALTIMORE

BY_____ _DEPUTY

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### MOTION TO ALTER OR AMEND
### JUDGMENT OF APRIL 25, 2003

Plaintiff, William C. Bond, by and through his attorneys, Howard J. Schulman and Schulman & Kaufman, LLC, states as follows:

By letter dated April 29, 2003, Adelberg, Rudow, Dorf & Hendler, LLC advised the Court that the Court had awarded $2,223.73 too much in expenses so that its expense award should be reduced by $2,223.73 from $11,416.27 to $9,192.54. A copy is attached.

WHEREFORE, for the aforementioned reason, Plaintiff, William C. Bond, respectfully requests the Court to alter or amend the judgment to reduce the amount of expenses awarded to Adelberg, Rudow, Dorf & Hendler, LLC to $9,1192.54.

HOWARD J. SCHULMAN
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff

SO ORDERED, on Monday, 5 May, 2003.

/s/
_____
Marvin J. Garbis
United States District Judge