IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND

    Plaintiff

vs.   *   CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*

### CORRECTED SUPPLEMENTAL JUDGMENT ORDER

By separate Order issued April 24, 2003, the Court has granted motions awarding expenses, including legal fees, to the law firm Defendants. By separate Order issued this date, the Court has granted Plaintiff's Motion to Alter or Amend Judgment of April 25, 2003.

    Accordingly:

1. This Supplemental Judgment shall be, and hereby is, entered.

2. Defendant Adelberg, Rudow, Dorf & Hendler, LLC shall recover from Plaintiff William C. Bond the amount of $69,350.44 plus judgment interest thereon.

3. Defendant McDaniel, Bennett & Griffin shall recover from Plaintiff William C. Bond the amount of $83,667.65 plus judgment interest thereon.

SO ORDERED, on Monday, 5 May, 2003.

                                      / s /
                               Marvin J. Garbis
                       United States District Judge