```
_____FILED     _____ENTERED
_____LODGED    _____RECEIVED

        MAY - 9 2003

        AT BALTIMORE
   CLERK U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
                        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

## ANSWER TO WRIT OF GARNISHMENT OF PROPERTY

| | | |
|---|---|---|
| Adelberg, Rudow, Dorf, Hendler LLC | * | Case No.: 01-2600 *L01-26C* |
| Judgment Creditor | * | |
| v. | * | |
| William C. Bond | * | |
| Judgment Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Garnishee, Mercantile-Safe Deposit and Trust Company, hereby reports that it has no assets in its hands belonging to, and is not indebted to, the named Judgment Debtor.

_____
L. Sandra Despeaux
Vice President and Assistant Secretary
Mercantile-Safe Deposit and Trust Company
2 Hopkins Plaza, Suite 911
Baltimore, Maryland 21202
(410) 237-5804
Attorney for Garnishee