FILED
IN THE UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND DISTRICT OF MARYLAND

WRIT OF
GARNISHMENT
OF PROPERTY

CASE NO.: MJG-01-2600
AMOUNT OF JUDGMENT OWED:
$71,574.17 plus post-judgment
interest at 10% from April 25, 2003

WRIT ISSUED AS TO:
William C. Bond, judgment debtor
4214 Greenway
Baltimore, MD 21218

NOTICE TO JUDGMENT DEBTOR
AND GARNISHEE:

Federal and State Exemptions may be
available to you - see below.

TO GARNISHEE:     Law Offices of Richard M. Karceski
ADDRESS:          305 Washington Avenue, Suite 301
                  Towson, Maryland 21204

        You are hereby directed to hold the property of the judgment debtor named above subject to
further proceedings in this Court. YOU MUST FILE A WRITTEN ANSWER within 30 days after
the service of this Writ on you. Failure to do so may result in judgment by default being entered
against you, the garnishee.

                (NOTE: The answer shall admit or deny that the garnishee is indebted
                to the judgment debtor or has possession of property of the judgment
                debtor and shall specify the amount and nature of any debt and
                describe any property. The garnishee may assert any defense that the
                garnishee may have to the garnishment, as well as any defense that
                the judgment debtor could assert. after answering, the garnishee may
                pay any garnished indebtedness into court and may deliver to the U.S.
                Marshal any garnished property, which shall be treated as if levied
                upon by the U.S. Marshal.)

TO THE JUDGMENT DEBTOR:

        You are hereby notified that you may file in the Office of the Clerk of this Court, within 30
days after service of the Writ of Garnishment on the garnishee, a motion electing to exempt from the
garnishment selected items of property or cash not exceeding a total cumulative value of $3,000.00.
In addition, you have the right under Maryland or federal law to claim an exemption of certain
property or money including: (1) A portion of earnings (Wage Income); (2) Welfare payments; (3)
Social Security Disability Benefits and Supplemental Security Income Benefits; (4) Retirement
Income (Public/Private); (5) Alimony and Child Support; (6) Unemployment and Workmen's
Compensation; (7) Disability and Health Insurance payments; (8) Annuities; (9) Life Insurance; (10)
Household Goods, Work Tools, etc. You also have a right to file a motion for release of the
garnished property before entry of judgment (Md. Rule 2-643[c]) All motions must be filed in the
Office of the Clerk, U.S. District Court, Suite 4415, U.S. Courthouse, 101 W. Lombard Street,
Baltimore, Maryland 21201 or 6500 Cherrywood Lane, Suite 240, Greenbelt, Maryland 20770, and
must state the basis upon which the release of garnished property is sought. If a hearing is desired,
it should be requested in the motion.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: _____5/6/03_____

_____Felicia C. Cannon_____
CLERK

_____
DEPUTY CLERK

(NOTE:      Promptly after service upon the garnishee, the person
            making service shall mail a copy of this Writ to the
            judgment debtor's last known address.  Service of this
            Writ shall be made in accordance with Md. Rule 2-121.)

ADDRESS OF JUDGMENT DEBTOR:

William C. Bond
4214 Greenway
Baltimore, Maryland 21218

NAME AND ADDRESS OF JUDGMENT CREDITOR:

Adelberg, Rudow, Dorf & Hendler, LLC
2 Hopkins Plaza, Suite 600
Baltimore, Maryland 21201