IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ALYSON BOND

1. My name is Alyson Bond. I reside at 4214 Greenway, Baltimore, Maryland 21218. I am over 21 years of age. I am competent to testify. I have personal knowledge of the matters set forth herein.

2. On May 8, 2001, I was married to William C. Bond. The ceremony took place in the Circuit Court for Baltimore City, Maryland, at the Courthouse in Baltimore, Maryland. Attached hereto is a true and accurate copy of our marriage certificate.

3. On or about May 9, 2003, I received a letter dated May 8, 2003 from the Bank of America's Legal Support Unit, which advised that three accounts in my name and the name of my husband were being placed on hold by the Bank of America pursuant to a Notice of Garnishment, a copy of which is attached hereto. The Bank's letter to me of May 8, 2003 is also attached hereto. The accounts subject to the Writ of Garnishment, according to the Bank, are accounts #009080961935, #007080961935 and

#003934599257.

4. Each of the three accounts referenced above was opened and titled in the name of William C. Bond and Alyson Bond prior to April 25, 2003. Account #007080961935 was originally opened in my name and then jointly titled in the names of William C. Bond and Alyson Slavin for approximately one year before we were married. In 2001, shortly after we were married, this account (#007080961935) was retitled in the name of William C. Bond and Alyson Bond. In August or September 2002, this account (#007080961935) was placed in the name of William Bond and Alyson Bond specifying tenants by the entirety. Account #009080961935 had the very same history, as it was the savings account coupled with account #007080961935. Account #003934599257 was opened on approximately October 10, 2002.

5. Attached is a true and accurate copy of the first sheet of the Bank of America statement for accounts #007080961935 and #009080961935. The dollar amounts of the balances have been redacted. Additionally, I have attached the first sheet of the money manager account, #003934599257, for October 2002. The total asset value has been redacted.

Pursuant to 28 U.S.C., § 1746, I declare under the penalty of perjury that the above is true and correct.

                                                             Alyson Bond

Date: _____