#003934599257.

4. Each of the three accounts referenced above was opened and titled in the name of William C. Bond and Alyson Bond prior to April 25, 2003. Account #007080961935 was originally opened in my name and then jointly titled in the names of William C. Bond and Alyson Slavin for approximately one year before we were married. In 2001, shortly after we were married, this account (#007080961935) was retitled in the name of William C. Bond and Alyson Bond. In August or September 2002, this account (#007080961935) was placed in the name of William Bond and Alyson Bond specifying tenants by the entirety. Account #009080961935 had the very same history, as it was the savings account coupled with account #007080961935. Account #003934599257 was opened on approximately October 10, 2002.

5. Attached is a true and accurate copy of the first sheet of the Bank of America statement for accounts #007080961935 and #009080961935. The dollar amounts of the balances have been redacted. Additionally, I have attached the first sheet of the money manager account, #003934599257, for October 2002. The total asset value has been redacted.

Pursuant to 28 U.S.C., § 1746, I declare under the penalty of perjury that the above is true and correct.

Date: _5/13/03_    _Alyson Bond_ (signature)
                   Alyson Bond

2