

# Certificate of Marriage
## STATE OF MARYLAND

License Number 6977

I hereby certify that on this 8th day of May, 2001 at 10:44 o'clock at CIRCUIT COURT 100 N CALVERT ST in accordance with the license issued by the Clerk of the Circuit Court for BALTIMORE CITY COUNTY, I united in marriage the following individuals:

Groom: WILLIAM CROCKETT BOND  Age 37  Birth State KENTUCKY
Groom's Residence: 4214 GREENWAY, BALTIMORE, MARYLAND  Marital Status SINGLE

Bride: ALYSON SLAVIN  Age 45  Birth State MARYLAND
Bride's Residence: 4214 GREENWAY, BALTIMORE, MARYLAND  Marital Status DIVORCED

Relationship of the parties: NONE

Groom's S.S. No:
Bride's S.S. No.

Signature of Authorized Official
JOHN F WANKMILLER
DEPUTY CLERK
COURT HOUSE
CIRCUIT COURT 100 N CALVERT ST
BALTIMORE MD

Issue Date 04/30/2001
LICENSE VALID FROM 6:00 am on May 2, 2001 to November 2, 2001.