# Money Manager Account
Bank of America & Banc of America Investment Services, Inc.

Page 1 of 8



**Bank of America**

**Banc of America Investment Services, Inc.**™

**October 2002**

Brokerage account number: W38-096130
Checking account number: 003934599257

WILLIAM BOND
ALYSON BOND
4214 GREENWAY
BALTIMORE MD   21218

Dear Valued Customer,

As a valued Money Manager Account customer, In addition to higher earnings potential and convenient access to your account, you are entitled to discounts on a wide variety of Bank of America products and services as well as special investment privileges through Banc of America Investment Services, Inc. Call 1-800-898-3138 today for more Information.

Your Investment consultant is Edward Sroka

For questions call:
Edward Sroka                                    410.512.0880
Local Office                                    410.512.0880
   Banc Of America
   Investment Services Inc.
   646 Fairmount Avenue, Suite 300
   MD4-906-03-12
   Baltimore, MD       21285
24 hour Customer Service                        800.898.3138
Bank of America and Banc of America Investment Services, Inc.

Or write:
900 West Trade Street
NC1-026-05-01
Charlotte, NC 28255

For general questions or comments, go to:
www.bankofamerica.com/moneymanager/contact
Please note that email should be used for general questions or comments.
Please call customer service for specific questions about your account. For general information, visit us at: www.bankofamerica.com

*Total asset value:*

Investment products provided by Banc of America Investment Services, Inc.:

| Are Not FDIC Insured | May Lose Value |
| Are Not Bank Guaranteed |

Banc of America Investment Services, Inc.
is a nonbank subsidiary of Bank of America and
registered broker-dealer and member NASD, SIPC.

Brokerage account carried with National Financial Services LLC (NFS), member NYSE and SIPC.         Checking account carried with Bank of America, N.A.