IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

MOTION TO SHORTEN TIME FOR THE JUDGMENT CREDITOR,
ADELBERG, RUDOW, DORF & HENDLER, LLC,
TO RESPOND TO THE PETITION FOR RELEASE OF FUNDS
PURSUANT TO § 11-603 OF
THE COURTS & JUDICIAL PROCEEDINGS ARTICLE
<u>OF THE MARYLAND CODE</u>

Plaintiff, William C. Bond, and Alyson Bond, his wife, by Howard J. Schulman and Schulman & Kaufman, LLC, their attorneys, state as follows:

1. The Judgment Creditor has attached three accounts, as noted in the Motion in chief, which constitute the joint marital accounts used by William C. Bond and Alyson Bond during their daily living to pay their bills and expenses. The Garnishee's hold on these accounts prevents William C. Bond and Alyson Bond from making their mortgage payment and, most importantly, payment of Alyson Bond's health insurance premium. Alyson Bond is presently using her health insurance for treatment of lymphoma, a malignant form of cancer. The hold on the three accounts in question has also caused a number of checks to bounce as a consequence of the garnishment.

2. Carolyn A. Griffin, a partner with the Defendant, McDaniel, Bennett & Grifffin which serves as co-counsel with Adelberg, Rudow, Dorf & Hendler, LLC (the Judgment Creditor) in the underlying domestic case, has obtained through subpoenas in the domestic case copies of all of the bank account records related to these accounts.

WHEREFORE, for the aforementioned reasons, William C. Bond and Alyson Bond request that the Court shorten the time for the Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, to respond to this Motion to on or before Monday, May 19, 2003.

HOWARD J. SCHULMAN
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff and Alyson Bond