IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

1. The undersigned hereby certifies as follows:

2. On this 13th day of May, 2003, I caused copies of the following Writs of Garnishment to be mailed, first class, postage-prepaid, to the Judgment Debtor, William C. Bond, at his last known address of 4214 Greenway, Baltimore, Maryland 21218:

    a.    Howard J. Schulman, Esq., served on May 7, 2003;

    b.    Schulman & Kaufman, LLC, served on May 7, 2003;

    c.    Law Offices of Richard M. Karceski, served on May 7, 2003;

    d.    Richard M. Karceski, Esq., served on May 7, 2003;

    e.    Timothy M. Gunning, Esq., served on May 7, 2003;

    f.    Law Offices of Timothy M. Gunning, served on May 7, 2003;

    g.    Bank of America, N.A., served on May 7, 2003;

    h.    Merrill Lynch & Co., served on May 7, 2003;

    i.    Michael S. Libowitz, Esq., served on May 7, 2003;

    j.    Thomas & Libowitz, P.A., served on May 7, 2003;

  k. Mercantile Bankshares Corporation, served on May 7, 2003.

3. I further solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

4. I further state that I am a competent person over the age of 18 years.

          _____/s/_____
          Michael R. Severino (#25204)
          Adelberg, Rudow, Dorf & Hendler, LLC
          2 Hopkins Plaza, Suite 600
          Baltimore, Maryland 21201
          (410) 539-5195
          *Attorneys for Judgment Creditor*
          *Adelberg, Rudow, Dorf & Hendler, LLC*