IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that on the 14th day of May, 2003, copies of the Motion of the Plaintiff, William C. Bond, and Alyson Bond, his wife, for Release of Funds Pursuant to § 11-603 of the Courts & Judicial Proceedings Article of the Maryland Code, together with the Affidavit of Alyson Bond, and Motion to Shorten Time for the Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, to Respond to the Petition for Release of Funds Pursuant to § 11-603 of the Courts & Judicial Proceedings Article of the Maryland Code were sent by facsimile (410-385-3700) and first-class mail, postage prepaid, to E. Hutchinson Robbins, Jr., Esquire, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, Maryland 21202, attorneys for Bank of America, N.A.

HOWARD J. SCHULMAN
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff and Alyson Bond

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that on the 14th day of May, 2003, copies of the foregoing Certificate of Service were sent by facsimile (410-385-3700) and first-class mail, postage prepaid, to E. Hutchinson Robbins, Jr., Esquire, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, Maryland 21202, attorneys for Bank of America, N.A.

_____
HOWARD J. SCHULMAN