May 19, 2003

*Via ECF*

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      RE: William C. Bond v.
         Kenneth Blum, Sr., et al.
         Civil Action No.: MJG-01-CV-2600

Dear Judge Garbis:

 My written suggestions of May 15, 2003 to Adelberg, Rudow, Dorf & Hendler, LLC concerning the proposed order it submitted to me were rejected by Mr. Radding in a letter of May 16, 2003. My suggestions were intended to comply with what I understood the Court to have stated on May 14, 2003 in the telephone conference. Therefore, in response to Mr. Radding's proposed order sent to the Court on May 16, 2003, we are enclosing an alternative proposed order that embodies my suggestions to Mr. Radding.

 Thank you.

                Very truly yours,


                Howard J. Schulman


HJS/sdk
Enclosure
cc: E. Hutchinson Robbins, Jr., Esquire (*with enclosure, via facsimile 410-385-3700*)