IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

1. Garnishee, Bank of America, N.A., will produce for inspection (but not copying) at its own offices to Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, all documents relating to the foundation, origination, establishment and ownership including, but not limited to, any signature card(s), of Bank of America accounts #007080961935, #009080961935 and #003934599257; and

2. The documents produced pursuant to this Order are for use in this garnishment proceeding only and no use, direct or indirect, is to be made of them for other purposes; and

3. There is no restriction on any party's use of information related to Judgment Debtor's bank or financial accounts gained from other sources; and

4. Adelberg, Rudow, Dorf & Hendler, LLC shall respond to Judgment Debtor's Motion for Release of Funds within twenty-four (24) hours of reviewing all documents to be

produced pursuant to this Order, which review should take place on or before Monday, May 19, 2003.

_____
United States District Judge