

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

WILLIAM C. BOND,  *

    Plaintiff  *

v.  *  Case No.: MJG-01-CV-2600

      *

KENNETH BLUM, SR., et al.

      *

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this 20th day of May, 2003, by the United States District Court for the District of Maryland, hereby ORDERED that

    1    Garnishee Bank of America, N.A., will produce to Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, all documents relating to the foundation, origination, establishment and ownership including but not limited to, any signature card(s), of any account owned or titled whole or in part in the name of William C. Bond and held by Garnishee Bank of America, N.A. or any affiliate or subsidiary or related entity; and

    2.    The documents produced pursuant to this Order are for use only in this garnishment proceeding; and

    3.    There is no restriction on any parties' use of information related to Judgment Debtor's bank or financial accounts gained from other sources; and

M:\WP\121\slavin\pleadings\order.wpd - 5/15/03

4.    Adelberg, Rudow, Dorf & Hendler, LLC, will respond to Judgment Debtor's Motion for Release of Funds within twenty-four (24) hours of receiving all documents to be produced by this Order.

---

Howard J. Schulman, Esq.
Schulman & Kaufman, LLC
1 Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
*Attorneys for Judgment Debtor*

---

E. Hutchinson Robbins, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
*Attorneys for Garnishee*

/s/
---
Judge Marvin J. Garbis
United States District Court
 for the District of Maryland