IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT CREDITOR ADELBERG, RUDOW, DORF & HENDLER, LLC'S,
RESPONSE TO WILLIAM C. BOND'S MOTION FOR RELEASE OF FUNDS**

Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC ("Adelberg Rudow"), by its attorneys, Andrew Radding and Michael R. Severino, files this Response to William C. Bond's Motion for Release of Funds and states as follows:

1. Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, does not object to the release of funds in the following accounts only: (a) 007080961935, (b) 009080961935 and (c) 003934599257.

Respectfully submitted:

/s/
Andrew Radding (Bar No. 00195)
Michael R. Severino (Bar No. 025204)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195