IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND, | * |
| Plaintiff | * |
| v. | *   Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Plaintiff, William C. Bond, by and through his attorneys, Howard J. Schulman and Schulman & Kaufman, LLC, give notice that he hereby appeals to the United States Court of Appeals for the Fourth Circuit from (1) the supplemental judgment entered on April 25, 2003 in favor of Defendants Adelberg, Rudow, Dorf & Hendler, LLC and McDaniel, Bennett & Griffin (Paper no. 110) and (2) the corrected supplemental judgment entered on May 7, 2003 in favor of Defendants Adelberg, Rudow, Dorf & Hendler, LLC and McDaniel, Bennett & Griffin (Paper no. 113).

HOWARD J. SCHULMAN
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff