IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND

      Plaintiff

v.                                               Case No.: MJG-01-2600

KENNETH BLUM, SR., et al.,

      Defendants

### ANSWER OF GARNISHEES MICHAEL S. LIBOWITZ and THOMAS & LIBOWITZ, P.A.

Come now the Garnishees Michael S. Libowitz and Thomas & Libowitz, P.A. and state the following as their Answer to the Writs of Garnishment entered as to William C. Bond, Judgment Debtor in favor of the Judgment Creditor Adelberg, Rudow, Dorf & Hendler, LLC, and dated May 6, 2003:

1. They deny that they are currently indebted to, or have ever been indebted to, the said Judgment Debtor William C. Bond.

2. They deny that they currently have possession of, or have ever had possession of, any property of the Judgment Debtor William C. Bond.

3. They state as their further answer that they have been retained by Alyson Bond (wife of the Judgment Debtor) to represent Ms. Bond *alone*.

1

4.      They state as their further answer that they have never been retained to represent William C. Bond nor have they been entrusted with any of his property.

/S/_____
Margaret L. Argent
Federal Bar No. 06132
Thomas & Libowitz, P.A
100 Light Street, Suite 1100
Baltimore, MD 21202-1053
(410) 752-2468
Attorney for Garnishees Michael S. Libowitz and Thomas & Libowitz, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27nd day of May, 2003, a copy of the foregoing Answer of Garnishees Michael S. Libowitz and Thomas & Libowitz, P.A. was electronically filed with this Court and was mailed, first class U.S. postage prepaid, to:

Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2927
Judgment Creditor

William C. Bond
4214 Greenway
Baltimore, Maryland 21218
Judgment Debtor

/S/_____
Margaret L. Argent