IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND

    Plaintiff

v.                                          * Civil Court Action No: MJG-01-CV-2600

KENNETH BLUM, SR., ET AL.

    Defendant

        *        *        *        *        *

REQUEST OF DEFENDANT, MCDANIEL, BENNETT & GRIFFIN,
FOR ISSUANCE OF WRITS OF GARNISHMENT OF PROPERTY

Mr. Clerk:

A final judgment was entered in the above entitled action on April 25, 2003. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

Please issue a Writ of Garnishment of Property to each of the following:

| | |
|---|---|
| Law Offices of Timothy M. Gunning<br>305 Washington Avenue, Suite 301<br>Towson, Maryland 21204 | Bank of America<br>Serve on: Corporation Trust, Inc.<br>300 E. Lombard Street<br>Baltimore, Maryland 21202 |
| Howard J. Schulman, Esquire<br>Schulman & Kaufman LLC<br>One Charles Center<br>100 N. Charles St., Ste. 600<br>Baltimore, MD 21201 | Merrill Lynch & Co.<br>Serve on: Corporation Trust, Inc.<br>300 E. Lombard Street<br>Baltimore, Maryland 21202 |
| Schulman & Kaufman LLC<br>One Charles Center<br>100 N. Charles St., Ste. 600<br>Baltimore, MD 21201 | Thomas & Libowitz, P.A.<br>100 Light Street, Suite 1100<br>Baltimore, Maryland 21202 |

| Michael S. Libowitz, Esquire<br>Thomas & Libowitz, P.A.<br>100 Light Street, Suite 1100<br>Baltimore, Maryland 21202 | Timothy M. Gunning, Esquire<br>Law Offices of Timothy M. Gunning<br>305 Washington Avenue, Suite 301<br>Towson, Maryland 21204 |
|---|---|
| Law Offices of Richard M. Karceski<br>305 Washington Avenue, Suite 301<br>Towson, Maryland 21204 | Richard M. Karceski, Esquire<br>Law Offices of Richard M. Karceski<br>305 Washington Avenue, Suite 301<br>Towson, Maryland 21204 |
| Mercantile Bankshares Corporation<br>Serve On: Sandy Despeaux<br>2 Hopkins Plaza<br>Baltimore, Maryland 21201 | |

Amount presently due and owing: $83,667.65 plus post-judgment interest at 10% accruing from April 25, 2003.

/s/ Amy E. Askew
William F. Ryan, Jr. #00360
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant,
McDaniel, Bennett & Griffin

Dated: May 21, 2003

For information purposes, please check the following: (1) There are no pending motions for reconsideration; (2) Motions to Vacate; (3) That no supersedeas bond has been posted; (4) That the judgment is final as to all parties and claims [Rule 54(b), F.R.Civ.P.]; (5) That there is no Stay of Execution on the pending judgment; and (6) That the property to be attached is located within the State o Maryland.

See Maryland Rules for the following:
Writ of Execution – Rule 2-641; Writ of Garnishment – Rule 2-645; and Writ of Garnishment on Wages – Rule 2-646.

1493011