IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND | * |
|    Plaintiff | * |
| v. | *   Civil Court Action No: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*

### CERTIFICATE OF SERVICE

1. The undersigned hereby certifies as follows:

2. On this 29th day of May, 2003, I caused copies of the following Writs of Garnishment to be mailed, first class, postage-prepaid, to the Judgment Debtor, William C. Bond, at his last known address of 4214 Greenway, Baltimore, Maryland 21218:

    a.     Law Offices of Timothy M. Gunning, served on May 27, 2003;

    b.     Bank of America, served on May 26, 2003;

    c.     Howard J. Schulman, Esquire, served on May 27, 2003;

    d.     Merrill Lynch & Co., served on May 27, 2003;

    e.     Schulman & Kaufman, LLC, served on May 27, 2003;

    f.     Mercantile Bankshares Corporation, served on May 28, 2003;

    g.     Timothy M. Gunning, Esquire, served on May 27, 2003;

    h.     Law Offices of Richard M. Karceski, served on May 27, 2003; and

    i.     Richard M. Karceski, Esquire, served on May 27, 2003.

3. I further solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

4. I further state that I am a competent person over the age of 18 years.

_____/s/_____
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant
McDaniel, Bennett & Griffin

1494426v.1