MAY 09 2003 14:15 FR B OF A LEGAL SUPPORT 410 547 7719 TO 4104679177    P.01/04

**Bank of America.**

Bank of America
BGS/Legal Support
100 South Charles Street, 3rd Floor
Baltimore, MD 21201

May 8, 2003

WILLIAM C BOND
ALYSON BOND
4214 GREENWAY
BALTIMORE MD 21218-1134

2 Letters

| | |
|---|---|
| Lawsuit: | Adelberg, Rudow, Dorf & Hendler, LLC vs William C. Bond |
| Case No.: | MJG-01-2600 |

| Account Number | 003934599257 Money Manager | 009080961935 (sv) | 007080961935 (ck) |
|---|---|---|---|
| Hold Amount | $52,662.93 | $1,285.12 | $5073.71 |

Bank of America, N.A., (the "Bank") has been served with a garnishment order in the amount of $71,574.17 issued by the court in the above lawsuit. The Bank is required by law to hold all funds including subsequent deposits, in your account up to the amount of the judgment appearing in the garnishment order. Therefore, withdrawals, checks, drafts or debits, which would reduce the restricted amount, will not be honored

If your funds were in a joint account of any kind, the funds are being held pursuant to Section 11603(c), Courts and Judicial Proceedings Article of the Maryland Code.

The Bank has placed a hold on your account(s) pending further order of the court. If you believe that all or a portion of your funds should not be held, you may obtain a court order that authorizes the Bank to release a specified amount to you. If you have any questions concerning your account, please contact our Customer Service Center at one of the numbers listed below.

The Bank charges a fee of $75.00 for processing the garnishment plus an attorney's fee of $55.00.

Sincerely,

*Deborah Freedy*

Deborah Freedy
Legal Support
Enclosures



| Telephone Banking | Spanish Telephone Banking | For Speech or Hearing Impaired TDD Required |
|---|---|---|
| 1.800.235.6344 | 1.800.688.6086 | 1.800.288.4408 |