

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
09-13-02 through 10-15-02
Number of checks enclosed: 50
B 08 0 C 08          0004245

Account Number: 0070 8096 1935

*Premier Banking Client*

```
00001248  3 AV  0.487 11  16358 001 SCH999 I1  4
ALYSON BOND
WILLIAM C BOND
TENANTS BY THE ENTIRETY
4214 GREENWAY
BALTIMORE MD 21218-1134
```

Our free Online Banking service allows you to check account balances, transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1-888-789-PLUS (7587) Priority Telephone Banking
1-800-288-4408 TDD/TTY Users Only
1-800-688-6086 En Español

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0070 8096 1935 | | Average | 10-14 | |
| Interest Checking | 0039 1934 2953 | | Average** | 10-14 | |
| Regular Checking | 0070 8085 4651 | | Average** | 10-14 | |
| Regular Savings | 0090 8096 1935 | | Average | 10-14 | |
| Total Deposit Account Balance | | | | | |
| **Credit Accounts** | | | | | |
| Equity CreditLine | 6851 9001 131999 | | Principal** | 10-14 | |
| Premium CreditLine | 0051 9940 059437 | | Principal** | 10-14 | |
| Total Credit Account Balance | | | | | |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
* Detailed information about this account is not included in this statement.