# Money Manager Account

Bank of America & Banc of America Investment Services, Inc.

**October 2002**

Brokerage account number:  W38-096130
Checking account number:   003934599257

**Bank of America**

**Banc of America
Investment Services, Inc.™**

WILLIAM BOND
ALYSON BOND
4214 GREENWAY
BALTIMORE MD   21218

*Dear Valued Customer,*

*As a valued Money Manager Account customer, in addition to higher earnings potential and convenient access to your account, you are entitled to discounts on a wide variety of Bank of America products and services as well as special investment privileges through Banc of America Investment Services, Inc. Call 1-800-898-3138 today for more information.*

**Your Investment consultant is Edward Sroka**

*For questions call:*
Edward Sroka                           410.512.0880
Local Office                           410.512.0880
    Banc Of America
    Investment Services Inc.
    840 Fairmount Avenue, Suite 300
    MD4-905-03-12
    Baltimore, MD         21286
24 hour Customer Service               800.898.3138
Bank of America and Banc of America Investment Services, Inc.
*Or write:*
900 West Trade Street
NC1-026-05-01
Charlotte, NC 28255
*For general questions or comments, go to:*
www.bankofamerica.com/moneymanager/contact
Please note that email should be used for general questions or comments.
Please call customer service for specific questions about your account. For
general information, visit us at: www.bankofamerica.com

*Total asset value:*

Investment products provided by Banc of America Investment Services, Inc.:

**Are Not FDIC Insured  |  May Lose Value
Are Not Bank Guaranteed**

Banc of America Investment Services, Inc.
is a nonbank subsidiary of Bank of America and
registered broker-dealer and member NASD, SIPC.

Brokerage account carried with National Financial Services LLC (NFS), member NYSE and SIPC.          Checking account carried with Bank of America, N.A.