

# Certificate of Marriage
## STATE OF MARYLAND

License Number 6977

I hereby certify that on this 8th day of May, 2001 at 10:44 o'clock at CIRCUIT COURT 100 N CALVERT ST in accordance with the license issued by the Clerk of the Circuit Court for BALTIMORE CITY COUNTY, I united in marriage the following individuals:

**Groom:** WILLIAM CROCKETT BOND
**Groom's Residence:** 4214 GREENWAY, BALTIMORE, MARYLAND
Age 37   Birth State KENTUCKY   Marital Status SINGLE

**Bride:** ALYSON SLAVIN
**Bride's Residence:** 4214 GREENWAY, BALTIMORE, MARYLAND
Age 45   Birth State MARYLAND   Marital Status DIVORCED

**Relationship of the parties:** NONE
**Groom's S.S. No:**
**Bride's S.S. No:**

Signature of Authorized Official
JOHN F WANKMILLER
DEPUTY CLERK
COURT HOUSE
CIRCUIT COURT 100 N CALVERT ST
BALTIMORE MD

Issue Date 04/30/2001
LICENSE VALID FROM 6:00 am on May 2, 2001 to November 2, 2001.