IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

ORDER TO SHORTEN TIME FOR THE JUDGMENT CREDITOR,
McDANIEL, BENNETT & GRIFFIN
TO RESPOND TO THE MOTION FOR RELEASE OF FUNDS
THAT WERE HELD BY BANK OF AMERICA
THAT WERE PLACED ON HOLD BY BANK OF AMERICA
<u>PURSUANT TO WRIT OF GARNISHMENT (PAPER NO. 146)</u>

ORDERED, this _____ day of May, 2003, that the Motion of Plaintiff, William C. Bond, and Alyson Bond, his wife, is GRANTED and the Judgment Creditor, McDaniel, Bennett & Griffin, is directed to respond by on or before Monday, June 2, 2003, to the Motion to Shorten time for the Judgment Creditor, McDaniel, Bennett & Griffin, to Respond to Motion for Release of Funds Held By Bank of America That Were Placed On Hold By Bank of America Pursuant to Writ of Garnishment (Paper No. 146).

_____
Marvin J. Garbis
United States District Court Judge