IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND, | * |
|    Plaintiff | * |
| v. | *   Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * |
|    Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It is, this _____ day of May, 2003, by the United States District Court for the District of Maryland, hereby ORDERED that

1. Garnishee Bank of America, N.A. will produce to Judgment Creditor, McDaniel, Bennett & Griffin, all documents relating to the foundation, origination, establishment and ownership, including, but not limited to, any signature card(s), of any account owned or titled, in whole or in part, in the name of William C Bond and held by Garnishee Bank of America, N.A. or any affiliate or subsidiary or related entity; and

2. The documents produced pursuant to this Order are for use only in this garnishment proceeding; and

3. There is no restriction on any parties' use of information related to Judgment Debtor's bank or financial accounts gained from other sources; and

4. McDaniel, Bennett & Griffin will respond to Judgment Debtor's Motion

for Release of Funds within twenty-four (24) hours of receiving all documents to be produced by this Order.

                                                    _____  
_____  Judge Marvin J. Garbis  
                                                    United States District Court  
                                                        for the District of Maryland