FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2003 JUN -2 A 9: 55

WILLIAM C. BOND,                    *

       Plaintiff          CLERK'S OFFICE
                                  AT BALTIMORE
                                            .DEPUTY
                                    *    Civil Action No. MJG-01-2600

KENNETH BLUM, SR., *et al.*,        *

       Defendants           *

     *   *   *   *   *   *   *   *

### ORDER TO SHORTEN TIME FOR THE JUDGMENT CREDITOR, McDANIEL, BENNETT & GRIFFIN TO RESPOND TO THE MOTION FOR RELEASE OF FUNDS THAT WERE HELD BY BANK OF AMERICA THAT WERE PLACED ON HOLD BY BANK OF AMERICA PURSUANT TO WRIT OF GARNISHMENT (PAPER NO. 146)

ORDERED, this ___ day of May, 2003, that the Motion of Plaintiff, William C. Bond, and Alyson Bond, his wife, is GRANTED and the Judgment Creditor, McDaniel, Bennett & Griffin, is directed to respond by on or before ~~Monday,~~ June __, 2003, to the Motion to Shorten time for the Judgment Creditor, McDaniel, Bennett & Griffin, to Respond to Motion for Release of Funds Held By Bank of America That Were Placed On Hold By Bank of America Pursuant to Writ of Garnishment (Paper No. 146).

                                                   /s/
                                      Marvin J. Garbis
                                      United States District Court Judge