**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

WRIT OF                                             CASE NO.: MJG-01-2600
GARNISHMENT
OF PROPERTY

### ANSWER OF GARNISHEE TIMOTHY M. GUNNING

Garnishee, Timothy M. Gunning, in response to the Writ of Garnishment of Property filed pursuant to 28 U.S.C.A., Section 3205, by Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, herebyhereby denies that hehereby denies that he is indebhereby denies th possessionpossession of property of the judgment debtor. As such, the GarnishGarnisheeGarnishee Garnishee respectfully requests that he be relea allall further action in this matter againstall further action in this matter C. Bond.

Respectfully submitted,

_____
Timothy M. Gunning
Law Offices of Timothy M. Gunning, LLC
305 Washington Avenue, Suite 301
Towson, Maryland 21204
410-296-5960

Garnishee

WRIT ISSUED AS TO:
William C. Bond, judgment debtor
4214 Greenway
Baltimore, Maryland 21218

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of June, 2003 a copy of the aforegoing Answer of Garnishee was mailed first class mail, postage prepaid to Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC, 2 Hopkins Plaza, Suite 600, Baltimore, Maryland 21201.

                                            _____
                                            Timothy M. Gunning