IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | * Civil Court Action No: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT CREDITOR MCDANIEL, BENNETT & GRIFFIN'S RESPONSE TO WILLIAM C. BOND'S MOTION FOR RELEASE OF FUNDS

Judgment Creditor, McDaniel, Bennett & Griffin ("McDaniel") files this Response to William C. Bond's Motion for Release of Funds and states as follows:

1. Judgment Creditor McDaniel does not object to the release of funds in the following accounts only: i) 007080961935; ii) 009080961935; and iii) 003934599257.

Respectfully submitted,

_____/s/_____
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant
McDaniel, Bennett & Griffin

*1495380*