IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WRIT OF GARNISHMENT OF PROPERTY | CASE NO.: MJG-01-2600 |

## ANSWER OF GARNISHEE RICHARD M. KARCESKI

Garnishee, Richard M. Karceski, in response to the Writ of Garnishment of Property filed pursuant to 28 U.S.C.A., Section 3205, by Judgment Creditor, `Whiteford, Taylor, & Preston, L.L.P.`, hereby denies that he is indebted to the judgment debtor or has possession of property of the judgment debtor. As such, the Garnishee respectfully requests that he be released from any and all further action in this matter against judgment debtor, William C. Bond.

Respectfully submitted,

_____
Richard M. Karceski
Law Offices of Richard M. Karceski
305 Washington Avenue
Suite 301
Towson, Maryland 21204

Garnishee

WRIT ISSUED AS TO:
William C. Bond, judgment debtor
4214 Greenway

Baltimore, Maryland 21218

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of _____ 2003, a copy of the aforegoing Answer of Garnishee was mailed to Judgment Creditor, Whiteford, Taylor, & Preston, L.L.P., 7 St. Paul Street, Baltimore, Maryland, 21202.

_____
Richard M. Karceski