IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WRIT OF  CASE NO.: MJG-01-2600
GARNISHMENT
OF PROPERTY

### ANSWER OF GARNISHEE TIMOTHY M. GUNNING

Garnishee, Timothy M. Gunning, in response to the Writ of Garnishment of Property filed pursuant to 28 U.S.C.A., Section 3205, by Judgment Creditor, Whiteford, Taylor & Preston, LLP, hereby denies that he is indebted to the judgment debtor or has possession of property of the judgment debtor. As such, the Garnishee respectfully requests that he be released from any and all further action in this matter against judgment debtor, William C. Bond.

Respectfully submitted,

_____
Timothy M. Gunning
Law Offices of Timothy M. Gunning, LLC
305 Washington Avenue, Suite 301
Towson, Maryland 21204
410-296-5960

Garnishee

WRIT ISSUED AS TO:
William C. Bond, judgment debtor
4214 Greenway
Baltimore, Maryland 21218

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2003 a copy of the aforegoing Answer of Garnishee was mailed first class mail, postage prepaid to Judgment Creditor Whiteford, Taylor & Preston, LLP, Seven Saint Paul Street, Baltimore, Maryland 21202.

_____
Timothy M. Gunning