# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                                      Tel. (410) 576-0400
Joseph S. Kaufman                                                                                       Fax: (410) 576-0544

June 5, 2003

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                RE:    William C. Bond v. Kenneth Blum, Sr., *et al.*
                         Civil Action No.: MJG-01-CV-2600

Dear Judge Garbis:

      Both Adelberg, Rudow, Dorf & Hendler, LLC and McDaniel, Bennett & Griffin have filed responses to William C. Bond's motions to release the funds in certain Bank of America bank accounts (Paper No. 131, filed 5/13/03 and Paper No. 157, filed 5/29/03, respectively) in which they state that they have no objections to releasing all funds in Bank of America account Nos. 007080961935, #009080961935 and #003934599257 (Paper #139, filed 5/27/03 and Paper #162, filed 6/4/03, respectively). We, therefore, are requesting that you sign the proposed Orders as soon as conveniently possible with respect to each of these Writs concerning these three accounts.

                                            Very truly yours,

                                            Howard J. Schulman

HJS/hrk
cc: Mr. William C. Bond
    E. Hutchinson Robbins, Jr., Esquire