IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

ANSWER OF SCHULMAN & KAUFMAN, LLC AND
HOWARD J. SCHULMAN TO WRIT OF GARNISHMENT
ISSUED AT THE REQUEST OF JUDGMENT CREDITOR,
<u>ADELBERG, RUDOW, DORF & HENDLER, LLC</u>

    Now come Schulman & Kaufman, LLC and Howard J. Schulman, Garnishees, and state the following as their Answer to the Writ of Garnishment entered as to William C. Bond, Judgment Debtor, in favor of the Judgment Creditor, Adelberg, Rudow, Dorf & Hendler, LLC:

    1.    They deny that they are indebted to the Judgment Debtor, William C. Bond.

    2.    They deny that they have possession of any property of the Judgment Debtor, William C. Bond, except for the manuscripts at issue in this case and/or copies thereof, as well as those other manuscripts delivered to undersigned counsel by letter dated September 10, 2001 from Paul Dorf, Esquire.

    3.    The Writ of Garnishment is in error in that post-judgment interest accrues pursuant to 28 U.S.C., § 1961 and not at the rate of 10%.

WHEREFORE, Garnishees respectfully request that they be released from any and all further action in this matter against the Judgment Debtor, William C. Bond.

                              Howard J. Schulman
                              Schulman & Kaufman, LLC
                              One Charles Center, Suite 600
                              100 N. Charles Street
                              Baltimore, Maryland 21201
                              (410) 576-0400
                              Garnishees, Schulman & Kaufman, LLC
                              and Howard J. Schulman