IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

1. The undersigned hereby certifies as follows:

2. On this 5th day of June, 2003, I caused copies of the following Writs of Garnishment to be mailed, first class, postage-prepaid, to the Judgment Debtor, William C. Bond, at his last known address of 4214 Greenway, Baltimore, Maryland 21218:

    a. Thomas & Libowitz, P.A., served on June 4, 2003;

    b. Michael S. Libowitz, Esquire, served on June 4, 2003.

3. I further solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

4. I further state that I am a competent person over the age of 18 years.

                      /s/
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant
McDaniel, Bennett & Griffin

1494426v.2

2