IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### ANSWER OF SCHULMAN & KAUFMAN, LLC AND HOWARD J. SCHULMAN TO WRIT OF GARNISHMENT ISSUED AT THE REQUEST OF JUDGMENT CREDITOR, <u>McDANIEL, BENNETT & GRIFFIN</u>

Now come Schulman & Kaufman, LLC and Howard J. Schulman, Garnishees, and state the following as their Answer to the Writ of Garnishment entered as to William C. Bond, Judgment Debtor, in favor of the Judgment Creditor, McDaniel, Bennett & Griffin:

1. They deny that they are indebted to the Judgment Debtor, William C. Bond.

2. They deny that they have possession of any property of the Judgment Debtor, William C. Bond, except for the manuscripts at issue in this case and/or copies thereof, as well as those other manuscripts delivered to undersigned counsel by letter dated September 10, 2001 from Paul Dorf, Esquire.

3. The Writ of Garnishment is in error in that post-judgment interest accrues pursuant to 28 U.S.C., § 1961 and not at the rate of 10%.

WHEREFORE, Garnishees respectfully request that they be released from any and all further action in this matter against the Judgment Debtor, William C. Bond.

                                                                                                                 _____

Howard J. Schulman
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Garnishees, Schulman & Kaufman, LLC
and Howard J. Schulman