IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ADELBERG, RUDOW, DORF & HENDLER, LLC *

     Judgment Creditor                *

vs.                                    *

WILLIAM C. BOND                 *

     Judgment Debtor               *     CASE NO.: MJG-01-2600

*    *    *    *    *    *    *    *    *    *    *    *    *

ADELBERG, RUDOW, DORF & HENDLER, LLC *

     Judgment Creditor               *

v.                                    *

MERRILL LYNCH, PIERCE, FENNER &    *
 SMITH, INC.

                                   *

     Garnishee

*    *    *    *    *    *    *    *    *    *    *    *    *

## **ANSWER OF GARNISHEE**

Merrill Lynch, Pierce, Fenner & Smith, Inc., Garnishee in answer to the Writ of

Garnishment states as follows:

The following accounts or funds shall be held in accordance with the Writ of Garnishment

until otherwise directed by the Court:

Account Number -     73053288, name William C. Bond (TOD beneficiaries on file),

amount - $224.83.

Account Number-     73054317, name William C. Bond (TOD beneficiaries on file),

amount - $0.00.

Account Number:     73054304, name William C. Bond (TOD beneficiaries on file),

amount - $0.00.

_____
Ira L. Oring #0733
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland 21201
(410) 539-2800