IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ADELBERG, RUDOW, DORF & HENDLER, LLC | * | |
| Judgment Creditor | * | |
| vs. | * | |
| WILLIAM C. BOND | * | |
| Judgment Debtor | * | CASE NO.: MJG-01-2600 |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| ADELBERG, RUDOW, DORF & HENDLER, LLC | * | |
| Judgment Creditor | * | |
| v. | * | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | * | |
| | * | |
| Garnishee | | |

* * * * * * * * * * * * *

**NOTICE OF ELECTRONIC FILING**

I HEREBY CERTIFY that on this 13TH day of June 2003, a copy of the foregoing Answer of Garnishee was electronically filed and a copy was mailed to:

William C. Bond
4214 Greenway
Baltimore, Maryland 21218

_____/s/_____
Ira L. Oring #0733
Fedder and Garten Professional Association
36 South Charles Street, #2300
Baltimore, Maryland 21201
410-539-2800

Attorneys for Garnishee