IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| McDANIEL, BENNETT & GRIFFIN | * | |
| Judgment Creditor | * | |
| vs. | * | |
| WILLIAM C. BOND | * | |
| Judgment Debtor | * | CASE NO.: MJG-01-2600 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| McDANIEL, BENNETT & GRIFFIN | * | |
| Judgment Creditor | * | |
| v. | * | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | * | |
| | * | |
| Garnishee | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER OF GARNISHEE**

Merrill Lynch, Pierce, Fenner & Smith, Inc., Garnishee in answer to the Writ of Garnishment states as follows:

The following accounts or funds shall be held in accordance with the Writ of Garnishment until otherwise directed by the Court:

Account Number -   73053288, name William C. Bond (TOD beneficiaries on file), amount - $224.83.

Account Number-   73054317, name William C. Bond (TOD beneficiaries on file), amount - $0.00.

Account Number:   73054304, name William C. Bond (TOD beneficiaries on file), amount - $0.00.

                                                    _____
                                                    Ira L. Oring #0733
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland 21201
(410) 539-2800