IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| McDANIEL, BENNETT & GRIFFIN | * |
|     Judgment Creditor | * |
| vs. | * |
| WILLIAM C. BOND | * |
|     Judgment Debtor | *    CASE NO.: MJG-01-2600 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| McDANIEL, BENNETT & GRIFFIN | * |
|     Judgment Creditor | * |
| v. | * |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | * |
| | * |
|     Garnishee | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ELECTRONIC FILING

    I HEREBY CERTIFY that on this 13th day of June 2003, a copy of the foregoing Answer of Garnishee was filed electronically and a copy was mailed, postage prepaid to:

William C. Bond
4214 Greenway
Baltimore, Maryland 21218


                                                _____/s/_____
                                                Ira L. Oring #0733
                                                Fedder and Garten Professional Association
                                                36 South Charles Street, #2300
                                                Baltimore, Maryland 21201
                                                410-539-2800

                                                Attorneys for Garnishee