IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ADELBURG, RUDOW, DORF & HENDLER, LLC.     *

Plaintiff     *

vs.     *

WILLIAM C. BOND     *

    *

Defendant

    *

CASE NO. MJG-01-2600

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLEA OF BANK OF AMERICA, N.A.

NOW comes Bank of America, N.A. (formerly NationsBank, N.A.), Garnishee, by its attorney, and for a plea says:

Garnishee holds property in a money manager account no. 003934599257, a savings account no. 009080961935 and in a checking account no. 007080961935 in the name of 2 or more persons, 1 or more of whom but fewer than all of whom, are judgment debtors.

Garnishee is also indebted to the Defendant/Judgment Debtor in the amount of $52.60, as evidenced by checking account no. 007080854651 in the name of William C. Bond.

Said amount is being held pending further order of the Court.

To the extent the assets confessed herein do not equal the full amount of the writ of garnishment served upon Bank of America, N.A., Bank of America, N.A. advises all parties to this proceeding that it will hold any additional property of the Judgment Debtor it receives, in an amount no greater than the sum total of the writ of garnishment, until the writ of garnishment has terminated (by judgment, dismissal, or otherwise) or until further order of the Court. Pursuant to Maryland Rule 3-645 [2-645], Bank of America will not amend this plea if such additional property is received and held.

BALT01:718820v1|NB3-000000|6/16/2003

*[signature]*

Tessa Laspia Frederick
Federal Bar #25374
Brian D. Craig
Federal Bar #25710
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 21202
(410) 385-3477
Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2003 a copy of the foregoing Plea was mailed first class, postage prepaid to:

Adelburg, Rudow, Dorf & Hendler, LLC.
2 Hopkins Plaza, Suite 600
Baltimore, Maryland 21218

Attorney for the Plaintiff

William C. Bond
4214 Greenway
Baltimore, Maryland 21218-1134

Defendant

*[signature]*
Attorney for Garnishee

USCONFS.NB

BALT01:718820v1|NB3-000000|6/16/2003