# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman  
Joseph S. Kaufman

Tel. (410) 576-0400  
Fax: (410) 576-0544

June 18, 2003

*Via ECF*

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

        RE:    William C. Bond v. Kenneth Blum, Sr., *et al.*
                 Civil Action No.: MJG-01-CV-2600

Dear Judge Garbis:

    Attached please find a revised Proposed Order in the above-captioned case which authorizes the release of garnishments for certain Bank of America accounts. The release of these bank accounts is unopposed as per Paper Nos. 139 and 162. The continuing hold on these accounts is causing a financial hardship.

    Thank you.

                              Very truly yours,

                              Howard J. Schulman

HJS/hrk
Enclosure
cc:  E. Hutchinson Robbins, Jr., Esq. *(via facsimile 410-385-3700 and first-class mail)*
     William F. Ryan, Jr., Esq. *(via facsimile 410-752-7092 and ECF)*
     Amy E. Askew, Esq. (*via facsimile 410-752-7092 and ECF*)
     Andrew Radding, Esq. *(via facsimile 410-539-5834 and ECF)*
     Mr. William D. Bond