IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

WHEREAS, William C. Bond, Judgment Debtor, and Alyson Bond have filed Motions for Release of Garnishments as to Bank of America account Nos. 007080961935, 009080961935 and 003934599257 (Paper Nos. 131 and 157), and

WHEREAS, the Judgment Creditors, Adelberg, Rudow, Dorf & Hendler, LLC and McDaniel, Bennett & Griffin, have filed responses stating that they do not object to the release of the funds in Bank of America account Nos. 007080961935, 009080961935 and 003934599257 (Paper Nos. 139 and 162),

It is hereby ORDERED, this _____ day of June, 2003, that the Motions of Plaintiff, William C. Bond, and Alyson Bond (Papers No. 131 and 157) are hereby GRANTED as to Bank of America account Nos. 007080961935, 009080961935 and 003934599257 only, and Bank of America, N.A. is hereby released from the Writs of Garnishment served upon it as to Judgment Creditors, Adelberg, Rudow, Dorf & Hendler, LLC and McDaniel, Bennett & Griffin but as to Bank of America account Nos.

007080961935, 009080961935 and 003934599257 only and, it is otherwise

ORDERED that the aforesaid Writs of Garnishments are to remain in force.

_____

Marvin J. Garbis
United States District Court Judge