FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUN 17 P 3: 44

CLERK'S OFFICE
AT BALTIMORE

BY———————DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND,                          *

      Plaintiff                      *

                               *    Civil Action No. MJG-01-2600

KENNETH BLUM, SR., *et al.*,

      Defendants                     *

    *    *    *    *    *    *    *    *    *

## ORDER

The Motion of Plaintiff, William C. Bond, and Alyson Bond, his wife, for the release of funds held by the Bank of America, N.A., is hereby GRANTED as to Bank of America accounts #007080961935, #009080961935 and #003934599257, and the Bank of America, N.A. is hereby released from the Writ of Garnishment served upon it as to judgment creditor William C. Bond as to Bank of America accounts #007080961935, #009080961935 and #003934599257 and otherwise ORDERED to release the hold on Bank of America accounts #007080961935, #009080961935 and #003934599257.

SO ORDERED, on Monday, 16 June, 2003

                               /s/

                              Marvin J. Garbis
                              United States District Court Judge