```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

MCDANIEL, BENNETT & GRIFFIN    *

Plaintiff                      *

vs.                            *
                                        CASE NO. MJG-01-2600
WILLIAM C. BOND                *

                               *

Defendant
                               *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLEA OF BANK OF AMERICA, N.A.

    NOW comes Bank of America, N.A. (formerly NationsBank, N.A.), Garnishee, by its attorney, and for a plea says:

    It confesses that it holds assets consisting of a checking account no. 007080854651 in the name of William C. Bond, however, there are no funds available at this time, due to a prior garnishment existing on this account.

    To the extent the assets confessed herein do not equal the full amount of the writ of garnishment served upon Bank of America, N.A., Bank of America, N.A. advises all parties to this proceeding that it will hold any additional property of the Judgment Debtor it receives, in an amount no greater than the sum total of the writ of garnishment, until the writ of garnishment has terminated (by judgment, dismissal, or otherwise) or until further order of the Court. Pursuant to Maryland Rule 3-645 [2-645], Bank of America will not amend this plea if such additional property is received and held.

                                                    /S/
                                      Tessa Laspia Frederick
                                      Federal Bar #25374
                                      Brian D. Craig
                                      Federal Bar #25710
                                      Miles & Stockbridge P.C.
                                      10 Light Street, 12th Floor
                                      Baltimore, Maryland 21202
                                      (410) 385-3477
                                      Attorneys for Garnishee

BALT01:718879v1|NB3-000000|6/16/2003

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of June, 2003 a copy of the foregoing Plea was mailed first class, postage prepaid to:

>McDaniel, Bennett & Griffin
>118 W. Mulberry Street
>Baltimore, Maryland 21201-3606
>
>Attorney for the Plaintiff
>
>William C. Bond
>4214 Greenway
>Baltimore, Maryland 21218-1134
>
>Defendant

                                          _____
                                          Attorney for Garnishee

USCONFS.NB