IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| McDANIEL, BENNETT & GRIFFIN, | * |
| Plaintiff, | * |
| v. | *   CASE NO. MJG-01-2600 |
| WILLIAM C. BOND, | * |
| Defendant. | * |
| MERCANTILE BANKSHARES CORPORATION, | * |
| | * |
| Garnishee. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**GARNISHEE'S PLEA NULLA BONA**

Now comes Mercantile Bankshares Corporation, Garnishee in the above-captioned case, by its attorneys, and says that the said Garnishee had, at the time of the laying of the attachment in its hands on June 3, 2003, no property, assets or credits of any kind potentially belonging to and actually due to the Defendant.

/s/ Darek S. Bushnaq
Darek S. Bushnaq
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7867

Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2003, a copy of the foregoing Garnishee's Plea Nulla Bona was sent by first-class mail, postage prepaid, to William F. Ryan, Jr., Esquire and Amy E. Askew, Esquire, Whiteford, Taylor & Preston L.L.P., Seven Saint Paul Street, Baltimore, Maryland 21202-1626; and to Mr. William C. Bond, 4214 Greenway, Baltimore, Maryland 21218.

/s/ Darek S. Bushnaq
Darek S. Bushnaq