IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-01-2600 |
| KENNETH BLUM, SR. et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

MR. CLERK:

Please note the change of address for Kathryn Miller Goldman, Esq., attorney for Defendant William H. Slavin:

Kathryn Miller Goldman, Esq.
Goldman & Minton, P.C.
207 East Redwood Street, Suite 400
Baltimore, Maryland 21202
(410) 783-7575
fax: (410) 783-1711
kgoldman@charmcitylegal.com

Thank you for your courtesy in this matter.

June 26, 2003

Kathryn Miller Goldman (#4380)
Goldman & Minton, P.C.
207 East Redwood Street, Suite 400
Baltimore, MD 21202
(410) 783-7575

00000105.doc