EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

DECLARATION

I, _____, declare that I have read the Protective Order of this Court in this action, that I understand its terms, and that I agree to be bound by all of the requirements and restrictions of said Order. I agree that I will not disclose any Confidential Material, as defined in the Protective Order, to any person not permitted access to such Confidential Material under the terms of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

_____  _____
Date                              Signature