# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
_____

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

July 17, 2003

<u>*Via ECF*</u>

Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        RE:    William C. Bond v.
                    Kenneth Blum, Sr., et al.
                    Civil Action No.: MJG-01-CV-2600

Dear Judge Garbis:

      We have this day filed Motions for Protective Order concerning post-judgment discovery initiated by Adelberg, Rudow, Dorf & Hendler, LLC. The purpose of this letter is to request that these discovery disputes be referred to a Magistrate Judge for disposition.

      Thank you.

                              Very truly yours,

                              Howard J. Schulman

HJS/hrk
cc: Mr. William C. Bond