# REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE

## MEMORANDUM

**CASE NAME:** William C. Bond v. Kenneth Blum, Sr., et al.

**DOCKET #   :** MJG-01-2600

**PREVIOUSLY REFERRED TO:**   Magistrate Judge Beth P. Gesner

**PLEASE REASSIGN TO:**   Magistrate Judge James K. Bredar

**FOR :**  All Discovery Disputes -(Paper Nos. 185, 186 and 187 - Ready)


| J. Fewster | 7/24/03 |
|---|---|
| **Deputy** | **Date** |


APPROVED THIS __24th__ DAY OF __July__, 20 __03__.


_____/S/_____
**PAUL W. GRIMM,**
**UNITED STATES MAGISTRATE JUDGE**


Directions for Copies:   District Judge
                         Former Magistrate Judge

New Magistrate Judge
Howard Original