IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| ADELBERG RUDOW DORF & HENDLER LLC, | * | |
| | * | |
| Judgment Creditor | * | |
| | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| WILLIAM BOND, | * | |
| | * | |
| Judgment Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING LENGTHY EXHIBIT

Exhibit A, which is an attachment to Adelberg Rudow's Opposition to Judgment Debtor's Motion for Protective Order exists only in paper format and if scanned will be larger than 1.5 MB. This exhibit will be filed with the Clerk's office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

March 20, 2003
Date

/S/
Andrew Radding (Bar No. 00195)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201-2927
410-539-5195
410-539-5834 FAX