UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

August 15, 2003

Howard J. Schulman, Esquire
Schulman and Kaufman, LLC
One Charles Center
100 North Charles Street, Suite 600
Baltimore, Maryland   21201

Gerard P. Martin, Esquire
Martin Snyder and Bernstein, PA
217 East Redwood Street, Suite 2000
Baltimore, Maryland   21202

Kathryn Miller Goldman, Esquire
Goldman & Minton, PC
207 East Redwood Street, Suite 400
Baltimore, Maryland   21202

William A. McDaniel, Jr., Esquire
McDaniel Bennett and Griffin
118 West Mulberry Street
Baltimore, Maryland   21201-3600

Amy Estelle Askew, Esquire
William F. Ryan, Jr., Esquire
Whiteford Taylor and Preston
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland   21202

Andrew Radding, Esquire
Adelberg Rudow Dorf and Hendler
600 Mercantile Bank & Trust Bldg
2 Hopkins Plaza
Baltimore, Maryland   21201-2927

Subject: *William C. Bond v. Kenneth Blum, Sr., et al.*
Civil Action No. MJG-01-2600

Dear Counsel:

Yesterday counsel contacted me in chambers while in the midst of the deposition of Mr. Schulman. I addressed several matters on the record. Summarizing the most significant matters, please note:

1. Mr. Schulman's deposition stopped at approximately mid-day on August 14. His deposition will continue for an additional three and one-half hours in the near future at a time mutually convenient for counsel.

2. Mr. Bond's deposition was scheduled to occur today, August 15. Mr. Bond is medically unable to appear. His deposition will be rescheduled for a seven hour period in the immediate future.

Letter to Counsel - *Bond v Blum*
Page Two
August 15, 2003

    3. During his deposition, Mr. Schulman declined to answer certain questions as he claimed the information sought was privileged. The transcript of the deposition will be prepared by the reporter on or before August 25, and Mr. Schulman will articulate his privilege argument in a motion for a protective order due on or before September 5, 2003. Mr. Radding's response is due on or before September 11, 2003.

Mr. Schulman's deposition is being continued in part because of the privilege issues he has raised, and in part because he provided certain discovery materials to his opponents only yesterday, candidly acknowledging that the materials were due one week ago. Because advance review of these materials may reasonably impact on the subjects to be covered during the deposition, there is additional justification for this postponement of the latter half of his deposition.

Although informal, this letter constitutes an Order of the Court and will be docketed as such.

        Very truly yours,

        /s/

        James K. Bredar
        United States Magistrate Judge

JKB/cw
cc: The Hon. Marvin J. Garbis
    Court file
    Chambers file