IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al*., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY DOCUMENT UNDER SEAL

The deposition transcript of undersigned counsel, with exhibits thereto, which is an attachment to the Motion of William C. Bond for Protective Order Concerning Deposition of August 14, 2003, will be filed with the Clerk's Office in paper format so that it may be placed under seal. The exhibits to the deposition exist only in paper format and, if scanned, will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____        _____
Date                                                          Howard J. Schulman
                                                                     Schulman & Kaufman, LLC
                                                                     One Charles Center, Suite 600
                                                                     100 N. Charles Street
                                                                     Baltimore, Maryland 21201
                                                                     (410) 576-0400
                                                                     Attorneys for Plaintiff