# Schulman & Kaufman, LLC
### Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

———

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 3, 2003

***Via Facsimile (410-539-5834)***
Andrew Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2927

***Via Facsimile (410-752-7092)***
William F. Ryan, Jr., Esquire
Whiteford, Taylor & Preston, LLP
Suite 1400
7 St. Paul Street
Baltimore, MD 21202

RE:    No. 03-1666
Bond v. McDaniel, Bennett & Griffin, *et al.*

Dear Counsel:

On behalf of Mr. Bond, this is to request an extension to on or before December 1, 2003 for him to review his deposition. The 30 days for his review expire on Sunday, November 16, 2003.

Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
cc:  Mr. William C. Bond