ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

Andrew Radding
aradding@adelbergrudow.com
also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927
www.adelbergrudow.com

Telephone
410-539-5195
Facsimile
410-539-5834

November 6, 2003

Howard J. Schulman, Esquire
Schulman & Kaufman, LLC
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, MD 21201

*Re: Bond v. Blum*

Dear Mr. Schulman:

I have received your request for an extension for Mr. Bond to review his deposition. Given the history of your conduct towards this firm and me in this litigation, I cannot accommodate your request. I also note that this was our deposition and, notwithstanding any position Mr. Ryan might take regarding your request, we expect Mr. Bond's signed Errata sheet within the time originally set.

Very truly yours,

Andrew Radding

AR/kle

F:\WP\105\slavin\Schulman_ltr5.wpd - 11/6/03