# L.A.D. REPORTING COMPANY, INC.

*Suite 201, 1684 East Gude Drive, Rockville, Maryland 20850*

(301) 762-8282    (800) 292-4789    FAX (301) 762-0606    E-MAIL lisa@ladreporting.com

**October 14, 2003**                                    **Trial Date: Unknown**

IN RE: ADELBERG, RUDOW, DORF & HENDLER, LLC v. BOND
DEPOSITION DATE: SEPTEMBER 24, 2003
DEPONENT/AFFIANT: WILLIAM BOND
REPORTER: JOSEPH INABNET
RETURN BY: NOVEMBER 16, 2003

☐ **1. Counsel - Copy of Transcript is Enclosed:** It is our understanding that you have agreed to arrange for the reading and signing of the above-referenced deposition/examination transcript. Signature is required within ☐ 10 days ☐ 21 days ☐ 30 days from the date of this memorandum. Please have the Deponent/Affiant follow these steps to complete the Errata Sheet:

(A) Read the transcript and note any corrections/changes necessary **in ink** on the Errata Sheet **ONLY**. If no corrections/changes have been made, please indicate by writing "no changes" or "no corrections" on the Errata Sheet.

(B) Sign and date **both** the Errata Sheet and Acknowledgment of Deponent/Affiant pages.

(C) Please return only the **original** executed Errata Sheet **and** Acknowledgment pages to our office. These two pages will become part of the official transcript and will be mailed to all counsel of record.

☒ **2. Counsel - No Copy Ordered:** Signature of the above-referenced deposition/examination is required within ☐ 10 days ☐ 21 days ☒ 30 days from the date of this memorandum. Should you wish to purchase a copy of the transcript, the cost is $694.45 Should you elect not to purchase a copy of the transcript, the Deponent/Affiant will need to appear at one of our offices to read and sign the transcript. Please advise our office of your preference. Follow instructions **A through C** under number 1 above to complete the Errata Sheet. Please reference our job number 21414 on your check.

☐ **3. Deponent/Witness:** As requested at the time of your deposition/examination, a copy of your transcript is available for your review and signature. To review and sign your transcript, you may do one of the following: 1) appear at our office to read and sign (call to make an appointment); 2) receive the transcript via email (provide email address)_____; or 3) counsel may provide you with a copy of the transcript. You must complete this task within ☐ 10 days ☐ 21 days ☐ 30 days from the date of this memorandum. Follow instructions **A through C** under number 1 above to complete the Errata Sheet.

☐ **4. Deponent/Counsel - Copy of Transcript Enclosed:** Per _____ request, enclosed you will find a copy of your deposition/examination transcript for reading and signing. Please sign and date the Errata Sheet and Acknowledgment pages and return within ☐ 10 days ☐ 21 days ☐ 30 days from the date of this memorandum. Follow instructions **A through C** under number 1 above to complete the Errata Sheet.

If this task is not completed by the return date indicated above, it will be assumed that reading and signing are no longer desired, and the transcript will be filed as transcribed. If more space is needed for corrections, please use a clean sheet of paper and attach to your Errata Sheet. Please feel free to call this office if you have any questions.

signature/nowaive/depos/newes