IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                     *

    Plaintiff              *

    vs.                        * CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.           *

    Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER CLEARING RECORD RE PENDING MOTION

It appears that the following motions, still pending of record are moot. Accordingly, so that the record may be cleared of motions no longer requiring active consideration:

1. The Motion for Release of Funds of Funds (From Writ of Garnishment Issued at Request of Adelberg, Rudow, Dorf and Hendler, LLC) Pursuant to Section 11-603 of The Courts & Judicial Proceedings Article of The Maryland Code [paper 131] is DENIED AS MOOT except to the extent relief has previously been granted.

2. The MOTION to Shorten Time to Respond to Motion to Release Funds [Paper 132] is DENIED AS MOOT except to the extent relief has previously been granted.

3. Any party may move to have the said motions reinstated <u>nunc pro tunc</u>.

SO ORDERED, on <u>Monday, January 5, 2004</u>.

                                        / s /
                           Marvin J. Garbis
                     United States District Judge