# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman  Tel. (410) 576-0400
Joseph S. Kaufman  Fax: (410) 576-0544

January 20, 2004

**<u>Via Facsimile (410-539-5834)</u>**

Andrew Radding, Esquire
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2927

        RE:    William C. Bond v. Kenneth Blum, Sr., *et al.*
                  Civil Action No.: MJG-01-CV2600

Dear Mr. Radding:

     This is the second time that you have unexpectedly canceled the day before the continued session of my deposition. I was not a party to your *ex parte* communications with the Court. Unless you are prepared to select a date for continuation of the deposition this week, I will not be available until after March 8, 2004. I am available after your hearing tomorrow as well as on Thursday, except between 1:30-2:30 p.m., and all day on Friday. Unless you can do the deposition this week or at a mutually agreeable time after March 8, 2004, I think we should have a telephone conference with the Court today.

     Thank you.

                                     Very truly yours,

                                     Howard J. Schulman

HJS/hrk
cc: The Honorable Marvin J. Garbis, via ECF with copy of Radding letter
    Mr. William C. Bond