## ADELBERG, RUDOW, DORF & HENDLER, LLC
ATTORNEYS AT LAW

Andrew Radding

aradding@adelbergrudow.com

also a member of:
District of Columbia Bar
New York Bar

600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2927

www.adelbergrudow.com

Telephone
410-539-5195

Facsimile
410-539-5834

January 20, 2004

VIA FACSIMILE & HAND DELIVERED

Howard J. Schulman, Esquire
Schulman & Kaufman, LLC
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, MD 21201

RE: Bond v. Blum

Dear Mr. Schulman:

Since you refused to take my call, I am communicating by facsimile.

I am in the middle of a hearing before United States District Judge Richard D. Bennett that has been continued by Judge Bennett to tomorrow, Wednesday, January 21, 2003 at 10:00 a.m. Given that the day was set aside for your deposition and I anticipated that you would object to moving your deposition, I advised Judge Bennett of my conflict. Judge Bennett spoke with Judge Garbis and I am advised that Judge Garbis has approved a delay in your deposition and has ordered your deposition continued and reset. Judge Garbis is prepared to issue an Order to that effect should you feel one is necessary.

Accordingly, your deposition set for tomorrow is cancelled and will be reset to a date and time convenient to all concerned. I will be happy to discuss with you either verbally or in writing a mutually agreeable date to continue.

As I told your assistant, my email is not working today and I would request any response to this via facsimile.

Very truly yours,

Andrew Radding

AR/kle

cc: Amy E. Askew, Esquire (Via Facsimile & U.S. Mail)