IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG-01-CV2600 |
| KENNETH BLUM, SR., ET AL. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXEMPT WRITS OF GARNISHMENT FROM ECF FILING, OR IN THE ALTERNATIVE, FOR THE CLERK TO DELAY FILING FOR TWO DAYS UPON RECEIPT OF WRITS

Defendant, McDaniel, Bennett & Griffin, files this Motion to Exempt Writs of Garnishment from ECF Filing, Or In The Alternative, For the Clerk to Delay Filing for Two Days Upon Receipt of Writs, and for grounds states as follows:

1.  On May 5, 2003, this Court entered a Supplemental Judgment Order awarding fees and expenses to the Defendant law firms in this matter.

2.  Defendant will be unduly prejudiced if the Writs are electronically filed due to the contemporaneous notice to Judgment Debtor of said filings.

3.  Attached to this Motion is a Request of Defendant, McDaniel, Bennett & Griffin, for Issuances of Writs of Garnishment of Property, Writs of Garnishment of property, and a diskette containing said documents.

WHEREFORE, Defendant requests that this court:

    a.    Allow the paper filing of this Motion, the attached Request of Defendant, McDaniel, Bennett & Griffin, for Issuance of Writs of Garnishment of Property, and requested Writs of Garnishment, *or in the alternative*,

    b.    That the clerk delay ECF filing this Motion, the attached Request of Defendant, McDaniel, Bennett & Griffin, for Issuance of Writs of Garnishment of Property, and requested Writs of Garnishment for two days.

Respectfully submitted,

_____
William P. Ryan, Jr. #00360
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant
McDaniel, Bennett & Griffin

So Ordered this 19th day of September, 2006.

_____
The Honorable Marvin J. Garbis
United States District Judge

1493073.v2

2