IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | * Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT

Dear Ms. Clerk:

A final judgment was entered in the above entitled action on May 5, 2003. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

Please issue a Writ of Garnishment against Judgment Debtor William C. Bond to be served by private process server on the following named Garnishee:

Bank of America, N.A.
**Serve on:**
The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, Maryland 21202

Bank of America Corporation
100 S. Charles Street
Baltimore, Maryland 21201
**Serve on: President**

for any and all property of the Judgment Debtor William C. Bond, in the possession of the Garnishee at the time of service of the Writ and all property of the Judgment Debtor

that may come into the Garnishee's possession after service of the Writ, including, but not limited to, debts owed to the Judgment Debtor, whether immediately payable, unmatured or contingent. The Judgment Debtor's last known address is:

>William C. Bond
>4214 Greenway
>Baltimore, Maryland 21218

Judgment was entered by the United States District Court for the District of Maryland on May 5, 2003 and the amount due on said Judgment is as follows:

| | |
|---|---|
| Amount of Judgment: | $83,667.65 |
| Interest through 1/5/05: | + 6,821.88 |
| Subtotal: | $90,489.53 |
| Less credit on 1/5/05: | -50,000.00 |
| Subtotal: | $40,489.53 |
| Interest from 1/5/05 - 9/19/06: | + 3,397.81 |
| **Total due (as of 9/19/06):** | **$43,887.34** |

Interest accrues at the rate of $5.66 per diem.

_____
William F. Ryan, Jr. (#00360)
Amy E. Askew (#26709)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland  21202-1626
(410) 347-8700

Attorneys for Judgment Creditor,
McDaniel, Bennett & Griffin

Dated: September 19, 2006
1698136.v3