In The United States District Court District Of Maryland - Northern Division

| | |
|---|---|
| WILLIAM C. BOND<br>PLAINTIFF(S) | )<br>)<br>) |
| V. | )   Case #   MJG-01-CV-2600<br>) |
| KENNETH BLUM, SR.<br>DEFENDANT(S) | )<br>)<br>)<br>) |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

### AFFIDAVIT OF SERVICE

I served **BANK OF AMERICA, N.A.**

with the **REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT & NOTICE OF JUDGMENT DEBTOR AND GARNISHEE**

by serving **KELLY D. STEPHENS, FULLFILLMENT SPECIALIST, THE CORPORATION TRUST INCORPORATED, REGISTERED AGENTS**

on **SEPTEMBER 21, 2006 at 4:16 PM**

at **300 E. LOMBARD STREET, BALTIMORE, MD, 21202**

**DESCRIPTION**

| FEMALE<br>SEX | CAUCASIAN<br>RACE | 25-30<br>AGE | RED<br>HAIR |
|---|---|---|---|
| 5' 7"<br>HEIGHT | 130-140 LBS<br>WEIGHT | | GREEN<br>EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Friday, September 22, 2006, Baltimore, MD.

*[signature]*

DAVID G. SPRY, JR.
AP Legal Support Services, Inc.
2522 N. Calvert Street
Baltimore, MD 21218
(410) 366-9109 , (410) 366-9403 (Fax)
Job #22609