IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | *   Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF WRITS OF GARNISHMENT OF PROPERTY**

I hereby certify that on the 22nd day of September, 2006, pursuant to Maryland Rule 2-645, I caused a copy of the Writ of Garnishment, which was served on garnishee Bank of America, N.A. on September 21, 2006, to be served by private process server upon the Judgment Debtor, William C. Bond, at his last known address of 4214 Greenway, Baltimore, Maryland 21218. A copy of the Affidavit of Service is attached hereto as **Exhibit 1.** I further certify that a courtesy copy of the Writ of Garnishment is being served by first class mail, postage prepaid upon his attorney, Howard J. Schulman, Esquire, Schulman & Kaufman LLC, One Charles Center, 100 N. Charles St., Ste. 600, Baltimore, MD 21201.

/s/     Amy E. Askew
William F. Ryan, Jr. #00360
Amy E. Askew, #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant,
McDaniel, Bennett & Griffin

1699002