In The United States District Court District Of Maryland - Northern Division

| | |
|---|---|
| WILLIAM C. BOND <br> PLAINTIFF(S) <br><br> V. <br><br> KENNETH BLUM, SR. <br> DEFENDANT(S) | ) <br> ) <br> ) <br> )   Case #   MJG-01-CV-2600 <br> ) <br> ) <br> ) <br> ) |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

### AFFIDAVIT OF SERVICE

I served — **WILLIAM C. BOND**

with the — **REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT & NOTICE OF JUDGMENT DEBTOR AND GARNISHEE**

by serving — **WILLIAM C. BOND**

on — **SEPTEMBER 22, 2006** at 6:39 PM

at — **309 SUFFOLK ROAD, BALTIMORE, MD 21218**

**DESCRIPTION**

| **MALE** <br> **SEX** | CAUCASIAN <br> RACE | 30'S <br> AGE | BROWN <br> HAIR |
|---|---|---|---|
| 5' 5" <br> **HEIGHT** | 190-200 LBS <br> **WEIGHT** | | HAZEL <br> EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Monday, September 25, 2006, Baltimore, MD.

*[signature]*

DAVID G. SPRY, JR.
AP Legal Support Services, Inc.
2522 N. Calvert Street
Baltimore, MD 21218
(410) 366-9109, (410) 366-9403 (Fax)
Job #22610