# Worksheet

|  |  |  |
|---|---:|---:|
| Judgment awarded by Judge Ross for underlying case: |  |  |
|  | expenses | $4,124.26 |
|  | fees | $27,125.00 |
|  | total | $31,249.26 |
| Amount due for bank tort case: |  |  |
|  | expenses | $5,569.51 |
|  | fees | $10,000.00 |
|  | total | $15,569.51 |
|  | Total | $46,818.77 |
| LESS amount paid by Wm. Bond |  | ($16,283.02) |
| TOTAL amount owed by Wm. Bond out of judgment for legal services of Schulman & Kaufman, LLC |  | $30,535.75 |