IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,                          *

      Plaintiff                          *

v.                                        *     Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., *et al.*,              *

      Defendants                         *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## SUPPLEMENTAL AFFIDAVIT OF HOWARD J. SCHULMAN

1.     My name is Howard J. Schulman. My business address is Schulman & Kaufman, LLC, One Charles Center, Suite 600, 100 N. Charles Street, Baltimore, Maryland 21201. I am counsel to Judgment Debtor, William C. Bond, in this case and others. I have personal knowledge of the matters set forth herein. I am over 21 years of age. I am competent to testify.

2.  The purpose of this affidavit is to supplement my affidavit of October 18, 2006, which was filed as ECF court document No. 218-2.

3.  Today I became aware of the attached Gore Brothers invoice, dated August 4, 2006, in the amount of $328.75 for the July 17, 2006 deposition of Alyson Bond in the bank tort case. Schulman & Kaufman, LLC paid this invoice on September 12, 2006. This payment, however, was not posted to the time and billing system and was, therefore, not included in the lien figures and tabulations submitted to the court as part of Paper No.

218. Plaintiffs in the underlying action thus owe this additional $328.75 to Schulman and Kaufman, LLC.

4. As summarized by the attached Worksheet, the total amount Mr. Bond now owes Schulman & Kaufman, LLC and me out of the garnished judgment for legal services performed in the underlying and bank tort cases is $30,864.50 ($14,966.24 plus $15,898.26).

I affirm under the penalty of perjury that the foregoing is true.

Howard J. Schulman

Date:   October 28, 2006

2