## Supplemental Worksheet

Judgment awarded by Judge Ross for underlying case:

|  |  |
|---|---|
| expenses | $4,124.26 |
| fees | $27,125.00 |
| total | $31,249.26 |

Amount due for bank tort case:

|  |  |  |
|---|---|---|
| expenses | $5,569.51 | |
|  | $328.75 | Gore Brothers |
| fees | $10,000.00 | |
| total | **$15,898.26** | |

| | |
|---|---|
| Total | **$47,147.52** |
| LESS amount paid by Wm. Bond | ($16,283.02) |

TOTAL amount owed by Wm. Bond out of judgment for legal services of Schulman & Kaufman, LLC    **$30,864.50**