# INVOICE



20 S. Charles Street, S/901 • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

TOWSON REPORTING COMPANY
WHITMAN REPORTING-ROCKVILLE

```
HOWARD J. SCHULMAN, ESQUIRE                      August  4, 2006
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600                 Invoice# 10092942
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201                       Balance:     $328.75
410-576-0400


Re: NV NR BANK OF AMERICAvBOND
    BALTO-DT
    on 07/17/06 by SANDY SLATER
```

| Charge Description | Amount |
|---|---|
| 136   PAGES @ $2.25 PER PAGE (COPY) | 306.00 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF ALYSON BOND TAKEN ON JULY 17, 2006 | |
| SIGNED ORDER FORM | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |

P l e a s e   R e m i t   - - ->   Total Due:    $328.75

**Please tear off stub and return with payment.**
*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.         Invoice# 10092942
20 S. Charles Street - Suite 901
Baltimore, Maryland 21201                    Balance$    328.75

Accepting Visa, Mastercard and American Express