IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF WILLIAM C. BOND

1. My name is William C. Bond. I reside at 309 Suffolk Road, Baltimore, Maryland 21218. I am over 21 years of age. I am competent to testify. I am the Judgment Debtor in this matter. I have personal knowledge of the matters set forth herein.

2. I was served on approximately September 22, 2006 with a copy of the writ of garnishment that was issued in this matter at the request of McDaniel, Griffin and Bennett. On approximately October 18, 2006, I received from the office of my attorney, Howard J. Schulman, a copy of the Motion for Release of Funds Pursuant to Maryland Business Occupations & Professions Article § 10-501, bearing the Court's docket No. and a reference to document No. 218 as a header on each of the pages, along with attachments. Subsequently, I received from Mr. Schulman's office copies of Document Nos. 219 and 220 in this matter. Even prior to receipt of Document No. 218 and the writ of garnishment itself, I was aware that Schulman & Kaufman, LLC was asserting a lien

to virtually the entire amount of attorneys' fees awarded by Judge Ross in what has been referred to as the bank tort case. I do not object to this lien or the payment of this lien from a judgment in the bank tort case. I do not object to the payment of Schulman & Kaufman, LLC for its services or the services of Howard J. Schulman in the underlying case or the bank tort case.

I declare under the penalty of perjury that the above is true and correct.

_____
William C. Bond

Date: 11/27/06

2