IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF DANIEL P. DOTY

1. My name is Daniel P. Doty. I am employed as an associate at the law offices of Schulman & Kaufman, LLC and am scheduled to be admitted to the bar on December 12, 2006. My business address is One Charles Center, Suite 600, 100 N. Charles Street, Baltimore, Maryland 21201. I am over 21 years of age. I have personal knowledge of the matters set forth. I am competent to testify.

2. On November 22, 2006, I personally delivered the attached notices by handing them to a person in the respective offices who accepted the hand-delivery to: Bank of America, N.A. c/o The Corporation Trust Incorporated, Adelberg, Rudow, Dorf & Hendler, LLC c/o Andrew Radding, Esquire, Miles & Stockbridge, P.C. c/o Robert S. Brennen, Esquire. I attempted to deliver a notice to McDaniel, Bennett & Griffin c/o William A. McDaniel, Jr., Esquire, on that date, but there was no answer at their door, so I placed a copy through their mail slot.

3. On November 25, 2006, I personally delivered the attached notice to

William C. Bond by handing it to him at his home address, together with copies of the other notices.

4. On November 27, 2006, I personally delivered the notice to McDaniel, Bennett & Griffin c/o William A. McDaniel, Jr., Esquire by handing it to a person in their offices who accepted the hand-delivery.

## AFFIRMATION

I solemnly affirm, under the penalty of perjury, that the matters and facts contained in the foregoing Affidavit are true and correct.

_____
Daniel P. Doty

Date: 11/27/06

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 22, 2006

**VIA HAND-DELIVERY**

Bank of America, N.A.
c/o The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202

                RE:    William C. Bond, *et ux.*
                       v. Bank of America, N.A., *et al.*
                       Case No. 24-C-05-011210 OT

Dear Ladies and Gentlemen:

      This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

      Thank you.

                                                   Very truly yours,

                                                   Howard J. Schulman

HJS/jra
cc:  Mr. William C. Bond
       Mr. Robert S. Brennen, Esquire *(via hand-delivery)*

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 22, 2006

**VIA HAND-DELIVERY**

Adelberg, Rudow, Dorf & Hendler, LLC
c/o Andrew Radding, Esquire
7 Saint Paul Street, Suite 600
Baltimore, MD 21202

       RE: William C. Bond, *et ux.*
          v. Bank of America, N.A., *et al.*
          Case No. 24-C-05-011210 OT

Dear Mr. Radding:

  This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

  Thank you.

              Very truly yours,

              Howard J. Schulman

HJS/jra
cc: Mr. William C. Bond

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 22, 2006

**VIA HAND-DELIVERY**

Miles & Stockbridge, P.C.
c/o Robert S. Brennen, Esquire
10 Light Street
Baltimore, MD 21202-1487

       RE: William C. Bond, *et ux.*
           v. Bank of America, N.A., *et al.*
           Case No. 24-C-05-011210 OT

Dear Mr. Brennen:

  This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

  Thank you.

                    Very truly yours,

                    Howard J. Schulman

HJS/jra
cc: Mr. William C. Bond

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 22, 2006

**VIA HAND-DELIVERY**

McDaniel, Bennett and Griffin
c/o William A. McDaniel, Jr., Esq.
118 W. Mulberry Street
Baltimore, MD 21201-3600

       RE: William C. Bond, *et ux.*
          v. Bank of America, N.A., *et al.*
          Case No. 24-C-05-011210 OT

Dear Mr. McDaniel:

  This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

  Thank you.

                Very truly yours,

                Howard J. Schulman

HJS/jra
cc: Mr. William C. Bond
   William F. Ryan, Jr., Esquire

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 24, 2006

**VIA HAND-DELIVERY**

Mr. William C. Bond
309 Suffolk Road
Baltimore, MD 21218-2522

          RE:    William C. Bond, *et ux.*
                  v. Bank of America, N.A., *et al.*
                  Case No. 24-C-05-011210 OT

Dear Mr. Bond:

      This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

      Thank you.

                                       Very truly yours,

                                       Howard J. Schulman

HJS/jra

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 27, 2006

**VIA HAND-DELIVERY**

McDaniel, Bennett and Griffin
c/o William A. McDaniel, Jr., Esq.
118 W. Mulberry Street
Baltimore, MD 21201-3600

                     RE:   William C. Bond, *et ux.*
                              v. Bank of America, N.A., *et al.*
                              Case No. 24-C-05-011210 OT

Dear Mr. McDaniel:

      This is to provide you with additional written notice that Schulman & Kaufman, LLC asserts and will seek to enforce its lien under the Maryland Business Occupations and Professions Code, § 10-501 against the judgment entered against Bank of America, N.A. and Daniel Myers in the above-captioned case. The amount of the lien is $30,864.50. The interest of the Schulman & Kaufman, LLC in the judgment and the above captioned proceeding is that under a specific agreement between Schulman and Kaufman, LLC and William C. Bond, William C. Bond owes Schulman & Kaufman, LLC for legal services and expenses that produced the judgment in the above-captioned case. You should hold any money payable or property passing to William C. Bond relating to the above captioned action.

      Thank you.

                                                      Very truly yours,

                                                      Howard J. Schulman

HJS/jra
cc:  Mr. William C. Bond
      William F. Ryan, Jr., Esquire