**Schulman & Kaufman, LLC**
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
Tel. (410) 576-0400
Fax: (410) 576-0544
accounts@schulmankaufman.com

Mr. William C. Bond
309 Suffolk Road
Baltimore MD 21218

Page: 1
October 05, 2006
Account No:          202-615
Statement No:            3

BOA-tort

| Previous Balance | | $14,845.78 |
|---|---|---|

### Expenses

| Date | Description | Amount |
|---|---|---|
| 06/30/2006 | Online legal research. Thomson-West inv. 811700191 dated 06-30-06 | 15.00 |
| 08/16/2006 | Online legal research; July 2006 | 33.27 |
| 08/30/2006 | Postage; August 2006 | 12.85 |
| 08/31/2006 | Photocopy charges - in-house; August 2006 | 78.40 |
| 09/29/2006 | Photocopy charges - in-house; September 2006 | 149.20 |
| 09/29/2006 | Printing charges; September 2006 | 37.80 |
| 09/29/2006 | Postage; September 2006 | 1.98 |
| 09/29/2006 | Online legal research. | 66.48 |
| | Total Expenses | 394.98 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 07/20/2006 | Transcription fees Gore Brothers Reporting & Video Co. | 328.75 |
| | Total Advances | 328.75 |
| | Total Current Work | 723.73 |

| Balance Due | | $15,569.51 |
|---|---|---|

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 723.73 | 0.00 | 3,239.82 | 11,605.96 | 0.00 | 0.00 |

### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 9,999.50 | 1,493.52 | 4,076.49 | 0.00 | 0.00 |

| Please Remit | | $15,569.51 |
|---|---|---|

# CRC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888      Fax: (410) 821-4889

**Job #:** 060607SSS
**Job Date:** 06/07/2006
**Order Date:** 06/07/2006
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

| | |
|---|---|
| **Invoice #:** | 36149 |
| **Inv.Date:** | 06/19/2006 |
| **Balance:** | $262.50 |

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

**Action:** Bond, William
vs
**Bank of America**

**Action #:**
**Rep:** Stephanie Sturm
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | E. Hutchinson Robbins, Jr. | Original | 54 | Pages | $3.75 | $202.50 |
| 2 | E. Hutchinson Robbins, Jr. | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | E. Hutchinson Robbins, Jr. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | | Appearance -1/2 day | 1.00 | | $35.00 | $35.00 |
| 5 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

**Comments:**
Full sized transcript requested.

Thank You For Your Business

| | |
|---|---|
| Sub Total | $262.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $262.50 |
| Payment | $0.00 |
| **Balance Due** | $262.50 |

**Federal Tax I.D.:** 52-1938692       **Terms:** Due Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

**Deliver To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

# Invoice

**Phone:** (410) 821-4888
**Fax:** (410) 821-4889

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

| | |
|---|---|
| **Invoice #:** | 36149 |
| **Inv.Date:** | 06/19/2006 |
| **Balance:** | $262.50 |
| **Job #:** | 060607SSS |
| **Job Date:** | 06/07/2006 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

# CRC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888     Fax: (410) 821-4889

Job #: 060608SSS
Job Date: 06/08/2006
Order Date: 06/08/2006
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:        36170
Inv.Date:    06/20/2006
Balance:      $538.50

| Bill To: | Action: | Bond, William |
| --- | --- | --- |
| Howard J. Schulman, Esq. | | vs |
| Schulman & Kaufman | | Bank of America |
| 100 N. Charles Street | Action #: | |
| Suite 600 | Rep: | Stephanie Sturm |
| Baltimore, MD 21202 | Cert: | |

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Denis Case | Original | 71 | Pages | $3.75 | $266.25 |
| 2 | Denis Case | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | Denis Case | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | Donald P. McClure | Original | 52 | Pages | $3.75 | $195.00 |
| 5 | Donald P. McClure | Exhibits | 69.00 | Exhibits | $0.25 | $17.25 |
| 6 | Donald P. McClure | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 7 | Donald P. McClure | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 8 | | Appearance -1/2 day | 1.00 | | $35.00 | $35.00 |
| 9 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

| Comments: | | |
| --- | --- | --- |
| Full sized transcript requested. | Sub Total | $538.50 |
| | Shipping | $0.00 |
| Thank You For Your Business | Tax | N/A |
| | Total Invoice | $538.50 |
| | Payment | $0.00 |

Federal Tax I.D.: 52-1938692     Terms: Due Upon Receipt

Balance Due     $538.50

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

| Bill To: | Deliver To: |
| --- | --- |
| Howard J. Schulman, Esq. | Howard J. Schulman, Esq. |
| Schulman & Kaufman | Schulman & Kaufman |
| 100 N. Charles Street | 100 N. Charles Street |
| Suite 600 | Suite 600 |
| Baltimore, MD 21202 | Baltimore, MD 21202 |

## Invoice

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 36170
Inv.Date: 06/20/2006
Balance:   $538.50
Job #: 060608SSS
Job Date: 06/08/2006
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

# CRC-Salomon

**9515 Deereco Road**
**Suite 200**
**Timonium, MD 21093**
**Phone: (410) 821-4888    Fax: (410) 821-4889**

Job #: 060627SSS
*Job Date:* 06/27/2006
*Order Date:* 06/27/2006
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:*

# Invoice

**Invoice #:** 36372
**Inv.Date:** 07/11/2006
**Balance:** $723.75

---

*Bill To:*
**Howard J. Schulman, Esq.**
**Schulman & Kaufman**
**100 N. Charles Street**
**Suite 600**
**Baltimore, MD 21202**

*Action:* **Bond, William**
*vs*
**Bank of America**
*Action #:*
*Rep:* **Stephanie Sturm**
*Cert:*

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|------|--------------------|-------------|----------|-------|-------|--------|
| 1 | Daniel Myers | Original | 177 | Pages | $3.75 | $663.75 |
| 2 | Daniel Myers | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | Daniel Myers | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | | Appearance -1/2 day | 1.00 | | $35.00 | $35.00 |
| 5 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

*Comments:*
Full sized transcript requested.

Thank You For Your Business

| | |
|---|---|
| Sub Total | $723.75 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $723.75 |
| Payment | $0.00 |
| **Balance Due** | $723.75 |

*Federal Tax I.D.:* 52-1938692     *Terms:* **Due Upon Receipt**

*Please KEEP THIS PART for YOUR RECORDS.*
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

*Bill To:*
**Howard J. Schulman, Esq.**
**Schulman & Kaufman**
**100 N. Charles Street**
**Suite 600**
**Baltimore, MD 21202**

*Deliver To:*
**Howard J. Schulman, Esq.**
**Schulman & Kaufman**
**100 N. Charles Street**
**Suite 600**
**Baltimore, MD 21202**

# Invoice

**CRC-Salomon**
**9515 Deereco Road**
**Suite 200**
**Timonium, MD 21093**

**Phone:** (410) 821-4888
**Fax:** (410) 821-4889

**Invoice #:** 36372
**Inv.Date:** 07/11/2006
**Balance:** $723.75
**Job #:** 060627SSS
**Job Date:** 06/27/2006
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# INVOICE

 **GORE BROTHERS**
Reporting & Videoconferencing

20 S. Charles Street, S/901 • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

TOWSON REPORTING COMPANY
WHITMAN REPORTING-ROCKVILLE

---

HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

July 12, 2006

**Invoice#** 10092728

**Balance:**    $596.50


**Re:** NV NR BONDvBANK OF AMERICA
BALTO-DT
*on* 06/27/06 *by* SUSAN M. WOOTTON


| Charge Description | Amount |
|---|---|
| 255  PAGES @ $2.25 PER PAGE (COPY) | 573.75 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF WILLIAM BOND TAKEN ON JUNE 27, 2006 | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |
| SIGNED ORDER FORM. | |


P l e a s e   R e m i t   - - - >   Total Due:    $596.50

**Please tear off stub and return with payment.**
*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
20 S. Charles Street - Suite 901
Baltimore, Maryland  21201

Invoice# 10092728

Balance$     596.50

# GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street - Suite 901*
*Baltimore, Maryland 21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

August  8, 2006

**Invoice#** 10092728

**Balance:**          $.00

**Re:** NV NR BONDvBANK OF AMERICA
BALTO-DT
*on* 06/27/06 *by* SUSAN M. WOOTTON

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| 255  PAGES @ $2.25 PER PAGE (COPY) | 573.75 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF WILLIAM BOND TAKEN ON JUNE 27, 2006 | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |
| SIGNED ORDER FORM. | |
| PAID IN FULL W/VISA/HOWARD J. SCHULMAN - ROZ | |

|  | |
|---|---|
| Sub Total: | 596.50 |
| - Payments/Credits: | 596.50 |
| **P l e a s e   R e m i t   - - - >   Total Due:** | $.00 |

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

# INVOICE

 20 S. Charles Street, S/901 • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

TOWSON REPORTING COMPANY
WHITMAN REPORTING-ROCKVILLE

---

HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

July 10, 2006

**Invoice#** 10092401

**Balance:**    $400.75

**Re:** NV NR BONDvBANK OF AMER
BALTO-DT
*on* 06/20/06 *by* DEBORAH WILKINS

| Charge Description | Amount |
|---|---|
| 168    PAGES @ $2.25 PER PAGE (COPY) | 378.00 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF HOWARD J. SCHULMAN TAKEN ON JUNE 20, 2006 | |
| SIGNED ORDER FORM | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |

P l e a s e   R e m i t   - - - >   Total Due:    $400.75

**Please tear off stub and return with payment.**
*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
20 S. Charles Street - Suite 901
Baltimore, Maryland  21201

Invoice# 10092401

Balance$    400.75

Accepting Visa, Mastercard and American Express

# GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street - Suite 901*
*Baltimore, Maryland 21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*


HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

August  8, 2006

**Invoice#** 10092401

**Balance:**        $.00


**Re:** NV NR BONDvBANK OF AMER
    BALTO-DT
    *on* 06/20/06 *by* DEBORAH WILKINS
**Billed:** 06/27/06


## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| 168    PAGES @ $2.25 PER PAGE (COPY) | 378.00 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF HOWARD J. SCHULMAN TAKEN ON JUNE 20, 2006 | |
| SIGNED ORDER FORM | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |
| PAID IN FULL W/VISA BY HOWARD J. SCHULMAN - ROZ | |

|  | |
|---|---|
| Sub Total: | 400.75 |
| – Payments/Credits: | 400.75 |
| **P l e a s e    R e m i t   - - - >**   Total Due: | $.00 |

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

## GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street - Suite 901*
*Baltimore, Maryland 21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

September  1, 2006

**Invoice#** 10092942

**Balance:**    $328.75

**Re:** NV NR BANK OF AMERICAvBOND
      BALTO-DT
      *on* 07/17/06 *by* SANDY SLATER
**Billed:** 07/20/06                    <--  41 Days Old!

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| 136    PAGES @ $2.25 PER PAGE (COPY) | 306.00 |
| POSTAGE & HANDLING | 10.75 |

FOR THE DEPOSITION OF ALYSON BOND
TAKEN ON JULY 17, 2006

SIGNED ORDER FORM

MINI/ETRAN/EXHIBIT PDF AND ARCHIVING                    12.00

**THIS ACCOUNT IS**
**PAST DUE**
WE WOULD APPRECIATE
A PROMPT REMITTANCE.

P l e a s e   R e m i t   - - - >   **Total Due:**    $328.75

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

**This invoice is   41   days past due, Please Remit - Thank You!**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street - Suite 901*
*Baltimore, Maryland  21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

HOWARD J. SCHULMAN, ESQUIRE
SCHULMAN & KAUFMAN, L.L.C.
100 NORTH CHARLES STREET - S/600
1 CHARLES CENTER
BALTIMORE, MARYLAND  21201
410-576-0400

September 12, 2006

**Invoice#** 10092942

**Balance:**        $.00

**Re:** NV NR BANK OF AMERICAvBOND
     BALTO-DT
     *on* 07/17/06 *by* SANDY SLATER
**Billed:** 07/20/06

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| 136    PAGES @ $2.25 PER PAGE (COPY) | 306.00 |
| POSTAGE & HANDLING | 10.75 |
| FOR THE DEPOSITION OF ALYSON BOND TAKEN ON JULY 17, 2006 | |
| SIGNED ORDER FORM | |
| MINI/ETRAN/EXHIBIT PDF AND ARCHIVING | 12.00 |
| PAID IN FULL W/VISA BY HOWARD SCHULMAN - ROZ | |

|  | |
|---|---|
| Sub Total: | 328.75 |
| - Payments/Credits: | 328.75 |
| **P l e a s e   R e m i t   - - - >   Total Due:** | **$.00** |

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

Date: 09/12/2006

**Detail Cost Transaction File List**
Schulman & Kaufman, LLC

Page: 1

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|
| **Client ID 202.615 Bond/Mr. William C.** | | | | | | | | |
| 202.615 | 11/09/2005 | 1 | A | 49 | | 17.50 | Online Docket Entries Union Memorial Sports Medicine | ARCH |
| 202.615 | 11/12/2005 | 1 | A | 74 | | 23.76 | Medical records Smart Document Solutions, LLC | ARCH |
| 202.615 | 11/21/2005 | 1 | A | 70 | | 125.00 | Filing fee Clerk, Circuit Court for Baltimore City | ARCH |
| 202.615 | 12/01/2005 | 1 | A | 98 | 0.200 | 8.40 | Photocopy charges - in-house, November, 2005 | ARCH |
| 202.615 | 12/01/2005 | 1 | A | 53 | | 2.03 | Postage - November, 2005 | ARCH |
| 202.615 | 12/12/2005 | 1 | A | 70 | | 35.00 | Filing fee Clerk, Circuit Court, Baltimore City | ARCH |
| 202.615 | 12/14/2005 | 1 | A | 70 | | 125.00 | Filing fee Clerk, Circuit Court, Baltimore City | ARCH |
| 202.615 | 12/28/2005 | 1 | A | 76 | 2.000 | 52.70 | Online legal research - November, 2005 | ARCH |
| 202.615 | 12/28/2005 | 1 | A | 53 | | 1.71 | Postage - December, 2005 | ARCH |
| 202.615 | 12/30/2005 | 1 | A | 98 | 0.200 | 26.80 | Photocopy charges - in-house, December, 2005 | ARCH |
| 202.615 | 02/05/2006 | 1 | A | 53 | | 1.02 | Postage - January, 2006 | ARCH |
| 202.615 | 02/05/2006 | 1 | A | 98 | 0.200 | 12.20 | Photocopy charges - in-house, January, 2006 | ARCH |
| 202.615 | 02/14/2006 | 1 | A | 71 | | 45.00 | Processor fee Amity Services, Inc. | ARCH |
| 202.615 | 02/27/2006 | 1 | A | 76 | 2.000 | 1.14 | Online legal research - December, 2005 - January, 2006 | ARCH |
| 202.615 | 03/01/2006 | 1 | A | 53 | | 2.28 | Postage - February, 2006 | ARCH |
| 202.615 | 03/03/2006 | 1 | A | 98 | 0.200 | 10.60 | Photocopy charges - in-house, February, 2006 | ARCH |
| 202.615 | 03/20/2006 | 1 | A | 76 | 2.000 | 4.17 | Online legal research - February, 2006 | ARCH |
| 202.615 | 03/30/2006 | 1 | A | 53 | | 4.86 | Postage - March, 2006 | ARCH |
| 202.615 | 03/30/2006 | 1 | A | 98 | 0.200 | 38.00 | Photocopy charges - in-house, March, 2006 | ARCH |
| 202.615 | 04/20/2006 | 1 | A | 56 | | 20.00 | (miscellaneous expense) Director of Finance | ARCH |
| 202.615 | 04/25/2006 | 1 | A | 76 | 2.000 | 24.48 | Online legal research - March, 2006 | ARCH |
| 202.615 | 05/01/2006 | 1 | A | 53 | | 17.07 | Postage - April, 2006 | ARCH |
| 202.615 | 05/01/2006 | 1 | A | 98 | 0.200 | 98.20 | Photocopy charges - in-house, April, 2006 | ARCH |
| 202.615 | 05/08/2006 | 1 | A | 77 | | 165.00 | Transcription fees CRC-Salomon Invoice 35634 | ARCH |
| 202.615 | 05/25/2006 | 1 | A | 56 | | 40.00 | (miscellaneous expense) Director of Finance | ARCH |
| 202.615 | 05/26/2006 | 1 | A | 53 | | 24.99 | Postage - May, 2006 | ARCH |
| 202.615 | 05/26/2006 | 1 | A | 98 | 0.200 | 119.60 | Photocopy charges - in-house, May, 2006 | ARCH |
| 202.615 | 05/31/2006 | 1 | A | 56 | | 15.75 | (miscellaneous expense) Legal Images of Baltimore, LLC | ARCH |
| 202.615 | 05/31/2006 | 1 | A | 71 | | 500.00 | Processor fee Quick Silver Process Service, Inc. | ARCH |
| 202.615 | 06/06/2006 | 1 | A | 56 | | 20.00 | (miscellaneous expense) Director of Finance | ARCH |
| 202.615 | 06/08/2006 | 1 | A | 98 | 0.200 | 25.20 | Photocopy charges - in-house, June 8, 2006 | ARCH |
| 202.615 | 06/16/2006 | 1 | A | 76 | | 11.20 | Online legal research; May 2006 | ARCH |
| 202.615 | 06/19/2006 | 1 | A | 77 | | 262.50 | Transcription fees CRC-Salomon investigation of. 36149 | ARCH |
| 202.615 | 06/22/2006 | 1 | A | 77 | | 538.50 | Transcription fees CRC-Salomon investigation of. 36170 | ARCH |
| 202.615 | 06/29/2006 | 1 | A | 98 | 0.200 | 270.80 | Photocopy charges - in-house , June 2006 | ARCH |
| 202.615 | 06/29/2006 | 1 | A | 53 | | 19.26 | Postage | ARCH |
| 202.615 | 06/29/2006 | 1 | A | 98 | 0.200 | 25.60 | Photocopy charges - in-house, June 28 | ARCH |
| 202.615 | 06/30/2006 | 1 | P | 76 | 2.000 | 15.00 | Online legal research. Thomson-West inv. 811700191 dated 06-30-06 | 47 |
| 202.615 | 07/04/2006 | 1 | A | 72 | | 40.48 | Courier fee FedEx | ARCH |
| 202.615 | 07/07/2006 | 1 | A | 51 | | 31.40 | Photocopy charges: work materials for Alyson's preparation for deposition | ARCH |
| 202.615 | 07/25/2006 | 1 | A | 73 | | 150.00 | Fee: Barnett W. Freelander - Mediation | ARCH |
| 202.615 | 07/27/2006 | 1 | A | 76 | | 117.68 | Online legal research; June 2006 | ARCH |
| 202.615 | 07/28/2006 | 1 | A | 98 | 0.200 | 51.40 | Photocopy charges - in-house; July 2006 | ARCH |
| 202.615 | 08/01/2006 | 1 | A | 77 | | 723.75 | Transcription fees - CRC Salomon, Deposition of Daniel Meyers | ARCH |
| 202.615 | 08/01/2006 | 1 | A | 77 | | 596.50 | Transcription fees - Gore Brothers, Deposition of William Bond | ARCH |
| 202.615 | 08/01/2006 | 1 | A | 77 | | 400.75 | Transcription fees - Gore Brothers, Deposition of Howard Schulman | ARCH |
| 202.615 | 08/16/2006 | 1 | P | 76 | | 33.27 | Online legal research; July 2006 | 48 |
| 202.615 | 08/30/2006 | 1 | P | 53 | | 12.85 | Postage; August 2006 | 49 |
| 202.615 | 08/31/2006 | 1 | P | 98 | 0.200 | 78.40 | Photocopy charges - in-house; August 2006 | 50 |

| Total for Client ID 202.615 | Billable | 4985.80 | Bond/Mr. William C. BOA-lert |
|---|---|---|---|

| **GRAND TOTALS** | | |
|---|---|---|
| Billable | 4985.80 | |

**Schulman & Kaufman, LLC**
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
Tel. (410) 576-0400
Fax: (410) 576-0544
accounts@schulmankaufman.com

Mr. William C. Bond
309 Suffolk Road
Baltimore  MD  21218

| | |
|---|---|
| Page: | 1 |
| August 01, 2006 | |
| Account No: | 202-615 |
| Statement No: | 2 |

BOA-tort

Previous Balance                                                                        $11,605.96

<u>Fees</u>

Hours

**06/10/2006**
HJS         Prepare draft response to motion to compel discovery concerning medical
            providers.                                                                      n/c

**06/12/2006**
HJS         Revise and edit discovery                                                       n/c

**06/18/2006**
HJS         Review and analyze law on putting one's mental or physical condition in issue   n/c

**06/19/2006**
HJS         Revise and edit memorandum in opposition to motion to compel; draft
            response to motion to compel; prepare amended interrogatory answers             n/c

**06/20/2006**
HJS         Review and analyze BOA's discovery responses                                    n/c

HJS         Review file in underlying case and review billings submitted to defendants in
            discovery and deposition                                                        n/c

HJS         Prepare initial draft of a response to motion for arbitration and to strike jury
            trial; review Defendants' motion                                                n/c

**06/21/2006**
HJS         Preparation of response to motion: conference with law clerk and review of
            *Cheeks* case                                                                   n/c

HJS         Letter/email to/from Todd Reinecker                                             n/c

**06/22/2006**
HJS         Review and analyze law clerk research and language extract from a
            documents, draft introductory paragraph to response, analyze accounts          n/c

**06/23/2006**
HJS         Prepare affidavits                                                              n/c

HJS         Review and analyze tape of hearing before Judge Holland in January 2005
            and prepare portions of response to motion                                      n/c

Mr. William C. Bond

BOA-tort

|  |  | Hours |
|---|---|---|
| **06/24/2006** | | |
| HJS | Revise and edit affidavits and response to motion to strike jury trial | n/c |
| HJS | Revise and edit affidavits and response to motion to strike jury trial | n/c |
| **06/26/2006** | | |
| HJS | Revise and edit response and affidavits | n/c |
| HJS | Office conference with BB-preparation for deposition | n/c |
| **06/27/2006** | | |
| HJS | Prepare for Myers deposition, BB deposition and prepare amended notice of deposition | n/c |
| **06/28/2006** | | |
| HJS | Prepare motion to compel discovery concerning attorney-client privilege as to billings | n/c |
| **06/29/2006** | | |
| HJS | Prepare motion for reconsideration concerning Judge Allison's order denying motion to compel bank to produce documents and other discovery | n/c |
| **07/03/2006** | | |
| HJS | Prepare for hearing and attend | n/c |
| **07/05/2006** | | |
| HJS | Prepare supplemental authorities | n/c |
| **07/06/2006** | | |
| HJS | Revise and edit reply memo in support of motion to compel | n/c |
| **07/07/2006** | | |
| HJS | Revise and edit motion to compel-bank's fees and motion for reconsideration | n/c |
| **07/10/2006** | | |
| HJS | Revise and edit motion to compel | n/c |
| **07/11/2006** | | |
| HJS | Revise and edit motion for reconsideration | n/c |
| **07/12/2006** | | |
| HJS | Revise and edit statement of facts and revise motion | n/c |
| **07/17/2006** | | |
| HJS | Prepare for and attend deposition of Alyson Bond | n/c |
| HJS | Follow up correspondence to Todd Reinecker and revise motion to compel fee arrangement documents | n/c |
| **07/21/2006** | | |
| HJS | Prepare mediation statement | n/c |
| **07/24/2006** | | |
| HJS | Letter/email to Bill Bond concerning mediation | n/c |
| **07/25/2006** | | |
| HJS | Settlement conference | n/c |

Mr. William C. Bond

Page: 3
August 01, 2006
Account No: 202-615
Statement No: 2

BOA-tort

|  | | Hours |
|---|---|---|
| Total Non-billable Hours | | 95.70 |

## Expenses

| 06/16/2006 | Online legal research; May 2006 | 11.20 |
|---|---|---|
| 06/29/2006 | Photocopy charges - in-house , June 2006 | 270.80 |
| 06/29/2006 | Postage | 19.26 |
| 06/29/2006 | Photocopy charges - in-house, June 28 | 25.60 |
| 07/07/2006 | Photocopy charges: work materials for Alyson's preparation for deposition | 31.40 |
| 07/27/2006 | Online legal research; June 2006 | 117.68 |
| 07/28/2006 | Photocopy charges - in-house; July 2006 | 51.40 |
| | Total Expenses | 527.34 |

## Advances

| 06/19/2006 | Transcription fees CRC-Salomon investigation of. 36149 | 262.50 |
|---|---|---|
| 06/20/2006 | Transcription fees CRC-Salomon investigation of. 36170 | 538.50 |
| 07/04/2006 | Courier fee FedEx | 40.48 |
| 07/25/2006 | Fee: Barnett W. Freelander - Mediation | 150.00 |
| 08/01/2006 | Transcription fees - CRC Solomon, Deposition of Daniel Meyers | 723.75 |
| 08/01/2006 | Transcription fees - Gore Brothers, Deposition of William Bond | 596.50 |
| 08/01/2006 | Transcription fees - Gore Brothers, Deposition of Howard Schulman | 400.75 |
| | Total Advances | 2,712.48 |
| | Total Current Work | 3,239.82 |
| | Balance Due | $14,845.78 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,239.82 | 11,605.96 | 0.00 | 0.00 | 0.00 | 0.00 |

Please Remit                $14,845.78

# CRC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888     Fax: (410) 821-4889

Job #: 060607SSS
Job Date: 06/07/2006
Order Date: 06/07/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 36149
Inv.Date: 06/19/2006
Balance: $262.50

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

Action: **Bond, William**
          vs
          **Bank of America**
Action #:
Rep: **Stephanie Sturm**
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|------|--------------------|-------------|----------|-------|-------|--------|
| 1 | E. Hutchinson Robbins, Jr. | Original | 54 | Pages | $3.75 | $202.50 |
| 2 | E. Hutchinson Robbins, Jr. | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | E. Hutchinson Robbins, Jr. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | | Appearance -1/2 day | 1.00 | | $35.00 | $35.00 |
| 5 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

**Comments:**
Full sized transcript requested.

Thank You For Your Business

| | |
|---|---|
| Sub Total | $262.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $262.50 |
| Payment | $0.00 |
| **Balance Due** | $262.50 |

Federal Tax I.D.: 52-1938692          Terms: **Due Upon Receipt**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

**Deliver To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

# Invoice

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 36149
Inv.Date: 06/19/2006
Balance: $262.50
Job #: 060607SSS
Job Date: 06/07/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# CRC-Salomon

**9515 Deereco Road**
**Suite 200**
**Timonium, MD 21093**
**Phone: (410) 821-4888    Fax: (410) 821-4889**

Job #: 060608SSS
Job Date: 06/08/2006
Order Date: 06/08/2006
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 36170 |
| **Inv.Date:** | 06/20/2006 |
| **Balance:** | $538.50 |

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

**Action:** Bond, William
*vs*
Bank of America

**Action #:**
**Rep:** Stephanie Sturm
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Denis Case | Original | 71 | Pages | $3.75 | $266.25 |
| 2 | Denis Case | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 3 | Denis Case | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 4 | Donald P. McClure | Original | 52 | Pages | $3.75 | $195.00 |
| 5 | Donald P. McClure | Exhibits | 69.00 | Exhibits | $0.25 | $17.25 |
| 6 | Donald P. McClure | Ascii Diskette | 1.00 | Disk | $0.00 | $0.00 |
| 7 | Donald P. McClure | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 8 | | Appearance -1/2 day | 1.00 | | $35.00 | $35.00 |
| 9 | | Shipping & Handling | 1.00 | Labor | $25.00 | $25.00 |

**Comments:**
Full sized transcript requested.

Thank You For Your Business

| | |
|---|---|
| Sub Total | $538.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $538.50 |
| Payment | $0.00 |
| **Balance Due** | $538.50 |

**Federal Tax I.D.:** 52-1938692          **Terms:** Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

**Deliver To:**
Howard J. Schulman, Esq.
Schulman & Kaufman
100 N. Charles Street
Suite 600
Baltimore, MD 21202

# Invoice

**Phone: (410) 821-4888**
**Fax: (410) 821-4889**

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

**Invoice #:** 36170
**Inv.Date:** 06/20/2006
**Balance:** $538.50
**Job #:** 060608SSS
**Job Date:** 06/08/2006
**DB Ref.#:**
**Date of Loss:**  / /
**Your File #:**
**Your Client:**

**Schulman & Kaufman LLC**
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
Tel. (410) 576-0400
Fax: (410) 576-0544
accounts@schulmankaufman.com

|  |  |
|---|---|
|  | Page: 1 |
| Mr. William C. Bond | June 13, 2006 |
| 309 Suffolk Road | Account No:  202-615 |
| Baltimore  MD  21218 | Statement No:  1 |

BOA-tort

Fees

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2005 | DPD | Legal research - confirm proper party to serve (cont'd - during earlier research, issues surrounding federal charter of Bank of America arose), including quick reading of Wachovia v. Schmidt & dissent | 0.50 | |
| 12/10/2005 | HJS | Prepare new complaint | 3.30 | 1,155.00 |
| 12/13/2005 | HJS | Revise and edit complaint | 0.50 | 175.00 |
| 12/14/2005 | HJS | Revise and edit complaint | 1.50 | 525.00 |
| 02/25/2006 | HJS | Prepare request for production of documents of bank subpoena files | 0.70 | 245.00 |
| 03/08/2006 | HJS | Revise and edit rogs & RPD | 0.50 | 175.00 |
| 03/17/2006 | HJS | Discovery: review BOA rogs and Griffin motion to dismiss | 0.60 | 210.00 |
| 03/25/2006 | HJS | Prepare answers to interrogatories | 3.00 | 1,050.00 |
| 03/28/2006 | HJS | Revise and edit answers to interrogatories | 1.20 | 420.00 |
|  | HJS | Office conference with David Goldberg and Bill Bond | 1.50 | 525.00 |
| 03/30/2006 | DPD | Legal research for opposition to Bank's motion to dismiss, inc. review Bond v. Slavin | 0.60 | |
| 03/31/2006 | HJS | Office conference with D. Doty on research direction | 0.50 | 175.00 |

Mr. William C. Bond

BOA-tort

| | | | Hours | |
|---|---|---|---|---|
| **04/01/2006** | | | | |
| | HJS | Prepare memo in opposition and amended complaint | 6.00 | 2,100.00 |
| **04/02/2006** | | | | |
| | HJS | Revise and edit interrogatory answers | 1.10 | 385.00 |
| **04/21/2006** | | | | |
| | HJS | Prepare letter of demand | 1.90 | 665.00 |
| **04/26/2006** | | | | |
| | HJS | Revise and edit motion to compel | 0.50 | 175.00 |
| | DPD | Revise and edit motion to compel | 0.40 | |
| | DPD | Obtain summons for Slavin | 0.50 | |
| **04/27/2006** | | | | |
| | HJS | Misc | 0.50 | 175.00 |
| **04/28/2006** | | | | |
| | HJS | Discovery: deposition of Myers (no show); conference with Reinecker and Goldberg | 2.00 | 700.00 |
| **05/03/2006** | | | | |
| | HJS | Revise and edit BOA request for production of documents, prepare supplemental interrogatories to Bank of America, prepare interrogatories and request for production of documents to Griffin, revise and edit motion to compel, review Bank procedures concerning production of documents, supervise production of additional documents | 3.27 | 1,144.50 |
| **05/05/2006** | | | | |
| | HJS | Revise and edit memos in opposition to motion to dismiss | | n/c |
| | HJS | Review Bank's supplemental interrogatory answers | | n/c |
| **05/08/2006** | | | | |
| | HJS | Revise and edit memos in opposition | | n/c |
| **05/20/2006** | | | | |
| | HJS | Review January hearing | | n/c |
| **05/23/2006** | | | | |
| | HJS | Revise and edit proposed order | | n/c |
| **05/30/2006** | | | | |
| | HJS | Review scheduling and note depositions | | n/c |
| **06/07/2006** | | | | |
| | HJS | Discovery: prepare for and take Robbins deposition | | n/c |
| **06/08/2006** | | | | |
| | HJS | Discovery: | | n/c |
| | HJS | Discovery: prepare and take Chase and McClure deposition | | n/c |

Mr. William C. Bond

Page: 3
June 13, 2006
Account No:       202-615
Statement No:              1

BOA-tort

|  |  | Hours |  |
|---|---|---|---|
| HJS | Discovery: prepare notice of corporate deposition |  | n/c |
|  | For Current Services Rendered | 30.57 | 9,999.50 |
|  | Total Non-billable Hours | 10.60 |  |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Howard Schulman | Partner | 28.57 | $350.00 | $9,999.50 |
| Daniel P. Doty | Law Clerk | 2.00 | 0.00 | 0.00 |

### Expenses

| 12/01/2005 | Photocopy charges - in-house, November, 2005 | 8.40 |
|---|---|---|
| 12/01/2005 | Postage - November, 2005 | 2.03 |
| 12/28/2005 | Online legal research - November, 2005 | 52.70 |
| 12/28/2005 | Postage - December, 2005 | 1.71 |
| 12/30/2005 | Photocopy charges - in-house, December, 2005 | 26.80 |
| 02/05/2006 | Postage - January, 2006 | 1.02 |
| 02/05/2006 | Photocopy charges - in-house, January, 2006 | 12.20 |
| 02/27/2006 | Online legal research - December, 2005 - January, 2006 | 1.14 |
| 03/01/2006 | Postage - February, 2006 | 2.28 |
| 03/03/2006 | Photocopy charges - in-house, February, 2006 | 10.60 |
| 03/20/2006 | Online legal research - February, 2006 | 4.17 |
| 03/30/2006 | Postage - March, 2006 | 4.86 |
| 03/30/2006 | Photocopy charges - in-house, March, 2006 | 38.00 |
| 04/20/2006 | (miscellaneous expense) Director of Finance | 20.00 |
| 04/25/2006 | Online legal research - March, 2006 | 24.48 |
| 05/01/2006 | Postage - April, 2006 | 17.07 |
| 05/01/2006 | Photocopy charges - in-house - April, 2006 | 98.20 |
| 05/25/2006 | (miscellaneous expense) Director of Finance | 40.00 |
| 05/26/2006 | Postage - May, 2006 | 24.99 |
| 05/26/2006 | Photocopy charges - in-house, May, 2006 | 119.60 |
| 05/31/2006 | (miscellaneous expense) Legal Images of Baltimore, LLC | 15.75 |
| 06/06/2006 | (miscellaneous expense) Director of Finance | 20.00 |
| 06/08/2006 | Photocopy charges - in-house, June 8, 2006 | 25.20 |
|  | Total Expenses | 571.20 |

### Advances

| 11/09/2005 | Online Docket Entries Union Memorial Sports Medicine | 17.50 |
|---|---|---|
| 11/12/2005 | Medical records Smart Document Solutions, LLC | 22.76 |
| 11/21/2005 | Filing fee Clerk, Circuit Court for Baltimore City | 125.00 |
| 12/12/2005 | Filing fee Clerk, Circuit Court, Baltimore City | 35.00 |
| 12/14/2005 | Filing fee Clerk, Circuit Court, Baltimore City | 125.00 |
| 02/14/2006 | Processor fee Amity Services, Inc. | 45.00 |
| 05/08/2006 | Transcription fees  CRC-Salomon invoice 35634 | 165.00 |
| 05/31/2006 | Processor fee Quick Silver Process Service, Inc. | 500.00 |
|  | Total Advances | 1,035.26 |

|  | Total Current Work | 11,605.96 |
|---|---|---|

|  | Balance Due | $11,605.96 |
|---|---|---|

Mr. William C. Bond

BOA-tort

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 9,999.50 | 571.20 | 1,035.26 | 0.00 | 0.00 |

Please Remit                                                                    $11,605.96

# CIRCUIT COURT FOR BALTIMORE CITY
# COURT REPORTING SERVICES
## 515 Courthouse East
## 111 North Calvert Street
## Baltimore, Maryland 21202

## Phone: (410) 396-5010  Fax: (410) 545-7764

**DATE:**     May 11, 2006

**BILL TO:**     Howard J. Schulman, Esq.
100 N. Charles Center
Baltimore, MD 21218


**PAYEE:  DIRECTOR OF FINANCE**

C/O Charles F. Madden, Chief Court Reporter
Circuit Court for Baltimore City
515 Courthouse East
111 North Calvert Street
Baltimore, Maryland 21202

---

Federal ID # 52-60007691

Re: Bond vs. Slavin
Date(s): January 11, 2006
Case Number(s): 24-D-01-003359 and 24-D-95-249006
Before Judge: Marcella A. Holland

1 videotape(s) @ $40.00 Each
TOTAL DUE: $40.00

---

(Please make your check or money order payable to **Director of Finance**, and bring or mail to address above.)
**WE DO NOT ACCEPT CASH.   VIDEOTAPES CANNOT BE MAILED. REMEMBER, ORDERS CANNOT BE PROCESSED UNTIL PAYMENT IS RECEIVED.  TAPES MUST BE PICKED UP AT ABOVE ADDRESS.**

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| Director of Finance | | | | | |
| 04/10/06 | Copy of video cassette | 041006 | 20.00 | | 20.00 |

| CHECK DATE | CONTROL NUMBER | | | | | |
|---|---|---|---|---|---|---|
| 04/11/06 | 5563 | TOTALS ▶ | Gross: 20.00 | Ded: 0.00 | Net: | 20.00 |

5563

**SCHULMAN & KAUFMAN, LLC**
ATTORNEYS AT LAW
GENERAL ACCOUNT
100 N. CHARLES ST., STE. 600
BALTIMORE, MD 21201-3826
PH. (410) 576-0400

BANK OF AMERICA
02992 MD
7-163-520

DATE      CHECK      AMOUNT
04/11/06            *****$20.00

*** TWENTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Director of Finance
Charles Madden, Chief Ct. Reporter
515 Courthouse East
111 North Calvert Street
Baltimore MD 21202

⑈005563⑈ ⑆052001633⑆ 00393308⑈106⑈

SCHULMAN & KAUFMAN, LLC                5563

# Schulman & Kaufman, LLC
### Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

———

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

April 17, 2006

Mr. Charles F. Madden
Chief Court Reporter
Circuit Court for Baltimore City
515 Courthouse East
111 N. Calvert Street
Baltimore, MD 21202

Dear Mr. Madden:

    Enclosed please find a request for a copy of a video cassette of a hearing before Judge Holland on January 11, 2005 regarding Bond v. Slavin (Case Nos. 24-D-01-003359 and 24-D-95-249006 DA), together with a check in the amount of $20 in payment of same.

    Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
Enclosures
cc: Mr. William C. Bond

### CIRCUIT COURT FOR BALTIMORE CITY
### COURT REPORTING SERVICES

#### PHONE: 410-396-5010   Fax: 410-545-7764

#### Request for COPY OF VIDEO CASSETTE

*DATE:*_____April 10, 2006_____

*TO:*   *Charles F. Madden, Chief Court Reporter*
       *515 Courthouse East*
       *111 N. Calvert Street*
       *Baltimore, Maryland 21202*

*RE:*   *CASE NAME:*____Bond v. Slavin_____
       *CASE NO.:*    ____24-D-01-003359 *AND* 24-D-95-249006 DA___
       *DATE(S):*     ____January 11, 2005_____

       *JUDGE:*       ____Marcella A. Holland_____

       *REQUESTED BY:*  Howard J. Schulman, SCHULMAN & KAUFMAN, LLC
       *ADDRESS:*   __One Charles Center, Suite 600, 100 N. Charles Street,__
                    ____Baltimore, MD 21201_____
       *TELEPHONE:*  410-576-0400_____ *FAX:*  410-576-0544_____

*NOTE:*   *Maryland Rule 1224B provides in part that upon written request and the*
         *payment of reasonable costs, the authorized custodian of an official video*
         *tape recording shall make a copy of the recording or any part requested*
         *available to a party to the action or the party's attorney.*

         *I HAVE READ THE ABOVE RULE,*
         *I AM AN ATTORNEY OR NAMED PARTY IN THIS CASE.*

         *SIGNATURE:* _____

*FEE:*   *Your check or money order in the amount of $20.00 for each tape must be*
         *made payable to the __DIRECTOR OF FINANCE__.  WE CANNOT ACCEPT*
         *CASH.*

#### VIDEO TAPES CANNOT BE MAILED.

# Schulman & Kaufman, LLC
### Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

February 14, 2006

Amity Services, Inc.
5448 Courtney Circle
Boynton Beach, FL 33437

Attention: Ms. Debbie Blain

RE:     William C. Bond, _et ux._
        v. Bank of America, N.A., _et al._
        Case No. 24-C-05-011210 OT

Dear Debbie:

Pursuant to your telephone conversation with Helen Keitz in my office, enclosed you will find a Complaint and Writ of Summons to be served on William H. Slavin in reference to the above-entitled case.

Also enclosed is our check in the amount of $45 for service of process on Mr. Slavin.

Please notify me when service has been effectuated.

Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
Enclosures
cc: Mr. William C. Bond
    David S. Goldberg, Esquire

**SCHULMAN & KAUFMAN, LLC**

5497

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|-----------|
| | Amity Services, Inc. | | | | |
| 02/14/06 | Bond: service of process on W. H. Slavin | 021406 | 45.00 | | 45.00 |

| CHECK DATE | CONTROL NUMBER | | | | | | |
|------------|----------------|--|--|--|--|--|--|
| 02/14/06 | 5497 | TOTALS ▶ | Gross: | 45.00 | Ded: | 0.00 Net: | 45.00 |

---

5497

**SCHULMAN & KAUFMAN, LLC**
ATTORNEYS AT LAW
GENERAL ACCOUNT
100 N. CHARLES ST., STE. 600
BALTIMORE, MD 21201-3826
PH: (410) 576-0400

BANK OF AMERICA
02992 MD
7-163-520

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 02/14/06 | | *****$45.00 |

*** FORTY-FIVE & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

Amity Services, Inc.
5448 Courtney Circle
Boynton Beach FL 33437

⑈005497⑈ ⑆052001633⑆ 00393308⑈106⑈

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| 12/12/05 | Clerk, Circuit Court for Baltimore City<br>Appearance and dismissal fees<br>Case No. 24-C-05-010199<br>Bond v. Bank of America, et al. | | | | $35.00 |

| CHECK DATE | CONTROL NUMBER | | | NET AMOUNT |
|------------|----------------|---|---|------------|
| 12/12/05 | 5432 | TOTALS ▶ | | $35.00 |

5432

**SCHULMAN & KAUFMAN, LLC**
ATTORNEYS AT LAW
GENERAL ACCOUNT
100 N. CHARLES ST., STE. 600
BALTIMORE, MD 21201-3826
PH. (410) 576-0400

BANK OF AMERICA
02992, MD
7-163-520

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 12/12/05 | 5432 | $35.00 |

PAY ****Thirty-five and 00/100*******

TO THE
ORDER
OF:  Clerk, Circuit Court for Baltimore City

Appearance & dismissal fees
Case #24-C-05-010199

⑈"005432"⑈ ⑆:0520016331: 00393308110⑈"

SCHULMAN & KAUFMAN, LLC                                                                5432

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

December 12, 2005

***Via Hand-Delivery***

Clerk
Circuit Court for Baltimore City
462 Court House East
111 N. Calvert Street
Baltimore, MD 21202

> RE:    William E. Bond, *et ux.*
>           v. Bank of America Corporation, *et al.*
>           Case No. 24-C-05-010199

Dear Mr. Clerk:

Enclosed please find a Notice of Dismissal to be filed in the above-captioned matter.   Also enclosed is a check in the amount of $35 to cover the costs.

Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
Enclosures
cc:  Mr. William C. Bond

WILLIAM C. BOND, *et ux.*,          *          IN THE

        Plaintiffs          *          CIRCUIT COURT

    v.          *          FOR

BANK OF AMERICA CORPORATION, *et al.,*  *          BALTIMORE CITY

        Defendants          *          Case No.: 24-C-05-010199

     *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Mr. Clerk:

    Please dismiss the above-captioned case without prejudice.

               Howard J. Schulman
               SCHULMAN & KAUFMAN, LLC
               One Charles Center, Suite 600
               100 N. Charles Street
               Baltimore, Maryland 21201
               (410) 576-0400

               David S. Goldberg
               Executive Plaza III, Suite 800
               11350 McCormick Road
               Hunt Valley, Maryland 21031
               (410) 229-0193

               Attorneys for Plaintiffs

CIRCUIT COURT FOR BALTIMORE CITY
Clerk,
Frank M. Conaway
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD  21202

Received From:  Howard J Schulman
       Address:  One Charles Center
                 100 North Charles St #600
                 Baltimore, MD  21201

24-C-05-010199
    Clerk Fee - Civil Filing Fee - New Case  CK          $80.00
    Appearance Fee  CK                                   $20.00
    MLSC Surcharge  CK                                   $25.00
    Sub Total                                           $125.00


                  ----MOP------------AMOUNT----

              CK              $125.00

              ------------------------------

              TOTAL TENDERED    $125.00
              CASH RECEIVED       $0.00
              CASH DUE            $0.00
                              --------------
              CHANGE              $0.00


COMMENT:
WILLIAM C. BOND VS
BANK OF AMERICA CORPORATION

Receipt #200500025311
Cashier: DB CCBCX82
11/22/05   9:56am

CIRCUIT COURT FOR BALTIMORE CITY
Clerk,
Frank M. Conaway
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202

Received From: Howard J Schulman
Address: One Charles Center
100 North Charles St #60

Baltimore, MD
21201

DUPLICATE

4-C-05-010199
Clerk Fee - Civil Filing Fee - CK
$100.00

Appearance Fee    CK         $20.00
MLSC Surcharge    CK         $25.00
Sub Total                   $125.00

-------HOP----------AMOUNT------

CK                  $125.00

TOTAL TENDERED      $125.00
CASH RECEIVED        $0.00
CASH DUE             $0.00

CHANGE              $0.00

DMMENT:
ILLIAM C. BOND VS
ANK OF AMERICA CORPORATION

Receipt N2000500W2S31i
ashier: DB CCBCX32
1/22/05  9:58am