| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **202.607 Bond/William C.** | | | | | | | | | | |
| RE: Domestic Subpoenas | | | | | | | | | | |
| 04/16/2003 | 1 | 1 | 5005.00 | 14.30 | 11.03 | | | | 5016.03 | 5016.03 |
| 04/22/2003 | 3 | 2 | | | | | | | | 5016.03 |
| 04/22/2003 | 2 | 2 | | | | | 1003.21 R | 1 | | 4012.82 |
| 05/06/2003 | 4 | 3 | | | | 53.50 | | | 53.50 | 4066.32 |
| 05/06/2003 | 11 | 4 | | | | | 4066.32 R | | | 0.00 |
| 01/15/2004 | 13 | 5 | | | | | 1213.49 R | | | -1213.49 |
| 01/20/2004 | 12 | 4 | 30380.00 | 98.35 | 2136.22 | 594.25 | | | 33110.47 | 31896.98 |
| 01/20/2004 | 14 | 5 | 28945.00 | 84.00 | 359.75 | 799.29 | | | 30104.04 | 62001.02 |
| 04/05/2004 | 15 | 6 | | | | | 10000.00 R | | | 52001.02 |
| 03/24/2005 | 16 | 6 | 9765.00 | 27.90 | 170.22 | | | | 9935.22 | 61936.24 |
| 04/01/2005 | 17 | 616 | 1400.00 | 4.00 | | | | | 1400.00 | 63336.24 |
| Subtotal | | | 75495.00 | 228.55 | 2677.22 | 1447.04 | 16283.02 | | 79619.26 | 63336.24 |
| **Total for Primary Timekeeper 1** | | | 75495.00 | 228.55 | 2677.22 | 1447.04 | 16283.02 | | 79619.26 | 63336.24 |