# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

William C. Bond
4214 Greenway
Baltimore MD 21218-1134

Page: 1
March 24, 2005
Account No: 202-607
Statement No: 6

Domestic Subpoenas
Alyson Bond v. Slavin

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Previous Balance | | $62,001.02 |
| | | **Fees** | | |
| 12/03/2003 | HJS | Prepare for oral argument (home) | 2.10 | 735.00 |
| 12/16/2003 | HJS | Prepare brief CSA n.o 1042 | 4.90 | 1,715.00 |
| 12/18/2003 | HJS | Revise and edit brief | 2.90 | 1,015.00 |
| 12/21/2003 | HJS | Revise and edit brief (final proofing and adjustment) | 2.00 | 700.00 |
| 02/11/2004 | HJS | Revise and edit reply brief and motion to dismiss | 1.20 | 420.00 |
| 03/01/2004 | HJS | Court appearance and preparation for oral argument | 6.00 | 2,100.00 |
| 08/17/2004 | HJS | Prepare draft letter to court re: hearing | 0.50 | 175.00 |
| 08/19/2004 | HJS | Revise and edit letter to court | 0.20 | 70.00 |
| 09/28/2004 | HJS | Review and analyze docket entries and call to Lynn Sadler, Court of Special Appeals | 0.30 | 105.00 |

Bond 314

William C. Bond

Domestic Subpoenas
Alyson Bond v. Slavin

Page: 2
March 24, 2005
Account No:    202-607
Statement No:    6

| Date | | | Hours | |
|---|---|---|---|---|
| 10/13/2004 HJS | Check docket entities and letter to Judges Holland and McCurdy | | 0.20 | 70.00 |
| 12/20/2004 HJS | Letter/email to counsel | | 0.40 | 140.00 |
| 01/11/2005 HJS | Prepare for hearing, attend hearing and prepare proposed order | | 3.50 | 1,225.00 |
| 01/17/2005 HJS | Revise and edit proposed order | | 0.20 | 70.00 |
| 01/25/2005 HJS | Review Griffin order and telephone conference with Hutch Robbins | | 0.20 | 70.00 |
| 01/28/2005 HJS | Revise and edit proposed order | | 0.70 | 245.00 |
| 01/31/2005 HJS | Telephone conference with Bill Bond and letter to counsel for respondents | | 0.30 | 105.00 |
| 02/02/2005 HJS | Telephone conference with Hutch Robbins | | 0.10 | 35.00 |
| HJS | Telephone conference with Bill Bond re: Griffin letter | | 0.60 | 210.00 |
| 02/03/2005 HJS | Letter/email to Judge Holland | | 0.50 | 175.00 |
| 02/10/2005 HJS | Telephone conference with Bill Bond re: telephone conference and compare orders and prep for conference | | 0.70 | 245.00 |
| HJS | Communications (including letters) with court concerning court reporter | | 0.20 | 70.00 |

Bond 315

William C. Bond

Domestic Subpoenas
Alyson Bond v. Slavin

Page: 3
March 24, 2005
Account No: 202-607
Statement No: 6

| | | | Hours | |
|---|---|---|---|---|
| HJS | Telephone conference with court and Grffin and memo | | 0.20 | 70.00 |
| | For Current Services Rendered | | 27.90 | 9,765.00 |

### Expenses

| | | |
|---|---|---|
| 01/28/2004 | Photocopy charges - in-house - December, 2003 | 111.40 |
| 01/28/2004 | Postage - December, 2004 | 11.93 |
| 02/24/2004 | Photocopy charges - in-house - January, 2004 | 6.80 |
| 02/24/2004 | Postage - January, 2004 | 3.61 |
| 04/22/2004 | Photocopy charges - in-house - March, 2004 | 2.80 |
| 06/02/2004 | Postage - April-May, 2004 | 0.74 |
| 09/29/2004 | Photocopy charges - in-house - September, 2004 | 2.40 |
| 12/29/2004 | Photocopy charges - in-house - December, 2004 | 12.00 |
| 12/30/2004 | Postage - December, 2004 | 3.14 |
| 01/31/2005 | Photocopy charges - in-house - January, 2005 | 9.80 |
| 03/02/2005 | Photocopy charges - in-house - February, 2005 | 5.60 |
| | Total Expenses | 170.22 |
| | Total Current Work | 9,935.22 |

### Payments

| | | |
|---|---|---|
| 04/05/2004 | Payment (Atty HJS) | -10,000.00 |

| | |
|---|---|
| Balance Due | $61,936.24 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 9,935.22 | 0.00 | 0.00 | 0.00 | 0.00 | 52,001.02 |

| | |
|---|---|
| Please Remit | $61,936.24 |

## Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

### REVISED STATEMENT NO. 5

Tel. (410) 576-0400
Fax: (410) 576-0544

```
                                                            Page: 1
William C. Bond                                   January 20, 2004
4214 Greenway                                   Account No: 202-607
Baltimore   MD   21218-1134                     Statement No:     5

Domestic Subpoenas
Alyson Bond v. Slavin



        Previous Balance                                  $33,110.47

                            Fees

                                                   Hours
09/04/03
    HJS Dictate motion to correct docket entry in
        circuit court                               0.60    210.00

09/05/03
    HJS Prepare motion to correct docket entries   1.50     525.00

09/09/03
    HJS Revise and edit motion to correct docket
        entries (CC) and motion for
        reconsideration(CSA)                        1.70    595.00

09/10/03
    HJS Revise and edit: final quality control
        proof                                       1.30    455.00

09/15/03
    HJS Prepare motion to supplement record, to
        postpone oral argument                      1.10    385.00

09/17/03
    HJS Revise and edit motions to supplement
        record, for a Rule 8-206(a) order and to
        consolidate appeals                         1.70    595.00

09/18/03
    HJS Revise and edit motions                     0.30    105.00
```

William C. Bond
Page: 2
January 20, 2004
Account No: 202-607
Statement No: 5

Domestic Subpoenas
Alyson Bond v. Slavin

|  |  | Hours |  |
|---|---|---|---|
| 09/21/03 | HJS Revise and edit motions for CSA and check circuit court docket entries | 2.10 | 735.00 |
| 09/22/03 | HJS Prepare reply memorandum in support of motion for reconsideration | 2.00 | 700.00 |
| 09/23/03 | HJS Revise and edit reply memo | 0.40 | 140.00 |
| 09/24/03 | HJS Office conference with Bill Bond | 0.80 | 280.00 |
| 09/26/03 | HJS Review and analyze jurisdictional statement in briefs and revise and edit reply memo in support of motion for recon | 0.90 | 315.00 |
| 09/27/03 | HJS Review and analyze Appellee's briefs | 1.00 | 350.00 |
| 09/30/03 | HJS Review and analyze Slavin's and Bank's response in Circuit Court to motion to correct docket entries | 2.40 | 840.00 |
|  | HJS Revise and edit reply memo for Circuit Court motion | 0.20 | 70.00 |
| 10/01/03 | PAP Investigation of court internal operating procedures | 1.30 |  |
| 10/02/03 | HJS Revise and edit | 1.30 | 455.00 |
|  | HJS Revise and edit reply memo re: correction of docket entries and prepare supplemental affidavit | 4.10 | 1,435.00 |
| 10/03/03 | HJS Review and analyze Slavin's response to CSA motions | 0.30 | 105.00 |
|  | HJS Prepare reply brief | 3.60 | 1,260.00 |
|  | HJS Revise and edit reply memorandum re: |  |  |

Bond 318

```
                                                          Page: 3
William C. Bond                                   January 20, 2004
                                                Account No: 202-607
                                                Statement No:     5

Domestic Subpoenas
Alyson Bond v. Slavin
```

|  |  | Hours |  |
|---|---|---:|---:|
|  | correction of docket entries | 3.00 | 1,050.00 |
| 10/05/03 | HJS Prepare reply brief-motion to dismiss Bank and Slavin | 7.80 | 2,730.00 |
| 10/06/03 | HJS Revise and edit reply brief | 3.00 | 1,050.00 |
| 10/07/03 | HJS Revise and edit reply brief | 5.60 | 1,960.00 |
|  | HJS Revise and edit reply brief | 0.80 | 280.00 |
| 10/08/03 | HJS Revise and edit: final revisions and quality control checks | 1.30 | 455.00 |
| 10/30/03 | HJS Review record in clerk's office with Rose Bowen | 2.00 | 700.00 |
| 11/06/03 | HJS Review and analyze *Ross* case and prepare follow up letter to Court supplementing authority | 0.50 | 175.00 |
| 11/12/03 | HJS Review Helen Keitz affidavit and prepare line for filing with court/supplemental memo | 0.20 | 70.00 |
| 11/18/03 | HJS Review new cases and dictate supplemental authorities letter | 0.40 | 140.00 |
| 11/24/03 | HJS Review Transcript of Record in 95-249006 and check prior docket entries | 0.60 | 210.00 |
| 11/25/03 | HJS Review scheduling order in 95 case and file line in 01 case; revise letter of supplemental authority | 0.50 | 175.00 |
| 11/26/03 | HJS Revise and edit response | 0.10 | 35.00 |

```
                                                          Page:  4
William C. Bond                                   January 20, 2004
                                                 Account No: 202-607
                                                 Statement No:    5
Domestic Subpoenas
Alyson Bond v. Slavin
```

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/03/03 | | | | |
| | HJS | Prepare designation of record in Appeal 1042 | 1.30 | 455.00 |
| | HJS | Prepare motion for consideration of November 24, 2003 order | 1.30 | 455.00 |
| | HJS | Prepare for oral argument | 4.50 | 1,575.00 |
| | HJS | Prepare for oral argument (home) | 2.10 | 735.00 |
| 12/09/03 | | | | |
| | HJS | Review and analyze transcript of June 23, 2003 hearing and review case law concerning Rule-1-341 | 2.20 | 770.00 |
| 12/10/03 | | | | |
| | HJS | Review and correct compilation of JRE and indexing | 0.50 | 175.00 |
| 12/11/03 | | | | |
| | HJS | Review and correct additional changes to JRE | 0.50 | 175.00 |
| 12/16/03 | | | | |
| | HJS | Prepare brief CSA No. 1042 | 4.90 | 1,715.00 |
| 12/18/03 | | | | |
| | HJS | Revise and edit brief | 3.00 | 1,050.00 |
| | HJS | Revise and edit brief | 2.90 | 1,015.00 |
| 12/19/03 | | | | |
| | HJS | Prepare brief | 2.00 | 700.00 |
| 12/21/03 | | | | |
| | HJS | Revise and edit brief (final proofing and adjustment) | 2.00 | 700.00 |
| 12/22/03 | | | | |
| | HJS | Revise and edit-review of final revisions/corrections | 2.40 | 840.00 |
| | | For Current Services Rendered | 84.00 | 28,945.00 |

<u>Expenses</u>

09/11/03 Photocopy charges - Court of Special Appeals                7.00

```
                                                          Page: 5
William C. Bond                                 January 20, 2004
                                              Account No:  202-607
                                              Statement No:     5

Domestic Subpoenas
Alyson Bond v. Slavin
```

| Date | Description | Amount |
|---|---|---:|
| 09/11/03 | Travel expense - parking | 4.00 |
| 09/25/03 | Photocopy charges - in-house - August, 2003 | 141.00 |
| 09/25/03 | Postage - August, 2003 | 14.76 |
| 10/24/03 | Photocopy charges - in-house - September, 2003 | 135.20 |
| 10/24/03 | Postage - September, 2003 | 25.37 |
| 12/04/03 | Postage (October & November, 2003) | 7.99 |
| 12/04/03 | Photocopy charges - in-house (October & November, 2003) | 24.40 |
| 12/16/03 | Long distance telephone charges Winstar Communications LLC - November, 2003 | 0.03 |
| | **Total Expenses** | **359.75** |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 08/05/03 | Courier fee FedEx | 11.06 |
| 08/07/03 | Courier fee FedEx | 11.06 |
| 08/18/03 | Online legal research. LexisNexis - July, 2003 | 139.12 |
| 09/10/03 | Online legal research. LexisNexis | 164.40 |
| 09/22/03 | Online legal research. The Library Company of the Baltimore Bar | 5.50 |
| 10/10/03 | Online legal research. LexisNexis - September, 2003 | 144.18 |
| 11/04/03 | Bond, 24-D-95-249006, photocopies | 7.50 |
| 11/17/03 | Online legal research. LexisNexis | 206.74 |
| 11/21/03 | Courier fee FedEx to William Bond | 12.41 |
| 12/12/03 | Courier fee FedEx | 11.12 |
| 12/16/03 | Online Docket Entries LexisNexis - November, 2003 | 22.34 |
| 01/13/04 | Online legal research. LexisNexis | 63.86 |
| | **Total Advances** | **799.29** |
| | **Total Current Work** | **30,104.04** |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 01/15/04 | Credit for direct payment | -1,213.49 |

|  | **Balance Due** | **$62,001.02** |
|---|---|---:|

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---:|---:|---:|---:|---:|---:|
| 62,001.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  | Please Remit | $62,001.02 |
|---|---|---:|

# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman
Joseph S. Kaufman

**REVISED STATEMENT NO. 4**

Tel. (410) 576-0400
Fax: (410) 576-0544

Page: 1
January 20, 2004
Account No:  202-607
Statement No:        4

William C. Bond
4214 Greenway
Baltimore  MD  21218-1134

Domestic Subpoenas
Alyson Bond v. Slavin

|  |  |  |
|---|---|---|
| Previous Balance |  | $4,066.32 |

### Fees

|  | Hours |  |
|---|---|---|
| 04/16/03 |  |  |
| JSK Prepare motions to stay | 4.00 |  |
| 04/17/03 |  |  |
| JSK Prepare motions to stay | 4.00 |  |
| 05/02/03 |  |  |
| HJS Review and analyze Bank's and Griffin's memo re court order | 0.25 |  |
| 05/05/03 |  |  |
| HJS Review and analyze file and follow up with Bill Bond | 0.50 | 175.00 |
| 05/14/03 |  |  |
| HJS Prepare motion for protective order for refiling in domestic case | 0.40 |  |
| 05/15/03 |  |  |
| HJS Prepare motion for filing in domestic case | 2.70 |  |
| 05/22/03 |  |  |
| HJS Prepare response to petition for attorney's fees | 1.40 | 490.00 |

Bond 322

```
                                                              Page: 2
William C. Bond                                      January 20, 2004
                                                   Account No: 202-607
                                                   Statement No:    4

Domestic Subpoenas
Alyson Bond v. Slavin
```

|  |  | Hours |  |
|---|---|---:|---:|
| 05/23/03 | | | |
| HJS | Prepare response to petition for fees | 1.80 | 630.00 |
| 06/10/03 | | | |
| HJS | Review and analyze Slavin's opposition to protective order | 0.50 | 175.00 |
| 06/11/03 | | | |
| HJS | Prepare reply memorandum | 1.20 | 420.00 |
| 06/17/03 | | | |
| HJS | Prepare motion to alter or amend | 1.80 | 630.00 |
| 06/18/03 | | | |
| HJS | Review and analyze court files and orders; revise and edit motion to alter or amend judgment | 2.90 | 1,015.00 |
| 06/23/03 | | | |
| HJS | Prepare for and attend hearing | 3.20 | 1,120.00 |
| 07/01/03 | | | |
| HJS | Prepare pre-hearing conference form | 0.30 | 105.00 |
| HJS | Prepare motion to consolidate appeals | 1.20 | 420.00 |
| HJS | Prepare response to motion for attorneys fees | 1.60 | 560.00 |
| 07/02/03 | | | |
| HJS | Revise and edit motions and papers | 2.60 | 910.00 |
| 07/09/03 | | | |
| HJS | Prepare designation of record for joint record extract | 0.90 | 315.00 |
| 07/23/03 | | | |
| HJS | Review record Circuit Court record in Court of Special Appeals | 2.00 | 700.00 |
| HJS | Letter/email to Clerk of the Court concerning errors in record | 0.20 | 70.00 |
| 07/25/03 | | | |
| HJS | Review and analyze response to motions to consolidate in the court of appeals and dictate response | 1.60 | 490.00 |

```
                                                              Page: 3
William C. Bond                                       January 20, 2004
                                                   Account No: 202-607
                                                   Statement No:     4

Domestic Subpoenas
Alyson Bond v. Slavin
```

|            |                                                                                                                                                                              | Hours |          |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/26/03   |                                                                                                                                                                              |       |          |
|            | HJS Review and analyze Slavin motion and attachments                                                                                                                         | 1.40  | 490.00   |
| 07/27/03   |                                                                                                                                                                              |       |          |
|            | HJS Continued review of record and legal research on effect of clerk's error and correction of docket entries                                                                | 2.60  | 910.00   |
| 07/28/03   |                                                                                                                                                                              |       |          |
|            | HJS Prepare response to reply memo re: consolidation; draft affidavits; review documents obtained from Court of Special Appeals; telephone conference with                   | 5.10  | 1,785.00 |
|            | HJS Revise and edit reply memorandum                                                                                                                                         | 1.60  | 560.00   |
| 07/29/03   |                                                                                                                                                                              |       |          |
|            | HJS Review law clerk research                                                                                                                                                | 0.80  | 280.00   |
|            | HJS Prepare reply memorandum; revise and edit affidavits; and draft motion to correct record                                                                                 | 4.50  | 1,575.00 |
| 07/30/03   |                                                                                                                                                                              |       |          |
|            | HJS Revise and edit pre-hearing information report and check notice of appeal and check; supplement to Reply Memorandum                                                      | 0.80  | 280.00   |
|            | HJS Legal research: review comments and annotations to Rule 37 and review investigative file re: Fisher preparatory for motion for sanctions                                 | 1.20  | 420.00   |
| 07/31/03   |                                                                                                                                                                              |       |          |
|            | HJS Outside conference with law clerk: re statutory history and case law outside of Maryland                                                                                 | 0.30  | 105.00   |
|            | HJS Prepare proposed order                                                                                                                                                   | 0.30  | 105.00   |
| 08/05/03   |                                                                                                                                                                              |       |          |
|            | HJS Office conference with law clerk concerning direction of research                                                                                                        | 0.30  | 105.00   |
|            | HJS Prepare reply to response to motion to correct docket entries                                                                                                            | 1.60  | 560.00   |

Bond 324

William C. Bond
January 20, 2004
Account No: 202-607
Statement No: 4

Domestic Subpoenas
Alyson Bond v. Slavin

|  |  | Hours |  |
|---|---|---|---|
| 08/06/03 HJS | Review initial work-up of joint record extract | 1.60 | 560.00 |
| 08/07/03 HJS | Revise and edit reply memorandum of law in support of motion to correct docket entries | 1.00 | 350.00 |
| 08/15/03 HJS | Review and analyze law clerk research | 2.00 | 700.00 |
| 08/16/03 HJS | Prepare brief: argument sections related to plain meaning, Rule 2-510, and Md. Financial Code | 8.30 | 2,905.00 |
| 08/17/03 HJS | Prepare brief: statement of case, statement of facts, argument section on Rule 1-341 and review transcript of June 23, 2003 hearing; quality control check Joint Record Extract; motion to supplement record | 6.10 | 2,135.00 |
| 08/18/03 HJS | Office conference with Pat and Dan re: joint record extract | 1.70 | 595.00 |
| HJS | Review joint record extract designations in statement of case and statement of facts | 1.00 | 350.00 |
| 08/19/03 HJS | Prepare brief | 6.00 | 2,100.00 |
| 08/20/03 HJS | Review appendix to brief | 0.40 | 140.00 |
| 08/21/03 HJS | Revise and edit brief; quality control review | 4.40 | 1,540.00 |
| 08/22/03 HJS | Final review and proofing | 7.90 | 2,765.00 |
| 08/23/03 HJS | Final editing and quality control review | 2.10 | 735.00 |

```
                                                                  Page: 5
William C. Bond                                           January 20, 2004
                                                       Account No: 202-607
                                                       Statement No:     4

Domestic Subpoenas
Alyson Bond v. Slavin
```

|  |  | Hours |  |
|---|---|---|---|
| 08/25/03 | HJS Revise and edit brief: final adjustments | 0.30 | 105.00 |
|  | For Current Services Rendered | 98.35 | 30,380.00 |

### Expenses

| | | |
|---|---|---|
| 05/29/03 | Photocopy charges - in-house - May, 2003 | 292.20 |
| 05/29/03 | Postage - May, 2003 | 13.64 |
| 06/19/03 | Postage - June, 2003 | 18.32 |
| 07/30/03 | Photocopy charges - Legislative bill file | 8.00 |
| 07/30/03 | Travel expense - Parking - filing Prehearing Conference Report | 3.00 |
| 07/31/03 | Long distance telephone charges Winstar Communications LLC - June, 2003 | 0.34 |
| 07/31/03 | Photocopy charges - The Library Company of the Baltimore Bar | 11.03 |
| 08/21/03 | Photocopy charges - in-house - July, 2003 | 576.20 |
| 08/25/03 | Photocopy charges Legal Images of Baltimore, LLC - Briefing | 1,213.49 |
| | Total Expenses | 2,136.22 |

### Advances

| | | |
|---|---|---|
| 06/13/03 | filing fee, Clerk, Circuit Court for Baltimore City | 110.00 |
| 07/02/03 | Transcription fees to Hunt Reporting for transcript of 6/23/03 hearing before Judge Holland (24D-95-249006DA & 24-D-01-003359) | 245.00 |
| 07/02/03 | Courier fee FedEx - Court of Special Appeals | 11.08 |
| 07/18/03 | Courier fee FedEx | 12.97 |
| 07/29/03 | Filing fee Clerk, Circuit Court for Baltimore City, 2nd Appeal Notice | 75.00 |
| 07/30/03 | Filing fee Clerk, Circuit Court for Baltimore City | 110.00 |
| 08/06/03 | Balance due - Transcription fees Hunt Reporting | 30.20 |
| | Total Advances | 594.25 |
| | Total Current Work | 33,110.47 |

### Payments

| | | |
|---|---|---|
| 05/06/03 | Payment | -4,066.32 |

```
William C. Bond                                        Page: 6
                                             January 20, 2004
                                          Account No:  202-607
                                          Statement No:      4

Domestic Subpoenas
Alyson Bond v. Slavin


        Balance Due                              $33,110.47


        Please Remit                             $33,110.47
```

## Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman  
Joseph S. Kaufman

Tel. (410) 576-0400  
Fax: (410) 576-0544

```
                                                      Page:  1
William C. Bond                                  May 06, 2003
4214 Greenway                         Account No:    202-607
Baltimore  MD  21218-1134             Statement No:        3

Domestic Subpoenas
Allyson Bond v. Slavin


         Previous Balance                          $4,012.82


                          Advances

04/17/03 Filing fee for Notice of Appeal to the Court of
         Special Appeals                                50.00
05/05/03 Photocopying - Circuit Court for Baltimore City 3.50

         Total Advances                                 53.50

         Total Current Work                             53.50


         Balance Due                               $4,066.32


                     Aged Due Amounts
     0-30      31-60      61-90     91-120    121-180     181+
 4,066.32       0.00       0.00       0.00       0.00     0.00

         Please Remit                              $4,066.32
```

# Schulman & Kaufman, LLC
## Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

 

                                                          Page: 1
William C. Bond                                      April 22, 2003
4214 Greenway                                  Account No:   202-607
Baltimore  MD  21218-1134             Statement No:        2

Domestic Subpoenas
Allyson Bond v. Slavin


     Previous Balance                                                   $5,016.03

### Payments

04/22/03 Courtesy Credit                                       -1,003.21

     Balance Due                                                        $4,012.82

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 4,012.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

     Please Remit                                                      $4,012.82

# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman  
Joseph S. Kaufman

Tel. (410) 576-0400  
Fax: (410) 576-0544

```
                                              Page:  1
William C. Bond                         April 16, 2003
4214 Greenway                     Account No:  202-607
Baltimore   MD   21218-1134       Statement No:      1

Domestic Subpoenas
Allyson Bond v. Slavin
```

### Fees

|  | Hours |  |
|---|---:|---:|
| **02/19/03** | | |
| HJS Telephone conference with Michael Liebowitz; respond to Bill Bond's email | 1.20 | 420.00 |
| **02/24/03** | | |
| HJS Review Financial Institutions Code | 0.25 | 87.50 |
| **02/26/03** | | |
| HJS Review Griffin letter of 2/25/02 to Daniel Meyers and Financial Code; respond to Griffin letter | 0.90 | 315.00 |
| HJS Prepare motion for protective order | 1.20 | 420.00 |
| **02/27/03** | | |
| HJS Letter/email to Griffin and Bank | 0.70 | 245.00 |
| **03/03/03** | | |
| HJS Revise and edit motion for protective order | 0.30 | 105.00 |
| **03/07/03** | | |
| HJS Telephone conference with Bill Bond | 0.50 | 175.00 |
| **03/10/03** | | |
| HJS Preparation of TRO motion and complaint for injunctive relief; telephone conferences with Victor Limbo (law clerk to Magistrate Marzetta; telephone | | |

Bond 330

```
                                                                  Page: 2
William C. Bond                                           April 16, 2003
                                                    Account No:  202-607
                                                    Statement No:      1
Domestic Subpoenas
Allyson Bond v. Slavin
```

|  |  | Hours |  |
|---|---|---|---|
|  | conversation with Jackie Jones. | 3.20 | 1,120.00 |
| 03/11/03 | | | |
| HJS | Preparation of motions and supporting papers | 2.90 | 1,015.00 |
| 03/18/03 | | | |
| HJS | Call to Judge Hollands' chambers; prepare motion to shorten time; email to/from Bill Bond | 0.30 | 105.00 |
| 04/03/03 | | | |
| HJS | Review and analyze response of bank and Slavin and draft response | 1.00 | 350.00 |
| 04/04/03 | | | |
| HJS | Revise and edit reply memo | 0.75 | 262.50 |
| 04/06/03 | | | |
| HJS | Revise and edit reply memorandum | 1.10 | 385.00 |
|  | For Current Services Rendered | 14.30 | 5,005.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Howard Schulman | Partner | 14.30 | $350.00 | $5,005.00 |

Expenses

| 03/21/03 Postage - March, 2003 | 11.03 |
|---|---|
| Total Expenses | 11.03 |
| Total Current Work | 5,016.03 |
| Balance Due | $5,016.03 |

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 5,005.00 | 11.03 | 0.00 | 0.00 | 0.00 |

Please Remit                                                  $5,016.03

Bond 331