| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 202.615 Bond/Mr. William C.** | | | | | | |
| 202.615 | 12/13/2005 | 1 | 350.00 | 0.50 | 175.00 | Revise and edit complaint |
| 202.615 | 12/14/2005 | 1 | 350.00 | 1.50 | 525.00 | Revise and edit complaint |
| 202.615 | 12/10/2005 | 1 | 350.00 | 3.30 | 1155.00 | Prepare new complaint |
| 202.615 | 03/08/2006 | 1 | 350.00 | 0.50 | 175.00 | Revise and edit rogs & RPD |
| 202.615 | 03/17/2006 | 1 | 350.00 | 0.60 | 210.00 | Discovery: review BOA rogs and Griffin motion to dismiss |
| 202.615 | 03/25/2006 | 1 | 350.00 | 3.00 | 1050.00 | Prepare answers to interrogatories |
| 202.615 | 03/28/2006 | 1 | 350.00 | 1.20 | 420.00 | Revise and edit answers to interrogatories |
| 202.615 | 03/28/2006 | 1 | 350.00 | 1.50 | 525.00 | Office conference with David Goldberg and Bill Bond |
| 202.615 | 03/31/2006 | 1 | 350.00 | 0.50 | 175.00 | Office conference with D. Doty on research direction |
| 202.615 | 04/01/2006 | 1 | 350.00 | 6.00 | 2100.00 | Prepare memo in opposition and amended complaint |
| 202.615 | 04/02/2006 | 1 | 350.00 | 1.10 | 385.00 | Revise and edit interrogatory answers |
| 202.615 | 04/21/2006 | 1 | 350.00 | 1.90 | 665.00 | Prepare letter of demand |
| 202.615 | 04/24/2006 | 1 | 350.00 | 1.10 | 385.00 | Prepare e-mail response to Reinecker concerning deposition of defendant Myers |
| 202.615 | 04/25/2006 | 1 | 350.00 | 3.30 | 1155.00 | Review and analyze thanks motion to dismiss and discovery responses, prepare draft motions to compel discovery, review draft for protective order, and prepare revised bate stamp documents |
| 202.615 | 04/26/2006 | 1 | 350.00 | 0.50 | 175.00 | Revise and edit motion to compel |
| 202.615 | 04/27/2006 | 1 | 350.00 | 0.50 | 175.00 | Reinecker letter |
| 202.615 | 04/27/2006 | 1 | 350.00 | 0.50 | 175.00 | Misc |
| 202.615 | 04/28/2006 | 1 | 350.00 | 2.00 | 700.00 | Discovery: deposition of Myers (no show); conference with Reinecker and Goldberg |
| 202.615 | 05/03/2006 | 1 | 350.00 | 3.27 | 1144.50 | Revise and edit BOA request for production of documents, prepare supplemental interrogatories to Bank of America, prepare interrogatories and request for production of documents to Griffin, revise and edit motion to compel, review Bank procedures concerning production of documents, supervise production of additional documents |
| 202.615 | 05/05/2006 | 1 | 350.00 | 1.00 | 350.00 | Revise and edit memos in opposition to motion to dismiss |
| 202.615 | 05/05/2006 | 1 | 350.00 | 0.40 | 140.00 | Review Bank's supplemental interrogatory answers |
| 202.615 | 05/08/2006 | 1 | 350.00 | 1.40 | 490.00 | Revise and edit memos in opposition |
| 202.615 | 05/12/2006 | 1 | 350.00 | 2.60 | 910.00 | Revise and edit discovery |
| 202.615 | 05/22/2006 | 1 | 350.00 | 4.50 | 1575.00 | Court appearance:: prep for motions and attend hearing (with David Goldberg and Bill bond) in Circuit Court before judge Themelius |
| 202.615 | 05/23/2006 | 1 | 350.00 | 0.30 | 105.00 | Revise and edit proposed order |
| 202.615 | 05/30/2006 | 1 | 350.00 | 1.00 | 350.00 | Review scheduling and note depositions |
| 202.615 | 05/20/2006 | 1 | 350.00 | 0.50 | 175.00 | Review January hearing |
| 202.615 | 06/06/2006 | 1 | 350.00 | 2.50 | 875.00 | Prepare reply memorandum in support of plaintiff's motion to compel |
| 202.615 | 02/25/2006 | 1 | 350.00 | 0.70 | 245.00 | Prepare request for production of documents of bank subpoena files |
| 202.615 | 06/06/2006 | 1 | 350.00 | 1.00 | 350.00 | Prepare supplemental interrogatories |
| 202.615 | 06/07/2006 | 1 | 350.00 | | 3.00 | Discovery: prepare for and take Robbins deposition |
| 202.615 | 06/08/2006 | 1 | 350.00 | 0.50 | 175.00 | Discovery: |
| 202.615 | 06/08/2006 | 1 | 350.00 | 4.50 | 1575.00 | Discovery: prepare and take Chase and McClure deposition |
| 202.615 | 06/08/2006 | 1 | 350.00 | 1.00 | 350.00 | Discovery: prepare notice of corporate deposition |
| 202.615 | 06/12/2006 | 1 | 350.00 | 1.00 | 350.00 | Revise and edit discovery |
| 202.615 | 06/18/2006 | 1 | 350.00 | 7.20 | 2520.00 | Review and analyze law on putting one's mental or physical condition in issue |
| 202.615 | 06/19/2006 | 1 | 350.00 | 6.70 | 2345.00 | Revise and edit memorandum in opposition to motion to compel; draft response to motion to compel; prepare amended interrogatory answers |
| 202.615 | 06/20/2006 | 1 | 350.00 | 0.20 | 70.00 | Review and analyze BOA's discovery responses |
| 202.615 | 06/20/2006 | 1 | 350.00 | 9.90 | 3465.00 | Review file in underlying case and review billings submitted to defendants in discovery and deposition |
| 202.615 | 06/20/2006 | 1 | 350.00 | 0.80 | 280.00 | Prepare initial draft of a response to motion for arbitration and to strike jury trial; review Defendants' motion |
| 202.615 | 06/21/2006 | 1 | 350.00 | 1.00 | 350.00 | Preparation of response to motion: conference with law clerk and review of *Cheeks* case |
| 202.615 | 06/21/2006 | 1 | 350.00 | 0.40 | 140.00 | Letter/email to/from Todd Reinecker |
| 202.615 | 06/22/2006 | 1 | 350.00 | 4.10 | 1435.00 | Review and analyze law clerk research and language extract from a documents, draft introductory paragraph to response, analyze accounts |
| 202.615 | 06/23/2006 | 1 | 350.00 | 1.40 | 490.00 | Prepare affidavits |
| 202.615 | 06/26/2006 | 1 | 350.00 | 2.20 | 770.00 | Revise and edit response and affidavits |
| 202.615 | 06/26/2006 | 1 | 350.00 | 3.50 | 1225.00 | Office conference with BB-preparation for deposition |
| 202.615 | 06/27/2006 | 1 | 350.00 | 11.30 | 3955.00 | Prepare for Myers deposition, BB deposition and prepare amended notice of deposition |
| 202.615 | 06/28/2006 | 1 | 350.00 | 0.50 | 175.00 | Prepare motion to compel discovery concerning attorney-client privilege as to billings |
| 202.615 | 06/29/2006 | 1 | 350.00 | 0.80 | 280.00 | Prepare motion for reconsideration concerning Judge Allison's order denying motion to compel bank to produce documents and other discovery |
| 202.615 | 07/03/2006 | 1 | 350.00 | 4.20 | 1470.00 | Prepare for hearing and attend |
| 202.615 | 07/05/2006 | 1 | 350.00 | 0.50 | 175.00 | Prepare supplemental authorities |
| 202.615 | 07/06/2006 | 1 | 350.00 | 0.50 | 175.00 | Revise and edit reply memo in support of motion to compel |
| 202.615 | 07/07/2006 | 1 | 350.00 | 1.50 | 525.00 | Revise and edit motion to compel-bank's fees and motion for reconsideration |
| 202.615 | 07/10/2006 | 1 | 350.00 | 0.20 | 70.00 | Revise and edit motion to compel |
| 202.615 | 07/11/2006 | 1 | 350.00 | 4.40 | 1540.00 | Revise and edit motion for reconsideration |
| 202.615 | 07/12/2006 | 1 | 350.00 | 6.40 | 2240.00 | Revise and edit statement of facts and revise motion |
| 202.615 | 07/17/2006 | 1 | 350.00 | 3.90 | 1365.00 | Prepare for and attend deposition of Alyson Bond |
| 202.615 | 07/17/2006 | 1 | 350.00 | 0.60 | 210.00 | Follow up correspondence to Todd Reinecker and revise motion to compel fee arrangement documents |
| 202.615 | 07/21/2006 | 1 | 350.00 | 0.60 | 210.00 | Prepare mediation statement |
| 202.615 | 07/24/2006 | 1 | 350.00 | 0.30 | 105.00 | Letter/email to Bill Bond concerning mediation |
| 202.615 | 07/25/2006 | 1 | 350.00 | 4.20 | 1470.00 | Settlement conference |

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|
| **Client ID 202.615 Bond/Mr. William C.** | | | | | | |
| 202.615 | 06/10/2006 | 1 | 350.00 | 4.10 | 1435.00 | Prepare draft response to motion to compel discovery concerning medical providers. |
| 202.615 | 06/23/2006 | 1 | 350.00 | 4.00 | 1400.00 | Review and analyze tape of hearing before Judge Holland in January 2005 and prepare portions of response to motion |
| 202.615 | 06/24/2006 | 1 | 350.00 | 5.10 | 1785.00 | Revise and edit affidavits and response to motion to strike jury trial |
| 202.615 | 06/24/2006 | 1 | 350.00 | 4.20 | 1470.00 | Revise and edit affidavits and response to motion to strike jury trial |
| 202.615 | 08/01/2006 | 1 | 350.00 | 0.40 | 140.00 | Draft letter to Todd Reinecker concerning discovery |
| 202.615 | 08/03/2006 | 1 | 350.00 | 1.00 | 350.00 | Prepare draft response to motions for summary judgment |
| 202.615 | 08/04/2006 | 1 | 350.00 | 0.60 | 210.00 | Prepare email to Todd Reinecker re: MS getting out as trial counsel |
| 202.615 | 08/07/2006 | 1 | 350.00 | 1.20 | 420.00 | Revise and edit response to motions |
| 202.615 | 08/08/2006 | 1 | 350.00 | 0.30 | 105.00 | Review and analyze supplemental interrogatory answers |
| 202.615 | 08/10/2006 | 1 | 350.00 | 1.00 | 350.00 | Review and analyze new Court appearance cases on discovery violations and conflict of interest |
| 202.615 | 08/11/2006 | 1 | 350.00 | 0.40 | 140.00 | Review and analyze Bond deposition |
| 202.615 | 08/15/2006 | 1 | 350.00 | 1.00 | 350.00 | Prepare PT Statement |
| 202.615 | 08/17/2006 | 1 | 350.00 | 1.70 | 595.00 | Court appearance settlement conference |
| 202.615 | 11/30/2005 | 4 | | 0.50 | 0.00 | Legal research - confirm proper party to serve (cont'd - during earlier research, issues surrounding federal charter of Bank of America arose), including quick reading of Wachovia v. Schmidt & dissent |
| 202.615 | 03/30/2006 | 4 | | 0.60 | 0.00 | Legal research for opposition to Bank's motion to dismiss, inc. review Bond v. Slavin |
| 202.615 | 04/26/2006 | 4 | | 0.40 | 0.00 | Revise and edit motion to compel |
| 202.615 | 04/26/2006 | 4 | | 0.50 | 0.00 | Obtain summons for Slavin |
| 202.615 | 11/26/2005 | 4 | | 0.90 | 0.00 | Legal research - do we need to serve the bank commissioner and who is resident agent |
| 202.615 | 03/08/2006 | 4 | | 0.50 | 0.00 | Discovery: revise and edit ROGs and RPDs (including instructions) |
| 202.615 | 03/17/2006 | 4 | | 0.30 | 0.00 | Review and analyze case and statute cited in motion to dismiss |
| 202.615 | 03/31/2006 | 4 | | 0.50 | 0.00 | Legal research - analysis of violation of statute caselaw |
| 202.615 | 03/31/2006 | 4 | | 0.50 | 0.00 | Legal research - does intent preclude negligence action? |
| 202.615 | 03/31/2006 | 4 | | 0.70 | 0.00 | Legal research - implied private right of action in MD? |
| 202.615 | 04/21/2006 | 4 | | 0.20 | 0.00 | Review and analyze Roles of professional conduct |
| 202.615 | 04/28/2006 | 4 | | 0.10 | 0.00 | (miscellaneous fee) go through JRE from tort case and find Kaplan's comments re: case |
| 202.615 | 08/21/2006 | 4 | | 0.30 | 0.00 | Letter/email to Reineker (inc. confirm dates) |
| 202.615 | 08/22/2006 | 4 | | 0.70 | 0.00 | Draft and revise motion to reconsider order granting D's motion to compel discovery - look into docket entries and whether order was ever entered |
| 202.615 | 08/22/2006 | 4 | | 0.40 | 0.00 | Legal research - motion to correct docket entries? |
| 202.615 | 08/23/2006 | 4 | | 2.10 | 0.00 | Draft and revise motion to correct docket |
| 202.615 | 08/23/2006 | 4 | | 0.30 | 0.00 | Draft and revise letter for David Goldberg to send to Todd Reinecker |
| 202.615 | 08/23/2006 | 4 | | 0.20 | 0.00 | (miscellaneous fee) supervise Deborah checking court file & call to confirm |
| 202.615 | 08/23/2006 | 4 | | 0.70 | 0.00 | Draft and revise motion for reconsideration |
| 202.615 | 05/11/2006 | 4 | | 0.40 | 0.00 | (miscellaneous fee) retrieve video tape from court reporter's |
| 202.615 | 05/11/2006 | 4 | | 0.50 | 0.00 | Revise and edit amended answers to interrogatories |
| 202.615 | 05/11/2006 | 4 | | 1.80 | 0.00 | Revise and edit motion to compel and supplemental answers to our interrogatories |
| 202.615 | 05/11/2006 | 4 | | 0.30 | 0.00 | Revise and edit second request to BOA for documents |
| 202.615 | 05/12/2006 | 4 | | 0.20 | 0.00 | Revise and edit motion and memo to compel (final) |
| 202.615 | 05/12/2006 | 4 | | 0.40 | 0.00 | Revise and edit written discovery to Griffin |
| 202.615 | 05/12/2006 | 4 | | 0.20 | 0.00 | Draft and revise written discovery to Myers (inc. review pleadings to determine what of Griffin's can be copied) |
| 202.615 | 05/12/2006 | 4 | | 0.10 | 0.00 | Draft and revise supplemental interrogatory to Bank |
| 202.615 | 05/12/2006 | 4 | | 0.60 | 0.00 | Revise and edit amended interrogatory answers |
| 202.615 | 05/12/2006 | 4 | | 0.20 | 0.00 | (miscellaneous fee) deliver motion to court (prorated with cape computer) |
| 202.615 | 08/14/2006 | 4 | | 3.00 | 0.00 | Legal research - conflicts and disqualification issues (M&S - Bank; Bank - Myers) |
| 202.615 | 08/16/2006 | 4 | | 0.30 | 0.00 | Revise and edit pre-trial conference statement |
| 202.615 | 08/24/2006 | 4 | | 0.80 | 0.00 | (miscellaneous fee) review transcript for motion for reconsideration |
| 202.615 | 08/24/2006 | 4 | | 1.20 | 0.00 | Draft and revise motion for reconsideration |
| 202.615 | 08/24/2006 | 4 | | 0.20 | 0.00 | Prepare subpoenas (review for content) |
| 202.615 | 08/25/2006 | 4 | | 1.00 | 0.00 | Prepare subpoenas for BA & MS |
| 202.615 | 08/25/2006 | 4 | | 0.60 | 0.00 | (miscellaneous fee) review Bill's deposition in preparation for trial/outline for trial |
| 202.615 | 08/28/2006 | 4 | | 0.70 | 0.00 | Prepare subpoenas |
| 202.615 | 08/28/2006 | 4 | | 0.70 | 0.00 | (miscellaneous fee) review Bill's deposition in preparation for trial/outline for trial |
| 202.615 | 08/29/2006 | 4 | | 0.80 | 0.00 | Trial preparation and post-trial motions: chronology of background |
| 202.615 | 08/30/2006 | 4 | | 0.80 | 0.00 | Trial preparation and post-trial motions: background list for David |
| 202.615 | 08/31/2006 | 4 | | 1.10 | 0.00 | Trial preparation and post-trial motions: chronology for David (inc. finding info re: 2001 subpoenas) |
| 202.615 | 08/31/2006 | 4 | | 0.20 | 0.00 | Review and analyze Defendant's motion in limine to prevent Alyson from testifying re: mental or emotional distress |
| 202.615 | 08/31/2006 | 4 | | 0.50 | 0.00 | Trial preparation and post-trial motions: check law on emotional damages and review & address pretrial statement re: damages |
| Subtotal for Fees | | | Billable | 55.57 | 9999.50 | |
| | | | Non-billable | 129.40 | 45293.00 | |
| | | | Total | 184.97 | 55292.50 | |
| 202.615 | 12/01/2005 | 1 | 0.200 | | 8.40 | Photocopy charges - in-house, November, 2005 |
| 202.615 | 12/01/2005 | 1 | | | 2.03 | Postage - November, 2005 |
| 202.615 | 12/28/2005 | 1 | 2.000 | | 52.70 | Online legal research - November, 2005 |

Date: 11/24/2006     **Detail Transaction File List**     Page: 3
Schulman & Kaufman, LLC
Case 1:01-cv-02600-MJG    Document 223-8    Filed 11/27/2006    Page 3 of 3

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 202.615 Bond/Mr. William C.** | | | | | | |
| 202.615 | 12/28/2005 | 1 | | | 1.71 | Postage - December, 2005 |
| 202.615 | 12/30/2005 | 1 | 0.200 | | 26.80 | Photocopy charges - in-house, December, 2005 |
| 202.615 | 02/05/2006 | 1 | | | 1.02 | Postage - January, 2006 |
| 202.615 | 02/05/2006 | 1 | 0.200 | | 12.20 | Photocopy charges - in-house, January, 2006 |
| 202.615 | 02/27/2006 | 1 | 2.000 | | 1.14 | Online legal research - December, 2005 - January, 2006 |
| 202.615 | 03/01/2006 | 1 | | | 2.28 | Postage - February, 2006 |
| 202.615 | 03/03/2006 | 1 | 0.200 | | 10.60 | Photocopy charges - in-house, February, 2006 |
| 202.615 | 03/20/2006 | 1 | 2.000 | | 4.17 | Online legal research - February, 2006 |
| 202.615 | 03/30/2006 | 1 | | | 4.86 | Postage - March, 2006 |
| 202.615 | 03/30/2006 | 1 | 0.200 | | 38.00 | Photocopy charges - in-house, March, 2006 |
| 202.615 | 04/20/2006 | 1 | | | 20.00 | (miscellaneous expense) Director of Finance |
| 202.615 | 04/25/2006 | 1 | 2.000 | | 24.48 | Online legal research - March, 2006 |
| 202.615 | 05/01/2006 | 1 | | | 17.07 | Postage - April, 2006 |
| 202.615 | 05/01/2006 | 1 | 0.200 | | 98.20 | Photocopy charges - in-house - April, 2006 |
| 202.615 | 05/25/2006 | 1 | | | 40.00 | (miscellaneous expense) Director of Finance |
| 202.615 | 05/26/2006 | 1 | | | 24.99 | Postage - May, 2006 |
| 202.615 | 05/26/2006 | 1 | 0.200 | | 119.60 | Photocopy charges - in-house, May, 2006 |
| 202.615 | 05/31/2006 | 1 | | | 15.75 | (miscellaneous expense) Legal Images of Baltimore, LLC |
| 202.615 | 06/06/2006 | 1 | | | 20.00 | (miscellaneous expense) Director of Finance |
| 202.615 | 06/08/2006 | 1 | 0.200 | | 25.20 | Photocopy charges - in-house, June 8, 2006 |
| 202.615 | 06/16/2006 | 1 | | | 11.20 | Online legal research; May 2006 |
| 202.615 | 06/29/2006 | 1 | 0.200 | | 270.80 | Photocopy charges - in-house , June 2006 |
| 202.615 | 06/29/2006 | 1 | | | 19.26 | Postage |
| 202.615 | 06/29/2006 | 1 | 0.200 | | 25.60 | Photocopy charges - in-house, June 28 |
| 202.615 | 07/27/2006 | 1 | | | 117.68 | Online legal research; June 2006 |
| 202.615 | 07/28/2006 | 1 | 0.200 | | 51.40 | Photocopy charges - in-house; July 2006 |
| 202.615 | 07/07/2006 | 1 | 0.200 | | 31.40 | Photocopy charges: work materials for Alyson's preparation for deposition |
| 202.615 | 06/30/2006 | 1 | 2.000 | | 15.00 | Online legal research. Thomson-West inv. 811700191 dated 06-30-06 |
| 202.615 | 08/16/2006 | 1 | | | 33.27 | Online legal research; July 2006 |
| 202.615 | 08/30/2006 | 1 | | | 12.85 | Postage; August 2006 |
| 202.615 | 08/31/2006 | 1 | 0.200 | | 78.40 | Photocopy charges - in-house; August 2006 |
| Subtotal for Expenses | | | Billable | 0.00 | 1238.06 | |
| 202.615 | 11/21/2005 | 1 | | | 125.00 | Filing fee Clerk, Circuit Court for Baltimore City |
| 202.615 | 12/12/2005 | 1 | | | 35.00 | Filing fee Clerk, Circuit Court, Baltimore City |
| 202.615 | 12/14/2005 | 1 | | | 125.00 | Filing fee Clerk, Circuit Court, Baltimore City |
| 202.615 | 11/12/2005 | 1 | | | 22.76 | Medical records Smart Document Solutions, LLC |
| 202.615 | 11/09/2005 | 1 | | | 17.50 | Online Docket Entries Union Memorial Sports Medicine |
| 202.615 | 02/14/2006 | 1 | | | 45.00 | Processor fee Amity Services, Inc. |
| 202.615 | 05/08/2006 | 1 | | | 165.00 | Transcription fees CRC-Salomon invoice 35634 |
| 202.615 | 05/31/2006 | 1 | | | 500.00 | Processor fee Quick Silver Process Service, Inc. |
| 202.615 | 07/04/2006 | 1 | | | 40.48 | Courier fee FedEx |
| 202.615 | 07/25/2006 | 1 | | | 150.00 | Fee: Barnett W. Freelander - Mediation |
| 202.615 | 06/19/2006 | 1 | | | 262.50 | Transcription fees CRC-Salomon investigation of. 36149 |
| 202.615 | 06/20/2006 | 1 | | | 538.50 | Transcription fees CRC-Salomon investigation of. 36170 |
| 202.615 | 08/01/2006 | 1 | | | 723.75 | Transcription fees - CRC Solomon, Deposition of Daniel Meyers |
| 202.615 | 08/01/2006 | 1 | | | 596.50 | Transcription fees - Gore Brothers, Deposition of William Bond |
| 202.615 | 08/01/2006 | 1 | | | 400.75 | Transcription fees - Gore Brothers, Deposition of Howard Schulman |
| 202.615 | 07/20/2006 | 1 | | | 328.75 | Transcription fees Gore Brothers Reporting & Video Co. |
| 202.615 | 08/04/2006 | 1 | | | 328.75 | Transcription fees Gore Brothers Reporting & Videoconferencing inv. 10092942 |
| Subtotal for Advances | | | Billable | 0.00 | 4405.24 | |
| **Total for Client ID 202.615** | | | Billable | 55.57 | 15642.80 | Bond/Mr. William C. |
| | | | Non-billable | 129.40 | 45293.00 | BOA-tort |
| | | | Total | 184.97 | 60935.80 | |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| Billable | 55.57 | 15642.80 | |
| Non-billable | 129.40 | 45293.00 | |
| Total | 184.97 | 60935.80 | |