Date: 11/27/2006

**Tabs3 Client Ledger Report**
Schulman & Kaufman, LLC

Page: 1

Case 1:01-cv-02600-MJG    Document 223-9    Filed 11/27/2006    Page 1 of 1

Primary Timekeeper: 1 Howard Schulman
Thru 11/27/2006

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **202.615   Bond/Mr. William C.** | | | | | | | | | | | |
| RE: BOA-tort | | | | | | | | | | | |
| | 06/13/2006 | 1 | 1 | 9999.50 | 30.57 | 571.20 | 1035.26 | | | 11605.96 | 11605.96 |
| | 08/01/2006 | 2 | 2 | | | 527.34 | 2712.48 | | | 3239.82 | 14845.78 |
| | 10/05/2006 | 3 | 3 | | | 394.98 | 328.75 | | | 723.73 | 15569.51 |
| | Subtotal | | | 9999.50 | 30.57 | 1493.52 | 4076.49 | | | 15569.51 | 15569.51 |
| **Total for Primary Timekeeper 1** | | | | 9999.50 | 30.57 | 1493.52 | 4076.49 | | | 15569.51 | 15569.51 |