# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

| | |
|---|---|
| Howard J. Schulman | Tel. (410) 576-0400 |
| Joseph S. Kaufman | Fax: (410) 576-0544 |

November 28, 2006

**<u>Via ECF</u>**

Clerk
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

        RE:   Bond v. Blum, *et al.*
                Civil Action No.:  MJG-01-CV-2600

Dear Clerk:

     Attached please find a copy of the fee agreement that should have been attached to the Second Supplemental Affidavit of Howard J Schulman (Document No. 223-4).

     Thank you.

                          Very truly yours,

                          /s/

                          Howard J. Schulman

HJS/dpd
Attachments