## Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

April 4, 2006

Mr. and Mrs. William C. Bond
309 Suffolk Road
Baltimore, MD 21218-2522

RE: William Bond, *et ux.* v. Bank of America, *et al.*

Dear Bill and Alyson:

The purpose of this letter is to memorialize our agreement with respect to my services in the captioned matter. My fee for representation will be $350 per hour concerning my services in this case, in which I will prepare the case for trial with David S. Goldberg, Esquire, who is being retained separately by you as trial counsel. My services, however, will be capped at $10,000, including those to date. This agreement does not govern any services that I might perform with regard to any appeals taken by the parties.

In addition to the fee, you will be expected to reimburse this office for any out-of-pocket costs and expenditures which might be incurred, such as court filing fees, deposition costs, messenger fees, postage and in-house copying (20¢ per page). These costs are not included in our fee.

If the foregoing correctly sets forth our agreement, please sign the enclosed copy of this letter and return it to me. A self-addressed, stamped envelope is included for your convenience.

If you have any questions about this letter or any aspects of the matter, please let me know.

Very truly yours,

Howard J. Schulman

HJS/hrk
Enclosures

Mr. and Mrs. William C. Bond
April 4, 2006
Page 2

APPROVED:

_____
William C. Bond

_____
Alyson Bond

Date: ____4/4/06____