IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Third-Parties, Howard J. Schulman and Schulman & Kaufman, LLC., in the above-captioned case.  Mr. Schulman remains lead counsel.

_____/s/_____
DANIEL P. DOTY (Bar No. 28247)
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff