IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

<u>LINE</u>

It came to the undersigneds' attention today that the Affidavit of Howard J. Schulman (Paper No. 218-2 Filed October 18, 2006) states in ¶ 3 that it was attaching a copy of the amended complaint in the "bank tort case" (24-C-05-011210), but the attachment was inadvertently omitted from the filing. The copy of the amended complaint to which the Affidavit refers is attached hereto.

_____/s/_____
HOWARD J. SCHULMAN (#00129)
DANIEL P. DOTY (#28247)
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff