IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| ADELBERG RUDOW DORF & HENDLER, LLC, | * | |
| Judgment Creditor | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| WILLIAM BOND, | * | |
| Judgment Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR ISSUANCE OF**
**WRIT OF GARNISHMENT OF PROPERTY**

NAME AND ADDRESS OF JUDGMENT DEBTOR:

William C. Bond
4214 Greenway
Baltimore, Maryland 21218

NAME AND ADDRESS OF JUDGMENT CREDITOR:

Adelberg, Rudow, Dorf & Hendler, LLC
7 St. Paul Street
Suite 600
Baltimore, Maryland 21202

MR. CLERK:

A final judgment was entered against the Plaintiff, William C. Bond, 4214 Greenway, Baltimore, Maryland 21218, in favor of **Judgment Creditor Adelberg, Rudow, Dorf & Hendler, LLC,** in the above entitled action on May 6, 2003. No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

M:\121\slavin\pleadings\Bank of America_3_req.doc

Please issue a Writ of Garnishment of Property to:

**Bank of America, N.A.**
**Serve on: The Corporation Trust Incorporated**
**300 E. Lombard Street**
**Baltimore, MD 21202**.

Amount presently due and owing: **$19,350.44 plus post judgment interest**.

        Respectfully submitted,

/s/_____
Michael R. Severino (Bar no. 25204)
Adelberg, Rudow, Dorf & Hendler, LLC
7 St. Paul Street , Suite 600
Baltimore, Maryland 21202
(410) 539-5195

*Attorneys for Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC*