IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having read and considered Howard J. Schulman's and Schulman & Kaufman, LLC's, Motion for Release of Funds (Paper Nos. 218 & 219) and the Opposition filed by Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC (Paper No. 222), and having heard argument of counsel, it is this _____ day of _____, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that

1. Howard J. Schulman and Schulman & Kaufman, LLC, have priority over Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC as to $_____ of the $31,249.26 judgment entered against and being held by Bank of America, N.A., in the case styled *William C. Bond v. Bank of America, N.A.,* case no. 24-C-05-011210 in the Circuit Court for Baltimore City, Maryland; and

2. It is further ORDERED that Bank of America, N.A., shall pay to Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC, the amount of $_____ from said funds; and

     3.     It is further ORDERED that the Clerk shall send a copy of this Order to Bank of America, N.A.

                                                    _____
                                                  Judge Marvin J. Garbis
                                                  United States District Court
                                                   for the District of Maryland