

**ARD&H**  Adelberg, Rudow, Dorf & Hendler, LLC
*Attorneys At Law*
**Andrew Radding**
ARadding@AdelbergRudow.com

also a member of:
District of Columbia Bar
New York Bar

410.539.5195
410.539.5834 *fax*
www.AdelbergRudow.com

7 Saint Paul Street  |  Suite 600
Baltimore, Maryland 21202-1612

410.986.0824
Direct Dial

410.986.0825
Direct Facsimile

February 8, 2007

VIA ECF FILING

The Honorable Marvin J. Garbis
Chambers 5C
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: William C. Bond v. Kenneth Blum, Sr., et al.
Case no.: MJG - 01 - 2600

Dear Judge Garbis:

Pursuant to the Court's request at the hearing held in this matter last Friday, February 2, 2007, I attach for the Court's review Adelberg Rudow Dorf & Hendler, LLC's ("Adelberg"), proposed Order. I understand that Schulman & Kaufman, LLC, has submitted its own proposed Order. We have supplied our proposed Order so that the Court can simply choose between the two competing Orders.

An issue has also been raised as to the scope and effect of the Adelberg's <u>state</u> court garnishments inasmuch as McDaniel Bennett and Griffin, who served <u>federal</u> garnishments, has apparently withdrawn its objection to Schulman & Kaufman's motion. In order to alleviate any concerns, Adelberg has filed in the federal action a Request for Writ of Garnishment as to Bank of America, N.A., and intends to serve said Writ as soon as possible.

Should the Court have any questions or comments, we would be happy to respond.

Very truly yours,

/s/

Andrew Radding

AR/
Enclosures

cc:  Howard J. Schulman, Esq.

M:\121\slavin\sec\Garbis_3.doc