IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Having read and considered Howard J. Schulman's and Schulman & Kaufman, LLC's, Motion for Release of Funds and the Opposition filed by Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC, and having heard argument of counsel, it is this _____ day of February, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that

1. Howard J. Schulman and Schulman & Kaufman, LLC, shall be entitled to $15,898.26 of the $31,249.26 judgment entered against and being held by Bank of America, N.A., in the case styled *William C. Bond v. Bank of America, N.A.,* case no. 24-C-05-011210 in the Circuit Court for Baltimore City, Maryland; and

2. It is further ORDERED that Bank of America, N.A., shall pay to Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC, the amount of $15,351.00 from said funds; and

3. It is further ORDERED that the Clerk shall send a copy of this Order to Bank of America, N.A.

_____
Judge
United States District Court
  for the District of Maryland