IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In accordance with the Memorandum and Order Re: Bank of America Garnishment issued herewith, it is this _____ day of _____, 2007, by the United States District Court for the District of Maryland, hereby:

1. ORDERED that Bank of America, N.A., shall hold $15,898.26 plus a proportional share of such interest as may be payable on the Judgment for the benefit of Howard J. Schulman and Schulman & Kaufman, LLC; and it is further

2. ORDERED that Bank of America, N.A., shall pay to Judgment Creditor Adelberg, Rudow, Dorf & Hendler, LLC, the amount of $15,351.00 from said funds plus a proportional share of such interest as may be payable on the Judgment; and it is further

3. ORDERED that the Clerk shall send a copy of this Order to Bank of America, N.A.

_____
Judge Marvin J. Garbis
United States District Court
 for the District of Maryland

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Case No.: MJG-01-CV-2600 |
| | * | |
| KENNETH BLUM, SR., et al. | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

In accordance with the Memorandum and Order Re: Bank of America Garnishment issued herewith, it is this _____ day of _____, 2007, by the United States District Court for the District of Maryland, hereby:

1. ORDERED that Bank of America, N.A., shall hold $15,898.26 plus a proportional share of such interest as may be payable on the Judgment for the benefit of Howard J. Schulman and Schulman & Kaufman, LLC; and it is further

2. ORDERED that Bank of America, N.A., shall pay to Judgment Creditor McDaniel, Bennett & Griffin the amount of $15,351.00 from said funds plus a proportional share of such interest as may be payable on the Judgment; and it is further

3. ORDERED that the Clerk shall send a copy of this Order to Bank of America, N.A.

                                                                                                                          _____
                                                                                                                          Judge Marvin J. Garbis
                                                                                                                           United States District Court
                                                                                                                            for the District of Maryland