IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | * Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the Memorandum and Order Re: Bank of America Garnishment issued herewith, it is this _____ day of _____, 2007, by the United States District Court for the District of Maryland, hereby:

1. ORDERED that Bank of America, N.A., shall hold $15,898.26 plus a proportional share of such interest as may be payable on the Judgment for the benefit of Howard J. Schulman and Schulman & Kaufman, LLC, and it is further

2. ORDERED that Bank of America, N.A., shall pay to the Judgment Creditor Adelberg, Rudow, Dorf & Hendler, LLC, the amount of $7,675.50 from said funds plus a proportional share of such interest as may be payable on the Judgment; and it is further

3. ORDERED that Bank of America, N.A., shall pay to the Judgment Creditor McDaniel Bennett & Griffin the amount of $7,675.50 from said funds plus a proportional share of such interest as may be payable on the Judgment; and it is further

4. ORDERED that the Clerk shall send a copy of this Order to the Bank of America, N.A.

_____
Judge Marvin J. Garbis
United States District Court
for the District of Maryland

1723145