

**ARD&H** Adelberg, Rudow, Dorf & Hendler, LLC
*Attorneys At Law*
**Andrew Radding**
ARadding@AdelbergRudow.com

also a member of:
District of Columbia Bar
New York Bar

410.539.5195
410.539.5834 *fax*
www.AdelbergRudow.com

7 Saint Paul Street  |  Suite 600
Baltimore, Maryland 21202-1612

410.986.0824
Direct Dial

410.986.0825
Direct Facsimile

February 22, 2007

VIA ECF FILING

The Honorable Marvin J. Garbis
Chambers 5C
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    William C. Bond v. Kenneth Blum, Sr., et al.
            Case no.: MJG - 01 - 2600

Dear Judge Garbis:

    Pursuant to the Court's request of last week, please be advised that Judgment Creditor Adelberg Rudow Dorf & Hendler, LLC, hereby agrees to and joins in the relief requested by co-Judgment Creditor McDaniel Bennet & Griffin. Adelberg Rudow Dorf & Hendler also agrees to the proposed Order submitted by McDaniel Bennet & Griffin.

    Should the Court have any questions or comments, we would be happy to respond.

                      Very truly yours,

                        /s/

                      Andrew Radding

AR/

cc: Howard J. Schulman, Esq.

M:\121\slavin\sec\Garbis_4.doc