

Legal Order Processing

February 13, 2007

ALYSON BOND
WILLIAM C BOND
TENANTS BY THE ENTIRETY
309 SUFFOLK RD
BALTIMORE MD  21218-2522

Lawsuit:       ADELBERG, RUDOW, DORF & HENDLER LLC VS. WILLIAM BOND
Case No.:      MJG01CV2600

Account Number    007080961935
Hold Amount       19350.44

Bank of America, N.A., (the "Bank") has been served with a garnishment order in the amount of $19350.44 issued by the court in the above lawsuit. The Bank is required by law to hold all funds including subsequent deposits, in your account up to the amount of the judgment appearing in the garnishment order. Therefore, withdrawals, checks, drafts or debits, which would reduce the restricted amount, will not be honored

If your funds were in a joint account of any kind, the funds are being held pursuant to Section 11603(c), Courts and Judicial Proceedings Article of the Maryland Code.

The Bank has placed a hold on your account(s) pending further order of the court. If you believe that all or a portion of your funds should not be held, you may obtain a court order that authorizes the Bank to release a specified amount to you. If you have any questions concerning your account, please contact our Customer Service Center at one of the numbers listed below.

The Bank charges a fee of $100.00 for processing the garnishment plus an attorney's fee of $55.00.

Sincerely,

Alicia Calloo
Legal Order Processing
Enclosures

| Telephone Banking | Spanish Telephone Banking | For Speech or Hearing Impaired TDD Required |
|---|---|---|
| 1.800.235.8844 | 1.800.688.6068 | 1.800.288.4408 |

Bank of America, FL8-001-02-11
PO BOX 407090, Fort Lauderdale, FL 33340

Recycled Paper