IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-2600 |
| KENNETH BLUM, SR., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

The Motion of Plaintiff, William C. Bond, and Alyson Bond, his wife, for the release of funds held by the Bank of America, N.A., is hereby GRANTED as to Bank of America account #007080961935, and the Bank of America, N.A. is hereby released from the Writ of Garnishment served upon it as to judgment creditor William C. Bond as to Bank of America account #007080961935 and otherwise ORDERED to release the hold on Bank of America account #007080961935.

_____
Marvin J. Garbis
United States District Court Judge