```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

WILLIAM C. BOND               *

      Plaintiff            *

      vs.                  *     CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.     *

      Defendants           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER DIRECTING PAYMENT
## ON BANK OF AMERICA GARNISHMENT

In accordance with the Memorandum and Order Re: Bank of America Garnishment issued February 13, 2007 [Paper 231], Garnishee, Bank of America, N.A. shall satisfy its $31,249.26 Judgment liability in <u>Bond v. Bank of America, N.A.</u>, Case No. 24-C-05-011210 (Cir. Ct. Balto. City) as follows:

1. Bank of America, N.A., shall hold $15,898.26 plus a proportional share of such interest as may be payable on the Judgment for the benefit of Howard J. Schulman and Schulman & Kaufman, LLC;

2. Bank of America, N.A., shall pay to the Judgment Creditor Adelberg, Rudow, Dorf & Handler, LLC, the amount of $7,675.50 from said funds plus a proportional share of such interest as may be payable on the Judgment;

3. Bank of America, N.A., shall pay to the Judgment Creditor McDaniel Bennett & Griffin the amount of $7,675.50 from said funds plus a proportional share of such interest as may be payable on the Judgment; and

4. The Clerk shall send a copy of this Order to the Bank of America, N.A.

SO ORDERED, on Friday, March 2, 2007.

```
                        /s/
                Marvin J. Garbis
           United States District Judge
```