# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
_____

| | |
|---|---|
| Howard J. Schulman | Tel. (410) 576-0400 |
| Joseph S. Kaufman | Fax: (410) 576-0544 |
| -------- | |
| Daniel P. Doty | www.schulmankaufman.com |

March 19, 2007

***Via ECF***

Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        RE:    William C. Bond v.
                    Kenneth Blum, Sr., et al.
                    Civil Action No.: MJG-01-CV-2600

Dear Judge Garbis:

      On February 23, 2007, William C. and Alyson Bond filed a Motion for Release of Funds Pursuant to § 11-603 of the Courts & Judicial Proceedings Article. (Paper No. 235). This motion sought the release of funds from the same joint bank account that was the subject of two motions for release of funds filed in 2003 with respect to previous writs of garnishment. (Paper Nos. 139 & 157). The Court previously granted both motions. (Paper Nos. 180 & 181).

      Any response to the Bonds' motion was due on March 8, 2007. To date, no response has been filed, nor has any party requested an extension of time. Accordingly, this letter is to request a ruling on the unopposed motion. A proposed order was attached to the motion as Paper No. 235-3.

      Thank you.

                                          Very truly yours,
                                                /s/
                                           Daniel P. Doty

cc: William C. and Alyson Bond