FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAR 22 A 11: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND,     *

    Plaintiff     *

v.     *    Civil Action No. MJG-01-2600

KENNETH BLUM, SR., et al.,     *

    Defendants     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Motion of Plaintiff, William C. Bond, and Alyson Bond, his wife, for the release of funds held by the Bank of America, N.A., is hereby GRANTED as to Bank of America account #007080961935, and the Bank of America, N.A. is hereby released from the Writ of Garnishment served upon it as to judgment creditor William C. Bond as to Bank of America account #007080961935 and otherwise ORDERED to release the hold on Bank of America account #007080961935.

SO ORDERED, on Tuesday, March 20, 2007.

                                      /s/
                                 Marvin J. Garbis
                                 United States District Court Judge