IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Third-Parties Schulman & Kaufman, LLC and Howard J. Schulman, by and through their attorneys, Howard J. Schulman, Daniel P. Doty, and Schulman & Kaufman, LLC, give notice that they hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's final order of March 2, 2007 (Paper No. 236) entered in accordance with the Court's Memorandum and Order issued February 13, 2007 (Paper No. 231).

_____/s/_____
Howard J. Schulman
Daniel P. Doty
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff