TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certificate<br>__ Supplement to ROA<br>__ Supplemental Certificate<br>Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>William C. Bond<br>v.<br>Kenneth Blum, Sr., et al. | District Court Case No. MJG-01-2600<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 3/29/07<br><br>2. Amended NOA | 4. Fees<br>___ no fee required<br>$5 filing fee:         X  paid    unpaid<br>$450 docketing fee:    X  paid    unpaid<br>Pauper status:    granted  ☐ denied  __ **pending in District Court**<br>Does PLRA apply?    yes  X no    ☐ 3 strikes?    ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: Marvin J. Garbis | 5. Materials Under Seal in District Court?    yes   X no<br><br>Party Names Under Seal in District Court?  ☐  yes  X no |
| 6. Official Court Reporter(s)<br>Electronically<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held    X yes    __ no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness    Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

| Part II | TRANSMITTAL OF RECORD TO COURT OF APPEALS |
|---|---|
| ORIGINAL RECORD<br>Pleadings: ____ Vols. _____<br>Transcript: ____ Vols. _____<br>Exhibits : ____ Vols. _____<br>Depositions: ____ Vols. _____<br>State Ct. Record: ____ Vols. _____<br>Sealed: ____ Vols. _____<br>No. of Boxes _____ | SUPPLEMENT TO RECORD - SUPPLEMENT ____<br>Pleadings: ____ Vols. _____<br>Transcript: ____ Vols. _____<br>Exhibits: ____ Vols. _____<br>Depositions: ____ Vols. _____<br>State Ct. Record: ____ Vols. _____<br>Sealed: ____ Vols. _____<br>No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy     Phone:  (410) 962-3928     Date: March 29, 2007