```
                                                      ldn2
             UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT

                                    FILED:
                                    April 13, 2007

              TRANSCRIPT ORDER ACKNOWLEDGMENT
```

TO: Stephanie Savoy

APR 1 3 2007

RE: 07-1293 Schulman v. McDaniel Bennett
    1:01-cv-02600-MJG


A Transcript Order for this case was received by the court of appeals on 4/12/07.

Under the Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit, the transcript will be due on 6/12/07. If it is filed after that date, financial sanctions will be applicable.

This transcript will be deemed ordered and due on the above date if a response is not mailed within 7 days of receipt of this Acknowledgment by the reporter. Do not return this form if the Transcript Order is clear, you are the proper person from whom a transcript should be ordered, satisfactory financial arrangements have been made, the date of the order appears correct and the order is otherwise clear and correct.

If there are problems with the Transcript Order, check the appropriate box below and return a copy to the court of appeals and a copy to the district court reporter coordinator.

[ ] Criminal Justice Act funds have not been approved (CJA 24)

[ ] Motion for transcript at government expense has not been granted
    [28 U.S.C. section 753(f)]

[ ] Satisfactory financial arrangements have not been made.
    Reason: [ ] Deposit not received  [ ] Other (specify)

    _____

[ ] Transcript Order is unclear - proceedings requested should be more
    specific or dates of proceedings are incorrect.

[ ] Transcript Order has not been received by reporter or, [ ] was
    received after Transcript Order was received by court of appeals.

[ ] Other (specify)

    _____

    _____

    _____

**FILED**
APR 1 2 2007
U.S. Court of Appeals
Fourth Circuit

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

TRANSCRIPT ORDER

READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style William C. Bond v. Kenneth Blum, Sr. et al.
Dist. Ct. No. MJG-01-2600          District Maryland
Date Notice of Appeal filed 03/29/07          Ct. of Appeals No. 07-1293
Name of Court Reporter/Electronic Rec. ~~Compuscribe~~ Stephanie Savoy
Address of Reporter

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT - DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER. IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45. ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANT'S DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL. A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

**PROCEEDING**

- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Argument (Plaintiff)
- ☐ Closing Argument (Defendant)
- ☐ Opinion of Court
- ☐ Jury Instructions
- ☐ Sentencing
- ☐ Bail Hearing
- ☐ Pre-Trial Proceedings (specify)

- ☐ Testimony (specify)

- ☑ Other (specify)
  Motions Hearing before
  Hon. Marvin J. Garbis

**HEARING DATE(S)**

February 2, 2007 10:00 a.m.

TOTAL ESTIMATED PAGES 70

NOTE: *FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.*

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
- ☑ Private funds. (Deposit of $ 256.00 enclosed with court reporter's copy. Check No. 5924.)
- ☐ Criminal Justice Act. A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies. The CJA 24 does not have to be approved prior to submission of a copy.)
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
- ☐ Advance payment waived by court reporter.
- ☐ Federal Public Defender - no CJA Form 24 necessary.
- ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _____ Typed name Daniel P. Doty
Address Schulman & Kaufman, LLC, 100 N. Charles St., Suite 600, Baltimore, MD 21201
Telephone No. (410) 576-0400          Date Mailed to Reporter 04/11/07

| AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts TRANSCRIPT ORDER FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Daniel P. Doty, Schulman & Kaufman, LLC | | 2. PHONE NUMBER (410) 576-0400 2007 APR 6 P 2:30 | 3. DATE 4/6/2007 | |
| 4. MAILING ADDRESS 100 N. Charles Street, Suite 600 | | 5. CITY Baltimore | 6. STATE MD | 7. ZIP CODE 21201 |
| 8. CASE NUMBER MJG-01-2600 | 9. JUDGE Marvin J. Garbis | CLERK'S (DATES OF PROCEEDINGS) 10. FROM 2/2/2007 MORE | 11. 2/2/2007 | |
| 12. CASE NAME William C. Bond v. Kenneth Blum, Sr. et al. | | BY    LOCATION OF PROCEEDINGS 13.     14. | | |
| 15. ORDER FOR [X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY [ ] NON-APPEAL   [ ] CIVIL     [ ] IN FORMA PAUPERIS   [ ] OTHER | | | | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motions Hearing 10:00 a.m. | 2/2/2007 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE 4/6/2007 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY