*William C. Bond*
309 Suffolk Road
Baltimore, Maryland 21218-2522
(410) 243-8152
Fax (410) 467-9177
Proselitigator@aol.com

April 26, 2007

Clerk of the Court   *Via: Hand Delivery*
United States District Court
for the District of Maryland
Baltimore Division
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

FILED
LODGED
APR 2 6 2007
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

**RE: Civil Action No.: MJG-01-2600**

Dear Sir or Madam Clerk:

Please find the following Motions in the above case being filed *Pro Se*:

1) Motion for the Chief Judge of the Court to Rule *Post Haste*.

2) Renewed Motion to Recuse and Motion for Case to be Specially Assigned to a Visiting Judge or that the Court Grant a Change of Venue.

3) Motion for Temporary Restraining Order.

4) Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

5) Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

6) Motion for Sanctions.

7) Motion to Refer Criminal Acts.

8) Motion to Disqualify Attorneys.

9) Motion in Limine and/or Protective Order.

10) Motion for Discovery, Motion for Discovery of the United State's Attorney's Office, and Motion for Discovery under Fed. R. Civ. P. 27.

11) Motion for Permanent Injunction and Restraining Order and Request for Hearing.

12) Amended Notice of Service.

13) Exhibits to Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

Please date and time stamp Plaintiff's copies and return to courier.

Thank you for your assistance.

Sincerely yours,

William C. Bond
Plaintiff *Pro Se*