IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,                *

    Plaintiff *Pro Se*
v.                              *     Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.       *

    Defendants              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED NOTICE OF SERVICE**

1. Plaintiff states his all his Motions filed April 26, 2007 had the wrong address for Kathryn Miller Goldman, Esq., attorney for William H. Slavin. Plaintiff states all Motions in fact were mailed to Ms. Goldman at 20 South Charles Street, Suiote 1201, Baltimore, Maryland 21210 on April 26, 2007.

        /s/ William C. Bond
        WILLIAM C. BOND
          *Pro Se*
          309 Suffolk Road
          Baltimore, Maryland 21218
          (410) 243-8152

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Amended Notice of service were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore,

Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Goldman & Minton, PC, Suite 1201, 20 South Street, Baltimore, Maryland 21201, attorneys for William Slavin;

_____
WILLIAM C. BOND