IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED ENTERED
APR 2 6 2007
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**AMENDED NOTICE OF SERVICE**

1. Plaintiff states his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. Rule 60 (b) Relief from Judgment or Order, Renewed Motion to Recuse and Motion for Case to be Specially Assigned to a Visiting Judge or that the Court Grant a Change of Venue, and his Motion for Permanent Injunction and Restraining Order and Request for Hearing were mailed FedEx, postage prepaid, on April 26, 2007 to Gerald A. Messerman, Esq., Messerman & Messerman Co., L.P.A., 127 Public Square, 4100 Key Tower, Cleveland, Ohio, 44114; Allen F. Loucks, Chief, Civil Division, United States Attorney, District of Maryland, Northern Division, 36 South Charles Street, 4th Floor, Baltimore, Maryland, 21201, and via hand delivery to Judge Marvin J. Garbis, United States District Court for the District of Maryland, Baltimore Division, 101 west Lombard Street, Baltimore, Maryland, 21201.

/s/ William C. Bond
WILLIAM C. BOND

*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's MOTION FOR DISCOVERY, MOTION FOR DISCOVERY OF THE UNITED STATES ATTORNEY'S OFFICE FOR MARYLAND, AND MOTION FOR DISCOVERY UNDER FED. R. CIV. P. RULE 27 were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin; AND TO: Gerald A. Messerman, Esq., Messerman & Messerman Co., L.P.A., 127 Public Square, 4100 Key Tower, Cleveland, Ohio, 44114; Allen F. Loucks, Chief, Civil Division, United States Attorney, District of Maryland, Northern Division, 36 South Charles Street, 4th Floor, Baltimore, Maryland, 21201, and via hand delivery to Judge Marvin J. Garbis, United States District Court for the District of Maryland, Baltimore Division, 101 west Lombard Street, Baltimore, Maryland, 21201

_____
WILLIAM C. BOND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### AMENDED NOTICE OF SERVICE

1. Plaintiff states his all his Motions filed April 26, 2007 had the wrong address for Kathryn Miller Goldman, Esq., attorney for William H. Slavin. Plaintiff states all Motions in fact were mailed to Ms. Goldman at 20 South Charles Street, Suiote 1201, Baltimore, Maryland 21210 on April 26, 2007.

_____
WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Amended Notice of service were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore,

Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Goldman & Minton, PC, Suite 1201, 20 South Street, Baltimore, Maryland 21201, attorneys for William Slavin;

_____
WILLIAM C. BOND