IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### MOTION FOR THE CHIEF JUDGE OF THE COURT TO RULE *POST HASTE*

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Plaintiff incorporates his Renewed Motion to Recuse and Motion for Case to be Specially Assigned to a Visiting Judge or that the Court Grant a Change of Venue.

3. Plaintiff incorporates his Motion for Temporary Restraining Order.

4. Plaintiff incorporates his Motion for Permanent Injunction and Restraining Order and Request for Hearing.

5. Plaintiff recognizes this Court must Rule on the Renewed Motion to Recuse and the Motion

for TRO, otherwise Plaintiff will be in 'legal limbo.'

6. Plaintiff asks the Chief Judge of this Court to so Rule.

7. Plaintiff states, especially after Plaintiff's FOIA Request to this Court, that there is no argument of merit Defendants could make to prevent to Recusal of the Court.

8. Plaintiff states that the Motion for TRO is reasonable until an Independent Judge has a chance to review Plaintiff's allegations.

9. Plaintiff has had to endure over six years of Justice being denied.

WHEREFORE, for the aforementioned reasons, Plaintiff asks this Court to Rule on the Renewed Motion to Recuse and the Motion for TRO and for the Chief Judge of this Court to so Rule.

_____
WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
(410) 467-9177 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Motion for the Chief Judge of the Court to Rule *Post Haste* were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett &

Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

_____
WILLIAM C. BOND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**ORDER:**

1. This Court will Rule on the Renewed Motion to Recuse and the Motion for TRO.

2. The Chief Judge of this Court will so Rule.

-------------------------------------------------------
Judge Benson E. Legg
Chief Judge
US District Court for Maryland