IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,                        *

       Plaintiff *Pro Se*

    v.                                            *        Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.              *

      Defendants                          *

     *     *     *     *     *     *     *     *     *

### ORDER:

1. That the Chief Judge of this Court will Rule on this Motion and Grant Plaintiff's Motion for Temporary Restraining Order until a Specially Assigned Judge may be appointed to this Case or the Venue is Changed.

2. That the Renewed Motion for Recusal of Judge Garbis in this case, and any future case involving William C. Bond is **GRANTED.**

3. That the Motion requesting that this case, and all related Actions, be specially assigned to/or:

a) a Visiting Judge is **GRANTED.**

b) that the Motion requesting a Change in Venue is **GRANTED.**

------------------------------------------------------

Judge Benson E. Legg
Chief Judge
US District Court for Maryland