**EXHIBIT # 5**

```
 1                     (EXCERPT)
 2          THE COURT:  All right.  Let me get to the bottom
 3  line.  I understand there's a lot at stake here, and we have,
 4  you know, a dispute that's far beyond this copyright dispute,
 5  but I've got to deal with this in a copyright manner.
 6          I think that the facts are -- the relevant facts are
 7  really not debatable, and I'm going to just -- I'm doing this
 8  off the top of my head.  If somebody wants to appeal, I'm
 9  going to have to write it up.  I think it's just not very
10  complex.
11          There was some incident in Mr. Bond's life in which
12  he was accused and pleaded to a crime in Ohio.  He was
13  represented by Gerald Messerman, an extremely fine lawyer,
14  with whom I had the privilege of going to law school and
15  actually practiced in law with Mr. Messerman, so he was
16  certainly represented by as good a lawyer as you'll find in
17  Ohio or wherever else, present company perhaps excluded and
18  perhaps not.
19          Whatever it was, he came to Baltimore.  This
20  relationship started with a person who's now Mrs. Bond.
21  There's a custody battle, all of which we get involved with.
22          He had written up a manuscript, which was a version,
23  but be it fiction or real or something in between is not here
24  to be determined, because in fact he wrote it or wrote most of
25  it, so that's not an issue.
```