**EXHIBIT # 6**

# FRAUD VICTIM

## T/A VICTIMS UNITED AGAINST FRAUD AND UNJUST TREATMENT IN THE COURTS



**George E. McDermott**
President
http://www.fraudvictim.org

143 N. Huron Drive
Forest Heights, MD 20745
301 839-5816 (phone) 202-259-8223 (pager)

February 25, 2003

Hon. Benson Everett Legg
United States District Court
  for the District of Maryland
United States Courthouse; Suite 340
101 West Lombard Street
Baltimore, MD 21201

RE:    In re Elizabeth Pawlak, L-03-MC-041

Dear Chief Judge Legg:

I am contacting you as a concerned citizen who finds it necessary to bring to your attention and ask for explanations as to some perceived injustices and irregularities I have had the opportunity to witness and be made part of in my multiple capacities of a friend of Dr. Pawlak, the one who ran (D) this past Fall against Dr. Pawlak (R) for the office of the Clerk of the Prince George's County Circuit Court, a president of the above-referenced civic organization, an Honorary Chairman of Republican Business Advisory Council to the President of the United States and a civil activist.

I am bringing to your attention the activities that I personally witnessed in the course of delivering documents and motions for the filing with the Clerk's office on behalf of Dr. Pawlak in her meritorious defense of the action of this court on Friday, February 14, 2003 in the "case" No. L-03-MC-041 which, according to the enclosed docket sheet as Exhibit "A," has been purportedly assigned to Your Honor, and again in which an ex parte indefinite injunction order was purportedly signed by Your Honor (see attached Exhibit "B"), and in which Dr. Pawlak's emergency motion to relief was hand-carried and delivered for filing with the Clerk of the Court in Baltimore by me personally on February 14, 2003. An order denying five minutes later any and all relief requested was purportedly issued by Judge Garbis (Exhibit "C"). The docket sheet of February 19, 2003 (see Exhibit "D"), which I had obtained in the U.S. Courthouse in Greenbelt, shows the entry of the outrageous and scandalous orders of February 14th. And I quote from the court's official docket sheet: "no cause specified" (see Exhibit "A").

Your Honor, I am very perplexed and somewhat confused, especially after visiting the Clerk' Office in Baltimore on February 24th and delivering for filing Dr. Pawlak's motions in the case No. JFM-02-3404 as Dr.

Pawlak has been barred from entering and/or communicating with court staff. While there, I made an official request seeking a certified copy of both Your Honor's and Judge Garbis'es orders. I was astounded when Mr. John Witty informed me that no such file jacket exist not only the Baltimore division but in this district court for the District of Maryland as a whole. Mr. Witty was very diligent and meticulous in his search of the record. To reinforce his assertion that no such case exist he produced two file jackets, one criminal (L-03-cr-041) and one civil (L-03-cv-041), see Exhibits "E" and "F," respectively. Mr. Witty, who is apparently intimately familiar with Dr. Pawlak, instructed me to bring Dr. Pawlak to the office to resolve any problem. He reassured me twice that there is no order whatsoever anywhere in the records available to him prohibiting Dr. Pawlak from entering the courthouses at issue. Dr. Pawlak refused to enter the courthouse without an order vacating the injunction order of February 14th. At the end, Mr. Witty and his assistant reiterated that there was no such case or file jacket in this court. Why, and how this can be?

Your Honor, my question to you is: since when has it become the practice of our courts to keep secret cases, files and vanishing dockets? Your Honor, my next question to you is: **are you aware of this case at all**? If so, did you in fact issue an indefinite injunction without notice and a hearing and barring a respected citizen from the courthouses? You Honor, can this injunction against this citizen from entering the federal courthouses in Maryland be legally maintained when no file jacket can be found by an experienced employee of the Clerk's Office in Baltimore and who would have a custody over files originating from your chambers? Your Honor, the question arises as to who destroyed a red file folder that was shown to me on February 14th and which contained only a purported docket of February 14th. Your Honor, can you validate for the record that the injunction order was prepared under your direction and was signed by you? Your Honor, could you find out for our organization if judge Garbis ever saw Dr. Pawlak's motion for emergency relief and can you confirm that the signature appearing of that order is in fact that of judge Garbis? Validation of his signature is of great importance to me personally and our organization as well.

I am enclosing a press release calling for a press conference (Exhibit "H" and "G") to address the questionable and unconstitutional actions of this court to which you are cordially invited to attend. I am postponing the date of the press conference to that you can inquire to the matter personally and answer the questions asked. Obviously, I have great respect for the court and I believe you would agree that mysterious appearance and disappearance and locating of the file, if it did exist at all, raises serious questions. And, of course, the most perplexing question: What misconduct did precipitate this unprecedented order?

Thank you're your time and attention to this matter. Because of its importance, I am forwarding this letter to you by certified mail with restricted delivery.

Truly yours,


George McDermott
President


cc: Judge Melvin Garbis

Enclosures: five (5) documents