**EXHIBIT # 7**

# GeorgetownCLE: INSTITUTE

Your Authoritative Legal Resource from the Nation's Capital

  

The 10th Annual

# Litigating and Resolving Employment Cases: Views from the Bench

**Friday, November 3, 2006**

Georgetown University Law Center
Washington, DC

**7.5 CLE credit hours** (for states based on a 60-minute credit hour, incl. 1.0 hour of legal ethics)
**9.0 CLE credit hours** (for states based on a 50-minute credit hour, incl. 1.0 hour of legal ethics)

## Featuring 18 District Court Judges

# Speakers

**Program Co-Chairs**

**Robert B. Fitzpatrick**
Robert B. Fitzpatrick, P.L.L.C.
Washington, DC

**Roxane Sokolove Marenberg**
Director of Employment
Legal Services
Cisco Systems, Inc.
San Jose, CA

**Judicial Co-Chairs:**

**Hon. T.S. Ellis, III**
District Judge
U.S. District Court for the
Eastern District of Virginia
Alexandria, VA

**Hon. John M. Facciola**
Magistrate Judge
U.S. District Court for the
District of Columbia
Washington, DC

**Hon. Paul W. Grimm**
Chief Magistrate Judge
U.S. District Court for the
District of Maryland
Baltimore, MD

**Judges:**

**Hon. John D. Bates**
District Judge
U.S. District Court for the
District of Columbia
Washington, DC

**Hon. Richard D. Bennett**
District Judge
U.S. District Court for the
District of Maryland
Baltimore, MD

**Hon. Catherine C. Blake**
District Judge
U.S. District Court for the
District of Maryland
Baltimore, MD

**Hon Leonie M. Brinkema**
District Judge
U.S. District Court for the
Eastern District of Virginia
Alexandria, VA

**Hon. Theresa C. Buchanan**
Magistrate Judge
U.S. District Court for the
Eastern District of Virginia
Alexandria, VA

**Hon. Rosemary M. Collyer**
District Judge
U.S. District Court for the
District of Columbia
Washington, DC

**Hon. Charles B. Day**
Magistrate Judge
U.S. District Court for the
District of Maryland
Greenbelt, MD

**Hon. Jacob B. Hart**
Magistrate Judge
U.S. District Court for the
Eastern District of
Pennsylvania
Philadelphia, PA

**Hon. Gladys Kessler**
District Judge
U.S. District Court for the
District of Columbia
Washington, DC

**Hon. Royce C. Lamberth**
District Judge
U.S. District Court for the
District of Columbia
Washington, DC

**Hon. Gerald Bruce Lee**
District Judge
U.S. District Court for the
Eastern District of Virginia
Alexandria, VA

**Hon. Benson E. Legg**
Chief Judge
U.S. District Court for the
District of Maryland
Baltimore, MD

**Hon. J. Frederick Motz**
District Judge
U.S. District Court for the
District of Maryland
Baltimore, MD

**Hon. Ian O'Grady**
Magistrate Judge
U.S. District Court for the
Eastern District of Virginia
Alexandria, VA

**Hon. James R. Spencer**
District Judge
U.S. District Court for the
Eastern District of Virginia
Richmond, VA

**Hon. Susan D. Wigenton**
District Judge
U.S. District Court for the
District of New Jersey
Newark, NJ

**Attorneys:**

**Connie N. Bertram**
Winston & Strawn LLP
Washington, DC

**Elaine Charlson Bredehoft**
Charlson Bredehoft &
Cohen, P.C.
Reston, VA

**R. Mark Dare**
Isler Dare Ray &
Radcliffe, P.C.
Vienna, VA

**Abbey G. Hairston**
General Counsel
District of Columbia
Public Schools
Washington, DC

**Thomas P. Murphy**
Hunton & Williams LLP
McLean, VA

**Deborah P. Kelly**
Dickstein Shapiro LLP
Washington, DC

**Richard T. Seymour**
Law Offices of
Richard T. Seymour, P.L.L.C.
Washington, DC

**Linda Hitt Thatcher**
Thatcher Law Firm, LLC
Greenbelt, MD

**Ted J. Williams**
The Law Offices of
Ted J. Williams
Washington, DC

**Philip B. Zipin**
Zipin & Melehy LLC
Silver Spring, MD

# Agenda

**7.5 CLE credit hours**
(for states based on a 60-minute hour, incl. 1.0 hour of legal ethics)

**9.0 CLE credit hours**
(for states based on a 50-minute hour, incl. 1.0 hour of legal ethics)

## Friday, November 3

■ **8:00 - 8:30 am**
Registration and
Continental Breakfast

■ **8:30 - 8:45 am**
Welcome and Overview
*Lawrence Center*
Executive Director, Georgetown CLE

■ **8:45 - 9:45 am**
What's Coming Down the Federal
and State Pike?
Co Chairs:   Robert B. Fitzpatrick
             Roxane Sokolove Marenberg
Judges:      Hon. Richard D. Bennett
             Hon. Rosemary M. Collyer
             Hon. T.S. Ellis, III
- Hot issues in employment litigation
- Anti-discrimination litigation
- Retaliation claims after *Burlington Northern & Santa Fe Railway*
- Religious discrimination
- FLSA broker litigation
- Non-competes/ non-solicitation provisions

■ **9:45 - 10:45 am**
Dynamic Discovery
Pl: *Ted J. Williams*
Df: *R. Mark Dare*
Judges:   Hon. Theresa C. Buchanan
          Hon. Paul W. Grimm
          Hon. Gladys Kessler
- Rule 35 examinations
- Rule 30(b)(6) depositions
- Electronic discovery
   Retention/destruction
   Metadata/embedded data
   Protecting privileged information
   December 1, 2006 FRCP Amendments
- Disputes
   Motions to compel
   Motions for protective orders
   Sanctions

■ **10:45 - 11:00 am**
Networking Break

■ **11:00 am - 12:00 pm**
Dispositive Motions
Pl: *Richard T. Seymour*
Df: *Thomas P. Murphy*
Judges:   Hon. John D. Bates
          Hon. Leonie M. Brinkema
          Hon. J. Frederick Motz
- Motions for summary judgment
- Motions to dismiss
- Oral argument - presentation tips
- Briefing - do's and don'ts

■ **12:00 - 12:15 pm**
Lunch

■ **12:15 - 1:15 pm**
Legal Ethics and Employment Law
*Hon. Paul W. Grimm*
- Conflicts of interest
- Ex parte access to current and former managers and employees
- Pretrial investigations
- Electronic investigations and communication
- Improper acquisition and inadvertent disclosure of information and documents from opposing parties
- Judicial enforcement of professionalism and civility codes
- "Rambo litigators" in depositions

■ **1:15 - 1:30 pm**
Break

■ **1:30 - 2:45 pm**
Trial Tactics
Pl: *Elaine Charlson Bredehoft*
Df: *Abbey G. Hairston*
Judges:   Hon. Catherine C. Blake
          Hon. Jacob B. Hart
          Hon. James R. Spencer
- Unique expert witnesses
- Pre-trial conferences
- Jury instructions - preserving appellate review
- Motions in limine re: recurring evidentiary issues
- Jury questionnaires and "scoring sheets"

■ **2:45 - 3:00 pm**
**Networking Break**

■ **3:00 - 4:15 pm**
**Settlement**
Pl: *Linda Hitt Thatcher*
Df: *Deborah P. Kelly*
Judges:   Hon. Charles B. Day
          Hon. Ian O'Grady
          Hon. Susan D. Wigenton

- Ten "outside the box" tips to expedite a resolution
- Improving mediation
- Necessary components of your settlement agreements
- Enforceable releases and OWBPA compliance
- Tax issues

■ **4:15 - 5:30 pm**
**Damages**
Pl: *Philip B. Zipin*
Df: *Connie N. Bertram*
Judges:   Hon. Royce C. Lamberth
          Hon. Gerald Bruce Lee
          Hon. Benson E. Legg

- How to effectively present your compensatory claims and defenses
- The state of play of punitive damages after *State Farm*
- How to secure and maximize attorneys' fees
- When and how to use psychological and other damages experts

## About the Program

Unique in this region, this 10th annual seminar brings you pearls of wisdom from 16 federal judges from all three surrounding jurisdictions – the District of Columbia, Maryland and Virginia. These jurists will share practical tips and "do's and don'ts" based on their collective years of experience on the federal bench.

In response to your comments, this year's program has been shortened to one day, making the tuition more affordable and minimizing time away from your practice. As in years past, we have assembled the area's preeminent plaintiff and defense lawyers to promote balanced perspectives on topics of interest to employment lawyers. These seasoned attorneys will facilitate candid dialogue by the judges and ensure that the judges impart practical advice you can put to use when handling employment matters in the future.

*"Excellent program. All members of the panels took their participation seriously and shared wonderful insights."*

• Karen Stakem Hornia, City of Baltimore

### About Georgetown CLE

Georgetown CLE has established a thirty-year tradition providing the legal community with high quality programs. Our programs are developed with the profession's ever-changing needs in mind, while at the same time meeting the mandatory CLE requirements of various state bars. Located in the heart of the nation's capital, we feature the country's leading officials, judges and practitioners.

# Program Details

**Hotel Reservations**
Georgetown University Law Center CLE has preferred rates at the Hyatt Regency Washington on Capitol Hill, which is approximately 2 blocks away. When making reservations, **please refer to Corporate Number 58549 to receive the Georgetown University Law Center rate**. We recommend making reservations at least 30 days prior to the conference. This rate is based on hotel availability.
   Phone: (800) 233-1234
   Online: http://washingtonregency.hyatt.com/groupbooking/58549
   Hyatt Regency Washington on Capitol Hill
   400 New Jersey Avenue, NW
   Washington, DC 20001

**Disclaimer**: Speakers are subject to change.

**Services for People with Special Needs or Dietary Restrictions**
Call (202) 662-9890

**Scholarships**
Georgetown CLE makes every effort possible to provide equal educational opportunities to all. We provide a limited number of scholarships on a case-by-case basis. Apply online at www.georgetowncle.org or submit written request no later than 5:00 pm on Monday, October 23, 2006 to:
   Scholarship Committee
   Georgetown CLE
   600 New Jersey Avenue, NW
   Washington, DC 20001
   or fax to (202) 662-9891

**Cancellations/Rain Checks/Substitutions**
Please fax your cancellation notice to (202) 662-9891 by 5:00 pm on Tuesday, October 31, 2006 for a refund (less $75 administrative fee). Rain checks for a future program will be granted for cancellations received after October 31 and prior to the start of the program. Substitutions are accepted at anytime prior to the program.

**Money-Back Guarantee**
We are confident that you will leave this conference with more than enough ideas and insights to make your investment pay off. However, if you feel you have not received your money's worth by the end of the program, simply contact a member of our registration team at the conference or call (202) 662-9890 and we will process a 100% refund for your registration fee!

**CLE Credits**
Accreditation has been or will be requested for this program from states with mandatory Continuing Legal Education requirements for 7.5 CLE credits with 1.0 ethics (for states based on a 60-minute hour) and 9.0 CLE credits with 1.0 ethics (for states based on a 50-minute hour). Georgetown University Law Center is an accredited CLE provider in most MCLE states. Georgetown CLE is a State Bar of California approved MCLE provider. Some states require nominal accreditation fees. You will be asked to submit payment at the program's conclusion.

# Registration Form

## Litigating & Resolving Employment Cases

**Early Bird Registration**
Registration must be received before October 6, 2006.
❏ $495 Early Bird Regular
❏ $445 Early Bird Georgetown Law Alumnus class of _____

**Regular Registration**
❏ $595 Regular
❏ $545 Georgetown Law Alumnus class of _____
❏ $300 Paralegal & Litigation Support Personnel
❏ $95 Legal Ethics **ONLY**

Name: ❏ Mr. ❏ Ms. _____

Email address: _____
              (please print clearly)

Firm/Organization: _____

Address: _____

City: _____ State: ____ Zip: _____

Phone: _____ Fax: _____

CLE credit? ❏ Yes ❏ No  What state? _____
*Feel free to copy this form and pass it along to your associates.*

Your priority code is: _____
Help us expedite your registration. Enter the characters appearing on the top of the mailing label. Please enter this code even if the label is addressed to someone else. Thank you!

❏ No, I do not want to receive information from vendors who participate as exhibitors at Georgetown CLE programs.

■ **I cannot attend, but send me:**
❏ CD-ROM Course Materials (text only) $99
❏ Hard Copy Course Materials $99
❏ Audio CD-ROM (audio & text) $299

*For CD-ROM and course material, individuals or firms with a DC address should add 5.75% sales tax, VA 5.0%, MD 5.0%, and PA 6.0% (or 7.0% if from Philadelphia or Allegheny County.)*

■ **Five Ways To Register:**
1. ONLINE www.georgetowncle.org
2. MAIL with check payable to Georgetown CLE to address below.
   Check enclosed: # _____ $ _____
   or purchase order may be attached to this form # _____
3. FAX to 202-662-9891 (credit card/PO registrations only)
   ❏ VISA  ❏ MC  ❏ AMEX
   Card #: _____
   Expiration Date: _____
   Signature: _____
4. E-MAIL your registration information to: cle@law.georgetown.edu
5. PHONE to 202-662-9890 (credit card registrations only)

Georgetown University Law Center
Continuing Legal Education
600 New Jersey Avenue, NW
Washington, DC 20001-2075

Georgetown University Law Center
Continuing Legal Education
600 New Jersey Avenue, NW
Washington, DC 20001-2075

Non-Profit
U.S. Postage
PAID
Wash., D.C.
No. 3493

**Attention Mail Room:**
If the individual whose name is on the label is no longer employed, please forward this material to the successor.





The 10th Annual
**Litigating and Resolving Employment Cases: Views from the Bench**

Friday, November 3, 2006
Georgetown University Law Center • Washington, DC

## 10 Benefits of Attending

1. **Learn ten "outside the box" tips** to expedite a resolution during settlement
2. **Obtain advice** about what judges really value in depositions and testimony from fact and expert witnesses
3. **Receive a balanced perspective** – plaintiff, defense and judicial – on all issues discussed
4. **Gain insight on the hottest issues** in employment litigation including the impact of *Burlington Northern & Santa Fe Railway*
5. **Assess critical discovery issues** and what judges deem most important
6. **Gain access** to sample forms and checklists provided by our experienced speakers, documents which you can use immediately in your practice
7. **Hear the latest** concerning the state of play of punitive damages after *State Farm*
8. **Receive practical tips** on the best approaches to drafting your jury instructions specifically making sure you preserve appellate review
9. **Discover what judges are looking for** during motion arguments
10. **Receive tips** on how to best handle ethics challenges that arise during employment cases