**EXHIBIT # 8**

# AGENDA

## ABA DEATH PENALTY REPRESENTATION PROJECT
## PRO BONO MEETING
Baltimore, Maryland
4:00 – 5:15 pm
U.S. District Courthouse

Special thanks to: Chief Judge Benson E. Legg, District Judge Deborah K. Chasanow, District Judge Alexander Williams, Jr., District Judge Andre M. Davis, District Judge Catherine C. Blake, District Judge William D. Quarles, Jr., District Judge Richard D. Bennett, Magistrate Judge James K. Bredar, Magistrate Judge Thomas M. DiGirolamo, and Magistrate Judge Beth P. Gesner.

1. Former United States Senator Joseph D. Tydings, Senior Counsel, Dickstein Shapiro Morin & Oshinsky LLP

2. The Honorable Benson E. Legg, Chief Judge of the U.S. District Court, District of Maryland

3. The Honorable James K. Bredar, Magistrate Judge, U.S. District Court of Maryland

4. Volunteer Death Penalty Lawyers

    1. Stacie Tobin, Partner, DLA Piper Rudnick Gray Cary

    2. Peter Keith, Partner, Gallagher, Evelius & Jones

5. Robin Maher, Director, ABA Death Penalty Representation Project

6. Question & Answer Session

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### MOTION FOR TEMPORARY RESTRAINING ORDER UNTIL PLAINTIFF'S RENEWED MOTION TO RECUSE AND MOTION FOR CASE TO BE SPECIALLY ASSIGNED TO A VISITING JUDGE OR THAT THE COURT GRANT A CHANGE OF VENUE IS GRANTED AND THE COURT HOLDS A HEARING ON PLAINTIFF"S MOTION FOR PERMANENT INJUNCTION AND RESTRAINING ORDER

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Plaintiff incorporates his Renewed Motion to Recuse and Motion for Case to be Specially Assigned to a Visiting Judge or that the Court Grant a Change of Venue.

3. Plaintiff incorporates his Motion for Permanent Injunction and Restraining Order and Request for Hearing.

4. Plaintiff asks that all relief requested in his Motion for Permanent Injunction and Protective

Order be Temporarily Granted until the Court has a Hearing on that Motion.

5. Plaintiff asks the Chief Judge of the this Court to Grant Plaintiff's Motion for Temporary Restraining Order because of Defendant's past misuse of Plaintiff's Manuscripts and until Plaintiff's Motion to Recuse is Granted and a either a Visiting Judge is Specially Assigned to this Case or a Change in Venue is Granted and the Motion for Permanent Injunction and Restraining Order is heard.

WHEREFORE, for the aforementioned reasons, Plaintiff asks this Court to Grant his Temporary Restraining Order until His Motion to Recuse is Granted and the Court holds a Hearing on Plaintiff's Motion for Permanent Injunction and Restraining Order.

                              WILLIAM C. BOND
                              *Pro Se*
                              309 Suffolk Road
                              Baltimore, Maryland 21218
                              (410) 243-8152
                              (410) 467-9177 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Motion for Temporary Restraining Order were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg,

Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

_____
WILLIAM C. BOND