IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,     *

    Plaintiff *Pro Se*
v.     *     Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.     *

    Defendants     *

   *   *   *   *   *   *   *   *   *

### ORDER:

1. Plaintiff's Temporary Restraining Order is Granted until a Hearing on his Motion for Permanent Injunction and Protective Order is heard.

2. All copies of Plaintiff's Manuscripts are to be brought to the Court and no direct or indirect use of the contents of those manuscripts is to be made for any reason.

------------------------------------------------------

Judge Benson E. Legg
Chief Judge
US District Court for Maryland