FILED ___ ENTERED
LODGED ___ RECEIVED

APR 2 0 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### MOTION FOR TEMPORARY RESTRAINING ORDER UNTIL PLAINTIFF'S RENEWED MOTION TO RECUSE AND MOTION FOR CASE TO BE SPECIALLY ASSIGNED TO A VISITING JUDGE OR THAT THE COURT GRANT A CHANGE OF VENUE IS GRANTED AND THE COURT HOLDS A HEARING ON PLAINTIFF"S MOTION FOR PERMANENT INJUNCTION AND RESTRAINING ORDER

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Plaintiff incorporates his Renewed Motion to Recuse and Motion for Case to be Specially Assigned to a Visiting Judge or that the Court Grant a Change of Venue.

3. Plaintiff incorporates his Motion for Permanent Injunction and Restraining Order and Request for Hearing.

4. Plaintiff asks that all relief requested in his Motion for Permanent Injunction and Protective

Order be Temporarily Granted until the Court has a Hearing on that Motion.

5. Plaintiff asks the Chief Judge of the this Court to Grant Plaintiff's Motion for Temporary Restraining Order because of Defendant's past misuse of Plaintiff's Manuscripts and until Plaintiff's Motion to Recuse is Granted and a either a Visiting Judge is Specially Assigned to this Case or a Change in Venue is Granted and the Motion for Permanent Injunction and Restraining Order is heard.

WHEREFORE, for the aforementioned reasons, Plaintiff asks this Court to Grant his Temporary Restraining Order until His Motion to Recuse is Granted and the Court holds a Hearing on Plaintiff's Motion for Permanent Injunction and Restraining Order.

                                      WILLIAM C. BOND
                                      *Pro Se*
                                      309 Suffolk Road
                                      Baltimore, Maryland 21218
                                      (410) 243-8152
                                      (410) 467-9177 FAX

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Motion for Temporary Restraining Order were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg,

Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

_____
WILLIAM C. BOND