IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED ENTERED
APR 2 6 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**MOTION FOR FED. R. CIV. P. 60 (b) RELIEF FROM JUDGMENT OR ORDER**

Now comes Plaintiff William C. Bond *Pro Se* and prays this Court grant a Fed. R. Civ. P. Rule 60 (b) Relief from Judgment or Order in this Case, vacate Judge Marvin J. Garbis' Ruling and Order and Award of Attorneys' Fees, Award Sanctions and Attorney's Fees to Plaintiff, Order a New Trial with Discovery Order, Award all other Equitable Relief to which Plaintiff is Entitled or is Necessary for Justice, and Join Plaintiff's Independent Action.

1. Plaintiff incorporates his Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order in this Motion.

2. Defendants, Witnesses, Other Persons, and Attorneys committed "Fraud Upon the Court" in the underlying Copyright Case by involving Attorneys and other Officers of the Court in their

Fraud committed to win the Copyright Case and to Defraud Plaintiff of his property rights in his Manuscript(s).

3. Defendants, Witnesses, Other Persons, and Attorneys committed "Fraud Upon the Court" by engaging in an Orchestrated Scheme to Defraud the Court on a Matter of Public Import.

4. Officers of the Court improperly Ruled in the Underlying Case and concealed their reasons for doing so in direct violation of 28 U.S.C. 455, and, by doing so, committed "Fraud Upon the Court."

5. Plaintiff alleges and avers that Defendants, Witnesses, Other Persons, and Attorneys had improper communications with the Court in an effort to Defraud the Court and deny Plaintiff his Civil Rights.

6. Plaintiff alleges and avers that his Civil Rights to Due Process were violated by Defendants, Witnesses, Other Persons, Attorneys, and Officers of the Court not only in the Copyright Case, but in other pending cases in State Court.

7. Plaintiff alleges and avers that Defendants, Witnesses, Other Persons, and Attorneys operated as a RICO entity to deprive Plaintiff of his Civil Rights, his Property Rights, and his Due process Rights; and committed many independant crimes to do so, and that these crimes are continuing in nature, and require an Independant Action to grant Plaintiff all relief to which he is entitled. Plaintif requests this Court to Join Plaintiff's Independant Action, which is being filed seperately,

with these Motions in this Case.

WHEREFORE, for the aforementioned reasons Plaintiff prays this Court grant a Fed. Civ. R. P. Rule 60 (b) Relief from Judgment or Order in this Case, vacate Judge Marvin J. Garbis' Ruling and Order and Award of Attorneys' Fees, Award Sanctions and Attorney's Fees to Plaintiff, Order a New Trial with Discovery Order, Award all other Equitable Relief to which Plaintiff is Entitled or is Necessary for Justice, and Join Plaintiff's Independent Action.

                                      _____
                                      WILLIAM C. BOND
                                      *Pro Se*
                                      309 Suffolk Road
                                      Baltimore, Maryland 21218
                                      (410) 243-8152
                                      (410) 467-9177 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Motion to Recuse were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

                                      _____
                                      WILLIAM C. BOND