IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER:

1. This Court grants Plaintiff a Fed. Civ. R. P. Rule 60 (b) Relief from Judgment or Order in this Case.

2. Judge Marvin J. Garbis' Ruling and Order and Award of Attorneys' Fees is vacated.

3. Sanctions and Attorney's Fees are awarded to Plaintiff in the amount _____.

4. New Trial in this matter with Discovery Order is Ordered.

5. Plaintiff is Awarded all other Equitable Relief to which Plaintiff is Entitled or is Necessary for Justice.

6. This Court Orders Plaintiff's Independent Action Joined to the Action.

--------------------------------------------------------
Judge Benson E. Legg
Chief Judge
US District Court for Maryland