### LIST OF EXHIBITS: MEMORANDUM IN SUPPORT OF MOTION FOR FED. R. CIV. P. 60 (b) RELIEF FROM JUDGMENT OR ORDER

Exhibit 1: *William C. Bond v. Gerald A. Messerman et al.*

Exhibit 2: *William C. Bond v. Kenneth Blum Sr., et al.*

Exhibit 3: *William C. Bond v. Miriam Pessin et al.*

Exhibit 4: Judge Garbis Discovery Order

Exhibit 5: Affidavit of William C. Bond in *Bond v. Robert N. Grossbart (Messerman)*

Exhibit 6: William A. McDaniel, Esquire off the record comments via Howard J. Schulman notes and deposition record, Bond deposition, this case

Exhibit 7: *Daily Record* article Wreckless

Exhibit 8: Hearing Transcript and Judge Garbis order 11/20/01

Exhibit 9: Miriam Pessin testimony at Federal TRO Motion Hearing

Exhibit 10: Hodgson PI Report/ Interview Miriam

Exhibit 11: Hodgson Interview Notes/ Miriam Pessin

Exhibit 12: Richard M. Karceski & Drake Zaharris/ Telephone Interviews / Miriam Pessin/ Drake Zaharris letter to Karceski

Exhibit 13: Letters from Norman Pessin, Esq. To William C. Bond

Exhibit 14: Grossbart Deposition/ Copyright Case/ Pages 5-8

Exhibit 15: Grossbart Subpoena/ Copyright Case

Exhibit 16: Grossbart Motion for Protective Order/ Copyright Case

Exhibit 17: Grossbart Subpoena/ *Bond v. Messerman et al (Grossbart)*

Exhibit 18: Grossbart Answers to Interrogatory # 8/ *Bond v. Messerman et al (Grossbart)*

Exhibit 19: Grossbart Answers to Document Request/ *Bond v. Messerman et al (Grossbart)*

**Exhibit 20:** Grossbart Deposition/ *Bond v. Messerman et al (Grossbart)*/ Page 12 & 13

**Exhibit 21:** Shirlie Lake Letter to Timothy M. Gunning re: Grossbart Documents

**Exhibit 22:** Hodgson Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 26-27

**Exhibit 23:** Grossbart Deposition/ Copyright Case/ Page 21

**Exhibit 24:** Grossbart Deposition/ Copyright Case/ Pages 27-28/ Grossbart Will Docs/ Messerman Letters

**Exhibit 25:** Hodgson Deposition/ Copyright Case/ Page 10

**Exhibit 26:** Grossbart Answer to Interrogatories #4/ *Bond v. Messerman et al (Grossbart)*

**Exhibit 27:** Norman Pessin Esq. letters to Grossbart (can not locate letter from Pessin to Grossbart which Grossbart refers to in his Answer to Interrogatory #4)

**Exhibit 28:** Grossbart Deposition/ Copyright Case/ Page 67 & 69

**Exhibit 29:** Grossbart Deposition/ Copyright Case/ Page 47

**Exhibit 30:** Grossbart Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 174 & 175

**Exhibit 31:** Plaintiff Reply to Grossbart's Motion for Summary Judgement/ *Bond v. Messerman et al (Grossbart)*/ Pages 7–11

**Exhibit 32:** Grossbart Deposition/ Copyright Case/ Page 80

**Exhibit 33:** Grossbart Answer to Interrogatory # 16/ *Bond V. Messerman et al (Grossbart)*

**Exhibit 34:** Grossbart Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 166–170

**Exhibit 35:** Alan S. Cohn Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 10–13, 26–37

**Exhibit 36:** Robin Cohn Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 6-13

**Exhibit 37:** Federal TRO Motion Hearing Pages 130-132

**Exhibit 38:** Federal TRO Motion Hearing Page 133

**Exhibit 39:** Grossbart Affidavit/ Copyright Case/ Re: Bond's Papers/ Page 3

**Exhibit 40:** Grossbart Answer to Interrogatories # 8 & 10/ Re: Bond's Papers

**Exhibit 41: Grossbart Deposition/ *Bond v. Messerman et al (Grossbart)*/ Page 116**

**Exhibit 42: Grossbart letter to William C. Bond dated 6/22/88 & 8/2/88 Re: stories**

**Exhibit 43: Grossbart letters to Norman Pessin, Esq.**

**Exhibit 44: Grossbart Deposition/ Copyright Case/ Pages 66-67**

**Exhibit 45: Grossbart Answer to Interrogatory # 4/ Re: Jack Grossbart**

**Exhibit 46: Hodgson Subpoena/ Custody Case**

**Exhibit 47: Judge Garbis Discovery Order/ Copyright Case/ Hodgson Deposition. Copyright**

**Exhibit 48: Hodgson Subpoena/ *Bond v. Messerman et al (Grossbart)***

**Exhibit 49: Hodgson Deposition/ Copyright Case/ Page 4**

**Exhibit 50: Hodgson Deposition/ Copyright Case/ Pages 12-15**

**Exhibit 51: Hodgson Deposition/ Custody**

**Exhibit 52: Hodgson Deposition/ Custody Case/ Page 64**

**Exhibit 53: Hodgson Deposition/ Custody Case/ Pages 106-107**

**Exhibit 54: Hodgson Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 11-13**

**Exhibit 55: Hodgson Deposition/ *Bond v. Messerman et al (Grossbart)*/ Page 50**

**Exhibit 56: Hodgson Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages 63-65**

**Exhibit 57: Hodgson PI Report Interview of "Source # 1"**

**Exhibit 58: Hodgson Letters to Deleonardo**

**Exhibit 59: Hodgson Deposition/ Copyright Case/ Page 22**

**Exhibit 60: Hodgson Deposition/ Copyright Case/ Page 24**

**Exhibit 61: Hodgson Deposition/ Custody Case/ Page 12**

**Exhibit 62: Hodgson Deposition/ Copyright Case/ Page 5**

**Exhibit 63:** Federal TRO Motion Hearing/ Page 146

**Exhibit 64:** Hodgson "Lead Sheet"

**Exhibit 65:** Hodgson Deposition/ Custody Case/ Page 41

**Exhibit 66:** Hodgson Deposition/ Custody Case/ Page 102

**Exhibit 67:** Hodgson/ Federal TRO Motion Hearing/ Page 149

**Exhibit 68:** Hodgson Deposition/ Custody Case/ Page 53

**Exhibit 69:** Federal TRO Motion Hearing/ Page 143

**Exhibit 70:** Hodgson Deposition/ Copyright Case/ page 15

**Exhibit 71:** Hodgson Deposition/ Custody Case/ Page 57

**Exhibit 72:** Hodgson Document Request/ *Bond v. Messerman et al (Grossbart)*/ "Note with Custody Case Attorney's Telephone Numbers"

**Exhibit 73:** Grossbart Answer to Interrogatory # 13/ *Bond v. Messerman et al (Grossbart)*

**Exhibit 74:** Blum Sr. Deposition/ Custody Case/ Page 27

**Exhibit 75:** Paul Dorf Deposition/ Copyright Case/ Pages 38-40

**Exhibit 76:** Paul Dorf Deposition/ Copyright Case/ Pages 43-45

**Exhibit 77:** Brian Deleonardo Deposition/ *Bond v. Messerman et al (Grossbart)*/ Pages ???

**Exhibit 78:** Carolyn Griffin Deposition/ Copyright Case/ Pages 25 –27

**Exhibit 79:** Blum Sr. Deposition/ Custody Case/ Page 29

**Exhibit 80:** Hodgson Deposition/ Custody Case/ Page 65

**Exhibit 81:** Hodgson Deposition/ Copyright Case/ Pages 23 & 24

**Exhibit 82:** Hodgson Document Request/ *Bond v. Messerman et al (Grossbart)*/ Note re: Blum Sr. & MSP

**Exhibit 83:** Hodgson Deposition/ *Bond v. Messerman et al (Grossbart)*/ Page 36 & 37

**Exhibit 84:** Federal TRO Motion Hearing/ Pages 98-99

Exhibit 85: Hodgson Deposition/ Copyright Case/ Page 8

Exhibit 86: Blum Jr. Deposition/ Copyright Case/ Page 13

Exhibit 87: Blum Jr. Letter to Richard M. Karceski

Exhibit 88: William C. Bond Chronology Re: Grossbarts and Cohns

Exhibit 89: Hodgson PI Report/ Page 2

Exhibit 90: Hodgson Deposition/ Custody Case/ Page 77

Exhibit 91: Kenneth Blum Sr. Affidavit/ Copyright Case/ Motion to Dismiss