IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**<u>ORDER:</u>**

1. This Court **ORDERS** sanctions against Defendants, Witnesses, Other persons, and Attorneys in the Copyright Case in the following amounts:

a) Per Attorney:

b) Per Defendant:

c) Per Miriam Pessin

d) Per Robert N. Grossbart

e) Per Alan S. Cohn

f) OTHERS:


-------------------------------------------------------
Judge
US District Court