IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**MOTION TO REFER CRIMINAL ACTS TO THE US ATTORNEY FOR MARYLAND AND/ OR THE DEPARTMENT OF JUSTICE, TO REFER ATTORNEY MISCONDUCT TO THE MARYLAND ATTORNEY GRIEVANCE COMMISSION, AND TO REFER JUDICIAL MISCONDUCT TO THE CHIEF JUDGE OF THE 4TH CIRCUIT**

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Plaintiff asks this Court to refer the Criminal Acts and Violations alleged in his Complaints and Motions to the United States Attorney for the District of Maryland and/or their Supervisors at the Department of Justice in Washington, D.C., and/or to request an Investigation by the Civil Rights Division of the D of Justice into why these allegations were not prosecuted.

3. Plaintiff asks this Court to refer all acts of attorney misconduct and unethical behavior alleged in his Complaints and Motions to the Maryland Attorney Grievance Commission under Md. Rule, Code of Professional Responsibility Rule 8.3.

4. Plaintiff asks this Court to refer the Judicial Misconduct alleged in this Case to the Chief Judge of the 4th Circuit Court under 28 U.S.C. 372 (c).

WHEREFORE, for the aforementioned reasons Plaintiff asks this Court to refer the criminal acts alleged in these motions and complaint to the US Attorney's Office for Maryland and/ or the DOJ, to refer the attorney misconduct to the Maryland Attorney Grievance Commission, and to refer Judicial Misconduct to the Chief Judge of the 4th Circuit.

WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
(410) 467-9177 FAX

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's MOTION TO REFER CRIMINAL ACTS TO THE US ATTORNEY FOR MARYLAND AND/ OR THE DEPARTMENT OF JUSTICE, TO REFER ATTORNEY MISCONDUCT TO THE MARYLAND ATTORNEY GRIEVANCE COMMISSION, AND TO REFER JUDICIAL MISCONDUCT TO THE CHIEF JUDGE OF THE 4TH CIRCUIT were mailed by FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

WILLIAM C. BOND