IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,                          *

        Plaintiff *Pro Se*

  v.                                      *          Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.                 *

        Defendants                       *

    *       *       *       *       *       *       *       *       *

## ORDER:

1. That this Court will immediately refer the criminal acts and violations alleged in his Complaints and Motions to the United States Attorney for the District of Maryland and/or their Supervisors at the Department of Justice in Washington, D.C., and/or to request an Investigation by the Civil Rights Division of the Department of Justice.

2. That this Court will immediately refer all acts of attorney misconduct and unethical behavior alleged in his Complaints and Motions to the Maryland Attorney Grievance Commission under Md. Rule, Code of Professional Responsibility Rule 8.3.

3. That this Court will immediately refer the Judicial Misconduct alleged in this Case to the Chief Judge of the 4th Circuit Court under 28 U.S.C. 372 (c).

--------------------------------------------------------
Judge, US District Court