FILED _____ ENTERED
_____

APR 2 6 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO DISQUALIFY ATTORNEYS:

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Attorney Gerard P. Martin will be a witness and named Defendant in this Case.

3. Attorney Andrew Radding will be a witness and a named Defendant in this Case.

4. Attorney William McDaniel will be a witness and named Defendant in this Case.

5. Attorney Caroline Griffin will be a witness and named Defendant in this Case.

6. Attorney William F. Ryan will be a witness and named Defendant in this Case.

7. The above attorneys' law firms would have a conflict if they represented any other party or witness in this Case.

WHEREFORE, for the aforementioned reasons, Plaintiff requests this Court to Disqualify Gerard P. Martin, Andrew Radding, William McDaniel, Caroline Griffin, and William F. Ryan and their law firms from representing any other parties or witnesses in this Case.

    _____
    WILLIAM C. BOND
    *Pro Se*
    309 Suffolk Road
    Baltimore, Maryland 21218
    (410) 243-8152

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's MOTION TO DISQUALIFY ATTORNEYS were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

    _____
    WILLIAM C. BOND