IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

WILLIAM C. BOND,                          *

       Plaintiff *Pro Se*
  v.                                         *        Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., et al.                 *

      Defendants                      *

    *    *    *    *    *    *    *    *    *

## ORDER:

1. That Gerard P. Martin, Andrew Radding, William McDaniel, Caroline Griffin, and William F.

Ryan and their law firms are Disqualified from representing any other parties or witnesses in this

Case.


------------------------------------------------------
Judge
US District Court