IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## MOTION IN LIMINE AND/OR PROTECTIVE ORDER:

1. Plaintiff incorporates his Motion and Memorandum in Support of Motion for Fed. R. Civ. P. 60 (b) Relief from Judgment or Order.

2. Plaintiff also incorporates his Motion for Permanent Injunction and Restraining Order and Request for Hearing.

3. Plaintiff asks this Court to restrict the Defendants, or any future Party, Witness, or Other Person, from making any use whatsoever, excluding the title of Plaintiff's manuscripts and papers, of Plaintiff's writings in any of their papers filed with the Court or at Trial.

4. Plaintiff asks this Court to restrict the Defendants, or any future Party, Witness, or Other Person, from making any use of Plaintiff's Juvenile Record, which is illegal under Maryland and

Ohio Law, in any of their papers filed with the Court or at Trial.

5. Plaintiff asks this Court to restrict the Defendants, or any future Party, Witness, or Other Person, from using the legal term "murderer," in any of its tenses, and the legal term "convicted," in any of its tenses, in any of their papers filed with the Court or at trial when addressing Plaintiff and Plaintiff's Juvenile Record and Delinquency.

WHEREFORE, for the aforementioned reasons, Plaintiff respectfully asks this Court to grant his Motion in Limine and/ or Protective Order.

_____
WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
(410) 467-9177 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2007, copies of Plaintiff's Motion in Limine and/ or Protective Order were mailed FedEx, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Funk & Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 600 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201-2927, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and Kathryn Miller Goldman, Esquire, Jiranek, Goldman & Minton, LLC, Suite 401, 19 E. Fayette Street, Baltimore, Maryland 21202-3316, attorneys for William Slavin.

_____
WILLIAM C. BOND