IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**ORDER:**

1. Defendants, or any future Party, Witness, or Other Person, are restricted from making any use whatsoever, excluding the title of Plaintiff's manuscripts and papers, of Plaintiff's writings in any of their papers filed with the Court or at Trial.

2. Defendants, or any future Party, Witness, or Other Person, are restricted from making any use of Plaintiff's Juvenile Record, which is illegal under Maryland and Ohio Law, in any of their papers filed with the Court or at Trial.

3. Defendants, or any future Party, Witness, or Other Person, are restricted from using the legal term "murderer," in any of its tenses, and the legal term "convicted," in any of its tenses, in any of their papers filed with the Court or at trial when addressing Plaintiff's Juvenile Record and Delinquency.

---------------------------------------------------------
Judge
US District Court