IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER:

1. This Court **ORDERS** Post Judgment and/or new Trial Discovery for all Copyright Defendants regarding issues raised by Plaintiff's Motions and to allow Interrogatories, Depositions, Production of Documents, and to allow Subpoenas of Telephone Records.

2. This Court **ORDERS** Post Judgment and/or new Trial Discovery for Copyright Witnesses, Other Persons, and Attorneys regarding issues raised by Plaintiff's Motions, including Miriam Pessin, David N. Pessin, Robert Grossbart, Lisa Grossbart, Rita Mathews, Erlene Blum, Alan Cohn, Robin Cohn, James Robinson, Gerard P. Martin, William McDaniel, Brian DeLeonardo, Cpl. Hughs, and others as may be necessary; and to allow Depositions, Production of Documents, and to allow Subpoenas of Telephone Records and Billing Records where necessary.

3. This Court **ORDERS** Post Judgment and/or new Trial Discovery for the United States

Attorney's Office of Maryland regarding all information pertaining to Plaintiff's complaints and all information regarding supervisory communications about Plaintiff's complaints both from the United States Attorney's Office in Maryland and from the DOJ in Washington. **ORDERS** production of all Documents listed above to be produced by any member of the United States Attorney's Office in Maryland or DOJ in Washington who may be in Possession of such Documents. **ORDERS** Depositions regarding this information and Plaintiff's complaints, in general, and asks to depose former US Attorney for Maryland, Thomas M. DiBiagio, Barbara S. Sale, Chief, Criminal Division, US Attorney's Office for Maryland, and two (2) AUSAs, "Jane Doe" a.k.a. "Piranha," and "John/Jane Doe."

4. **ORDERS**, under Fed. Rule 27, Interrogatories, Depositions, Document Production, and Subpoenas for Telephone Records from United States District Judge Marvin J. Garbis and Gerald A. Messerman, Esq., regarding all information related to Plaintiff's Allegations stated in his Incorporated Motions..

5. **ORDERS** that the clerk shall prepare the appropriate subpoenas.

------------------------------------------------------
Judge
US District Court