IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER:

1. That the Motion for Permanent Injunction and Restraining Order regarding the Manuscripts at issue in the Copyright Case is Granted.

2. That the Motion requesting all copies of Plaintiffs' Manuscripts at issue in the Copyright Case be returned to the Court and destroyed or returned to Plaintiff is Granted.

3. That all individuals who had possession of copies of said Manuscripts, participated in copying Manuscripts, or has knowledge of such actions be questioned under oath, at a Hearing, to account for any other disseminations which are not presently known is Granted.

-----------------------------------------------------
Judge
US District Court