*William C. Bond*
309 Suffolk Road
Baltimore, Maryland 21218-2522
(410) 243-8152
Fax (410) 467-9177
Proselitigator@aol.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 MAY -4 P 3:09
CLERK'S OFFICE
AT BALTIMORE
BY______DEPUTY

May 4, 2007

Clerk of the Court *Via: Hand Delivery*
United States District Court
for the District of Maryland
Baltimore Division
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

**RE: Civil Action No.: MJG-01-2600**

Dear Sir or Madam Clerk:

Please find the following Motions in the above case being filed *Pro Se*:

1) Motion to Reconsider Memorandum and Order re: Recusal

2) Memorandum in Support of Motion to Reconsider Memorandum and Order re: Recusal.

Please time and date stamp Plaintiff's copy and return to courier.

Thank you,

William C. Bond