**EXHIBIT # 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

## ORDER:

1. That the Clerk of this Court shall prepare *Pro Se* subpoenas or the following public and private telephone numbers relating to Judge Marvin J. Garbis from August 2001 through present:

a) home#/ carrier

b) home fax#/ carrier

c) work#/carrier

d) work fax#/carrier

e) cell telephone #/ carrier

f) etc.

-------------------------------------------------------
Judge Marvin J. Garbis
US District Court for Maryland