IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| | | Civil Action No.: MJG-01-CV-2600 |
| v. | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as additional counsel in this case for Adelberg, Rudow, Dorf & Hendler, LLC.

I certify that I am admitted to practice in this court.

May 7, 2007

_____/s/_____
Michael R. Severino (bar number 25204)
Adelberg, Rudow, Dorf & Hendler, LLC
7 Saint Paul Street
Suite 600
Baltimore, Maryland 21202
(410)539-5195
(410)539-5834 Fax Number
MSeverino@AdelbergRudow.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2007, a copy of the foregoing Entry of Appearance and Request for Notice was served via First Class Mail on:

William F. Ryan, Jr., Esquire
Amy E. Askew, Esquire
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Gerard P. Martin, Esquire
Thy C. Pham, Esquire
Rosenberg, Martin, Funk & Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201

Kathryn Miller Goldman, Esquire
Jiranek, Goldman & Minton, LLC
19 E. Fayette Street, Suite 401
Baltimore, Maryland 21202-3316

William C. Bond, *Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218

Howard J. Schulman, Esquire
Schulman & Kaufman, LLC
100 North Charles Street, Suite 600
Baltimore, Maryland 21201

                                                   /s/
                                      Michael R. Severino