FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAY -8  A 11: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-01-2600 |
| KENNETH BLUM, SR. et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

### REQUEST TO WITHDRAW

Kathryn Miller Goldman, and Goldman & Minton, P.C., attorneys for William H. Slavin, hereby ask this Court to strike their appearance of record in this case, pursuant to Local Rule 101(2)(a). In support of this request and in accordance with Local Rule 101(2)(a), undersigned counsel hereby certifies that she notified Mr. Slavin, by letter dated May 7, 2007 sent by regular mail and e-mail, of her intention to withdraw as his counsel in this case, and informed Mr. Slavin in that letter to notify the Court of his intention either to retain new counsel or to notify the clerk of his intention to proceed in proper person. Undersigned counsel further certifies that she has spoken with Mr. Slavin who consents to her withdrawal.

The last known address for Mr. Slavin is 300 Three Island Boulevard, Apartment 810 Hollandale Beach, FL 33009

Respectfully submitted,

May 7, 2007

*Kathryn Miller Goldman*
Kathryn Miller Goldman (#4380)
Goldman & Minton, P.C.
20 South Charles Street, Suite 1201
Baltimore, MD 21201
(410) 783-7575

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I served a copy of the foregoing Request to Withdraw by CM/ECF on all counsel of record and by first-class mail, postage pre-paid on:

William C. Bond
309 Suffolk Road
Baltimore, MD 21218

_/s/ Kathryn Miller Goldman_
Kathryn Miller Goldman (#4380)

00005186.doc

SO ORDERED, on Tuesday, May 8, 2007.

___/s/___
Marvin J. Garbis
United States District Judge