IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM C. BOND** | * | |
|    **Plaintiff** | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| **KENNETH BLUM, SR.,** *et al.* | * | |
|    **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING MOTION FOR DISCOVERY, MOTION FOR DISCOVERY OF THE UNITED STATES ATTORNEY'S OFFICE FOR MARYLAND, AND MOTION FOR DISCOVERY UNDER FED.R.CIV.P. RULE 27**

Upon consideration of the Motion for Discovery, Motion for Discovery of the United States Attorney's Office for Maryland, and Motion for Discovery Under Fed.R.Civ.P. Rule 27 filed by William Bond, and the Response in Opposition thereto filed by Defendants, it is this ___ day of _____, 2007,

ORDERED, that the Motion for Discovery, Motion for Discovery of the United States Attorney's Office for Maryland, and Motion for Discovery Under Fed.R.Civ.P. Rule 27 shall be and is hereby DENIED.

 

_____
Judge
United States District Court
   for the District of Maryland