IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                         *

    Plaintiff                              *

v.                                      *     Civil Action No.: MJG-01-CV-2600

KENNETH BLUM, SR., *et al.*             *

    Defendants                             *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING MOTION TO DISQUALIFY ATTORNEYS

Upon consideration of the Motion to Disqualify Attorneys filed by William Bond, and the Response in Opposition thereto filed by Defendants, it is this ___ day of _____, 2007,

ORDERED, that the Motion to Disqualify Attorneys shall be and is hereby DENIED.

_____
Judge
United States District Court
  for the District of Maryland