IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM C. BOND** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| **KENNETH BLUM, SR.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING MOTION TO REFER CRIMINAL ACTS TO THE US ATTORNEY FOR MARYLAND AND/OR THE DEPARTMENT OF JUSTICE, TO REFER ATTORNEY MISCONDUCT TO THE MARYLAND ATTORNEY GRIEVANCE COMMISSION AND TO REFER JUDICIAL MISCONDUCT TO THE CHIEF JUDGE OF THE FOURTH CIRCUIT

Upon consideration of the Motion to Refer Criminal Acts to the US Attorney for Maryland and/or the Department of Justice, to Refer Attorney Misconduct to the Maryland Attorney Grievance Commission and to Refer Judicial Misconduct to the Chief Judge of the Fourth Circuit filed by William Bond, and the Response in Opposition thereto filed by Defendants, it is this ___ day of _____, 2007,

ORDERED, that the Motion to Refer Criminal Acts to the US Attorney for Maryland and/or the Department of Justice, to Refer Attorney Misconduct to the Maryland Attorney Grievance Commission and to Refer Judicial Misconduct to the Chief Judge of the Fourth Circuit shall be and is hereby DENIED.

_____
Judge
United States District Court
  for the District of Maryland