IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' JOINT MOTION TO STRIKE AND DISMISS *PRO SE* PLAINTIFF WILLIAM C. BOND'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)

Defendants, Kenneth Blum, Sr., Kenneth Blum, Jr., Dudley F. B. Hodgson, McDaniel, Bennett & Griffin,[1] and Adelberg Rudow Dorf & Hendler, LLC, by their undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(f) move to strike and dismiss the motion for relief from judgment filed by *Pro Se* Plaintiff William C. Bond ("Plaintiff" or "Bond") under Fed. R. Civ. P. 60(b) and for reasons state as follows:

1. A motion brought pursuant to Fed. R. 60(b)(3) is time barred.

2. Plaintiff has failed to sufficiently state a claim for "fraud upon the court."

3. The grounds in support of this Motion are set forth in the Memorandum of Points and Authorities in Support of Defendants' Motion filed contemporaneously hereto.

---

[1] "McDaniel, Bennett & Griffin" is currently known as "The Law Offices of William J. McDaniel, Jr."

WHEREFORE, Defendants respectfully request that this Court Grant their Motion to Strike and Dismiss Plaintiff's Motion for Relief from Judgment.

_____/s/_____
William F. Ryan, Jr. #00360
Amy E. Askew #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

*Attorneys for Defendant,*
McDaniel, Bennett & Griffin

Gerard P. Martin #00691
T. Christine Pham #25446
Rosenberg| Martin| Greenberg, LLP
25 South Charles Street
Suite 2115
Baltimore, Maryland 21201
410.727.6600

*Attorneys for Defendants,*
Kenneth Blum, Sr., Kennethy Blum, Jr., Dudley F. B. Hodgson

Andrew Radding #00195
Michael Severino #25204
Adelberg, Rudow, Dorf, & Hendler, LLC
7 St. Paul Street, Ste. 600
Baltimore, Maryland 21201-2927
(410) 539-5195

*Attorneys for Defendant*,
Adelberg Rudow Dorf & Hendler LLC

1734831