IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | *  Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \*     \* \* \* \* \*

## ORDER

**UPON CONSIDERATION OF** Defendants' Joint Motion to Strike and Dismiss *Pro Se* Plaintiff's Motion for Relief From Judgment Pursuant to Rule 60(b) and any opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2007:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Relief from Judgment is **DENIED**.

**JUDGE, UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**