```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

WILLIAM C. BOND                *

       Plaintiff         *

       vs.               *    CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.      *

       Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### MEMORANDUM AND ORDER RE: RECUSAL RECONSIDERATION

The Court has before it Plaintiff's Motion to Reconsider Memorandum And Order Re: Motion to Recuse [Paper 254], and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

As stated by Judge Ramsey in <u>Weyerhaeuser Corp. v. Koppers Co., Inc.</u>:

> A motion for reconsideration (or, to alter or amend judgment) made pursuant to Fed. R. Civ. P. 59(e) may be made for one of three reasons:  (1) an intervening change in the controlling law has occurred, (2) evidence not previously available has become available, or (3) it is necessary to correct a clear error of law or prevent manifest injustice.

771 F. Supp. 1406, 1419 (D. Md. 1991) (citation omitted).

None of the circumstances warranting reconsideration exist and  no further discussion is necessary.[1]

---

[1] Presumably, if there is appellate review, the appellate court will be provided with the transcript of proceedings on November 20, 2001 including the oral decision and reference to the background video relating to Plaintiff that was placed in evidence.

Accordingly:

1. Plaintiff's Motion to Reconsider Memorandum And Order Re: Motion to Recuse [Paper 254] is DENIED.

2. The Memorandum And Order issued May 1, 2007 remains in effect.

SO ORDERED, on Monday, May 7, 2007.

                            / s /
                   Marvin J. Garbis
          United States District Judge