IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. BOND | * |
| Plaintiff | * |
| v. | * Civil Court Action No: MJG-01-CV-2600 |
| KENNETH BLUM, SR., ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF SATISFACTION**

To the Clerk:

Judgment Creditor McDaniel Bennett & Griffin ("Judgment Creditor McDaniel") hereby states that Garnishee Bank of America, N.A. ("BOA") has satisfied the instant garnishment in the amount of Eight Thousand One Hundred Fifty Four Dollars and Thirty Cents ($8154.30). Please mark the March 2, 2007 Order Directing Payment on Bank of America (Paper #236) as PAID, SETTLED and SATISFIED as to Judgment Creditor McDaniel.

_____/s/_____
William F. Ryan, Jr. #00360
Amy E. Askew #26709
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

*Attorneys for Judment Creditor,*
McDaniel, Bennett & Griffin

- 2 -

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 16th  day of May, 2007, a copy of the foregoing Statement of Satisfaction was mailed first class, postage prepaid to:

> Tessa L. Frederick
> Miles & Stockbridge P.C.
> 10 Light Street
> Baltimore, Maryland 21202-1487
>
> William C. Bond
> 309 Suffolk Road
> Baltimore, Maryland 21218

          _____/s/_____
          Amy E. Askew