IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

WILLIAM C. BOND,                          *

     Plaintiff                          *

     v.                                 *            Case No.:  MJG-01-CV-2600

                                          *

KENNETH BLUM, SR., ET AL.,                *

     Defendants                         *

*       *       *       *       *       *       *       *       *       *       *       *       *

## STATEMENT OF SATISFACTION

To the Clerk:

     1.    Judgment Creditor Adelberg, Rudow, Dorf & Hendler, LLC, hereby states that Garnishee Bank of America, N.A., has satisfied the instant garnishment in the amount of Eight Thousand One Hundred Fifty Four Dollars and Thirty Cents ($8,154.30).  Please mark the March 2, 2007 Order Directing Payment on Bank of America (Paper #236) only as PAID, SETTLED and SATISFIED as to Judgment Creditor Adelberg Rudow.

     2.    Adelberg Rudow hereby reserves the right to file any further garnishments against Bank of America or take any other means against any creditor to collect the remaining judgment against William C. Bond, which has not been satisfied in full and is in no way released, satisfied or settled by this Statement of Satisfaction.

                                 _____/s/_____
                                 Andrew Radding (Bar No. 00195)
                                 Michael R. Severino (Bar No. 025204)
                                 Adelberg, Rudow, Dorf & Hendler, LLC
                                 600 Mercantile Bank & Trust Building
                                 2 Hopkins Plaza
                                 Baltimore, Maryland 21201
                                 (410) 539-5195
                                 *Counsel for Adelberg Rudow Dorf & Hendler LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 18th day of May, 2007, a copy of the foregoing Statement of Satisfaction  was served by first class mail on the following:

William C. Bond
309 Suffolk Road
Baltimore, Maryland  21218

Tessa L. Frederick
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202-1487

William F. Ryan, Jr., Esquire
Amy E. Askew, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Howard J. Shulman, Esquire
1 Charles Center
100 N. Charles Street, Ste. 600
Baltimore, Maryland  21201-3826


_____/s/_____
Michael R. Severino

M:\121\slavin\pleadings\statement of satisfaction.doc