*William C. Bond*

309 Suffolk Road
Baltimore, Maryland 21218-2522
(410) 243-8152
Fax (410) 467-9177
Proselitigator@aol.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAY 24  P 3: 49

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

May 24, 2007

Clerk of the Court   *Via: Hand Delivery*
United States District Court
for the District of Maryland
Baltimore Division
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

**RE: Civil Action No.: MJG-01-2600**

Dear Sir or Madam Clerk:

Please find the following Motions in the above case being filed *Pro Se*:

1) REPLY MOTION TO DEFENDANT'S JOINT MOTION AND MEMORANDUM IN SUPPORT THEREOF TO STRIKE AND DISMISS *PRO SE* PLAINTIFF WILLIAM C. BOND'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)

2) MEMORANDUM IN SUPPORT OF PLAINTIFF'S REPLY MOTION TO DEFENDANT'S JOINT MOTION AND MEMORANDUM IN SUPPORT THEREOF TO STRIKE AND DISMISS *PRO SE* PLAINTIFF WILLIAM C. BOND'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)

3) REPLY TO DEFENDANTS' OPPOSITION TO WILLIAM C. BOND'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION AND RESTRAINING ORDER

4) PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO WILLIAM C. BOND'S MOTION FOR SANCTIONS

Please time and date stamp Plaintiff's copy and return to courier.

Thank you,

[signature]
William C. Bond