IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

1. DEFENDANT'S JOINT MOTION AND MEMORANDUM IN SUPPORT THEREOF TO STRIKE AND DISMISS *PRO SE* PLAINTIFF WILLIAM C. BOND'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b) is **DENIED.**

------------------------------------------------------
Judge
US District Court for Maryland