**EXHIBIT # 1**

Contact Us | Place an ad | Home Delivery | Site Map | Print Edition | Services





careerbuilder
You deserve a better job

HOME   MARYLAND   NATION/WORLD   BUSINESS   SPORTS   ARTS/LIFE   OPINION

Search: [        ] Go

MARKETPLACE   JOBS   CARS   REAL ESTATE   SHOPPING

( Site  ( Web   enhanced by Google

**MARYLAND**
**NATION/WORLD**
**BUSINESS**
**SPORTS**
**ARTS/LIFE**
**OPINION**
**ARCHIVE**
Basic Search
Advanced Search
Page Prints
Saved Search
Login
Search Tips
FAQ
Pricing
My Account
Help
About the Archive
Terms
**SITE UTILITIES**
Services
Print Edition
Wireless Edition
Corrections
Contests
Site Map
About Us
Contact Us
Home Delivery
Advertise
Search/Archive
Sun Store
SunSource
Current Openings
Map/directions
FAQs

search/archive > archives

## Document

Start a New Search | Previous Results

Buy Complete Document:   FREE Abstract   $ Full Text

### [Headline Missing] 8th-grader charged with cocaine possession
*[FINAL Edition]*

The Sun - Baltimore, Md.
Date:                    Nov 14, 1991
Section:                 METRO
Text Word Count:         1255

**Abstract** (Document Summary)

Eugene Sunshine, Hopkins' senior vice president for administration, said the
trustees voted Monday on the $2.5 million project, which would rehabilitate the
vacant 1850s town houses at 601 to 607 N. Charles St. to house visitors
enrolled in Elderhostel, a nationwide network that lets senior citizens travel to
different cities to take courses during intensive, one-week visits.

Some children threw sticks and rocks at the fenced-in animals; others tried to
feed them plastic bags. Students ran back and forth along the fence enclosing
the small deer, trying to panic the animals. One deer, trying to escape them, ran
directly into a fence post and died from internal injuries, Ms. [Sandi Didra] said.

[Angelo T. Commito] and United Healthcare Inc. of Woodlawn, along with its
vice president Alan S. Cohn, were indicted for attempting to rig a contract to
provide optical services for employees of an Atlanta convenience store chain.
But the person they dealt with was an FBI undercover agent involved in a
nationwide "sting."

*Reproduced with permission of the copyright owner. Further reproduction or
distribution is prohibited without permission.*

Buy Complete Document:   FREE Abstract   $ Full Text

[ Log In ]

All articles © The Baltimore Sun and may not be republished, copied or
distributed without permission.

If you have questions or comments about the archives, please send us
**feedback**

**baltimoresun.com > search/archive**          **back to top**

ADVERTISEMENTS

**Find Your
Graduating
Class**







**I graduated in:**

| 1996 | ^ |
| 1986 | |
| 1976 | — |
| 1966 | |
| 1956 | v |


classmates.com