**EXHIBIT # 2**


baltimoresun.com

MARYLAND
NATION/WORLD
BUSINESS
SPORTS
ARTS/LIFE
OPINION
ARCHIVE
 Basic Search
 Advanced Search
 Page Prints
 Saved Search
 Logout
 Search Tips
 FAQ
 Pricing
 My Account
 Help
 About the Archive
 Terms

SITE UTILITIES
 Services
 Print Edition
 Wireless Edition
 Corrections
 Contests
 Site Map
 About Us
 Contact Us
 Home Delivery
 Advertise
 Search/Archive
 Sun Store
 SunSource
 Current Openings
 Map/directions
 FAQs

search/archive > archives

## Document

Start a New Search | Previous Results

Other Formats:   Abstract    Full Text    Printer Friendly

### [Headline Missing] City man sentenced to 60 years in slayings
*[FINAL Edition]*

The Sun - Baltimore, Md.
Date:               Feb 4, 1992
Section:            METRO
Text Word Count:    723

**Document Text**

*(Copyright 1992 @ The Baltimore Sun Company)*

City man sentenced to 60 years in slayings

BALTIMORE

A Baltimore Circuit judge yesterday sentenced a 31-year-old electrician to a 60-year prison term for murdering two men in April after a weekend of cocaine bingeing.

Judge Ellen L. Hollander sentenced Ricardo Burks of the 400 block of South Augusta Avenue to 30 years for each second-degree murder conviction.

The murder charges will run consecutively with 40 years that Burks already is serving for kidnapping an Owings Mills couple following the city murders April 19.

Judge Hollander also sentenced Burks to 20 years for a handgun violation, but that prison term runs concurrently with the other sentences.

Burks was accused of helping murder three young men, alleged cocaine dealers, and killing an acquaintance, Marvin Willis 3rd, during a 48-hour cocaine binge that began April 18 in Baltimore.

In December, he was convicted of killing Willis, 25, and one of the alleged drug dealers, Derrick Lamont Newman, 19.

Burks was acquitted of killing the other two dealers. Toxicology tests revealed that they had injected potentially lethal doses of heroin moments before they were shot.

Quest Fitness promoter agrees to refunds

BALTIMORE

The promoter of a downtown Baltimore health club that never opened has agreed to pay more than $87,000 in refunds to 278 people who paid for memberships, the state attorney general's office said yesterday.

Bernard P. Caplan Jr., president of Harbor Fitness Inc., reached the agreement with the attorney general's Consumer Protection Division to cover membership fees he collected between June and December 1989 for the proposed Quest Fitness Center in the Equitable Bank Center at 100 S. Charles St. The fitness center never opened.

Mr. Caplan, who also owns the Bel Air Quest Health & Fitness Center in Abingdon, filed a $50,000 letter of credit with the state as required by law for any company selling memberships for a planned facility. But he did not increase the security when membership sales exceeded $50,000, officials said.

Under the agreement, Mr. Caplan will use an additional $50,000 letter of credit filed for the Abingdon club to cover the refunds.

Some who paid for memberships agreed to partial refunds in exchange for services at one of Mr. Caplan's other club.

Spiliadis nominated to planning agency

BALTIMORE

Mayor Kurt L. Schmoke has nominated Sotirius Stylianos Spiliadis, a former city school board member and director of Project Home in the state's Department of Human Resources, as the the next chairman of Baltimore's Planning Commission.

Mr. Schmoke said he selected Mr. Spiliadis, 53, because he has been impressed by his work on the school board, knew he had an interest in urban planning and respects his judgment.

The mayor said the current planning chairman, Kenneth Strong, resigned because he accepted a job as head of Baltimore's recycling effort could not hold both jobs under the City Charter.

The mayor said he was sorry to see Mr. Strong step down. "I think Ken did a great job," he said.

Mr. Spiliadis' term on the school board expired Dec. 31, 1991. His nomination to head the planning commission must be approved by the City Council.

Optical company official disbarred

COURT OF APPEALS

The Maryland Court of Appeals has disbarred Alan S. Cohn from the practice of law, the state's Attorney Grievance Commission said yesterday.

Disbarment proceedings started after Cohn was convicted in 1989 of conspiracy relating to kickback schemes when he was vice president of United Healthcare of Woodlawn, which is the parent company to United Optical Co.

He and several others were indicted after an FBI undercover "sting" caught them attempting to rig a contract for optical services for employees of an Atlanta convenience store chain. Cohn received a two-year suspended sentence after pleading guilty in federal court in Baltimore.

The disbarment order was issued Jan. 24.

CALL FOR HELP

Schaefer asks U.S. aid for seafood industry

Gov. William Donald Schaefer declared the state's seafood industry a natural disaster yesterday and appealed to the federal government for help.

If the governor's request for federal aid is approved, the Small Business Administration would make low interest loans or loan guarantees available to those businesses that suffered losses.

Mr. Schaefer said the devastation in the clam industry was unexpected. State officials attribute the problem to high water temperatures and salinity, which has weakened the clams and made them susceptible to deadly diseases.

*Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.*

**Abstract** (Document Summary)

[Ricardo Burks] was accused of helping murder three young men, alleged cocaine dealers, and killing an acquaintance, Marvin Willis 3rd, during a 48-hour cocaine binge that began April 18 in Baltimore.

Mr. [Bernard P. Caplan Jr.], who also owns the Bel Air Quest Health & Fitness Center in Abingdon, filed a $50,000 letter of credit with the state as required by law for any company selling memberships for a planned facility. But he did not increase the security when membership sales exceeded $50,000, officials said.

Mayor Kurt L. Schmoke has nominated Sotirius Stylianos Spiliadis, a former city school board member and director of Project Home in the state's Department of Human Resources, as the the next chairman of Baltimore's Planning Commission.

*Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.*

**Other Formats:**   Abstract    Full Text    Printer Friendly

| | |
|---|---|
| **Logged in as:** william bond<br>Log Out | 1 access expiring on 05/13/2007.<br>Previously Viewed Articles |

All articles © The Baltimore Sun and may not be republished, copied or distributed without permission.

If you have questions or comments about the archives, please send us **feedback**

baltimoresun.com > search/archive                    back to top

2 Weeks Free | 1990-Present | About the Archive | FAQ | Pricing Plans | Search Tips
Home | Maryland | Nation/World | Business | Sports | Arts/Life | Opinion
Marketplace | Jobs | Cars | Real Estate | Shopping

**Contact us:** Submit feedback, send a letter to the editor, submit a news tip, get subscription info, or place an ad.

baltimoresun.com (TM) and sunspot.net (R) are copyright © 2006 by The Baltimore Sun.
Terms of Service | Privacy Policy

https://secure.pqarchiver.com/baltsun/access/113577739.html?dids=113577739:113577739&FMT=FT&F...   5/12/2007