**EXHIBIT # 4**

```
 1          IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MARYLAND/NORTHERN DIVISION
 2

 3

 4  WILLIAM C. BOND,
              Plaintiff
 5

 6                                        CIVIL NUMBER
                                          MJG 01-2600
 7
    KENNETH BLUM, SR, ET AL.
 8                                        November 20, 2001
              Defendants
 9  _____/

10

11            TRANSCRIPT OF ORAL OPINION
       BEFORE THE HONORABLE MARVIN J. GARBIS
12            UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15  On behalf of the Plaintiff:

16  Howard J. Schulman, Esquire

17

18  On behalf of the defendants:

19  William A. McDaniel, Jr, Esquire
    Gerard P. Martin, Esquire
20  Andrew Radding, Esquire

21

22

23  Reported By:

24  Jacqueline Sovich, RPR, CM

25  Official Court Reporter
```

```
 1                    (EXCERPT)
 2        THE COURT:  All right.  Let me get to the bottom
 3   line.  I understand there's a lot at stake here, and we have,
 4   you know, a dispute that's far beyond this copyright dispute,
 5   but I've got to deal with this in a copyright manner.
 6        I think that the facts are -- the relevant facts are
 7   really not debatable, and I'm going to just -- I'm doing this
 8   off the top of my head.  If somebody wants to appeal, I'm
 9   going to have to write it up.  I think it's just not very
10   complex.
11        There was some incident in Mr. Bond's life in which
12   he was accused and pleaded to a crime in Ohio.  He was
13   represented by Gerald Messerman, an extremely fine lawyer,
14   with whom I had the privilege of going to law school and
15   actually practiced in law with Mr. Messerman, so he was
16   certainly represented by as good a lawyer as you'll find in
17   Ohio or wherever else, present company perhaps excluded and
18   perhaps not.
19        Whatever it was, he came to Baltimore.  This
20   relationship started with a person who's now Mrs. Bond.
21   There's a custody battle, all of which we get involved with.
22        He had written up a manuscript, which was a version,
23   but be it fiction or real or something in between is not here
24   to be determined, because in fact he wrote it or wrote most of
25   it, so that's not an issue.
```

1  He went to a lawyer named Mr. Pessin and some others,
2  and he tried to get it published. It's obvious, nobody's
3  making any serious contention Mr. Pessin was acting in part as
4  a literary agent, was sending it out to people. There's
5  letters.
6  The one letter that he wrote to one person, I mean, I
7  haven't heard the arguments, but I'll wait to hear the
8  arguments, he was talking about his participating together
9  with other people in the promotion of a book. He was
10 obviously going to be a partner in the book. That's fine.
11 Whatever it works out, works out.
12 The book ends up as -- and on the facts it end up in
13 Mr. Pessin's house. It's not part of his legal practice,
14 because he wasn't doing this as a lawyer, and the copy is
15 either going to be thrown out, but it's given to Mr. Hodgson,
16 and we can make some debate as to who owns that copy, but
17 that's really different from analyzing the copyright.
18 This is not a confidential document in any kind of
19 privileged sense. And, in any event, Mr. Hodgson did not
20 steal it. Mr. Hodgson got the document from somebody who had
21 control of that copy, who appeared to be legally entitled to
22 do so, and gave it to him. I'm not casting any stones at him.
23 The defendants got it, and with regard to a judicial
24 proceeding, we get into 107. Also it was given to the police.
25 One can make an argument, but an argument can be made with

1  regard to whether giving it to the police is the equivalent of
2  using it in a judicial proceeding. I say that that's not
3  relevant for a lot of reasons.
4      The primary reason is that I'm not here concerned
5  with what I am going to do with suppressing the police's
6  acquisition of this document on copyright grounds, but I would
7  find that even giving it to the police is the same thing. We
8  look at 107. There's a body of precedence that says that the
9  use of a work, even the entire work, in litigation, is fair
10 use.
11     Yes, we have to look at all four aspects of it. I
12 look at the purpose and character of the use. Purpose and
13 character of this use has nothing whatsoever to do with any
14 interest that the copyright law was designed to protect. The
15 copyright law was never designed to protect content as
16 distinguished from mode of expression.
17     It was never intended to protect what is said as
18 compared to how you say it. It was certainly never intended
19 to utilize, to keep from the public the ability to state the
20 facts in a document as compared to the mode of expression.
21     The purpose and the character of the use here has
22 nothing to do with the mode of expression. It has to do with
23 the content.
24     So the nature of the copyrighted work is a
25 copyrightable manuscript, and I don't see where that cuts it.

1  It's a perfectly fine manuscript.

2       The amount, substantiality of the portion used in
3  relation to the copyright work as a whole is entirely used as
4  a whole, which would be the most positive factor for the
5  plaintiff, but the effect of the use on the potential market
6  for value of the copyrighted work is absolutely zero.

7       Ironically, if anything, it increases the value of
8  the work in a perverse way, but it certainly doesn't decrease
9  it.  I find very persuasive the cases without exception,
10 without meaningful exception, that you can use a copyrighted
11 document in evidence, and that's fair use.

12      So with that, I think that's where we are.  And I
13 think it makes life simple.  I'm going to deny the preliminary
14 injunction.  I'm going to grant summary judgment to all the
15 defendants without costs.

16      But, again, if somebody -- you know, if you want to
17 appeal or want to have further proceedings in this case,
18 you're free to file for reconsideration on the summary
19 judgment.

20      I'm not here to rush things along, but I think I've
21 got the key point in this case, and everything else is just
22 churning.  With that, I think we can adjourn.

23              (Excerpt concluded)

24

25

```
 1

 2

 3

 4

 5
            I, Jacqueline Sovich, RPR, CM, do hereby certify
 6   that the foregoing is a correct transcript from
     the stenographic record of proceedings in the above-entitled
 7   matter.

 8

 9

10

11

12

13

14
              [signature]            27/Nov/01
15   _____    _____
     Jacqueline Sovich                  DATE
16   Official Court Reporter

17

18

19

20

21

22

23

24

25
```