**EXHIBIT # 7**

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

---

Allen F. Loucks
United States Attorney

Barbara S. Sale
Chief, Criminal Division

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

410-209-4800
TTY/TDD:410-962-4462
410-209-4902
FAX 410-962-3124
Barbara.Sale@usdoj.gov

May 31, 2005

Mr. William C. Bond
4214 Greenway
Baltimore, MD 21218

Re: Criminal Referral

Dear Mr. Bond:

    I realize that this project has taken far longer than you would have liked, but I wanted to be sure this Office gave your complaint the fairest and most detailed consideration. After I met with you and your counsel, Rich Karceski, I personally reviewed the box of documents you submitted.

    As I told you, since I have both prior professional and to some extent personal connections with the Blum family (having prosecuted Allen Cohn and United HealthCare, and one of my children having been kindergarten friends with Ian Slavin), I thought it preferable to have the case reviewed by someone with no preconceptions about any of the persons involved. Accordingly, I gave the box of documents to an Assistant United States attorney in whose discretion and judgment I had the utmost confidence. I asked her to review it carefully and to report back to me what provable crimes she saw that merited federal investigation and/or prosecution. I also contacted the SEC about their alleged investigation of Rent-a-Wreck, to see if there was some scope for criminal prosecution there.

    The first AUSA has completed her review and has firmly recommended that we decline prosecution of any and all matters covered by your referral. I next had one other attorney in this office take a look at your materials, and he agreed 100%.

    Accordingly, in the exercise of my discretion, I am declining any further investigation or prosecution of the matters you brought to our attention. I am returning all original documents to you herewith; I have shredded the rest - all of which were either copies or appeared to be computer-generated.

    Thank you for bringing these matters to our attention.

Very truly yours,

Allen F. Loucks
United States Attorney

By: /s/ Barbara S. Sale
Barbara S. Sale
Assistant United States Attorney

cc: Richard M. Karceski, Esq.

Encl.