**EXHIBIT # 8**

Subj: **RE: bill bond**
Date: 6/2/2005 6:10:36 PM Eastern Daylight Time
From: Barbara.Sale@usdoj.gov
To: WmBillBond@aol.com

Bill - Sorry I missed your calls.  Busy day, and I was not at my desk much.
You have the results in the letter I sent.  It is not DOJ's or this office's practice to detail our deliberative processes, as I'm sure you can understand.
This wasn't an easy or quick decision, and, as I said, I appreciate your patience as we reached the decision.

-----Original Message-----
From: WmBillBond@aol.com [mailto:WmBillBond@aol.com]
Sent: Thursday, June 02, 2005 5:03 PM
To: Sale, Barbara
Subject: bill bond


Dear Mrs. Sale:

Thank you for your letter dated May 31, 2005. I attempted to contact you today by telephone, but was unable to do so.

I greatly appreciate the time and expense your office has invested on my complaint. I also appreciate the courtesy you have shown me. Still, I must say that after so much time having passed, I expected quite a different result. Although my complaint was quite broad, I am positive that at least some of my allegations have merit.

When we first met, you promised me that I would be able to come back to your office to hear the results of your review. I would be very grateful if we could, in fact, meet at your earliest convenience, preferably sooner rather than later. I am available at any and all times.

Thank you again for your consideration. I look forward to hearing from you.

Sincerely yours,

Bill