IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

1. DEFENDANTS' OPPOSITION TO WILLIAM C. BOND'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION AND RESTRAINING ORDER is **DENIED**.

-------------------------------------------------------
Judge
US District Court for Maryland