IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 JUL 16 P 2: 23

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

William C. Bond
_____
Plaintiff          *

vs.                *    Civil Action No. MJG-01-CV-2600

Kenneth Blum Sr. et al   *
_____
Defendant

******

**NOTICE OF APPEAL**

Notice is hereby given that (fill in names of **all** parties who are appealing) William C. Bond, Pro Se _____, (plaintiff(s))/defendant(s) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) order/judgment entered in this case on July 12, 2007 _____.

7/16/07
_____
Date

WCB
_____
Signature

William C Bond
_____
Name (Print or Type)

309 Suffolk Rd.
_____
Address

Baltimore, Maryland
_____
City/State/Zip

21218
_____

(U.S. District Court - Rev. 01/2001) Notice of Appeal - Civil

410.243.8152
Phone No.

410.467.9177
Fax No.

(U.S. District Court - Rev. 01/2001) Notice of Appeal - Civil