REVISED TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>__ Cross Appeal<br>   Interlocutory Appeal<br>_ Additional NOA<br>__Amended NOA<br>   Transmittal of Record<br>   Transmittal of Certificate<br>__Supplement to ROA<br>   Supplemental Certificate<br>   Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>William C. Bond<br>v.<br>Kenneth Blum Sr., et al. | District Court Case No. MJG-01-2600<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 7/16/07 | 4. Fees<br>                                  ___ no fee required<br>$5 filing fee:              X paid    unpaid<br>$450 docketing fee:      X paid    unpaid |
| 2. Amended NOA | Pauper status:    granted   ☐ denied  ___**pending in District Court**<br>Does PLRA apply?    yes  X no   ☐ 3 strikes?    ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: Marvin J. Garbis | 5. Materials Under Seal in District Court?    yes  X no<br><br>Party Names Under Seal in District Court?  ☐ yes  X no |
| 6. Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held    yes   X no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness    Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**                 TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT___ |
|---|---|
| Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits : Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes _____ | Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits: Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy     Phone: (410) 962-3928     Date: July 16, 2007