IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

1. Judge Garbis recuses himself from further proceedings in this matter.

2. The Order of July 12, 2007 is vacated.

3. Plaintiff's Rule 60 Motions are hereby assigned to Judge Motz.

------------------------------------------------
Judge Marvin J. Garbis
United States District Court Judge