# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

August 10, 2007

William C. Bond
309 Suffolk Road
Baltimore, MD 21218-8152

RE:  Civil Action No.: MJG-01-2600, Civil Action No.: JFM-07-1385,
     Civil Action No.:WDQ-07-1188

Dear Mr. Bond:

I am in receipt of your correspondence dated August 8, 2007. Please be advised that the Clerk's Office is not permitted to extend special or preferential treatment to any cases filed in this Court. A party's status as a *pro se* litigant has no bearing on the responsibility of the Clerk's Office to accept filings, docket papers and/or notice parties involved in cases in a timely manner.

Accordingly, there will be no changes made in the manner in which the Clerk's Office processes your cases.

Very truly yours,

Felicia C. Cannon

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov