IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

AUG 1 3 2007

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF APPEAL

Notice is hereby given that William C. Bond, Plaintiff *Pro Se* in the above captioned case, hereby amends his notice of appeal to the United States Court of Appeals for the Fourth Circuit to include the order/judgment entered in this case on July 26, 2007 (paper no. 278).

_____
WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
FAX(410) 467-9177

8/10/07
_____
Date

# *William C. Bond*

309 Suffolk Road
Baltimore, Maryland 21218-2522
(410) 243-8152
Fax (410) 467-9177
Proselitigator@aol.com

August 10, 2007

Clerk of the Court   *Via: US Mail*
United States District Court
for the District of Maryland
Baltimore Division
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

AUG 1 3 2007

**RE: Civil Action No.: MJG-01-2600 on appeal to the 4th Circuit no. 07-1720, Bond v. Blum**

Dear Sir or Madam Clerk:

Please find the following:

1) Amended Notice of Appeal.

Per my conversation on August 8, 2007 with Clerk's Stephanie and Holly, I was advised that, because the Court never notified me of paper no. 267, denying paper no. 254, and because I filed paper no. 273 as a Supplement to paper no. 254, not knowing that it had already been denied, and because paper no. 273 could have been filed independently if Plaintiff had known the above, that the Court should grant the inclusion of paper no. 277 & 278 into the appeal before the 4th Circuit, as this problem is wholly created by the Clerk's error in not copying Plaintiff paper no. 267.

Please time and date stamp Plaintiff's copy and return by enclosed SASE.

Thank you,

William C. Bond