TRANSMITTAL SHEET
(Notice of Appellate Action)

| | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT BALTIMORE<br><br>William C. Bond<br>v.<br>Kenneth Blum, Sr., et al. | District Court Case No. MJG-01-2600<br><br>4 CCA Case No.<br><br>Case Manager: |
|---|---|---|
| ___Notice of Filing<br>__ Cross Appeal<br>___ Interlocutory Appeal<br>__ Additional NOA<br>X  Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certificate<br>___Supplement to ROA<br>___ Supplemental Certificate<br>___ Other:_____ | | |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1.  NOA filed: 8/13/07 | 4.  Fees<br>                        X  no fee required<br>$5 filing fee:                paid     unpaid<br>$450 docketing fee:        paid     unpaid<br>Pauper status:      granted   ☐ denied   __**pending in District Court**<br>Does PLRA apply?         yes   X  no    ☐ 3 strikes?      ☐ yes   X  no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
|---|---|
| 2.  Amended NOA | |
| 3.  District Judge: Marvin J. Garbis | 5.  Materials Under Seal in District Court?       yes    X  no<br><br>     Party Names Under Seal in District Court? ☐ yes    X  no |
| 6.  Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7.  Transcript<br><br>    In-Court Hearing Held      yes    X  no |
| | 8.  Criminal/Prisoner Cases<br><br>☐ recalcitrant witness      Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**                  TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT ___ |
|---|---|
| Pleadings:        Vols. _____<br>Transcript:       Vols. _____<br>Exhibits :         Vols. _____<br>Depositions:      Vols. _____<br>State Ct. Record:  Vols. _____<br>Sealed:           Vols. _____<br>No. of Boxes   _____ | Pleadings:        Vols. _____<br>Transcript:       Vols. _____<br>Exhibits:         Vols. _____<br>Depositions:      Vols. _____<br>State Ct. Record:  Vols. _____<br>Sealed:           Vols. _____<br>No. of Boxes   _____ |

Deputy Clerk: Stephanie Savoy      Phone: (410) 962-3928      Date: August 20, 2007