IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION



| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## SECOND AMENDED NOTICE OF APPEAL

Notice is hereby given that William C. Bond, Plaintiff *Pro Se* in the above captioned case, hereby amends his notice of appeal to the United States Court of Appeals for the Fourth Circuit to include the orders/judgments entered in this case on: (1) May 1, 2007 (paper no. 253); (2) May 15, 2007 (paper no. 267); (3) July 12, 2007 (paper no. 274); (4) and July 26, 2007 (paper no. 278).

Items numbers 1 & 2 are timely filed per Judge Garbis' Memorandum to the Clerk dated August 8, 2007 re: the fact that paper number 267 was never copied to Plaintiff until after the July 12 Order in this Case.

_____
WILLIAM C. BOND

*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
FAX(410) 467-9177

August 13, 2007
Date