TRANSMITTAL SHEET
(Notice of Appellate Action)

| | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>William C. Bond<br>v.<br>Kenneth Blum, Sr., et al. | District Court Case No. MJG-01-2600<br><br>4 CCA Case No.<br><br>Case Manager: |
|---|---|---|
| ___ Notice of Filing<br>__ Cross Appeal<br>___ Interlocutory Appeal<br>__ Additional NOA<br>X Amended NOA (Second)<br>___ Transmittal of Record<br>___ Transmittal of Certificate<br>___ Supplement to ROA<br>___ Supplemental Certificate<br>___ Other:_____ | | |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 8/13/07 | 4. Fees<br>                        X no fee required<br>$5 filing fee:         paid    unpaid<br>$450 docketing fee:   paid    unpaid<br>Pauper status:   granted  ☐ denied  __pending in District Court<br>Does PLRA apply?  yes  X no  ☐ 3 strikes?  ☐ yes  X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
|---|---|
| 2. Amended NOA | |
| 3. District Judge: Marvin J. Garbis | 5. Materials Under Seal in District Court?  yes  X no<br><br>Party Names Under Seal in District Court?  ☐ yes  X no |
| 6. Official Court Reporter(s)<br><br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>   In-Court Hearing Held   yes   X no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness   Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**            TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT |
|---|---|
| Pleadings:   Vols. _____ | Pleadings:   Vols. _____ |
| Transcript:   Vols. _____ | Transcript:   Vols. _____ |
| Exhibits:   Vols. _____ | Exhibits:   Vols. _____ |
| Depositions:   Vols. _____ | Depositions:   Vols. _____ |
| State Ct. Record:   Vols. _____ | State Ct. Record:   Vols. _____ |
| Sealed:   Vols. _____ | Sealed:   Vols. _____ |
| No. of Boxes _____ | No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy      Phone: (410) 962-3928      Date: August 20, 2007