IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
|     Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

1. Ordered that paper numbers 258, 259, and 260 are stricken from the record in this Case.

2. Ordered that this Court so notify the 4th Circuit of said action.

3. Ordered that Defendants' Attorneys as a whole or, in the alternative, that Gerard P. Martin, Esq., and/or T. Christine Pham, Esq., are Sanctioned in the following amounts_____.

-------------------------------------------------
Judge Marvin J. Garbis
United States District Court Judge