**<u>EXHIBIT # 1</u>**

Subj:      **bond v. blum appeal**
Date:      8/17/2007 12:47:03 P.M. Eastern Daylight Time
From:      Proselitigator
To:        aradding@adelbergrudow.com
CC:        gmartin@rosenbergmartin.com, mseverino@adelbergrudow.com, cpham@rosenbergmartin.com

Dear Attorneys:

This is to advise, in reviewing the docket, that I was not copied and/or did not receive the following papers: paper numbers 258, 259, and 260. I would appreciate it if one of you would please mail me hard copies of these documents and email me a copy as well.

I am making an informal appendix for the appeal. I am putting in my relevant post judgment filings and Judge Garbis' Orders. I was going to include your filings, as well, but now that I am missing these three papers and am going to the printer today, it is too late. I suggest that if you so desire, that you make your own informal appendix of your filings for the Court.

Sincerely yours,

William C. Bond
410.243.8152

---

Get a sneak peek of the all-new AOL.com.

Wednesday, August 29, 2007 America Online: Proselitigator