**EXHIBIT # 2**

**Pat Pierce**

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **Sent:** | Friday, May 11, 2007 2:51 PM |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 1:01-cv-02600-MJG Bond v. Blum, et al Response in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

**Notice of Electronic Filing**

The following transaction was entered by Pham, T on 5/11/2007 at 2:50 PM EDT and filed on 5/11/2007
**Case Name:**     Bond v. Blum, et al
**Case Number:**   1:01-cv-2600
**Filer:**         Adelberg, Rudow, Dorf & Hendler, LLC
                   Kenneth Blum, Sr
                   Dudley F.B. Hodgson
                   McDaniel, Bennett & Griffin
                   Kenneth Blum Jr.
**WARNING: CASE CLOSED on 05/06/2003**
**Document Number:** 258

**Docket Text:**
RESPONSE in Opposition re [251] MOTION for Discovery , *Motion for Discovery of the U.S. Attorney's Office for MD, and Motion for Discovery Under Fed.R.Civ.P. Rule 27* filed by Kenneth Blum, Sr, Dudley F.B. Hodgson, McDaniel, Bennett & Griffin, Adelberg, Rudow, Dorf & Hendler, LLC, Kenneth Blum Jr..Replies due by 5/25/2007. (Attachments: # (1) Text of Proposed Order Order Denying Motion for Discovery, Motion for Discovery of the U.S. Attorney's Office for MD, and Motion for Discovery Under Fed.R.Civ.P.Rule 27)(Pham, T)


**1:01-cv-2600 Notice has been electronically mailed to:**

Amy Estelle Askew     aaskew@wtplaw.com, ccardoso@wtplaw.com

Daniel P Doty     ddoty@schulmankaufman.com

Gerard P Martin     gmartin@rosenbergmartin.com, tbass@rosenbergmartin.com

William Alden McDaniel , Jr     wam@wamcd.com, dms@wamcd.com, jak@wamcd.com


5/14/2007

T Christine Pham    cpham@rosenbergmartin.com, kreidenbach@rosenbergmartin.com

Andrew Radding    aradding@adelbergrudow.com

William F Ryan , Jr    wryan@wtplaw.com, jshoemaker@wtplaw.com, lbeklik@wtplaw.com

Howard J Schulman    hschulman@schulmankaufman.com, ddoty@schulmankaufman.com, julie@schulmankaufman.com, pat@schulmankaufman.com

Michael Richard Severino    mseverino@adelbergrudow.com

**1:01-cv-2600 Notice will not be electonically delivered to:**

Howard J. Schulman

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455343-0
] [bc568b766b37c16c97e29218caf660b3780f494cbd9a792f30cf5d027e50245c4ea
aca5205f4168d7d4c435e0bd125564eb22d8777adc528cc8395b754fb835b]]
**Document description:** Text of Proposed Order Order Denying Motion for Discovery, Motion for Discovery of the U.S. Attorney's Office for MD, and Motion for Discovery Under Fed.R.Civ.P.Rule 27
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455343-1
] [142026cef18cca8bf02270e9f13d090967db7994c5b94f9c794c416e680f51b5064
f2921fc00229981c50e2b8343ecd21c5cf351aea58b010237b80fc1a0dfed]]

5/14/2007