**EXHIBIT # 3**

**Pat Pierce**

| | |
|---|---|
| From: | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| Sent: | Friday, May 11, 2007 2:57 PM |
| To: | MDDdb_ECF@mdd.uscourts.gov |
| Subject: | Activity in Case 1:01-cv-02600-MJG Bond v. Blum, et al Response in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

**Notice of Electronic Filing**

The following transaction was entered by Pham, T on 5/11/2007 at 2:56 PM EDT and filed on 5/11/2007

| | |
|---|---|
| **Case Name:** | Bond v. Blum, et al |
| **Case Number:** | 1:01-cv-2600 |
| **Filer:** | Adelberg, Rudow, Dorf & Hendler, LLC |
| | Kenneth Blum, Sr |
| | Dudley F.B. Hodgson |
| | McDaniel, Bennett & Griffin |
| | Kenneth Blum Jr. |

**WARNING: CASE CLOSED on 05/06/2003**
**Document Number:** 259

**Docket Text:**
RESPONSE in Opposition re [249] MOTION to Disqualify Counsel filed by Kenneth Blum, Sr, Dudley F.B. Hodgson, McDaniel, Bennett & Griffin, Adelberg, Rudow, Dorf & Hendler, LLC, Kenneth Blum Jr..Replies due by 5/25/2007. (Attachments: # (1) Text of Proposed Order Order Denying Motion to Disqualify Attorneys)(Pham, T)


**1:01-cv-2600 Notice has been electronically mailed to:**

Amy Estelle Askew     aaskew@wtplaw.com, ccardoso@wtplaw.com

Daniel P Doty     ddoty@schulmankaufman.com

Gerard P Martin     gmartin@rosenbergmartin.com, tbass@rosenbergmartin.com

William Alden McDaniel , Jr     wam@wamcd.com, dms@wamcd.com, jak@wamcd.com

T Christine Pham     cpham@rosenbergmartin.com, kreidenbach@rosenbergmartin.com


5/14/2007

Andrew Radding     aradding@adelbergrudow.com

William F Ryan , Jr     wryan@wtplaw.com, jshoemaker@wtplaw.com, lbeklik@wtplaw.com

Howard J Schulman     hschulman@schulmankaufman.com, ddoty@schulmankaufman.com, julie@schulmankaufman.com, pat@schulmankaufman.com

Michael Richard Severino     mseverino@adelbergrudow.com

**1:01-cv-2600 Notice will not be electonically delivered to:**

Howard J. Schulman

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455365-0
] [5584d2defc4ca30c26e533f0b239623040be2bfa9e0483038c941ea9e5ac5c09e3e
4bce3eb90c7004ec8cb1654e4ef1e7fad4989953007b06a4e48790c560935]]
**Document description:** Text of Proposed Order Order Denying Motion to Disqualify Attorneys
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455365-1
] [36550989ac79944l9602ab59ba32d344443fd0f04fd2ddbbf651aeda1ff26675aab
fbb2a56729cd8f39f1fd4d849fec5e1665a18e797afcc6ba520072657bc29]]

5/14/2007