**EXHIBIT # 4**

**Pat Pierce**
_____

From:       MDD_CM-ECF_Filing@mdd.uscourts.gov

Sent:       Friday, May 11, 2007 3:02 PM

To:         MDDdb_ECF@mdd.uscourts.gov

Subject:    Activity in Case 1:01-cv-02600-MJG Bond v. Blum, et al Response in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Maryland

## Notice of Electronic Filing

The following transaction was entered by Pham, T on 5/11/2007 at 3:02 PM EDT and filed on
5/11/2007
**Case Name:**      Bond v. Blum, et al
**Case Number:**    1:01-cv-2600
**Filer:**          Adelberg, Rudow, Dorf & Hendler, LLC
                    Kenneth Blum, Sr
                    Dudley F.B. Hodgson
                    McDaniel, Bennett & Griffin
                    Kenneth Blum Jr.
**WARNING: CASE CLOSED on 05/06/2003**
**Document Number:** 260

**Docket Text:**
RESPONSE in Opposition re [248] MOTION To Refer Criminal Acts to the U.S. Attorney for
Maryland and/or The Department of Justice, to Refer Attorney Misconduct to the Maryland Attorney
Grievance Commission, and to Refer Judicial Misconduct to the Chief Judge of the 4th Circuit filed by
Kenneth Blum, Sr, Dudley F.B. Hodgson, McDaniel, Bennett & Griffin, Adelberg, Rudow, Dorf &
Hendler, LLC, Kenneth Blum Jr..Replies due by 5/25/2007. (Attachments: # (1) Text of Proposed Order
Order Denying Motion to Refer Criminal Acts to the US Attorney for MD and/or the Dept of Justice, to
Refer Attorney Misconduct to the MD Attorney Grievance Commission and to Refer Judicial
Misconduct to the Chief Judge of the Fourth Circuit)(Pham, T)


**1:01-cv-2600 Notice has been electronically mailed to:**

Amy Estelle Askew     aaskew@wtplaw.com, ccardoso@wtplaw.com

Daniel P Doty    ddoty@schulmankaufman.com

Gerard P Martin     gmartin@rosenbergmartin.com, tbass@rosenbergmartin.com


5/14/2007

William Alden McDaniel , Jr    wam@wamcd.com, dms@wamcd.com, jak@wamcd.com

T Christine Pham    cpham@rosenbergmartin.com, kreidenbach@rosenbergmartin.com

Andrew Radding    aradding@adelbergrudow.com

William F Ryan , Jr    wryan@wtplaw.com, jshoemaker@wtplaw.com, lbeklik@wtplaw.com

Howard J Schulman    hschulman@schulmankaufman.com, ddoty@schulmankaufman.com, julie@schulmankaufman.com, pat@schulmankaufman.com

Michael Richard Severino    mseverino@adelbergrudow.com

**1:01-cv-2600 Notice will not be electonically delivered to:**

Howard J. Schulman

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455389-0
] [2c8359ce9380725cc840d5392163d620d3445c96597ca09cffdfd431d0dce982d9c
2c4e2a8b71ee52a3ae58f5176fd9391cb6a12fbb0737432640f698cbfb8e3]]
**Document description:** Text of Proposed Order Order Denying Motion to Refer Criminal Acts to the US Attorney for MD and/or the Dept of Justice, to Refer Attorney Misconduct to the MD Attorney Grievance Commission and to Refer Judicial Misconduct to the Chief Judge of the Fourth Circuit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/11/2007] [FileNumber=1455389-1
] [795dcc4fd6d1457fca10d12a8b0a14feb3299960f210fe60cf0466f7a62df9956d6
c8dbd738561470f0da9fe8a132d14796f7a6766c8a3b95e947277f65cc0e6]]

5/14/2007