IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                *

       Plaintiff        *

       vs.              *    CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.      *

       Defendants       *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion to Strike and for Sanctions [Document 286]. The Court finds that neither a response nor a hearing is necessary.

The instant case is on appeal so that it does not appear that the district court would have jurisdiction to take the action Plaintiff seeks. Moreover, the effects, if any, of the alleged "wrongs" by defense counsel appear to relate to the appellate proceedings. In any event, the Court finds the motion meritless. Accordingly, Plaintiff's Motion to Strike and for Sanctions [Document 286] is DENIED.

SO ORDERED this 4th day of September, 2007.

                                            Marvin J. Garbis
                                     United States District Judge