IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                  *

     Plaintiff               *

vs.                              *     CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.        *

     Defendants              *

\*   *   *   *   *   *   *   *   *

## ORDER FILING EX PARTE COMMUNICATION

It appears that Plaintiff has sent an <u>ex parte</u> communication to the undersigned Judge and to the Clerk of Court. Although the letter does not appear to be controversial - since Plaintiff is seeking the Clerk's assistance in regard to the record in the case - it is being filed herewith so that all counsel may have access to the communication addressed to the Court.

Inasmuch as the letter says "Certainly the Court should Order that the record in this case be located etc.," it is possible that Plaintiff wishes the Court to issue an Order of some kind. If so, Plaintiff must file a motion with service upon other parties. Any such motion shall be considered and resolved in due course.

Finally, the Court must warn Plaintiff that he may not seek to engage in any further <u>ex parte</u> communications with the Court.

Accordingly:

1. This Order shall be filed to place on the record Plaintiff's <u>ex parte</u> communication with the Court, Exhibit A hereto.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 JAN 17 P 2:54

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

2.  If Plaintiff seeks any judicial action, he must properly file a motion that shall be resolved in due course.

3.  Plaintiff shall not engage in any further <u>ex parte</u> communications with the Court in relation to this matter.

SO ORDERED, on <u>Thursday, January 17, 2008</u>.

<u>       / s /       </u>
Marvin J. Garbis
United States District Judge