## *William C. Bond*

309 Suffolk Road
Baltimore, Maryland 21218-2522
(410) 243-8152
Fax (410) 467-9177
Proselitigator@aol.com

January 16, 2008

The Hon. Marvin J. Garbis
District Judge
United States District Court for the District of Maryland
Baltimore Division
101 West Lombard Street
Baltimore, Maryland 21201

Felicia C. Cannon
Clerk of the Court
United States District Court for the District of Maryland
Baltimore Division
4th Floor
101 West Lombard Street
Baltimore, Maryland 21201

**RE: Civil Action No.: MJG-01-2600 & 4th Circuit Appeal 07-1720**

Dear Judge Garbis and Ms. Cannon:

I am very sorry to trouble you with the following problem:

As you know, this case is on appeal to the 4th Circuit Court of Appeals. According to the docket in 07-1720, the docket will show that on August 1, 2007, paper no. 5, the District Court record was requested to be sent to the 4th Circuit by August 15, 2007. On September 14, 2007, paper no. 32, the record was again requested, this time by September 28, 2007. Now, I have just learned on January 9, 2008, paper no. 33, that the record has now been requested again, and is due by January 23, 2008. I have spoken to the clerk at the 4th Circuit assigned to this case and have been told that this situation is not usual and that telephone calls to the District Court have not been returned.

As I am sure you both know, *pro se* appeals proceed in the 4th Circuit along an informal track. An important part of this is the Court's reliance upon the record transmitted by the District Court. While I cannot fathom what explanation there is for this tardiness, should there be a need a for the record at the District and 4th Circuit at the same time, this Clerk should make a certified copy, which could be accomplished in less time than the more than five months now that have passed.

Certainly, this Court should Order that the record in this case be located, if missing, and

transmitted *post haste* to the 4th Circuit.

I hope this letter finds you both well.

Very truly yours,

William C. Bond