IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND, | * | |
| Plaintiff *Pro Se* | * | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## LINE

1. This Court filed, as paper no. 288, on January 17, 2008, an ORDER FILING EX PARTE COMMUNICATION.

2. Plaintiff immediately noticed that he had failed to copy the parties in the case this communication, attached to paper no. 288 as Exhibit A.

3. The next day, also January 17, 2008, Plaintiff mailed the parties their copies of the letter to the Court and Clerk along with a cover letter explaining the omission, which is attached.

4. Plaintiff has attempted to follow the rules of court, makes no excuses, except to state that his attempt to rectify the clerk's continued error in this case caused him distraction.

5. Nonetheless, it is Plaintiff's belief that a letter to the Court and Clerk under the circumstances was the correct and proper way for this matter to be handled, and was appropriate as long as all the parties were copied.

6. Plaintiff apologizes to the Court for any time wasted due to Plaintiff's error.

Respectfully submitted,

_____
WILLIAM C. BOND
*Pro Se*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
FAX (410) 467-9177

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of June 2008, copies of Plaintiff's LINE were mailed US Mail, postage prepaid, to William F. Ryan, Jr., Esquire, Amy E. Askew, Esquire, Whiteford, Taylor & Preston, LLP, Suite 1400, 7 St. Paul Street, Baltimore, Maryland 21202-1626, attorneys for McDaniel, Bennett & Griffin; Gerard P. Martin, Esquire, Thy C. Pham, Esquire, Rosenberg, Martin, Greenberg LLP, 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201-3322, attorneys for Defendants, Dudley F. B. Hodgson, Kenneth Blum, Sr. and Kenneth Blum, Jr.; Andrew Radding, Esquire, Michael R. Severino, Esquire, Adelberg, Rudow, Dorf & Hendler, LLC, 7 St. Paul Street, Suite 600, Baltimore, Maryland 21202, attorneys for Defendant, Adelberg, Rudow, Dorf & Hendler, LLC; and William H. Slavin, 300 Three Island Boulevard, Apartment 810, Hollandale Beach, Florida 33009

_____
WILLIAM C. BOND

2

*William C. Bond*
309 Suffolk Road
Baltimore, Maryland 21218
(410) 243-8152
Fax (410) 467-9177
proselitigator@aol.com

(Copy)

TO: Wm. Ryan, G. Martin, A. Radding, & Wm. Slavin

FROM: Bill Bond

DATE: 1/17/2008

RE: CA4 07-1720

Gentlemen:

This letter to Judge Garbis and Clerk Cannon was sent yesterday. Please accept the enclosed as your copies.

Best – (s)