```
                                    FILED: February 26, 2008

           UNITED STATES COURT OF APPEALS

               FOR THE FOURTH CIRCUIT

               _____

                   No. 07-1720 (L)

                 (1:01-cv-02600-MJG)

               _____

WILLIAM C. BOND,

          Plaintiff - Appellant

v.

KENNETH BLUM, Sr.; DUDLEY F. B. HODGSON; WILLIAM SLAVIN;
MCDANIEL, BENNETT & GRIFFIN; ADELBERG, RUDOW, DORF & HENDLER,
LLC; CHRISTOPHER W. NICHOLSON; KENNETH BLUM, Jr.,

          Defendants - Appellees

 and

MERRILL LYNCH & CO; MERCANTILE BANKSHARES CORPORATION; BANK OF
AMERICA; LAW OFFICES OF TIMOTHY M. GUNNING; HOWARD J. SCHULMAN;
SCHULMAN & KAUFMAN, LLC; THOMAS & LIBOWITZ, PA; MICHAEL S.
LIBOWITZ; LAW OFFICES OF RICHARD M. KARCESKI; RICHARD M.
KARCESKI; BANK OF AMERICA, NA; BANK OF AMERICA CORPORATION,

          Garnishees

v.

ALYSON BOND, Co-Movant to release writ of garnishment; SCHULMAN
& KAUFMAN, LLC; HOWARD J. SCHULMAN,

          Movants
```

O R D E R

Upon consideration of submissions relative to the motion to consolidate, the Court grants the motion and consolidates Case No. 07-1720 and Case No. 08-1171. The lead case number, 07-1720, shall be included on all papers subsequently filed in this Court.

For the Court--By Direction

/s/Patricia S. Connor, Clerk