FILED: May 22, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 07-1293 (L)
(1:01-cv-02600-MJG)

---

WILLIAM C. BOND,

        Plaintiff

v.

MCDANIEL, BENNETT & GRIFFIN; ADELBERG, RUDOW, DORF & HENDLER, LLC,

        Defendants - Appellees

 and

KENNETH BLUM, Sr.; DUDLEY F. B. HODGSON; WILLIAM SLAVIN; CHRISTOPHER W. NICHOLSON; KENNETH BLUM, Jr.,

        Defendants

MERRILL LYNCH & CO; MERCANTILE BANKSHARES CORPORATION; BANK OF AMERICA; LAW OFFICES OF TIMOTHY M. GUNNING; HOWARD J. SCHULMAN; SCHULMAN & KAUFMAN, LLC; THOMAS & LIBOWITZ, PA; MICHAEL S. LIBOWITZ; THOMAS M. GUNNING; LAW OFFICES OF RICHARD M. KARCESKI; RICHARD M. KARCESKI; MERCANTILE BANKSHARES CORPORATION; BANK OF AMERICA CORPORATION,

        Garnishees

v.

ALYSON BOND,

        Movant

and

SCHULMAN & KAUFMAN, LLC; HOWARD J. SCHULMAN,

Movants - Appellants

---

M A N D A T E

---

The judgment of this Court, entered April 30, 2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk