FILED: May 22, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1293 (L)
(1:01-cv-02600-MJG)

WILLIAM C. BOND,

   Plaintiff

v.

MCDANIEL, BENNETT & GRIFFIN; ADELBERG, RUDOW, DORF & HENDLER, LLC,

   Defendants - Appellees

and

KENNETH BLUM, Sr.; DUDLEY F. B. HODGSON; WILLIAM SLAVIN; CHRISTOPHER W. NICHOLSON; KENNETH BLUM, Jr.,

   Defendants

MERRILL LYNCH & CO; MERCANTILE BANKSHARES CORPORATION; BANK OF AMERICA; LAW OFFICES OF TIMOTHY M. GUNNING; HOWARD J. SCHULMAN; SCHULMAN & KAUFMAN, LLC; THOMAS & LIBOWITZ, PA; MICHAEL S. LIBOWITZ; THOMAS M. GUNNING; LAW OFFICES OF RICHARD M. KARCESKI; RICHARD M. KARCESKI; MERCANTILE BANKSHARES CORPORATION; BANK OF AMERICA CORPORATION,

   Garnishees

v.

ALYSON BOND,

   Movant

and

SCHULMAN & KAUFMAN, LLC; HOWARD J. SCHULMAN,

Movants - Appellants

---

O R D E R

---

Costs for these proceedings are taxed and certified as follows for inclusion in this Court's mandate in accordance with Fed. R. App. P. 39(d):

Docketing Fee:
Printing of Appendix:
Printing of Opening Brief:
Printing of Opening/Response Brief:
Printing of Response Brief:            $120.00
Printing of Response/Reply Brief:
Printing of Reply Brief:
**TOTAL COSTS AWARDED:**               **$120.00**

For the Court--By Direction

/s/ Patricia S. Connor, Clerk