```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

**WILLIAM C. BOND**                        *

       Plaintiff                     *

       vs.                            *     CIVIL ACTION NO. MJG-01-2600

**KENNETH BLUM, SR., et al.**              *

       Defendants                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER CLEARING RECORD RE: MOOT MOTION</u>

It appears that the Motion for Fed.R.Civ. P. 60 (b) Relief From Judgment or Order by William C. Bond [Document 246] is moot. Accordingly, so that the record may be cleared:

    1.   The said Motion is DENIED AS MOOT.

    2.   This action is without prejudice to all appellate rights of all parties.

SO ORDERED on <u>Thursday, September 4, 2008</u>.

```
                           _____/ s /_____
                            Marvin J. Garbis
                        United States District Judge
```