IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| | | Civil Action No.:  MJG-01-CV-2600 |
| v. | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW, Michael R. Severino, one of the attorneys of record for Adelberg, Rudow, Dorf & Hendler, LLC, and, pursuant to Local Rule 101, moves to withdraw his appearance in the above-captioned case.  Andrew Radding will continue to appear for Adelberg, Rudow, Dorf & Hendler, LLC.

                                                      \_/s/_____
Michael R. Severino (25204)
Adelberg Rudow Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, Maryland 21202
(410) 539-5195
mseverino@adelbergrudow.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2008, a copy of the foregoing was mailed via first class mail to:

William F. Ryan, Jr., Esquire
Amy E. Askew, Esquire
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1400
Baltimore, Maryland  21202-1626

Gerard P. Martin, Esquire
Thy C. Pham, Esquire
Rosenberg, Martin, Funk & Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201

Kathryn Miller Goldman, Esquire
Jiranek, Goldman & Minton, LLC
19 E. Fayette Street, Suite 401
Baltimore, Maryland  21202-3316

William C. Bond, *Pro Se*
309 Suffolk Road
Baltimore, Maryland  21218

Howard J. Schulman, Esquire
Schulman & Kaufman, LLC
100 North Charles Street, Suite 600
Baltimore, Maryland  21201

_____/s/_____
Michael R. Severino