IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff | * | |
| | | Civil Action No.: MJG-01-CV-2600 |
| v. | * | |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

## ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw filed by Michael R. Severino, one of the attorneys for Adelberg Rudow Dorf & Hendler, LLC, and having found good cause for the relief requested therein, it is this ____ day of September, 2008, hereby ORDERED that Michael R. Severino is hereby STRICKEN as counsel for Adelberg Rudow Dorf & Hendler, LLC.

_____

Judge Marvin J. Garbis