IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAMORE BOND               *

    Plaintiff         *

                                Civil Action No.: MJG-01-CV-2600

v.                            *

KENNETH BLUM, SR., et al.     *

    Defendants        *

ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw filed by Michael R. Severino, one of the attorneys for Adelberg Rudow Dorf & Hendler, LLC, and having found good cause for the relief requested therein, it is this 5th day of September, 2008, hereby ORDERED that Michael R. Severino is hereby STRICKEN as counsel for Adelberg Rudow Dorf & Hendler, LLC.

                                                        /s/
                                           ~~Judge~~ Marvin J. Garbis
                                           United States District Judge