```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

WILLIAM C. BOND                  *

       Plaintiff              *

       vs.                    *   CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.        *

       Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER CORRECTING THE DOCKET

It appears that, by clerical error, Document 274 herein resolved Document 246, but erroneously referred to the resolved Document as Document 247. Therefore, the issuance of the Order Clearing Record Re: Moot Motion [Document 294] was unnecessary.

Accordingly:

1. Plaintiff's Motion to Alter, Amend and/or Vacate Order of September 4, 2007 [Document 295] is **GRANTED**.

2. The Order of September 4, 2008 [Document 294] is hereby **VACATED AS REDUNDANT**.

3. The docket shall be corrected to reflect that Document 246 was resolved by Document 247.

SO ORDERED, on <u>Wednesday, September 10, 2008</u>.

                                                             /s/
                                       Marvin J. Garbis
                                  United States District Judge