IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. BOND | * | |
| Plaintiff *Pro Se* | | |
| v. | * | Civil Action No.: MJG-01-CV-2600 |
| KENNETH BLUM, SR., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

1. On July 12, 2007, this Court Ordered that "**Plaintiff's Motion for Fed.R.Civ.P.60(b) Relief From Judgment or Order [Document 247] IS DENIED.**"

2. Upon review, the Court erred in identifying this motion as "Document 247."

3. The proper document identification number should have been **Document 246**.

------------------------------------------------
The Hon. Marvin J. Garbis
United States District Court Judge