```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

WILLIAM C. BOND                  *

        Plaintiff                *

           vs.                   *   CIVIL ACTION NO. MJG-01-2600

KENNETH BLUM, SR., et al.        *

        Defendants               *

*       *       *       *       *       *       *       *       *
```

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion to Reconsider Orders of May 12, 2014 with Request for Evidentiary Hearing [Document 305]. The Court finds that neither a response nor a hearing is necessary.

The instant motion is the latest in a series of <u>pro se</u> filings making allegations against the undersigned Judge, other judges, and attorneys. The undersigned Judge knows that the allegations against him are baseless[1] and is aware of no reason why the allegations against the other judges and the attorneys are worthy of any credibility.

Should an appellate court, or other entity with jurisdiction, require a more detailed response specifically refuting Plaintiff's false statements, one shall be provided.

---

[1]  <u>See, e.g.</u>, Memorandum and Order [Document 108] in MJG-01-2600.

However, the undersigned Judge finds no need to devote further time to Plaintiff's harassment.

    For the foregoing reasons, Plaintiff's Motion to Reconsider Orders of May 12, 2014 with Request for Evidentiary Hearing [Document 305] is DENIED.

    SO ORDERED, on <u>Tuesday, May 27, 2014</u>.

                                             _____/s/_____
                                                       Marvin J. Garbis
                                            United States District Judge